# Exhibit A

**WATSON VALVE SERVICES, INC.  - EMPLOYEE WAGES**

| PRE-PETITION (BEFORE 2/6/2020) | PAY PERIOD | AMOUNT | PAYROLL DATE |
|---|---|---|---|
| Hourly Employees - Current Employees - Payroll/Benefits/Tax | 2/3/20 - 2/5/20 | $1,413.00 | 2/12/2020 |
| Salaried Employees - Current Employees - Payroll/Benefits/Tax | 2/1/20 - 2/5/20 | $10,130.00 | 2/14/2020 |
| Benefits - Laid Off Employees - Accrued 2/1/20 (Balance of February) | - | $14,414.40 | - |
| TOTAL | | $25,957.40 | |

| POST-PETITION (2/6/20 THROUGH 2/28/20) | PAY PERIOD | AMOUNT | PAYROLL DATE |
|---|---|---|---|
| Hourly Employees - Current Employees - Payroll/Benefits/Tax | 2/6/20 - 2/9/20 | $1,884.00 | 2/12/2020 |
| Hourly Employees - Current Employees - Payroll/Benefits/Tax | 2/10/20 - 2/16/20 | $3,297.00 | 2/19/2020 |
| Hourly Employees - Current Employees - Payroll/Benefits/Tax | 2/17/20 - 2/23/20 | $3,297.00 | 2/26/2020 |
| Hourly Employees - Current Employees - Payroll/Benefits/Tax | 2/24/20 - 3/1/20 | $3,297.00 | 3/4/2020 |
| Salaried Employees - Current Employees - Payroll/Benefits/Tax | 2/5/20 - 2/15/20 | $27,735.00 | 2/14/2020 |
| Salaried Employees - Current Employees - Payroll/Benefits/Tax | 2/16/20 - 2/28/20 | $46,225.00 | 2/28/2020 |
| TOTAL | | $85,735.00 | |