**GLOBAL NOTES AND STATEMENTS OF LIMITATION, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Watson Valve Services, Inc. ("**WVS**" or "**Debtor**")[1] filed for chapter 11 (the "**Chapter 11 Case**") and in connection therewith have filed its Schedules of Assets and Liabilities (collectively, the "**Schedules**") and the Statements of Financial Affairs (collectively, the "**Statements**" and, together with the Schedules, the "**Schedules and Statements**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"). The Debtor, with the assistance of its legal and financial advisors, prepared the Schedules and Statements, pursuant to section 521 of Chapter of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and are unaudited.

Due to an unexpected and tragic explosion that occurred on or about January 24, 2020, which has impacted WVS operations, the status of WVS' assets are currently unknown with the possibility that some assets have been damaged or destroyed. Due to the catastrophic nature of the explosion and the resulting sequestration of the surrounding area to allow Federal, State and Local authorities to conduct their investigations, WVS has not been able to assess which assets may still exist and or may be salvageable. Further, if assets and equipment may be salvageable, WVS is not able to readily determine what the cost to do so may be.

While the Debtor's management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible, based on the catastrophic nature of the explosion and the resulting limited data and information that was available at the time of the preparation of these Schedules and Statements, subsequent information or discovery could provide more information about the items identified in the Schedules and Statements, and inadvertent errors or omissions may have occurred. As the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, as well as the fact that certain underlying historical data may have been limited, these Schedules and Statements are as complete as practicable.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules and Statements of Financial Affairs* (the "**Global Notes**") are incorporated by reference in, and comprise an integral part of, each Debtor's respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

---

[1] The location of the Debtor's corporate headquarters is 4525 Gessner Road Houston, TX 77041. The Debtor's service address is through its counsel of record for this bankruptcy case: Jarrod Martin, 1001 Fannin Street, Suite 2700, Houston, TX 77002.

The Schedules and Statements for the Debtor was signed by Robert White, Chief Operating Officer of the Debtor. In reviewing and signing the Schedules and Statements, Mr. White relied upon his knowledge of the business, his accounting and financial data provided by Debtor's Controller, an outside accounting firm, an outside specialty IT data recovery firm and the efforts, statements, advice, and representations of personnel of the Debtor and the Debtor's legal and financial advisors. Mr. White has not and could not personally verify the accuracy of each statement and/or representation contained in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditors' addresses. Although every reasonable attempt has been made to assign corresponding transactions of the Debtor utilizing the available accounting and finance management systems and data, certain assets, liabilities, or cash payments may have been reported on one legal entity in these Schedules and Statements, while the beneficiary of the transaction may have been another Debtor or legal entity.

In preparing the Schedules and Statements, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. The Debtor, and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  For the avoidance of doubt, the Debtor and its professionals expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtor, or its agents, attorneys, and financial advisors, be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys, or financial advisors are advised of the possibility of such damages.

### Global Notes and Overview of Methodology

1.    **Description of Case.** On February 6, 2020, (the "**Petition Date**"), the Debtor filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2.    **Reservations and Limitations.** Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtor's rights or an admission of any kind with respect to this chapter 11 case, including, but not limited to, any rights or claims of the Debtor against any third party or issues involving

substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non- bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a)     **No Admission.** Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtor, any assertion made therein or herein, or a waiver of the right to dispute any claim or assert any cause of action or defense against any party.

(b)     **Recharacterization.** Notwithstanding that the Debtor has made commercially reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items.

(c)     **Categories or Labels for Purpose of Presentation in Schedules and Statements**. Information requested by the Schedules and Statements requires the Debtor to make a judgment regarding the appropriate category in which information should be presented or how certain parties, claims or other data should be labeled. The Debtor's decisions regarding the category or label to use is based on the best information available as of the filing of these Schedules and Statements and within the time constraints imposed.

(d)     **Classifications.** Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or contract counterparty, or a waiver of the right to recharacterize or reclassify such claim or contract.

(e)     **Claims Description.** Any failure to designate a claim on the Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated."

(f)     **Estimates and Assumptions.** The preparation of the Schedules and Statements required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and

expenses during the applicable reporting periods. Actual results could differ from such estimates.

(g)    **Causes of Action.** Despite commercially reasonable efforts, the Debtor may not have identified all current and potential causes of action the Debtor may have against third parties in its Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. Debtor reserves all rights to pursue causative actions against any and all third parties.

(h)    **Insiders.** In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtor has included information with respect to certain individuals who served as officers and directors, as the case may be, during the relevant time periods. Such individuals may no longer serve in such capacities.

The listing or omission of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only.

**3.**    **Methodology.**

(a)    **Basis of Presentation.** The Debtor relied on its Controller as well as its accounting firm and specialty IT data recovery firm, both outside firms, to facilitate the obtainment of Debtor's books and records.

These Schedules and Statements do not purport to represent financial statements prepared in accordance with accounting principles generally accepted in the United States ("**GAAP**"), nor are they intended to fully reconcile to the financial statements prepared by the Debtor. These Schedules and Statements reflect the best available estimate of assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the data extracted from the available Debtor's books and records and historical financial statements. The fair value and net realizable value of real and personal property may vary materially from the net book value presented herein.

Given, among other things, the uncertainty surrounding the condition, collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that a Debtor was solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission

4

that a Debtor was insolvent as of the Petition Date or any time prior to the Petition Date.

All asset and liability information, except where otherwise noted, is reflected through January 23, 2020.

(b) **Confidential Information.** There may be instances in the Schedules and Statements where the Debtor deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Generally, the Debtor has used this approach because of a confidentiality agreement between the Debtor and a third party, for the protection of sensitive commercial information, or for the privacy of an individual.

(c) **Duplication.** Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtor has endeavored to only list such assets, liabilities, and prepetition payments once.

(d) **Net Book Value.** In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to the Debtor. Accordingly, unless otherwise indicated, the Debtor's Schedules and Statements reflect net book values where possible. **In certain instances, Debtor's advisors were not provided with sufficient underlying details and schedules in order to properly assess book value.** Additionally, Market values may vary, in some instances, materially, from net book values. The Debtor believes that it would be an inefficient use of estate assets for the Debtor to obtain the current market values of its property. Accordingly, the Debtor has indicated in the Schedules and Statements that the market values of certain assets and liabilities are undetermined. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements, or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtor with respect to such asset.

(e) **Undetermined Amounts.** The description of an amount as "unknown," is not intended to reflect upon the materiality of such amount.

(f) **Unliquidated Amounts.** Claim amounts that could not be readily quantified by the Debtor are scheduled as "unliquidated." The description of an amount as "unknown," or "undetermined" is not intended to reflect upon the materiality of such amount. Any failure to designate a claim in the Schedules

and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtor reserves all rights to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."

(g)     **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

(h)     **Property and Equipment.** The Debtor's owned property and equipment would normally have been valued at net book value, but the latest depreciated asset schedule was completed through September 30, 2019.  In addition, the Debtor cannot properly assess the fair market value or any value until they have access to its equipment, including work in process, in order to determine what is salvageable, and most are scheduled as unknown at the time of the filing of the Schedules and Statements.  The Debtor may lease furniture, fixtures, and equipment from certain third-party lessors. To the extent possible, any such leases are listed in the Schedules and Statements. Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect thereto.

(i)     **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtor or (ii) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the Debtor on a post-petition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and critical vendor payments, if applicable. The Debtor reserves all of its rights with regard to such credits, allowances, or other adjustments, including, but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such allowances in the ordinary course of business on a post-petition basis.

(j)     **Intercompany Claims and Transfers.** The Debtor maintains business relationships with another entity, Watson Grinding and Manufacturing Co., (debtor in Case No. 20-30967, "**Watson Grinding**") conducting transactions from time to time that result in intercompany receivables and payables and/or are on account of capital contributions, equity investments, or distributions on account of equity investments. Known and assumed prepetition receivables and payables among and between the Debtor and

Watson Grinding are reported on Schedule A/B, and Schedule E/F, respectively, per the Debtor's books and records. In certain instances, intercompany accounts may not have been reconciled and therefore the values are unknown and are listed as such. The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise.

(k)     **Guarantees and Indemnification Claims.** The Debtor has exercised commercially reasonable efforts to locate and identify guarantees of its executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees or indemnification claims have been identified, they have been included in the relevant Schedules E/F, G and H for the affected Debtor. The Debtor may have inadvertently omitted guarantees or indemnifications embedded in its contractual agreements and may identify additional guarantees or indemnifications as they continue to review its books and records and contractual agreements. The Debtor reserves its rights, but are not required, to amend the Schedules and Statements if additional guarantees are identified.

(l)     **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

4.     **Specific Schedules Disclosures.**

(a)     <u>**Schedules Summary**</u>. Except as otherwise noted, the asset and liability totals represent amounts obtained utilizing trial balances through January 23, 2020 with asset totals depreciated through September 30, 2019. The Company closes its books quarterly. Based on the size of the Company, the scope of its operations and internal accounting resources, a monthly close is not performed.

(b)     **Schedule A/B – Parts 1 & 2 - Cash and Cash Equivalents; Deposits and Prepayments.** Details with respect to the Debtor's bank accounts are provided in the Debtor's Schedules and are as of the Petition Date.

(c)     **Schedule A/B, Part 3 – Accounts Receivable, Item 11.** The Debtor's reported accounts receivable through January 23, 2020. Also, accounts receivable includes amounts that may be uncollectible. The Debtor is unable to determine with certainty what amounts will actually be collected.

(d)     **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.** Ownership interests in subsidiaries, partnerships, and joint ventures have been listed in Schedule A/B, Part 4, as unknown amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and

may differ significantly from its net book value.

(e)     **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles.** Debtor maintained an asset depreciation schedule updated through September 30, 2019; however, some amounts may have been listed as unknown due to the aforementioned circumstances.

(f)     **Schedule A/B, Part 8 – Machinery, equipment, & vehicles.** Debtor maintained an asset depreciation schedule updated through September 30, 2019; however, some amounts may have been listed as unknown due to the aforementioned circumstances.

(g)     **Schedule A/B, Part 9 – Real Property.** For those Debtor that own real property, such owned real estate is reported at book value, net of accumulated depreciation through September 30, 2019. The Debtor may have listed certain assets as real property when such assets are in fact personal property, or the Debtor may have listed certain assets as personal property when such assets are in fact real property. Any buildings and land improvements, as may be applicable, are listed on Schedule A/B, Part 9, independent of whether the real property to which the building or land improvement is connected is Debtor-owned property. Additionally, some amounts may have been listed as unknown due to the aforementioned circumstances. The Debtor reserves all of its rights to re-categorize and/or re- characterize such asset holdings to the extent the Debtor determines that such holdings were improperly listed.

Certain of the instruments reflected on Schedule A/B 55 may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule A/B. The Debtor hereby expressly reserves the right to assert that any instrument listed on Schedule A/B 55 is an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code. The Debtor reserves all of its rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B 55, including its right to dispute or challenge the characterization or the structure of any transaction, document, or instrument, including any intercompany agreement.

(h)     **Schedule A/B, Part 11 – All Other Assets.** Debtor maintained an asset depreciation schedule updated through September 30, 2019; however, some amounts may have been listed as unknown due to the aforementioned circumstances.

For section 73 related to interests in insurance policies or annuities, values were derived from data received from management and no assertion can be

made as to the accuracy of the provided data.

(i) ***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including* Counterclaims *of the Debtor and Rights to Setoff Claims.*** In the ordinary course of its businesses, the Debtor may have accrued, or may subsequently accrue, certain rights to counterclaims, crossclaims, setoffs, credits, rebates, or refunds with its customers and suppliers, or potential warranty claims against its suppliers. Additionally, the Debtor may be party to pending litigation in which such Debtor has asserted, or may assert, claims as a plaintiff or counterclaims and/or crossclaims as a defendant. Because such claims are unknown to the Debtor and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11.

(j) **Schedule D – Creditors Who Have Claims Secured by Property.** Except as otherwise agreed pursuant to a stipulation or order entered by the Court, the Debtor reserves its rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D and reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. In certain instances, the Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of Watson Grinding, and no claim set forth on Schedule D of the Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

(k) **Schedule E/F – Creditors Who Have Unsecured Claims.**

***Part 2 - Creditors with Nonpriority Unsecured Claims.*** The liabilities identified in Schedule E/F, Part 2, are derived from the Debtor's books and records. The Debtor made a commercially reasonable attempt to set forth its unsecured obligations, although the actual amount of claims against the Debtor may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities, which have been listed on a gross accounts' payable basis, may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, contains information regarding certain compensation-related or other claims of insiders of the Debtor, with such claims being listed as "contingent," "unliquidated," and/or "disputed." In scheduling such claims, the Debtor makes no representation or assertion as to the validity of

such claims, and the Debtor reserves all rights, claims, and defenses in connection therewith.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtor. The amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtor or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtor's estate, the Debtor has not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtor has not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Additionally, due to lack of access to records, Debtor is unable to provide confirmation of transaction activity past January 23, 2020. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtor reserves its rights, but undertakes no obligations, to amend Schedules D and E/F if, or when, the Debtor receive such invoices.

(l)     **Schedule G – Executory Contracts and Unexpired Leases.** While commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Additionally, relationships between the Debtor and its vendors are sometimes governed by a master services agreement, under which the Debtor also places work and purchase orders, which may be considered executory contracts. Disclosure of all of these purchase and work orders, however, is impracticable and unduly burdensome. Accordingly, to the extent the Debtor has determined to disclose non-confidential master services agreements in Schedule G, purchase and work orders placed thereunder may have been omitted.

In some cases, the same supplier or provider may appear multiple times in Schedule
G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

Omission of a contract or agreement from Schedule G does not constitute an

admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor and Watson Grinding may be guarantors and parties to guaranty agreements regarding their prepetition credit facility. The guaranty obligations arising under these agreements are reflected on Schedules D and F only.

5.      **Schedule H – Co-Debtors.** The Debtor has made reasonable efforts to locate and identify guaranties and other secondary liability claims (collectively, "**Guaranties**") in each of the executory contracts, unexpired leases, secured financings, debt instruments and other such agreements to which the Debtor is a party. Where Guaranties have been identified, they have been included in the relevant Schedule for the Debtor. The Debtor has placed the Guaranties on Schedule H for both the primary obligor and the guarantor of the relevant obligation. Guaranties were additionally placed on Schedule D or E/F, except to the extent they are associated with obligations under an executory contract or unexpired lease identified on Schedule G. It is possible that certain Guaranties embedded in the Debtor's executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted.

6.      **Specific Statements Disclosures.**

(a)     **Statements, Part 2, Question 3 – Payments and Transfers to Certain Creditors within 90 Days.** The dates set forth in the "Dates" column relate to one of the following: (i) the date of a wire transfer; (ii) the date of an "ACH" processing; or (iii) the check issuance date. Prior to the Petition Date, the Debtor maintained a centralized cash management system through which the Debtor made payments on behalf of itself or Watson Grinding. Consequently, for the purpose of this schedule, payments are recorded on the Debtor's Statements, Part 2, Question 3, based on the Debtor's bank account owned.

Payments to the Debtor's bankruptcy professionals, insiders, intercompany transactions, wage garnishments and donations are not included in the payments to creditors. Payments to the aforementioned parties are included in the following locations within the Statements: bankruptcy professionals (Question 11), insider (Question 4), intercompany (Question 4).

(b)     **Statements, Part 2, Question 4 – Payments and Transfers to Insiders.** To the extent: (i) a person qualified as an "insider" in the year prior to the Petition Date, but later resigned their insider status or (ii) did not begin the year as an insider, but later became an insider, the Debtor has only listed those payments made while such person was defined as an insider in Statements, Part 2, Question 4. Business travel arrangements, including flights and hotels, for certain of the Debtor's directors and officers have been paid for by the Debtor's corporate credit card. Such payments are listed in the response to Question 4 on the Statements.

(c)     **Statements, Part 2, Question 6 – Setoffs.** The Debtor routinely incurs setoffs and net payments and record offsets in the ordinary course of business. Such setoffs, nettings and offsets may occur due to a variety of transactions or disputes including, but not limited to, joint- interest billings, intercompany transactions, counterparty settlements, pricing discrepancies, warranties, refunds, negotiations, or disputes between the Debtor and its operating partners or suppliers. These ordinary course setoffs and nettings are common to the industry. Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtor to list each such transaction. Therefore, ordinary course set- offs are excluded from the Debtor's responses to Question 6 of the Statements

(d)     **Statements, Part 3, Question 7 – Legal Actions or Assignments.** The Debtor does not know of any workers' compensation claims in response to this question, aside from any workers' compensation claims that may arise from the January 24 explosion. However, if any become known the Debtor maintains that disclosure would be in violation of certain laws including HIPAA (Health Insurance Portability and Accountability Act of 1996).

(e)     **Statements, Part 6, Question 11 – Payments Related to Bankruptcy.** The payments provided in Question 11 are reported for the joint representation of the Debtor and Watson Grinding. The Debtor believes that it would be an inefficient use of the assets of the estates to allocate these payments on a Debtor-by-Debtor basis.

(f)     **Statements, Part 6, Question 13 – Transfers not already listed on this statement.** Payments to insiders disclosed for purposes of transparency but Debtor contends that these are ordinary payments.

(g)     **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.** Distributions by the Debtor to directors and officers are listed on the attachment to Question 4.

7.     <u>**Litigants**</u>

As a result of the explosion that occurred on or about January 24, 2020, many surrounding homes and businesses incurred damage including the loss of life and physical injuries to potentially many litigants.  Best efforts have been made to notice many surrounding homes, businesses and people affected by the blast but cannot guarantee that all effected by the explosion were noticed.

**These Global Notes are in addition to the specific notes set forth in the Schedules and Statements. The fact that the Debtor has prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtor to exclude the applicability of such Global Note to any or all of the Debtor's remaining Schedules or Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.**

**Fill in this information to identify the case:**

Debtor name   **Watson Valve Services, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **20-30968**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **3-23-2020**  X _____
                                 Signature of individual signing on behalf of debtor

                              **Robert White**
                              Printed name

                              **Chief Operating Officer**
                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Watson Valve Services, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **20-30968**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................   $        **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................   $     **31,220,474.68**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................   $     **31,220,474.68**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     **3,045,500.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................   $     **60,964.61**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$     **770,037.08**

4.   Total liabilities ...............................................................................................
    Lines 2 + 3a + 3b   $     **3,876,501.69**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Watson Valve Services, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF TEXAS

Case number (if known)     **20-30968**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Texas Capital Bank - Operating Account** | Checking | 0552 | $703,689.80 |
| 3.2. | **Texas Capital Bank - China Project Account (PT Huayue Nickel Cobalt)** | Checking | 4882 | $243,141.59 |
| 3.3. | **Compass Bank - Operating Account** | Checking | 6583 | $2,363.70 |
| 3.4. | **Texas Capital Bank - Russia Project Account (AMUR HMP, LLC)** | Checking | 4874 | $0.00 |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $949,195.09 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Watson Valve Services, Inc.**
Name

Case number *(If known)* **20-30968**

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1. **Prepaid Insurance - Al Thurmond Agency, Inc.** $134,605.20

8.2. **Equipment Deposit - Dunn's Testing** $45,360.00

9. **Total of Part 2.** $179,965.20
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **1,017,119.61** | - | **0.00** | = .... | **$1,017,119.61** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **1,200.00** | - | **0.00** | =.... | **$1,200.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.** $1,018,319.61
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Raw Materials - Valves** | | **$3,349.00** | | **$3,349.00** |

20. **Work in progress**

| Debtor | **Watson Valve Services, Inc.** | Case number *(If known)* | **20-30968** |
| | Name | | |

| | | | |
|---|---|---|---|
| **Work in progress (will supplement upon access and determination of condition)** | | $1,240,411.75 | Unknown |

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.**

   Add lines 19 through 22.  Copy the total to line 84.

   | $3,349.00 |
   |---|

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Office Furniture & Fixtures. See attached Exhibit SOFA 39. | $0.00 | | Unknown |
| 40. **Office fixtures** Leasehold Improvements | $501,023.17 | | Unknown |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Global Shop Solutions ERP | $43,215.27 | | $43,215.27 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Watson Valve Services, Inc.** | Case number *(If known)* | **20-30968** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | $43,215.27 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

---

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2013 Ford F450** | $21,430.51 | | $21,430.51 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Machinery & Equipment - See Attached Exhibit<br>B-50.** | $41,300.69 | | Unknown |

| | | |
|---|---|---|
| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | $21,430.51 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

---

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* **20-30968** |
|---|---|---|
| | Name | |

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**Catlin Specialty Insurance Co - Commercial General Liability - Policy No. US00087635L19A** | $2,000,000.00 |
| | **United Fire Lloyds - Automobile Liability - Policy No. 60419060** | $1,000,000.00 |
| | **Catlin Specialty Insurance Co - Umbrella - Policy No. US00087637LI19A** | $10,000,000.00 |
| | **Texas Mutual Insurance - Workers Compensation and Employers Liability - Policy No. 0001218584** | $1,000,000.00 |
| | **RSUI Indemnity Company - Excesss Liabililty - Policy No. NHA088211** | $15,000,000.00 |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Employee Receivable** | $5,000.00 |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $29,005,000.00 |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Watson Valve Services, Inc.**                    Case number *(If known)*  **20-30968**
          Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $949,195.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $179,965.20 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,018,319.61 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,349.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $43,215.27 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $21,430.51 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $29,005,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $31,220,474.68 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $31,220,474.68 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Office Furniture & Fixtures - Depreciation Schedule as of 09.30.2019 | |
|---|---|
| Asset IDLocation | Description |
| 7 | Private Office Desk 1 |
| 8 | Private Office Desk 2 |
| 9 | Private Office Desk 3 |
| 10 | Exec Chair 1 |
| 11 | Exec Chair 2 |
| 12 | Exec Chair 3 |
| 13 | Side Chair 1 |
| 14 | Side Chair 2 |
| 15 | Side Chair 3 |
| 16 | Side Chair 4 |
| 17 | Side Chair 5 |
| 18 | Side Chair 6 |
| 19 | Mahogany Reception Desk |
| 20 | Hon Pneumatic Swival Chair |
| 21 | Double Ped |
| | Desk-Shop Office |
| 22 | Hon Oak/Putty |
| | Pneumatic |
| | Chair-Shop Office |
| 23 | Hon Guest Chair |
| | 1-Claret Burgundy |
| 24 | Hon Guest Chair |
| | 2-Claret Burgundy |
| 25 | Wood Side Arm |
| | Chair 1-Waiting |
| | Room |
| 26 | Wood Side Arm |
| | Chair 2-Waiting |
| | Room |
| 27 | Mahogany Wood |
| | Finish Occasional |
| | Table |
| 28 | Boat Shaped |
| | Mohagany |
| | Conference Table |
| 29 | Conf Chair 1 |
| 30 | Conf Chair 2 |
| 31 | Conf Chair 3 |
| 32 | Conf Chair 4 |
| 33 | Conf Chair 5 |
| 34 | Conf Chair 6 |
| 35 | Used 3 Drawer File Cabinet 1 |
| 36 | Used 3 Drawer File Cabinet 2 |
| 37 | Used Break Room Table |

| | | |
|---|---|---|
| | 38 | Installation of Furniture |
| | 40 | MetalShelving/Bins-Clara Rd |
| | 43 | Extra Large Nesting Totes 17/14 x 11x8 |
| | 44 | Extra Large Nesting |
| | | Totes 23 3/4 x 17 1/4 |
| | | x 8 |
| | 46 | Premium Stacking |
| | | Bins |
| | 48 | Upright Shelving |
| | | from Shelving |
| | | Concepts |
| | 53 | Refrigerator for Clara |
| | | Rd |
| | 60 | Extra Large Nesting |
| | | Tote |
| | 61 | Premium Stacking |
| | | Bins |
| | 63 | Mobile Security LCD |
| | | Computer Cabinet |
| | | and AC Fan Kit |
| | 64 | Premium Stacking |
| | | Bin |
| | 65 | Three AC Fan Kits for Computer Security Cabinet |
| | 68 | Premium Stacking Bins |
| | 69 | Extra Large Nesting Totes |
| | 75 | Trade Show Display from MOD Displays |
| | 77 | Security Camera Equipment |
| | 85 | Teardrop Upright 144 x 42 x 2 9/16Vertical Shelving |
| | 86 | Teardrop Beams 96x 4 x 1 5/8 |
| | 87 | Wire Deck 42 x 46 FW |
| | 88 | Office Furniture - Kelly Watson |
| | 98 | Window Blinds for 4514 Steffani) |
| | 115 | ScanSnap Desktop Scanner #3 |
| | 116 | ScanSnap Desktop Scanner #4 |
| | 117 | ScanSnap Desktop Scanner #5 |
| | 118 | Fujitsu Scan Snap |
| | 119 | Fijitsu Scanner |
| | 120 | Trendnet TEG-MGBSCMultiMode |
| | 121 | APC UPS Battery for Battery Backup |
| | 122 | Cisco Ethernet Switch |
| | 123 | StarTec Model ISAS88702 External Serial Attached SCSI SAS Cable |
| | 124 | HP Photosmart Wireless Printer |
| | 125 | 20" Flatscreen Monitor & Speaker |
| | 126 | Wall Signs for Restrooms (4514 Steffani) |
| | 127 | Used Credenza - #1 |
| | 128 | Used Credenza - #2 |
| | 131 | Used Desk - #1 |
| | 132 | Used Desk  - #2 |
| | 145 | Metal Shelving from Warehouse Rack |

| 146 | Security Equipment from 123Security Productions.com |

NOTE: Asset schedules have been derived from 09/30/2019 fixed asset depreciation schedules. Net asset values cannot be readily determined as of the current date. Whereas the existence and or condition of assets cannot be determined through physical inspection and or inventory and whereas net realizable asset values may be determined through proceeds of insurance settlement it is deemed for the purposes of this schedule that the net asset value as of the current date is unknown.

| Leasehold Improvements - Depreciation Schedule as of 09.30.2019 | |
|---|---|
| **Asset IDLocation** | **Description** |
| 39 | Security Alarm System-Clara Rd |
| 41 | Sign for Clara Road |
| 89 | Fabrication and Installation of Illuminated Building Sign for WVS |
| 90 | A/C System - #1 (4514 Steffani) |
| 91 | A/C Sytem  #2 (4514 Steffani) |
| 92 | A/C System - #3 (4514 Steffani) |
| 93 | A/C System - #4 - (4514 Steffani) |
| 94 | A/C System #5(4514 Steffani) |
| 95 | A/C System #6(4514 Steffani) |
| 96 | Alarm System (4514 Steffani) |
| 97 | Bathroom Cabinetry & Countertops (4514 Steffani) |
| 100 | Landscaping (4514 Steffani) |
| 101 | Rock & Ashpalt Parking Lot (4514 Steffani) |
| 102 | Sprinkler System for 4514 Steffani |
| 103 | Fiber Optics & Cabling - (4514 Steffani) |
| 104 | Locks/Keys (4514 Steffani) |
| 105 | Construction/Buildou t/Make Ready - 4514 Steffani |
| 143 | Construction Work - Valve Shop |
| 144 | Construction Work - New Valve Shop |
| 148 | Concrete Walkway Between Buildings |
| 150 | New Security Gate |

NOTE: Asset schedules have been derived from 09/30/2019 fixed asset depreciation schedules. Net asset values cannot be readily determined as of the current date.
Whereas the existence and or condition of assets cannot be determined through physical inspection and or inventory and whereas net realizable asset values may be
determined through proceeds of insurance settlement it is deemed for the purposes of this schedule that the net asset value as of the current date is unknown.

| Machinery & Equipment - Depreciation Schedule as of 09.30.2019 | | |
|---|---|---|
| Asset ID | Location | Description |
| | 1 | Investment Pattern |
| | 2 | Cope & Drag Wood Pattern |
| | 3 | Loose -Mounted Pattern |
| | 4 | Copy & Drag Wood Pattern |
| | 5 | Loose - Mounted Wood Pattern |
| | 6 | Cope & Drag Pattern |
| | 42 | Electric Pipe Threader |
| | 54 | One LeBlond Lathe |
| | 55 | 15HP AirCompressor from Grainger |
| | 57 | New Lathe |
| | 59 | Drip Pan for Machinery |
| | 67 | Abrasive Warehouse Blast Cabinet |
| | 71 | 9 x 20'" 3/4 HP 1PH115V Belt Drive Bench Lathe |
| | 72 | 2XLCT Power Head w/Attachments |
| | 73 | Gates Monarch Lathe |
| | 74 | Cincinnati Python Lathe S/N#CM0065 |
| | 76 | Hydraulic Press |
| | 78 | One Auma Actuator |
| | 79 | Low Clearnace Bolting Machine (SN S8F1320-67) |
| | 80 | 3 1/8" Stealth8 Ratchet Link |
| | 81 | 3 3/4" Ratchet Link F/ ST8 #10 |
| | 82 | 2 3/4" Ratchet Link STEALTH8 |
| | 83 | D Module Assy Standard |
| | 140 | Electric Air Compress, 2 Stage,1.5 HP |
| | 141 | Reconditioned CAT Electric Reach Truck |
| | 142 | 2010 Club Car (SN:AG1040-135177) |
| | 147 | Broken Forklift Repair |
| | 149 | Electric Air Compressor, 2 Stage |
| | 151 | Portable Hydraulic Power Unit - 12V, Two Circuits |
| | 152 | P5000 Marking Machine |
| | 153 | Model Optim Indicator (SNAC20150525040) |
| | 154 | Marking System from SIC Marking USA |

| 155 | Used Abrasive Blast Systems Cabinet |
|---|---|

NOTE: Asset schedules have been derived from 09/30/2019 fixed asset depreciation schedules. Net asset values cannot be readily determined as of the current date. Whereas the existence and or condition of assets cannot be determined through physical inspection and or inventory and whereas net realizable asset values may be determined through proceeds of insurance settlement it is deemed for the purposes of this schedule that the net asset value as of the current date is unknown.

| Vehicles - Depreciation Schedule as of 09.30.2019 | |
|---|---|
| **Asset IDLocation** | **Description** |
| 156 | 2013 Ford F45 (VIN 1FDUF4GT7DEB525 94) |

NOTE: Asset schedules have been derived from 09/30/2019 fixed asset depreciation schedules. Net asset values cannot be readily determined as of the current date. Whereas the existence and or condition of assets cannot be determined through physical inspection and or inventory and whereas net realizable asset values may be determined through proceeds of insurance settlement it is deemed for the purposes of this schedule that the net asset value as of the current date is unknown.

**Fill in this information to identify the case:**

Debtor name    **Watson Valve Services, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **20-30968**

☐ Check if this is an amended filing

Official Form 206D

### Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

**2.1**    **Cypress-Fairbanks ISD Tax**
Creditor's Name

**10494 Jones Road**
**Suite 106**
**Houston, TX 77065**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien
**Property Tax**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **Unknown**
Value of collateral: **Unknown**

**2.2**    **Harris County et al**
Creditor's Name

**Tax Assessor-Collector**
**PO Box 4622**
**Houston, TX 77210**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien

Describe the lien
**Property Tax**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$45,500.00**
Value of collateral: **$0.00**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Watson Valve Services, Inc.**
_____
Name

Case number (if known)  **20-30968**

- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Texas Capital Bank** |
| --- | --- |

Creditor's Name

**1330 Post Oak Blvd
Suite 100
Houston, TX 77056**

Creditor's mailing address

**Steve.Moon@texascapitalb
ank.com**

Creditor's email address, if known

**Date debt was incurred**

**October 25, 2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Cash, Accounts Receivable, Inventory, Equipment, Chattel Paper, and Other Collateral**

**Describe the lien**

**Is the creditor an insider or related party?**

- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☐ No
- ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$3,000,000.00    Unknown

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$3,045,500.00

---

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Watson Valve Services, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF TEXAS</td></tr>
<tr><td>Case number (if known)</td><td><strong>20-30968</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Benito Sanchez Jr**
**8810 Driftstone Dr**
**Spring, TX 77379**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$3,840.00**   Priority amount: **$3,840.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.2** Priority creditor's name and mailing address
**Gerardo Barrerra**
**2615 Hartwick**
**Houston, TX 77093**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$3,600.00**   Priority amount: **$3,600.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    55668    Best Case Bankruptcy

| Debtor | **Watson Valve Services, Inc.** | | Case number (if known) | **20-30968** |
|---|---|---|---|---|

Name

---

**2.3** | Priority creditor's name and mailing address

**Hao Vo**
**10210 Harfield Bluff Ln**
**Cypress, TX 77433**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**$1,923.07** | **$1,923.07**

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address

**Harris County Pollution Control Services**
**101 South Richey, Suite H**
**Pasadena, TX 77506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address

**Harris County Tax**
**Assessor-Collector**
**1001 Preston**
**PO Box 4089**
**Houston, TX 77210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address

**Henry Garza Jr**
**2907 Robertson**
**Houston, TX 77009**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**$3,692.31** | **$3,692.31**

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Watson Valve Services, Inc.**
Name

Case number (if known) **20-30968**

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Internal Revenue Service**
**Centralized Insolvency Operation**
**Post Office Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,923.08** | **$6,923.08** |

**Jason White**
**21861 Old Oak Way**
**Hockley, TX 77447**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,230.76** | **$3,230.76** |

**John Lichenstein Jr**
**4816 CR 286**
**Bay City, TX 77414**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,076.92** | **$8,076.92** |

**John Watson**
**4002 Chatham Lane**
**Houston, TX 77027**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,961.54** | **$1,961.54** |
|---|---|---|---|---|

**Matthew Snow**
**16111 Woodbend Trail**
**Houston, TX 77070**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued PTO** |

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,461.54** | **$3,461.54** |
|---|---|---|---|---|

**Richard Bell**
**9111 Restover Ln**
**Houston, TX 77064**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued PTO** |

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,692.31** | **$2,692.31** |
|---|---|---|---|---|

**Rifka Abudaram**
**7627 Ikes Pond Dr**
**Spring, TX 77389**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued PTO** |

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,923.08** | **$6,923.08** |
|---|---|---|---|---|

**Robert White**
**27440 Waller Spring Creek Rd.**
**Hockley, TX 77447**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued PTO** |

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,640.00** | **$2,640.00** |
|---|---|---|---|---|

**Sergio Gonzalez**
**6349 Austinville Dr**
**Katy, TX 77449**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Texas Commission on**
**Environmental Qualit**
**2309 Gravel Dr**
**Fort Worth, TX 76118**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,000.00** | **$12,000.00** |
|---|---|---|---|---|

**Texas Comptroller of Public**
**Accounts**
**Lyndon B. Johnson State Office**
**Building**
**111 East 17th Street**
**Austin, TX 78774**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Margin Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Texas Secretary of State**
**PO Box 13697**
**Austin, TX 78711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Texas Workforce Commission**
**101 E 15th St, Rm 370**
**Austin, TX 78778**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Abel Martinez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Abigail Hernandez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$67.34** |
|---|---|---|---|

**Ace Electronics**
**3210 Antoine Dr**
**Houston, TX 77092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Adam Ontoya-Torres**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$94,663.80** |
|---|---|---|---|

**Afco**
**5600 North River Road**
**Suite 400**
**Des Plaines, IL 60018**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Commercial Premium Finance Agreement - Promissory Note**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Agnex Panong**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,387.00** |
|---|---|---|---|

**AIV, LPL**
**7140 W. Sam Houston Pkwy N**
**Suite 100**
**Houston, TX 77040**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Alfonso Rodriguez**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Alison Long**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Alvaro Mendieta**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Watson Valve Services, Inc.**                    Case number (if known)   **20-30968**

<div style="text-align:right">Name</div>

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amado Anguiano**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

☐ Date(s) debt was incurred _
☐ Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amber Lane**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amelia Diosdado**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,572.55 |
|---|---|---|---|

**American Express**
**Three World Financial Center**
**200 Vesey S**
**New York, NY 10285**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,260.00 |
|---|---|---|---|

**American Heli-Arc**
**5009 Pinemont Dr**
**Houston, TX 77092**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $572,241.86 |
|---|---|---|---|

**AMUR HMP, LLC**
**5, Mashinostroiteliei Shosse, Amursk**
**Khabarovsk Krai, The Russian Federation**
**682640**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ana Luisa Singu**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Debtor   **Watson Valve Services, Inc.**                                    Case number (if known)   **20-30968**
_____Name_____

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ana Sarpas**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

�� Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Andrea Horton**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Andres Gomez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Andres Unriostegui**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Angel Olvera**
**c/o Anthony Peterson, LLP**
**500 North Water Street**
**Suite 1000**
**Corpus Christi, TX 78401**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Angelina Sandoval**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **Watson Valve Services, Inc.**
_____
Name

Case number (if known) **20-30968**
_____

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Angeline Garza**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Anna Juarez**
**c/o Law Offices of Manuel Solis, PC**
**6657 Navagation Boulevard**
**Houston, TX 77011**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Annie Tyler**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Anthony Howard, Jr.**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Anthony Uriostegui**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Antorion Avitia**
**c/o Law Offices of Manuel Solis, PC**
**6657 Navagation Boulevard**
**Houston, TX 77011**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Watson Valve Services, Inc.**       Case number (if known)   **20-30968**

Name

---

**3.30**

**Nonpriority creditor's name and mailing address**

**Armin Denic**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.31**

**Nonpriority creditor's name and mailing address**

**Arnold Ballinger**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.32**

**Nonpriority creditor's name and mailing address**

**Arthur Anh Nguyen**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.33**

**Nonpriority creditor's name and mailing address**

**Bamboo Properties, LLC**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.34**

**Nonpriority creditor's name and mailing address**

**Bass Toll and Supply, Inc.**
2300 Fairway Park Dr
Houston, TX 77092

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$824.24

---

**3.35**

**Nonpriority creditor's name and mailing address**

**Benito Hernandez**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor **Watson Valve Services, Inc.**
_____
Name

Case number (if known)   **20-30968**
_____

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Beronica Tabares**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bibiano Sandoval**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bichdao Nguyen**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blanca Mojica**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blanca Solorazano**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brenda Pham**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Valve Services, Inc.**
_____
Name

Case number (*if known*)   **20-30968**
_____

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brian Rego**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Byron Keith House**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Calixto Lopez**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Candy Tovar**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Carole Goff**
c/o Bain & Barkley
14090 Southwest Freeway
Suite 450
Sugar Land, TX 77478

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Catherin Drawsand**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Watson Valve Services, Inc.**                                    Case number (if known)    **20-30968**
_____
Name

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Catherine Laake**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  _Litigation Claimant_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Catherine Norton**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  _Litigation Claimant_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Cathryn R. Bottoms**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  _Litigation Claimant_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Celina Sandoval**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  _Litigation Claimant_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Chao Gao**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  _Litigation Claimant_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Chris Le**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  _Litigation Claimant_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Watson Valve Services, Inc.**
_____
Name

Case number (if known)   **20-30968**

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

3.54

**Nonpriority creditor's name and mailing address**

**Chris Santiff**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.55

**Nonpriority creditor's name and mailing address**

**Christina Thurman**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.56

**Nonpriority creditor's name and mailing address**

**Cindy Ortega**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.57

**Nonpriority creditor's name and mailing address**

**Cristhian Martinez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.58

**Nonpriority creditor's name and mailing address**

**Cuong Vo**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.59

**Nonpriority creditor's name and mailing address**

**Cynthia Tates**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

Unknown

Debtor  **Watson Valve Services, Inc.**                              Case number (if known)    **20-30968**
_____
Name

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Daisy Lozano**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Dale C. Battiste**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Dan Berry Argo**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Dana Feaster**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Daniel Bravo**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Daniel Drawsand**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Debtor   **Watson Valve Services, Inc.**
_____
Name

Case number (if known)   **20-30968**

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Daniel Gutierrez, Jr.**
**c/o Anthony Peterson, LLP**
**500 North Water Street**
**Suite 1000**
**Corpus Christi, TX 78401**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Daniel Juarez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Daniela Cortez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**David Diosado**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**David Rains**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**David Solorazano**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Watson Valve Services, Inc.**
_____
Name

Case number (if known)   **20-30968**

| | |
|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address** |

**Deborah Patten**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| | |
|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address** |

**Delta Hernandez**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| | |
|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address** |

**Denis Hernandez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| | |
|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** |

**Diana Lopez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| | |
|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** |

**Diana Villalpando**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| | |
|---|---|
| 3.77 | **Nonpriority creditor's name and mailing address** |

**Direct Bolt and Supply**
**7117 Belgold**
**Suite D**
**Houston, TX 77066**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

$24,690.95

---

| Debtor | **Watson Valve Services, Inc.** | | Case number (*if known*) | **20-30968** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Domingo Duron**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Donald Holcomb**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Doris Arias**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Edith Vaesa**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eduardo Dolpher**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eduardo Flores & Hortensia Lima**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Watson Valve Services, Inc.**

Name

Case number (if known) **20-30968**

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**EGC Critical Components, LLC**
**8103 Rankin Road**
**Humble, TX 77396**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,026.01 |
|---|---|---|---|

**EGC Enterprises**
**140 Parker Ct**
**Chardon, OH 44024**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elaine Jackson**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Litigation Claimant_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elba Lemus**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Litigation Claimant_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elizabeth Rueda**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Litigation Claimant_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eloy Ortega**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Litigation Claimant_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ema Ferrufino**
**c/o Law Offices of Manuel Solis, PC**
**6657 Navagation Boulevard**
**Houston, TX 77011**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Litigation Claimant_

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Emily Perez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Emma Rufino**
**c/o Law Offices of Manuel Solis, PC**
**6657 Navagation Boulevard**
**Houston, TX 77011**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Eric Bravo**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Erick Anaya**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Erika Flores**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Ernesto Benitez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor  **Watson Valve Services, Inc.**                    Case number (if known)    **20-30968**
_____
Name

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Esmeralda Gonzalez A/N/F of N.M., a Mino**
**c/o Marty Herring & Associates**
**1616 S. Voss Road**
**Suite 890**
**Houston, TX 77057**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Esmeralda Gonzalez, Individually**
**c/o Marty Herring & Associates**
**1616 S. Voss Road**
**Suite 890**
**Houston, TX 77057**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Esperanza Tabares**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Esteban Pelcastre**
**c/o Law Offices of Manuel Solis, PC**
**6657 Navagation Boulevard**
**Houston, TX 77011**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ethan Decicco**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Eva Olvera**
**c/o Anthony Peterson, LLP**
**500 North Water Street**
**Suite 1000**
**Corpus Christi, TX 78401**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Watson Valve Services, Inc.**
Name

Case number (*if known*)   **20-30968**

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Evelyn Ibarra**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Ever Omar Bautista**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Fabian Flores**
**c/o Abraham Watkins Nichols Sorrels Agos**
**800 Commerce Street**
**Houston, TX 77002**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Farah Albania**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Fasco Fasteners and Supply Company**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Felipe Revuelta**
**c/o Potts Law Firm**
**3737 Buffalo Speedway**
**Suite 1900**
**Houston, TX 77098**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Fernanda Pierre
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Field Express Delivery Service LLC**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Flor D. Cubas**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Franciso Lozano**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frank Peters**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Freddy Sanchez**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

**3.115** | Nonpriority creditor's name and mailing address | | **$195.40**

**Garlock Sealing Tech**
**13288 Collection Center Dr**
**Chicago, IL 60693**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | | **$9,994.71**

**GHX Industrial LLC**
**3440 South Sam Houston Parkway**
**Suite 300**
**Houston, TX 77047**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | | **Unknown**

**Gilbert Orrellana**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | | **Unknown**

**Gilberto Figueroa**
**c/o McMillan Firm, PLLC**
**440 Louisiana Street**
**Suite 1200**
**Houston, TX 77002**

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | | **Unknown**

**Gilberto Mendoza Crus and Massiel Nunez,**
**c/o McMillan Firm, PLLC**
**440 Louisiana Street**
**Suite 1200**
**Houston, TX 77002**

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | | **Unknown**

**Gilberto Mendoza Cruz**
**c/o McMillan Firm, PLLC**
**440 Louisiana Street**
**Suite 1200**
**Houston, TX 77002**

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Gordon Andrus**
**c/o Terry & Thweatt PC**
**One Greenway Plaza**
**Suite 100**
**Houston, TX 77046**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Gordon Andrus**
**c/o Terry & Thweatt PC**
**One Greenway Plaza**
**Suite 100**
**Houston, TX 77046**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**GPM International, Inc.**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$630.19**

**Grainger**
**PO Box 419267**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Greg Malloch**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Guadalupe Castro**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|--------|--------------------------------|------------------------|--------------|
|        | Name |  |  |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--|--|--|

**Guadalupe Meza A/N/F of J.S., a minor**
**c/o Marty Herring & Associates**
**1616 S. Voss Road**
**Suite 890**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--|--|--|

**Guadalupe Meza, Individually**
**c/o Marty Herring & Associates**
**1616 S. Voss Road**
**Suite 890**
**Houston, TX 77057**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--|--|--|

**Hector Medellin**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--|--|--|

**Hector Olvera & Maria Ofelia Mondragon**
**c/o Anthony Peterson, LLP**
**500 North Water Street**
**Suite 1000**
**Corpus Christi, TX 78401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--|--|--|

**Hector Silva**
**c/o Marty Herring & Associates**
**1616 S. Voss Road**
**Suite 890**
**Houston, TX 77057**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--|--|--|

**Henry Lindsay**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Watson Valve Services, Inc.**                    Case number (if known)   **20-30968**
_____                                    _____
Name

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Hilda Limas**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Homero Regaldo**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Hossein Sondjani**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Houston Auto Tech, Inc.**
**c/o Lassiter Law Firm**
**3120 Southwest Freeway**
**Suite 650**
**Houston, TX 77098**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Houston Corvette Service, Inc.**
**c/o Terry & Thweatt PC**
**One Greenway Plaza**
**Suite 100**
**Houston, TX 77046**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Houston Corvette Servies, Inc.**
**c/o Terry & Thweatt PC**
**One Greenway Plaza**
**Suite 100**
**Houston, TX 77046**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hung Duc Pham**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,908.16** |
|---|---|---|---|

**Hytorc**
**12420 Texaco Road**
**Houston, TX 77013**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$917.80** |
|---|---|---|---|

**Industrial Bearing and Services**
PO Box 41325
**Houston, TX 77241**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ingrid Miranda**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Irlanda Copeland**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Isabel Campoverde**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Isabella Figueroa**
**c/o McMillan Firm, PLLC**
**440 Louisiana Street**
**Suite 1200**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Watson Valve Services, Inc.**
_____ Name

Case number (if known) **20-30968**

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Jaime Gonzalez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Jair Leal**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**James Bostick**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**James Walker**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Jane Doe (a Minor)**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Janet Martinez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Watson Valve Services, Inc.__                     Case number (if known) __20-30968__
Name

| | |
|---|---|
| 3.152 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* Unknown |
| Jasiah Sessions | ■ Contingent |
| c/o Buzbee Law Firm | ■ Unliquidated |
| JP Morgan Chase Tower, 600 Travis Street | ■ Disputed |
| Suite 7300 | |
| Houston, TX 77002 | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Litigation Claimant__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.153 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* Unknown |
| Jasmin Serna | ■ Contingent |
| c/o KWOK Daniel Ltd, LLP | ■ Unliquidated |
| 9805 Katy Freeway | ■ Disputed |
| Suite 850 | |
| Houston, TX 77024 | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Litigation Claimant__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.154 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* Unknown |
| Javier Lopez Herrera | ■ Contingent |
| c/o Buzbee Law Firm | ■ Unliquidated |
| JP Morgan Chase Tower, 600 Travis Street | ■ Disputed |
| Suite 7300 | |
| Houston, TX 77002 | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Litigation Claimant__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.155 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* Unknown |
| Javier Martinez | ■ Contingent |
| c/o Marty Herring & Associates | ■ Unliquidated |
| 1616 S. Voss Road | ■ Disputed |
| Suite 890 | |
| Houston, TX 77057 | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Litigation Claimant__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.156 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* Unknown |
| Jeanne Merritt | ■ Contingent |
| c/o KWOK Daniel Ltd, LLP | ■ Unliquidated |
| 9805 Katy Freeway | ■ Disputed |
| Suite 850 | |
| Houston, TX 77024 | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Litigation Claimant__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.157 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* Unknown |
| Jerlesa Tates | ■ Contingent |
| c/o KWOK Daniel Ltd, LLP | ■ Unliquidated |
| 9805 Katy Freeway | ■ Disputed |
| Suite 850 | |
| Houston, TX 77024 | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Litigation Claimant__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor **Watson Valve Services, Inc.**                    Case number (if known)    **20-30968**
Name

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jessie Sewel**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joan Doan**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joe Brunson**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Johana Macin**
**c/o Marty Herring & Associates**
**1616 S. Voss Road**
**Suite 890**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Baccam**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Dasilva**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Watson Valve Services, Inc.** | Case number (*if known*) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

**3.164** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**John Doe (a Minor)**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Johnnie Huynh**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Johnny Villalpando**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jorge Castillo**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jorge Chacon**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jorge Cubas**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Valve Services, Inc.**
Name

Case number (if known) **20-30968**

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jorge Garcia**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jorge Pham**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jose Corral**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jose D. Coreas**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jose Mata**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jose Romero**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Valve Services, Inc.**
Name

Case number (*if known*)   **20-30968**

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jose Tovar**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joseph Cropper**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joseph Pham**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joy Sessions**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joy Sessions o/b/o Jaylyn Sessions**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**JPW Enterprises LLC**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Watson Valve Services, Inc.**
_____
Name

Case number (if known)   **20-30968**
_____

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Juan Reyes**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Juan Torrest**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Julia Talamantes**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Juliassa Ruiz**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jung S. Yun**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Karen Ford Todd**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Watson Valve Services, Inc.**    Case number (if known)    **20-30968**
_____
Name

| | |
|---|---|
| 3.188 | **Nonpriority creditor's name and mailing address** |

**Karen Laake**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.189 | **Nonpriority creditor's name and mailing address** |

**Karla Rodriguez**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.190 | **Nonpriority creditor's name and mailing address** |

**Kasi Kirby**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.191 | **Nonpriority creditor's name and mailing address** |

**Kathy Collins**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.192 | **Nonpriority creditor's name and mailing address** |

**Kay Dasilva**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.193 | **Nonpriority creditor's name and mailing address** |

**Kelly Malady**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Watson Valve Services, Inc.**

Name

Case number (if known)   **20-30968**

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Kelly Mallady**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ken Holland, Individually and on behalf**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Kevin Argo**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Kevin Vu**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Kyle Mathis**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $743.60 |

**Lamons Gasket Company**
**7300 Airport Blvd**
**Houston, TX 77061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Valve Services, Inc.**
Name

Case number (if known)   **20-30968**

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Lashonda M. Henderson
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Laura Ceballos
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Lawrence Sepulveda
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Leonard Lebo o/b/o Pinemont Properties,
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Leonel Garcia
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Leonor Beltran
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Watson Valve Services, Inc.**                                Case number (if known)   **20-30968**
_____
Name

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Leticia Alarcon**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Lidia Harrison**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Linda Dang**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Lucero Medellin**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Luis Carreon**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Luis Medellin**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Luis Reyes**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Luz Maria Villa**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Maggie Rivera**
**c/o Abraham Watkins Nichols Sorrels Agos**
**800 Commerce Street**
**Houston, TX 77002**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Manuel Corral**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Marcos Ramos**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Margarita Flores, Individually**
**c/o Abraham Watkins Nichols Sorrels Agos**
**800 Commerce Street**
**Houston, TX 77002**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?   ■ No   ☐ Yes

---

Debtor   **Watson Valve Services, Inc.**                           Case number (if known)   **20-30968**
         _____
         Name

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Margarita Flores, Personal Representativ**
**c/o Abraham Watkins Nichols Sorrels Agos**
**800 Commerce Street**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maria Adela Perez**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maria Barajas**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maria Battiste**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maria Blanco**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maria Blanco**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Valve Services, Inc.**                      Case number (if known) **20-30968**
_____                                    _____
Name

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Maria Diosado**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Maria Hernandez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Maria Hernandez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Maria Isabel Trejo**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Maria J. Hernanez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Maria Medellin**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Valve Services, Inc.**
_____
Name

Case number (if known) **20-30968**
_____

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Maria Salazar**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Maria Uriostegui**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Maricela Flores**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mariela Garcia**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Marilyn Cue**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mario Ginaldo**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Watson Valve Services, Inc.**
_____
Name

Case number (if known) **20-30968**
_____

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mario Ruiz**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mark Tran**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Martin Boado**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Martin Esqueda**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mary Bostick**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Massiel Nunez**
c/o McMillan Firm, PLLC
440 Louisiana Street
Suite 1200
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Watson Valve Services, Inc.**
_____
Name

Case number (if known) **20-30968**
_____

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mayra Benitez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Litigation Claimant_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mayra Reyes**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Litigation Claimant_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Melissa Walker**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Litigation Claimant_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Melody Doplher**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Litigation Claimant_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mervin Albania**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Litigation Claimant_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Michael Salazar**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Litigation Claimant_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Watson Valve Services, Inc.**
Name

Case number (*if known*) **20-30968**

| | |
|---|---|
| **3.248** | |

**Nonpriority creditor's name and mailing address**

Michael Smooke
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _ Litigation Claimant _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.249**

**Nonpriority creditor's name and mailing address**

Michelle Jimenez
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _ Litigation Claimant _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.250**

**Nonpriority creditor's name and mailing address**

Miguel Cordero
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _ Litigation Claimant _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.251**

**Nonpriority creditor's name and mailing address**

Miguel Puente Salazar
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _ Litigation Claimant _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.252**

**Nonpriority creditor's name and mailing address**

Mijah Sessions
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _ Litigation Claimant _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.253**

**Nonpriority creditor's name and mailing address**

Mirian Cruz
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _ Litigation Claimant _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor **Watson Valve Services, Inc.**
Name

Case number (if known)   **20-30968**

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Morgan Lee**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Myra Jefferson**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Nathan Decicco**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Nelly Zelaya**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Nestor Javier Gonzalez Velazquez**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Nguyen Hoang**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Valve Services, Inc.**
Name

Case number (if known) **20-30968**

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Noe Cruz**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Normajean Paula Hernandez**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Odess Marie James House**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Olivia Flores**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Omar Cruz**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Oneida Talamantes**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Valve Services, Inc.**
Name

Case number (if known) **20-30968**

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Otilia Arjona
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Pablo Lopez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Pamela Robertson
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Paola Chazarreta
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Paola G. Chazarreta
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Patricia Cervantes
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patricia Partales**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patricio Hernandez**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul Martinez**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pedro Arjona**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Peter Arjona**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Phong Nguyen**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Watson Valve Services, Inc.**        Case number (if known)    **20-30968**

     Name

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PT Huayue Nickel Cobalt**
**Gedung Wisma Mulia Lt.41 Jl. Jend Gatot**
**Subroto No. 42 Kuningan Barat, Mampang**
**Prapatan. 12710 Jakarta, Indonesia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unearned Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ramon Cortez (Individually and on behalf**
**c/o Mostyn Law**
**3810 West Alabama Street**
**Houston, TX 77027**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rebecca McKeehan**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reymundo Ceballos**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reyna Malerva Torres**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ricardo Carreon**
**c/o Law Offices of Manuel Solis, PC**
**6657 Navagation Boulevard**
**Houston, TX 77011**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Watson Valve Services, Inc.**                          Case number (if known)  **20-30968**
Name

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard Gannon**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rigoberto Miranda, Jr.**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rivis Husband**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert Ojeda**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Roberto Hernandez**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rochelle Feaster**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Valve Services, Inc.**                Case number (if known) **20-30968**
_____
Name

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Rodriguez Clementina Izaguirre**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Rosalba Martinez**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Rosalba Mendieta**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Rosalie Holland**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Rosaura Calix**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Rose Avitia**
c/o Law Offices of Manuel Solis, PC
6657 Navagation Boulevard
Houston, TX 77011

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rozalinda Gomez**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan Hess**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sara G. Darrow**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sara Gloria**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sean Robert Rangel**
c/o Fernelius Simon Mace Robertson Perdu
4119 Montrose Boulevard
Suite 500
Houston, TX 77006

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sebastijan Berenji**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset?  ☐ No  ☐ Yes

---

Debtor **Watson Valve Services, Inc.**                Case number (if known)   **20-30968**
_____
Name

| | |
|---|---|
| 3.302 | **Nonpriority creditor's name and mailing address** |

**Sergio Cruz**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.303 | **Nonpriority creditor's name and mailing address** |

**Sergio Cruz, Jr.**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.304 | **Nonpriority creditor's name and mailing address** |

**Silvia Arevalo**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.305 | **Nonpriority creditor's name and mailing address** |

**Sindy Sanchez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.306 | **Nonpriority creditor's name and mailing address** |

**Skylar Douglas**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.307 | **Nonpriority creditor's name and mailing address** |

**Sophie Lindsay**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Watson Valve Services, Inc.** | Case number (*if known*) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sotaura Tyler**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Stacy Argo**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Steven Reagle**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Steven Tran**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Stingray Energy, LLC**
**c/o Terry & Thweatt PC**
**One Greenway Plaza**
**Suite 100**
**Houston, TX 77046**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,978.60 |
|---|---|---|---|

**Suhm Spring Works, Ltd**
**14650 Heathrow Forest Parkway**
**Houston, TX 77032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

**3.314** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Sulma Berjano**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,737.65**

**Surface Preparation**
5973 South Loop East
Houston, TX 77033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.316** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Susan Lopez**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Susie Brunson, as next friend of Bylan B**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Susie Brunson, Individually**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Sylvia Garza**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Watson Valve Services, Inc.**     Case number (if known)    **20-30968**

Name

---

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tan Truong**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tasha Felder, Individually and on Behalf**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tatiana Martinez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,081.43** |
|---|---|---|---|

**Teadit**
**10545 Red Bluff Road**
**Pasadena, TX 77507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Terri Sepluveda**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tina Do**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Watson Valve Services, Inc.**                    Case number (if known)   **20-30968**
Name

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tina Tran**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Travis Horton**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trivia Douglas**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tuyet Do**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,294.38 |
|---|---|---|---|

**U-Line, Inc.**
**2200 S. Lakeside Drive**
**Chicago, IL 60693**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Universe Technical Translate**
**9225 Katy Freeway**
**Suite 400**
**Houston, TX 77024**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,221.41 |
|---|---|---|---|

**Vanaire Inc**
**840 Clark Drive**
**Gladstone, MI 49837**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

**3.333** | Nonpriority creditor's name and mailing address

**Veit Tran**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

**3.334** | Nonpriority creditor's name and mailing address

**Veronic Jimenez**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

**3.335** | Nonpriority creditor's name and mailing address

**Victoria Chavez**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** | Nonpriority creditor's name and mailing address

**Victoria Ontoya-Torres**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

**3.337** | Nonpriority creditor's name and mailing address

**Victoria Wells**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

**3.338** | Nonpriority creditor's name and mailing address

**Watson Grinding and Manufacturing Co.**
**4225 Gessner Road**
**Houston, TX 77041**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable balance & Intercompany Payable
balance

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Wendy Honda**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Litigation Claimant

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Wendy Nguyen**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Litigation Claimant

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**William Walingsford**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Litigation Claimant

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Yesenia Ayala, as Next Fried of I.C. and**
**c/o Byron C. Alfred**
**2019 Wichita Street**
**Houston, TX 77004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Litigation Claimant

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Yessica Gonzalez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Litigation Claimant

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Yolanda Wells**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Litigation Claimant

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Watson Valve Services, Inc.**                    Case number (if known)   **20-30968**
_____
Name

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Yoloanda Navarro**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Yousef Abdulla**
**c/o Lassiter Law Firm**
**3120 Southwest Freeway**
**Suite 650**
**Houston, TX 77098**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Zacarias Chacon**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 60,964.61 |
| 5b. Total claims from Part 2 | 5b. + | $ 770,037.08 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 831,001.69 |

| Fill in this information to identify the case: |
| --- |

Debtor name   **Watson Valve Services, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **20-30968**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Watson Valve Services, Inc. leases the premises located at 4512 Steffani Lane, Houston, Texas 77041 (4512 Steffani Lane - Block C Spring Branch Terrace). $24,000 paid to 4512 Steffani Property, LLC on the first day of each and every calender month. Ending 7/12/2028** |
| State the term remaining | |
| List the contract number of any government contract | **4512 Steffani Properties, LLC 27440 Waller Spring Creek Rd Hockley, TX 77447** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Mining goods / equipment purchase** |
| State the term remaining | |
| List the contract number of any government contract | **AMUR HMP, LLC 5, Mashinostroiteliei Shosse, Amursk Khabarovsk Krai, The Russian Federation 682640** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Mining goods / equipment purchase** |
| State the term remaining | |
| List the contract number of any government contract | **PT Huayue Nickel Cobalt Gedung Wisma Mulia Lt.41. Jl. Jend Gatot Subroto No. 42, Kuningan Barat, Mampang Prapatan. 12710 Jakarta, Indonesia** |

**Fill in this information to identify the case:**

Debtor name **Watson Valve Services, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **20-30968**

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Joint Debtor of Texas Capital Bank Loan.** | **Texas Capital Bank** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Abel Martinez** | ☐ D _____ ■ E/F ___3.1___ ☐ G _____ |
| 2.3 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Abigail Hernandez** | ☐ D _____ ■ E/F ___3.2___ ☐ G _____ |
| 2.4 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Ace Electronics** | ☐ D _____ ■ E/F ___3.3___ ☐ G _____ |

Debtor  __**Watson Valve Services, Inc.**_____  Case number *(if known)*  __**20-30968**_____

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|

| 2.5 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Adam Ontoya-Torres | ☐ D _____<br>■ E/F ___3.4___<br>☐ G _____ |
|---|---|---|---|---|
| 2.6 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Afco | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |
| 2.7 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Agnex Panong | ☐ D _____<br>■ E/F ___3.6___<br>☐ G _____ |
| 2.8 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | AIV, LPL | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |
| 2.9 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Alfonso Rodriguez | ☐ D _____<br>■ E/F ___3.8___<br>☐ G _____ |
| 2.10 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Alison Long | ☐ D _____<br>■ E/F ___3.9___<br>☐ G _____ |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Watson Valve Services, Inc.**                                    Case number *(if known)*   **20-30968**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|

2.11   **Watson Grinding and Manufacturing Co.**   **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**   **Alvaro Mendieta**
☐ D _____
■ E/F   **3.10**
☐ G _____

2.12   **Watson Grinding and Manufacturing Co.**   **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**   **Amado Anguiano**
☐ D _____
■ E/F   **3.11**
☐ G _____

2.13   **Watson Grinding and Manufacturing Co.**   **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**   **Amber Lane**
☐ D _____
■ E/F   **3.12**
☐ G _____

2.14   **Watson Grinding and Manufacturing Co.**   **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**   **Amelia Diosdado**
☐ D _____
■ E/F   **3.13**
☐ G _____

2.15   **Watson Grinding and Manufacturing Co.**   **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**   **American Express**
☐ D _____
■ E/F   **3.14**
☐ G _____

2.16   **Watson Grinding and Manufacturing Co.**   **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**   **American Heli-Arc**
☐ D _____
■ E/F   **3.15**
☐ G _____

Debtor **Watson Valve Services, Inc.**                    Case number *(if known)* **20-30968**

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.17 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | AMUR HMP, LLC | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |
| 2.18 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Ana Luisa Singu | ☐ D _____<br>■ E/F ___3.17___<br>☐ G _____ |
| 2.19 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Ana Sarpas | ☐ D _____<br>■ E/F ___3.18___<br>☐ G _____ |
| 2.20 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Andrea Horton | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |
| 2.21 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Andres Gomez | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.22 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Andres Unriostegui | ☐ D _____<br>■ E/F ___3.21___<br>☐ G _____ |

---

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.23 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Angel Olvera** |
| 2.24 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Angelina Sandoval** |
| 2.25 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Angeline Garza** |
| 2.26 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Anna Juarez** |
| 2.27 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Annie Tyler** |
| 2.28 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Anthony Howard, Jr.** |

Codebtor column markers:
- 2.23: ☐ D _____  ■ E/F __3.22__  ☐ G _____
- 2.24: ☐ D _____  ■ E/F __3.23__  ☐ G _____
- 2.25: ☐ D _____  ■ E/F __3.24__  ☐ G _____
- 2.26: ☐ D _____  ■ E/F __3.25__  ☐ G _____
- 2.27: ☐ D _____  ■ E/F __3.26__  ☐ G _____
- 2.28: ☐ D _____  ■ E/F __3.27__  ☐ G _____

Debtor   **Watson Valve Services, Inc.** _____   Case number *(if known)*   **20-30968**

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.29 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Anthony Uriostegui** | ☐ D _____<br>▮ E/F __3.28__<br>☐ G _____ |

| 2.30 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Antorion Avitia** | ☐ D _____<br>▮ E/F __3.29__<br>☐ G _____ |

| 2.31 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Armin Denic** | ☐ D _____<br>▮ E/F __3.30__<br>☐ G _____ |

| 2.32 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Arnold Ballinger** | ☐ D _____<br>▮ E/F __3.31__<br>☐ G _____ |

| 2.33 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Arthur Anh Nguyen** | ☐ D _____<br>▮ E/F __3.32__<br>☐ G _____ |

| 2.34 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Bamboo Properties, LLC** | ☐ D _____<br>▮ E/F __3.33__<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Watson Valve Services, Inc.**                              Case number *(if known)*    **20-30968**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.35 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation**<br>**claimants may include but are not limited**<br>**to Watson Grinding and Manufacturing**<br>**Co.** | **Bass Toll and Supply, Inc.** | ☐ D _____<br>■ E/F ___**3.34**___<br>☐ G _____ |
| 2.36 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation**<br>**claimants may include but are not limited**<br>**to Watson Grinding and Manufacturing**<br>**Co.** | **Benito Hernandez** | ☐ D _____<br>■ E/F ___**3.35**___<br>☐ G _____ |
| 2.37 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation**<br>**claimants may include but are not limited**<br>**to Watson Grinding and Manufacturing**<br>**Co.** | **Beronica Tabares** | ☐ D _____<br>■ E/F ___**3.36**___<br>☐ G _____ |
| 2.38 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation**<br>**claimants may include but are not limited**<br>**to Watson Grinding and Manufacturing**<br>**Co.** | **Bibiano Sandoval** | ☐ D _____<br>■ E/F ___**3.37**___<br>☐ G _____ |
| 2.39 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation**<br>**claimants may include but are not limited**<br>**to Watson Grinding and Manufacturing**<br>**Co.** | **Bichdao Nguyen** | ☐ D _____<br>■ E/F ___**3.38**___<br>☐ G _____ |
| 2.40 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation**<br>**claimants may include but are not limited**<br>**to Watson Grinding and Manufacturing**<br>**Co.** | **Blanca Mojica** | ☐ D _____<br>■ E/F ___**3.39**___<br>☐ G _____ |

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|

| 2.41 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Blanca Solorazano | ☐ D _____ ■ E/F ___3.40___ ☐ G _____ |
| 2.42 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Brenda Pham | ☐ D _____ ■ E/F ___3.41___ ☐ G _____ |
| 2.43 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Brian Rego | ☐ D _____ ■ E/F ___3.42___ ☐ G _____ |
| 2.44 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Byron Keith House | ☐ D _____ ■ E/F ___3.43___ ☐ G _____ |
| 2.45 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Calixto Lopez | ☐ D _____ ■ E/F ___3.44___ ☐ G _____ |
| 2.46 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Candy Tovar | ☐ D _____ ■ E/F ___3.45___ ☐ G _____ |

Debtor __**Watson Valve Services, Inc.**__   Case number *(if known)* __**20-30968**__

▆ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.47 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Carole Goff** | ☐ D _____<br>■ E/F ___3.46___<br>☐ G _____ |
| 2.48 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Catherin Drawsand** | ☐ D _____<br>■ E/F ___3.47___<br>☐ G _____ |
| 2.49 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Catherine Laake** | ☐ D _____<br>■ E/F ___3.48___<br>☐ G _____ |
| 2.50 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Catherine Norton** | ☐ D _____<br>■ E/F ___3.49___<br>☐ G _____ |
| 2.51 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Cathryn R. Bottoms** | ☐ D _____<br>■ E/F ___3.50___<br>☐ G _____ |
| 2.52 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Celina Sandoval** | ☐ D _____<br>■ E/F ___3.51___<br>☐ G _____ |

Debtor   **Watson Valve Services, Inc.**                    Case number *(if known)*   **20-30968**

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|

2.53   **Watson Grinding and Manufacturing Co.**   4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**   **Chao Gao**

☐ D _____
■ E/F _____ **3.52**
☐ G _____

---

2.54   **Watson Grinding and Manufacturing Co.**   4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**   **Chris Le**

☐ D _____
■ E/F _____ **3.53**
☐ G _____

---

2.55   **Watson Grinding and Manufacturing Co.**   4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**   **Chris Santiff**

☐ D _____
■ E/F _____ **3.54**
☐ G _____

---

2.56   **Watson Grinding and Manufacturing Co.**   4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**   **Christina Thurman**

☐ D _____
■ E/F _____ **3.55**
☐ G _____

---

2.57   **Watson Grinding and Manufacturing Co.**   4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**   **Cindy Ortega**

☐ D _____
■ E/F _____ **3.56**
☐ G _____

---

2.58   **Watson Grinding and Manufacturing Co.**   4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**   **Cristhian Martinez**

☐ D _____
■ E/F _____ **3.57**
☐ G _____

---

Official Form 206H                    Schedule H: Your Codebtors                    Page 10 of 59

Debtor   **Watson Valve Services, Inc.**                     Case number *(if known)*   **20-30968**

---

■  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|

2.59   **Watson Grinding and Manufacturing Co.**   4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**   **Cuong Vo**

☐ D _____
■ E/F ___3.58___
☐ G _____

---

2.60   **Watson Grinding and Manufacturing Co.**   4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**   **Cynthia Tates**

☐ D _____
■ E/F ___3.59___
☐ G _____

---

2.61   **Watson Grinding and Manufacturing Co.**   4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**   **Daisy Lozano**

☐ D _____
■ E/F ___3.60___
☐ G _____

---

2.62   **Watson Grinding and Manufacturing Co.**   4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**   **Dale C. Battiste**

☐ D _____
■ E/F ___3.61___
☐ G _____

---

2.63   **Watson Grinding and Manufacturing Co.**   4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**   **Dan Berry Argo**

☐ D _____
■ E/F ___3.62___
☐ G _____

---

2.64   **Watson Grinding and Manufacturing Co.**   4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**   **Dana Feaster**

☐ D _____
■ E/F ___3.63___
☐ G _____

---

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

---

2.65   **Watson Grinding and Manufacturing Co.**    4525 Gessner Road
Houston, TX 77041
Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.    **Daniel Bravo**

☐ D _____
■ E/F _**3.64**_
☐ G _____

---

2.66   **Watson Grinding and Manufacturing Co.**    4525 Gessner Road
Houston, TX 77041
Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.    **Daniel Drawsand**

☐ D _____
■ E/F _**3.65**_
☐ G _____

---

2.67   **Watson Grinding and Manufacturing Co.**    4525 Gessner Road
Houston, TX 77041
Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.    **Daniel Gutierrez, Jr.**

☐ D _____
■ E/F _**3.66**_
☐ G _____

---

2.68   **Watson Grinding and Manufacturing Co.**    4525 Gessner Road
Houston, TX 77041
Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.    **Daniel Juarez**

☐ D _____
■ E/F _**3.67**_
☐ G _____

---

2.69   **Watson Grinding and Manufacturing Co.**    4525 Gessner Road
Houston, TX 77041
Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.    **Daniela Cortez**

☐ D _____
■ E/F _**3.68**_
☐ G _____

---

2.70   **Watson Grinding and Manufacturing Co.**    4525 Gessner Road
Houston, TX 77041
Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.    **David Diosado**

☐ D _____
■ E/F _**3.69**_
☐ G _____

---

| Debtor | **Watson Valve Services, Inc.** | | Case number *(if known)* | **20-30968** |

---

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | | | | | |
|---|---|---|---|---|---|
| 2.71 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **David Rains** | ☐ D _____<br>▮ E/F ___3.70___<br>☐ G _____ |
| 2.72 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **David Solorazano** | ☐ D _____<br>▮ E/F ___3.71___<br>☐ G _____ |
| 2.73 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Deborah Patten** | ☐ D _____<br>▮ E/F ___3.72___<br>☐ G _____ |
| 2.74 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Delta Hernandez** | ☐ D _____<br>▮ E/F ___3.73___<br>☐ G _____ |
| 2.75 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Denis Hernandez** | ☐ D _____<br>▮ E/F ___3.74___<br>☐ G _____ |
| 2.76 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Diana Lopez** | ☐ D _____<br>▮ E/F ___3.75___<br>☐ G _____ |

---

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

▌ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.77 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Diana Villalpando** | ☐ D _____<br>■ E/F ___3.76___<br>☐ G _____ |
| 2.78 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Direct Bolt and Supply** | ☐ D _____<br>■ E/F ___3.77___<br>☐ G _____ |
| 2.79 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Domingo Duron** | ☐ D _____<br>■ E/F ___3.78___<br>☐ G _____ |
| 2.80 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Donald Holcomb** | ☐ D _____<br>■ E/F ___3.79___<br>☐ G _____ |
| 2.81 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Doris Arias** | ☐ D _____<br>■ E/F ___3.80___<br>☐ G _____ |
| 2.82 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Edith Vaesa** | ☐ D _____<br>■ E/F ___3.81___<br>☐ G _____ |

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.83 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Eduardo Dolpher** | ☐ D _____<br>■ E/F ___3.82___<br>☐ G _____ |
| 2.84 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Eduardo Flores & Hortensia Lima** | ☐ D _____<br>■ E/F ___3.83___<br>☐ G _____ |
| 2.85 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **EGC Critical Components, LLC** | ☐ D _____<br>■ E/F ___3.84___<br>☐ G _____ |
| 2.86 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **EGC Enterprises** | ☐ D _____<br>■ E/F ___3.85___<br>☐ G _____ |
| 2.87 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Elaine Jackson** | ☐ D _____<br>■ E/F ___3.86___<br>☐ G _____ |
| 2.88 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Elba Lemus** | ☐ D _____<br>■ E/F ___3.87___<br>☐ G _____ |

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.89 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Elizabeth Rueda | ☐ D _____<br>■ E/F ___3.88___<br>☐ G _____ |
| 2.90 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Eloy Ortega | ☐ D _____<br>■ E/F ___3.89___<br>☐ G _____ |
| 2.91 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Ema Ferrufino | ☐ D _____<br>■ E/F ___3.90___<br>☐ G _____ |
| 2.92 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Emily Perez | ☐ D _____<br>■ E/F ___3.91___<br>☐ G _____ |
| 2.93 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Emma Rufino | ☐ D _____<br>■ E/F ___3.92___<br>☐ G _____ |
| 2.94 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Eric Bravo | ☐ D _____<br>■ E/F ___3.93___<br>☐ G _____ |

Debtor __**Watson Valve Services, Inc.**_____   Case number *(if known)* __**20-30968**__

---

█████  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.95 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Erick Anaya** | ☐ D _____<br>■ E/F __3.94__<br>☐ G _____ |
| 2.96 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Erika Flores** | ☐ D _____<br>■ E/F __3.95__<br>☐ G _____ |
| 2.97 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Ernesto Benitez** | ☐ D _____<br>■ E/F __3.96__<br>☐ G _____ |
| 2.98 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Esmeralda Gonzalez A/N/F of N.M., a Mino** | ☐ D _____<br>■ E/F __3.97__<br>☐ G _____ |
| 2.99 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Esmeralda Gonzalez, Individually** | ☐ D _____<br>■ E/F __3.98__<br>☐ G _____ |
| 2.100 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Esperanza Tabares** | ☐ D _____<br>■ E/F __3.99__<br>☐ G _____ |

---

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

---

2.10
1

**Watson Grinding and Manufacturing Co.**

**4525 Gessner Road
Houston, TX 77041
Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**

**Esteban Pelcastre**

☐ D _____
■ E/F    **3.100**
☐ G _____

---

2.10
2

**Watson Grinding and Manufacturing Co.**

**4525 Gessner Road
Houston, TX 77041
Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**

**Ethan Decicco**

☐ D _____
■ E/F    **3.101**
☐ G _____

---

2.10
3

**Watson Grinding and Manufacturing Co.**

**4525 Gessner Road
Houston, TX 77041
Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**

**Eva Olvera**

☐ D _____
■ E/F    **3.102**
☐ G _____

---

2.10
4

**Watson Grinding and Manufacturing Co.**

**4525 Gessner Road
Houston, TX 77041
Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**

**Evelyn Ibarra**

☐ D _____
■ E/F    **3.103**
☐ G _____

---

2.10
5

**Watson Grinding and Manufacturing Co.**

**4525 Gessner Road
Houston, TX 77041
Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**

**Ever Omar Bautista**

☐ D _____
■ E/F    **3.104**
☐ G _____

---

2.10
6

**Watson Grinding and Manufacturing Co.**

**4525 Gessner Road
Houston, TX 77041
Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**

**Fabian Flores**

☐ D _____
■ E/F    **3.105**
☐ G _____

---

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.10 7 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Farah Albania** |
| 2.10 8 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Fasco Fasteners and Supply Company** |
| 2.10 9 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Felipe Revuelta** |
| 2.11 0 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Fernanda Pierre** |
| 2.11 1 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Field Express Delivery Service LLC** |
| 2.11 2 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Flor D. Cubas** |

Codebtor entries (Column 3):
- 2.107 — ☐ D _____ ■ E/F **3.106** ☐ G _____
- 2.108 — ☐ D _____ ■ E/F **3.107** ☐ G _____
- 2.109 — ☐ D _____ ■ E/F **3.108** ☐ G _____
- 2.110 — ☐ D _____ ■ E/F **3.109** ☐ G _____
- 2.111 — ☐ D _____ ■ E/F **3.110** ☐ G _____
- 2.112 — ☐ D _____ ■ E/F **3.111** ☐ G _____

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.11 3 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Franciso Lozano** | ☐ D _____ ■ E/F __3.112__ ☐ G _____ |
| 2.11 4 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Frank Peters** | ☐ D _____ ■ E/F __3.113__ ☐ G _____ |
| 2.11 5 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Freddy Sanchez** | ☐ D _____ ■ E/F __3.114__ ☐ G _____ |
| 2.11 6 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Garlock Sealing Tech** | ☐ D _____ ■ E/F __3.115__ ☐ G _____ |
| 2.11 7 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **GHX Industrial LLC** | ☐ D _____ ■ E/F __3.116__ ☐ G _____ |
| 2.11 8 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Gilbert Orrellana** | ☐ D _____ ■ E/F __3.117__ ☐ G _____ |

---

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.119 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Gilberto Figueroa** | ☐ D _____<br>■ E/F ___3.118___<br>☐ G _____ |
| 2.120 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Gilberto Mendoza Crus and Massiel Nunez,** | ☐ D _____<br>■ E/F ___3.119___<br>☐ G _____ |
| 2.121 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Gilberto Mendoza Cruz** | ☐ D _____<br>■ E/F ___3.120___<br>☐ G _____ |
| 2.122 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Gordon Andrus** | ☐ D _____<br>■ E/F ___3.121___<br>☐ G _____ |
| 2.123 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Gordon Andrus** | ☐ D _____<br>■ E/F ___3.122___<br>☐ G _____ |
| 2.124 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **GPM International, Inc.** | ☐ D _____<br>■ E/F ___3.123___<br>☐ G _____ |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |
|---|---|---|---|

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.12 5 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Grainger** | ☐ D _____ ■ E/F __3.124__ ☐ G _____ |
| 2.12 6 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Greg Malloch** | ☐ D _____ ■ E/F __3.125__ ☐ G _____ |
| 2.12 7 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Guadalupe Castro** | ☐ D _____ ■ E/F __3.126__ ☐ G _____ |
| 2.12 8 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Guadalupe Meza A/N/F of J.S., a minor** | ☐ D _____ ■ E/F __3.127__ ☐ G _____ |
| 2.12 9 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Guadalupe Meza, Individually** | ☐ D _____ ■ E/F __3.128__ ☐ G _____ |
| 2.13 0 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Hector Medellin** | ☐ D _____ ■ E/F __3.129__ ☐ G _____ |

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**  |  *Column 2:* **Creditor**

| 2.13 1 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Hector Olvera & Maria Ofelia Mondragon | ☐ D _____<br>■ E/F __3.130__<br>☐ G _____ |
| 2.13 2 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Hector Silva | ☐ D _____<br>■ E/F __3.131__<br>☐ G _____ |
| 2.13 3 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Henry Lindsay | ☐ D _____<br>■ E/F __3.132__<br>☐ G _____ |
| 2.13 4 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Hilda Limas | ☐ D _____<br>■ E/F __3.133__<br>☐ G _____ |
| 2.13 5 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Homero Regaldo | ☐ D _____<br>■ E/F __3.134__<br>☐ G _____ |
| 2.13 6 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Hossein Sondjani | ☐ D _____<br>■ E/F __3.135__<br>☐ G _____ |

Debtor   __Watson Valve Services, Inc.__                              Case number *(if known)*   __20-30968__

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.137 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Houston Auto Tech, Inc.** | ☐ D _____ ■ E/F __3.136__ ☐ G _____ |
| 2.138 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Houston Corvette Service, Inc.** | ☐ D _____ ■ E/F __3.137__ ☐ G _____ |
| 2.139 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Houston Corvette Servies, Inc.** | ☐ D _____ ■ E/F __3.138__ ☐ G _____ |
| 2.140 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Hung Duc Pham** | ☐ D _____ ■ E/F __3.139__ ☐ G _____ |
| 2.141 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Hytorc** | ☐ D _____ ■ E/F __3.140__ ☐ G _____ |
| 2.142 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Industrial Bearing and Services** | ☐ D _____ ■ E/F __3.141__ ☐ G _____ |

---

Official Form 206H                        Schedule H: Your Codebtors                        Page 24 of 59

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 3 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Ingrid Miranda** | ☐ D _____<br>■ E/F __3.142__<br>☐ G _____ |
| 2.14 4 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Irlanda Copeland** | ☐ D _____<br>■ E/F __3.143__<br>☐ G _____ |
| 2.14 5 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Isabel Campoverde** | ☐ D _____<br>■ E/F __3.144__<br>☐ G _____ |
| 2.14 6 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Isabella Figueroa** | ☐ D _____<br>■ E/F __3.145__<br>☐ G _____ |
| 2.14 7 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Jaime Gonzalez** | ☐ D _____<br>■ E/F __3.146__<br>☐ G _____ |
| 2.14 8 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Jair Leal** | ☐ D _____<br>■ E/F __3.147__<br>☐ G _____ |

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.149 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **James Bostick** | ☐ D _____<br>■ E/F   **3.148**<br>☐ G _____ |
| 2.150 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **James Walker** | ☐ D _____<br>■ E/F   **3.149**<br>☐ G _____ |
| 2.151 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Jane Doe (a Minor)** | ☐ D _____<br>■ E/F   **3.150**<br>☐ G _____ |
| 2.152 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Janet Martinez** | ☐ D _____<br>■ E/F   **3.151**<br>☐ G _____ |
| 2.153 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Jasiah Sessions** | ☐ D _____<br>■ E/F   **3.152**<br>☐ G _____ |
| 2.154 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Jasmin Serna** | ☐ D _____<br>■ E/F   **3.153**<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                            Column 2: **Creditor**

| 2.15 5 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Javier Lopez Herrera** | ☐ D _____ ■ E/F __3.154__ ☐ G _____ |
|---|---|---|---|---|
| 2.15 6 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Javier Martinez** | ☐ D _____ ■ E/F __3.155__ ☐ G _____ |
| 2.15 7 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Jeanne Merritt** | ☐ D _____ ■ E/F __3.156__ ☐ G _____ |
| 2.15 8 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Jerlesa Tates** | ☐ D _____ ■ E/F __3.157__ ☐ G _____ |
| 2.15 9 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Jessie Sewel** | ☐ D _____ ■ E/F __3.158__ ☐ G _____ |
| 2.16 0 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Joan Doan** | ☐ D _____ ■ E/F __3.159__ ☐ G _____ |

Debtor   **Watson Valve Services, Inc.**                    Case number *(if known)*   **20-30968**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
| --- | --- | --- |

| 2.16 1 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Joe Brunson** | ☐ D _____<br>■ E/F   **3.160**<br>☐ G _____ |
| 2.16 2 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Johana Macin** | ☐ D _____<br>■ E/F   **3.161**<br>☐ G _____ |
| 2.16 3 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **John Baccam** | ☐ D _____<br>■ E/F   **3.162**<br>☐ G _____ |
| 2.16 4 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **John Dasilva** | ☐ D _____<br>■ E/F   **3.163**<br>☐ G _____ |
| 2.16 5 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **John Doe (a Minor)** | ☐ D _____<br>■ E/F   **3.164**<br>☐ G _____ |
| 2.16 6 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Johnnie Huynh** | ☐ D _____<br>■ E/F   **3.165**<br>☐ G _____ |

---

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.16 7 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Johnny Villalpando** | ☐ D _____<br>■ E/F ___3.166___<br>☐ G _____ |
| 2.16 8 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Jorge Castillo** | ☐ D _____<br>■ E/F ___3.167___<br>☐ G _____ |
| 2.16 9 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Jorge Chacon** | ☐ D _____<br>■ E/F ___3.168___<br>☐ G _____ |
| 2.17 0 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Jorge Cubas** | ☐ D _____<br>■ E/F ___3.169___<br>☐ G _____ |
| 2.17 1 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Jorge Garcia** | ☐ D _____<br>■ E/F ___3.170___<br>☐ G _____ |
| 2.17 2 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Jorge Pham** | ☐ D _____<br>■ E/F ___3.171___<br>☐ G _____ |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor  **Watson Valve Services, Inc.**                    Case number *(if known)*  **20-30968**

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.17 3 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Jose Corral** | ☐ D ____<br>■ E/F  **3.172**<br>☐ G ____ |
| 2.17 4 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Jose D. Coreas** | ☐ D ____<br>■ E/F  **3.173**<br>☐ G ____ |
| 2.17 5 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Jose Mata** | ☐ D ____<br>■ E/F  **3.174**<br>☐ G ____ |
| 2.17 6 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Jose Romero** | ☐ D ____<br>■ E/F  **3.175**<br>☐ G ____ |
| 2.17 7 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Jose Tovar** | ☐ D ____<br>■ E/F  **3.176**<br>☐ G ____ |
| 2.17 8 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Joseph Cropper** | ☐ D ____<br>■ E/F  **3.177**<br>☐ G ____ |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.179 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Joseph Pham** | ☐ D _____<br>■ E/F   **3.178**<br>☐ G _____ |
| 2.180 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Joy Sessions** | ☐ D _____<br>■ E/F   **3.179**<br>☐ G _____ |
| 2.181 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Joy Sessions o/b/o Jaylyn Sessions** | ☐ D _____<br>■ E/F   **3.180**<br>☐ G _____ |
| 2.182 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **JPW Enterprises LLC** | ☐ D _____<br>■ E/F   **3.181**<br>☐ G _____ |
| 2.183 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Juan Reyes** | ☐ D _____<br>■ E/F   **3.182**<br>☐ G _____ |
| 2.184 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Juan Torrest** | ☐ D _____<br>■ E/F   **3.183**<br>☐ G _____ |

Debtor __**Watson Valve Services, Inc.**_____   Case number *(if known)* __**20-30968**__

---

**Additional Page to List More Codebtors**

| Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. |
|---|

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.18 5 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Julia Talamantes** | ☐ D _____<br>■ E/F ___3.184___<br>☐ G _____ |
| 2.18 6 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Juliassa Ruiz** | ☐ D _____<br>■ E/F ___3.185___<br>☐ G _____ |
| 2.18 7 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Jung S. Yun** | ☐ D _____<br>■ E/F ___3.186___<br>☐ G _____ |
| 2.18 8 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Karen Ford Todd** | ☐ D _____<br>■ E/F ___3.187___<br>☐ G _____ |
| 2.18 9 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Karen Laake** | ☐ D _____<br>■ E/F ___3.188___<br>☐ G _____ |
| 2.19 0 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Karla Rodriguez** | ☐ D _____<br>■ E/F ___3.189___<br>☐ G _____ |

---

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.19 1 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Kasi Kirby** | ☐ D _____<br>■ E/F  __3.190__<br>☐ G _____ |
| 2.19 2 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Kathy Collins** | ☐ D _____<br>■ E/F  __3.191__<br>☐ G _____ |
| 2.19 3 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Kay Dasilva** | ☐ D _____<br>■ E/F  __3.192__<br>☐ G _____ |
| 2.19 4 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Kelly Malady** | ☐ D _____<br>■ E/F  __3.193__<br>☐ G _____ |
| 2.19 5 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Kelly Mallady** | ☐ D _____<br>■ E/F  __3.194__<br>☐ G _____ |
| 2.19 6 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Ken Holland, Individually and on behalf** | ☐ D _____<br>■ E/F  __3.195__<br>☐ G _____ |

Debtor   **Watson Valve Services, Inc.**          Case number *(if known)*   **20-30968**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                            Column 2: **Creditor**

| 2.197 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Kevin Argo | ☐ D _____<br>■ E/F ___3.196___<br>☐ G _____ |
| 2.198 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Kevin Vu | ☐ D _____<br>■ E/F ___3.197___<br>☐ G _____ |
| 2.199 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Kyle Mathis | ☐ D _____<br>■ E/F ___3.198___<br>☐ G _____ |
| 2.200 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Lamons Gasket Company | ☐ D _____<br>■ E/F ___3.199___<br>☐ G _____ |
| 2.201 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Lashonda M. Henderson | ☐ D _____<br>■ E/F ___3.200___<br>☐ G _____ |
| 2.202 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Laura Ceballos | ☐ D _____<br>■ E/F ___3.201___<br>☐ G _____ |

---

Debtor   **Watson Valve Services, Inc.**                                           Case number *(if known)*   **20-30968**

---

■ **Additional Page to List More Codebtors**

| Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. |
| --- |

*Column 1:* **Codebtor**                                                   *Column 2:* **Creditor**

---

| 2.20 3 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Lawrence Sepulveda** | ☐ D _____ ■ E/F ___3.202___ ☐ G _____ |
| 2.20 4 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Leonard Lebo o/b/o Pinemont Properties,** | ☐ D _____ ■ E/F ___3.203___ ☐ G _____ |
| 2.20 5 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Leonel Garcia** | ☐ D _____ ■ E/F ___3.204___ ☐ G _____ |
| 2.20 6 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Leonor Beltran** | ☐ D _____ ■ E/F ___3.205___ ☐ G _____ |
| 2.20 7 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Leticia Alarcon** | ☐ D _____ ■ E/F ___3.206___ ☐ G _____ |
| 2.20 8 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Lidia Harrison** | ☐ D _____ ■ E/F ___3.207___ ☐ G _____ |

---

Debtor __Watson Valve Services, Inc.__   Case number *(if known)* __20-30968__

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor** | Column 2: **Creditor**

| | | | |
|---|---|---|---|
| 2.209 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Linda Dang |

☐ D _____
■ E/F __3.208__
☐ G _____

| | | | |
|---|---|---|---|
| 2.210 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Lucero Medellin |

☐ D _____
■ E/F __3.209__
☐ G _____

| | | | |
|---|---|---|---|
| 2.211 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Luis Carreon |

☐ D _____
■ E/F __3.210__
☐ G _____

| | | | |
|---|---|---|---|
| 2.212 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Luis Medellin |

☐ D _____
■ E/F __3.211__
☐ G _____

| | | | |
|---|---|---|---|
| 2.213 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Luis Reyes |

☐ D _____
■ E/F __3.212__
☐ G _____

| | | | |
|---|---|---|---|
| 2.214 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Luz Maria Villa |

☐ D _____
■ E/F __3.213__
☐ G _____

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.21 5 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road** Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Maggie Rivera** | ☐ D _____<br>■ E/F ___3.214___<br>☐ G _____ |
| 2.21 6 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road** Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Manuel Corral** | ☐ D _____<br>■ E/F ___3.215___<br>☐ G _____ |
| 2.21 7 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road** Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Marcos Ramos** | ☐ D _____<br>■ E/F ___3.216___<br>☐ G _____ |
| 2.21 8 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road** Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Margarita Flores, Individually** | ☐ D _____<br>■ E/F ___3.217___<br>☐ G _____ |
| 2.21 9 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road** Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Margarita Flores, Personal Representativ** | ☐ D _____<br>■ E/F ___3.218___<br>☐ G _____ |
| 2.22 0 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road** Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Maria Adela Perez** | ☐ D _____<br>■ E/F ___3.219___<br>☐ G _____ |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|

| 2.22 1 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road** **Houston, TX 77041** **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Maria Barajas** | ☐ D _____ ■ E/F ___**3.220**___ ☐ G _____ |
|---|---|---|---|---|
| 2.22 2 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road** **Houston, TX 77041** **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Maria Battiste** | ☐ D _____ ■ E/F ___**3.221**___ ☐ G _____ |
| 2.22 3 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road** **Houston, TX 77041** **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Maria Blanco** | ☐ D _____ ■ E/F ___**3.222**___ ☐ G _____ |
| 2.22 4 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road** **Houston, TX 77041** **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Maria Blanco** | ☐ D _____ ■ E/F ___**3.223**___ ☐ G _____ |
| 2.22 5 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road** **Houston, TX 77041** **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Maria Diosado** | ☐ D _____ ■ E/F ___**3.224**___ ☐ G _____ |
| 2.22 6 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road** **Houston, TX 77041** **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Maria Hernandez** | ☐ D _____ ■ E/F ___**3.225**___ ☐ G _____ |

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |

| 2.22 7 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Maria Hernandez** | ☐ D _____<br>■ E/F   **3.226**<br>☐ G _____ |
|---|---|---|---|---|
| 2.22 8 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Maria Isabel Trejo** | ☐ D _____<br>■ E/F   **3.227**<br>☐ G _____ |
| 2.22 9 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Maria J. Hernanez** | ☐ D _____<br>■ E/F   **3.228**<br>☐ G _____ |
| 2.23 0 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Maria Medellin** | ☐ D _____<br>■ E/F   **3.229**<br>☐ G _____ |
| 2.23 1 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Maria Salazar** | ☐ D _____<br>■ E/F   **3.230**<br>☐ G _____ |
| 2.23 2 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Maria Uriostegui** | ☐ D _____<br>■ E/F   **3.231**<br>☐ G _____ |

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.23 3 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road** Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Maricela Flores** | ☐ D _____ ■ E/F __3.232__ ☐ G _____ |
| 2.23 4 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road** Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Mariela Garcia** | ☐ D _____ ■ E/F __3.233__ ☐ G _____ |
| 2.23 5 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road** Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Marilyn Cue** | ☐ D _____ ■ E/F __3.234__ ☐ G _____ |
| 2.23 6 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road** Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Mario Ginaldo** | ☐ D _____ ■ E/F __3.235__ ☐ G _____ |
| 2.23 7 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road** Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Mario Ruiz** | ☐ D _____ ■ E/F __3.236__ ☐ G _____ |
| 2.23 8 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road** Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Mark Tran** | ☐ D _____ ■ E/F __3.237__ ☐ G _____ |

---

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.239 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Martin Boado** | ☐ D _____<br>■ E/F ___3.238___<br>☐ G _____ |
| 2.240 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Martin Esqueda** | ☐ D _____<br>■ E/F ___3.239___<br>☐ G _____ |
| 2.241 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Mary Bostick** | ☐ D _____<br>■ E/F ___3.240___<br>☐ G _____ |
| 2.242 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Massiel Nunez** | ☐ D _____<br>■ E/F ___3.241___<br>☐ G _____ |
| 2.243 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Mayra Benitez** | ☐ D _____<br>■ E/F ___3.242___<br>☐ G _____ |
| 2.244 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Mayra Reyes** | ☐ D _____<br>■ E/F ___3.243___<br>☐ G _____ |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Watson Valve Services, Inc.**                    Case number *(if known)*   **20-30968**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
| --- | --- |

| | | | |
| --- | --- | --- | --- |
| 2.24 5 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Melissa Walker** |

☐ D _____
■ E/F __3.244__
☐ G _____

| 2.24 6 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Melody Doplher** |
| --- | --- | --- | --- |

☐ D _____
■ E/F __3.245__
☐ G _____

| 2.24 7 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Mervin Albania** |
| --- | --- | --- | --- |

☐ D _____
■ E/F __3.246__
☐ G _____

| 2.24 8 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Michael Salazar** |
| --- | --- | --- | --- |

☐ D _____
■ E/F __3.247__
☐ G _____

| 2.24 9 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Michael Smooke** |
| --- | --- | --- | --- |

☐ D _____
■ E/F __3.248__
☐ G _____

| 2.25 0 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Michelle Jimenez** |
| --- | --- | --- | --- |

☐ D _____
■ E/F __3.249__
☐ G _____

---

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |
| --- | --- | --- | --- |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |

| 2.25 1 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Miguel Cordero** | ☐ D _____<br>■ E/F ___3.250___<br>☐ G _____ |
| 2.25 2 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Miguel Puente Salazar** | ☐ D _____<br>■ E/F ___3.251___<br>☐ G _____ |
| 2.25 3 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Mijah Sessions** | ☐ D _____<br>■ E/F ___3.252___<br>☐ G _____ |
| 2.25 4 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Mirian Cruz** | ☐ D _____<br>■ E/F ___3.253___<br>☐ G _____ |
| 2.25 5 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Morgan Lee** | ☐ D _____<br>■ E/F ___3.254___<br>☐ G _____ |
| 2.25 6 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Myra Jefferson** | ☐ D _____<br>■ E/F ___3.255___<br>☐ G _____ |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Debtor   **Watson Valve Services, Inc.** _____   Case number *(if known)*   **20-30968**

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|

2.25 7   **Watson Grinding and Manufacturing Co.**   4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**   **Nathan Decicco**   ☐ D _____ ■ E/F  **3.256** ☐ G _____

---

2.25 8   **Watson Grinding and Manufacturing Co.**   4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**   **Nelly Zelaya**   ☐ D _____ ■ E/F  **3.257** ☐ G _____

---

2.25 9   **Watson Grinding and Manufacturing Co.**   4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**   **Nestor Javier Gonzalez Velazquez**   ☐ D _____ ■ E/F  **3.258** ☐ G _____

---

2.26 0   **Watson Grinding and Manufacturing Co.**   4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**   **Nguyen Hoang**   ☐ D _____ ■ E/F  **3.259** ☐ G _____

---

2.26 1   **Watson Grinding and Manufacturing Co.**   4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**   **Noe Cruz**   ☐ D _____ ■ E/F  **3.260** ☐ G _____

---

2.26 2   **Watson Grinding and Manufacturing Co.**   4525 Gessner Road Houston, TX 77041 **Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.**   **Normajean Paula Hernandez**   ☐ D _____ ■ E/F  **3.261** ☐ G _____

---

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.263 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Odess Marie James House** | ☐ D _____<br>■ E/F ___3.262___<br>☐ G _____ |
| 2.264 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Olivia Flores** | ☐ D _____<br>■ E/F ___3.263___<br>☐ G _____ |
| 2.265 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Omar Cruz** | ☐ D _____<br>■ E/F ___3.264___<br>☐ G _____ |
| 2.266 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Oneida Talamantes** | ☐ D _____<br>■ E/F ___3.265___<br>☐ G _____ |
| 2.267 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Otilia Arjona** | ☐ D _____<br>■ E/F ___3.266___<br>☐ G _____ |
| 2.268 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Pablo Lopez** | ☐ D _____<br>■ E/F ___3.267___<br>☐ G _____ |

---

Debtor   **Watson Valve Services, Inc.**                    Case number *(if known)*   **20-30968**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.269 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Pamela Robertson | ☐ D _____<br>■ E/F   **3.268**<br>☐ G _____ |
| 2.270 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Paola Chazarreta | ☐ D _____<br>■ E/F   **3.269**<br>☐ G _____ |
| 2.271 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Paola G. Chazarreta | ☐ D _____<br>■ E/F   **3.270**<br>☐ G _____ |
| 2.272 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Patricia Cervantes | ☐ D _____<br>■ E/F   **3.271**<br>☐ G _____ |
| 2.273 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Patricia Partales | ☐ D _____<br>■ E/F   **3.272**<br>☐ G _____ |
| 2.274 | Watson Grinding and Manufacturing Co. | 4525 Gessner Road<br>Houston, TX 77041<br>Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | Patricio Hernandez | ☐ D _____<br>■ E/F   **3.273**<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Watson Valve Services, Inc.**                          Case number *(if known)*   **20-30968**

---

███  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                      *Column 2:* **Creditor**

---

| 2.27 5 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Paul Martinez** | ☐ D _____ ■ E/F ___3.274___ ☐ G _____ |

---

| 2.27 6 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Pedro Arjona** | ☐ D _____ ■ E/F ___3.275___ ☐ G _____ |

---

| 2.27 7 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Peter Arjona** | ☐ D _____ ■ E/F ___3.276___ ☐ G _____ |

---

| 2.27 8 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Phong Nguyen** | ☐ D _____ ■ E/F ___3.277___ ☐ G _____ |

---

| 2.27 9 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **PT Huayue Nickel Cobalt** | ☐ D _____ ■ E/F ___3.278___ ☐ G _____ |

---

| 2.28 0 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Ramon Cortez (Individually and on behalf** | ☐ D _____ ■ E/F ___3.279___ ☐ G _____ |

---

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.28 1 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Rebecca McKeehan** | ☐ D _____<br>■ E/F ___**3.280**___<br>☐ G _____ |
| 2.28 2 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Reymundo Ceballos** | ☐ D _____<br>■ E/F ___**3.281**___<br>☐ G _____ |
| 2.28 3 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Reyna Malerva Torres** | ☐ D _____<br>■ E/F ___**3.282**___<br>☐ G _____ |
| 2.28 4 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Ricardo Carreon** | ☐ D _____<br>■ E/F ___**3.283**___<br>☐ G _____ |
| 2.28 5 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Richard Gannon** | ☐ D _____<br>■ E/F ___**3.284**___<br>☐ G _____ |
| 2.28 6 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Rigoberto Miranda, Jr.** | ☐ D _____<br>■ E/F ___**3.285**___<br>☐ G _____ |

Debtor   **Watson Valve Services, Inc.**                         Case number *(if known)*   **20-30968**

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

---

| 2.28 7 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Rivis Husband** | ☐ D ____ ■ E/F ___3.286___ ☐ G ____ |
| 2.28 8 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Robert Ojeda** | ☐ D ____ ■ E/F ___3.287___ ☐ G ____ |
| 2.28 9 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Roberto Hernandez** | ☐ D ____ ■ E/F ___3.288___ ☐ G ____ |
| 2.29 0 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Rochelle Feaster** | ☐ D ____ ■ E/F ___3.289___ ☐ G ____ |
| 2.29 1 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Rodriguez Clementina Izaguirre** | ☐ D ____ ■ E/F ___3.290___ ☐ G ____ |
| 2.29 2 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co. | **Rosalba Martinez** | ☐ D ____ ■ E/F ___3.291___ ☐ G ____ |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|---|

| 2.293 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Rosalba Mendieta** | ☐ D ＿＿＿＿<br>■ E/F  **3.292**<br>☐ G ＿＿＿＿ |
|---|---|---|---|---|
| 2.294 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Rosalie Holland** | ☐ D ＿＿＿＿<br>■ E/F  **3.293**<br>☐ G ＿＿＿＿ |
| 2.295 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Rosaura Calix** | ☐ D ＿＿＿＿<br>■ E/F  **3.294**<br>☐ G ＿＿＿＿ |
| 2.296 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Rose Avitia** | ☐ D ＿＿＿＿<br>■ E/F  **3.295**<br>☐ G ＿＿＿＿ |
| 2.297 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Rozalinda Gomez** | ☐ D ＿＿＿＿<br>■ E/F  **3.296**<br>☐ G ＿＿＿＿ |
| 2.298 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Ryan Hess** | ☐ D ＿＿＿＿<br>■ E/F  **3.297**<br>☐ G ＿＿＿＿ |

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.299 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Sara G. Darrow** | ☐ D _____<br>■ E/F   **3.298**<br>☐ G _____ |
| 2.300 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Sara Gloria** | ☐ D _____<br>■ E/F   **3.299**<br>☐ G _____ |
| 2.301 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Sean Robert Rangel** | ☐ D _____<br>■ E/F   **3.300**<br>☐ G _____ |
| 2.302 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Sebastijan Berenji** | ☐ D _____<br>■ E/F   **3.301**<br>☐ G _____ |
| 2.303 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Sergio Cruz** | ☐ D _____<br>■ E/F   **3.302**<br>☐ G _____ |
| 2.304 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Sergio Cruz, Jr.** | ☐ D _____<br>■ E/F   **3.303**<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.305 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Silvia Arevalo** | ☐ D _____<br>■ E/F ___3.304___<br>☐ G _____ |
| 2.306 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Sindy Sanchez** | ☐ D _____<br>■ E/F ___3.305___<br>☐ G _____ |
| 2.307 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Skylar Douglas** | ☐ D _____<br>■ E/F ___3.306___<br>☐ G _____ |
| 2.308 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Sophie Lindsay** | ☐ D _____<br>■ E/F ___3.307___<br>☐ G _____ |
| 2.309 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Sotaura Tyler** | ☐ D _____<br>■ E/F ___3.308___<br>☐ G _____ |
| 2.310 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Stacy Argo** | ☐ D _____<br>■ E/F ___3.309___<br>☐ G _____ |

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.31<br>1 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Steven Reagle** | ☐ D _____<br>■ E/F ___**3.310**___<br>☐ G _____ |
| 2.31<br>2 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Steven Tran** | ☐ D _____<br>■ E/F ___**3.311**___<br>☐ G _____ |
| 2.31<br>3 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Stingray Energy, LLC** | ☐ D _____<br>■ E/F ___**3.312**___<br>☐ G _____ |
| 2.31<br>4 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Suhm Spring Works, Ltd** | ☐ D _____<br>■ E/F ___**3.313**___<br>☐ G _____ |
| 2.31<br>5 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Sulma Berjano** | ☐ D _____<br>■ E/F ___**3.314**___<br>☐ G _____ |
| 2.31<br>6 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Surface Preparation** | ☐ D _____<br>■ E/F ___**3.315**___<br>☐ G _____ |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.317 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Susan Lopez** | ☐ D _____<br>■ E/F   **3.316**<br>☐ G _____ |
| 2.318 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Susie Brunson, as next friend of Bylan B** | ☐ D _____<br>■ E/F   **3.317**<br>☐ G _____ |
| 2.319 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Susie Brunson, Individually** | ☐ D _____<br>■ E/F   **3.318**<br>☐ G _____ |
| 2.320 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Sylvia Garza** | ☐ D _____<br>■ E/F   **3.319**<br>☐ G _____ |
| 2.321 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Tan Truong** | ☐ D _____<br>■ E/F   **3.320**<br>☐ G _____ |
| 2.322 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Tasha Felder, Individually and on Behalf** | ☐ D _____<br>■ E/F   **3.321**<br>☐ G _____ |

---

Official Form 206H

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Best Case Bankruptcy

Debtor  **Watson Valve Services, Inc.**                     Case number *(if known)*  **20-30968**

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.32 3 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Tatiana Martinez** | ☐ D _____ ■ E/F   **3.322** ☐ G _____ |
| 2.32 4 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Teadit** | ☐ D _____ ■ E/F   **3.323** ☐ G _____ |
| 2.32 5 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Terri Sepluveda** | ☐ D _____ ■ E/F   **3.324** ☐ G _____ |
| 2.32 6 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Tina Do** | ☐ D _____ ■ E/F   **3.325** ☐ G _____ |
| 2.32 7 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Tina Tran** | ☐ D _____ ■ E/F   **3.326** ☐ G _____ |
| 2.32 8 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road Houston, TX 77041 Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Travis Horton** | ☐ D _____ ■ E/F   **3.327** ☐ G _____ |

---

Debtor   **Watson Valve Services, Inc.**                          Case number *(if known)*   **20-30968**

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.329 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Trivia Douglas** | ☐ D _____<br>■ E/F ___3.328___<br>☐ G _____ |
| 2.330 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Tuyet Do** | ☐ D _____<br>■ E/F ___3.329___<br>☐ G _____ |
| 2.331 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **U-Line, Inc.** | ☐ D _____<br>■ E/F ___3.330___<br>☐ G _____ |
| 2.332 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Universe Technical Translate** | ☐ D _____<br>■ E/F ___3.331___<br>☐ G _____ |
| 2.333 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Vanaire Inc** | ☐ D _____<br>■ E/F ___3.332___<br>☐ G _____ |
| 2.334 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Veit Tran** | ☐ D _____<br>■ E/F ___3.333___<br>☐ G _____ |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.33 5 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Veronic Jimenez** | ☐ D _____<br>■ E/F ___3.334___<br>☐ G _____ |
| 2.33 6 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Victoria Chavez** | ☐ D _____<br>■ E/F ___3.335___<br>☐ G _____ |
| 2.33 7 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Victoria Ontoya-Torres** | ☐ D _____<br>■ E/F ___3.336___<br>☐ G _____ |
| 2.33 8 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Victoria Wells** | ☐ D _____<br>■ E/F ___3.337___<br>☐ G _____ |
| 2.33 9 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Watson Grinding and Manufacturing Co.** | ☐ D _____<br>■ E/F ___3.338___<br>☐ G _____ |
| 2.34 0 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Wendy Honda** | ☐ D _____<br>■ E/F ___3.339___<br>☐ G _____ |

Debtor  **Watson Valve Services, Inc.**      Case number *(if known)* **20-30968**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**          *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.34 1 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Wendy Nguyen** |

☐ D _____
■ E/F ___3.340___
☐ G _____

| | | | |
|---|---|---|---|
| 2.34 2 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **William Walingsford** |

☐ D _____
■ E/F ___3.341___
☐ G _____

| | | | |
|---|---|---|---|
| 2.34 3 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Yesenia Ayala, as Next Fried of I.C. and** |

☐ D _____
■ E/F ___3.342___
☐ G _____

| | | | |
|---|---|---|---|
| 2.34 4 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Yessica Gonzalez** |

☐ D _____
■ E/F ___3.343___
☐ G _____

| | | | |
|---|---|---|---|
| 2.34 5 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Yolanda Wells** |

☐ D _____
■ E/F ___3.344___
☐ G _____

| | | | |
|---|---|---|---|
| 2.34 6 | **Watson Grinding and Manufacturing Co.** | 4525 Gessner Road<br>Houston, TX 77041<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Yoloanda Navarro** |

☐ D _____
■ E/F ___3.345___
☐ G _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |
|---|---|---|---|

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.34 7 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Yousef Abdulla** | ☐ D _____<br>■ E/F   **3.346**<br>☐ G _____ |
|---|---|---|---|---|
| 2.34 8 | **Watson Grinding and Manufacturing Co.** | **4525 Gessner Road**<br>**Houston, TX 77041**<br>**Other co-debtors related to litigation claimants may include but are not limited to Watson Grinding and Manufacturing Co.** | **Zacarias Chacon** | ☐ D _____<br>■ E/F   **3.347**<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Watson Valve Services, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **20-30968**

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$585,999.36** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ☑ Operating a business<br>☐ Other _____ | **$6,857,684.71** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ☑ Operating a business<br>☐ Other _____ | **$7,749,723.61** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Debtor **Watson Valve Services, Inc.**    Case number *(if known)* **20-30968**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **4512 Steffani Property**<br>**27440 Waller Spring Creek Rd**<br>**Hockley, TX 77447** | 11/01/2019 | $72,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |
| 3.2. **Afco**<br>**5600 North River Rd**<br>**Suite 400**<br>**Des Plaines, IL 60018** | 12/31/2019 | $21,557.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Al Thurmond Agency**<br>**14800 St. Mary's Lane**<br>**Suite 235**<br>**Houston, TX 77079** | 11/18/2019 | $27,534.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **American Heli-Arc**<br>**5009 Pinemont Dr**<br>**Houston, TX 77092** | 1/20/2020 | $17,710.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **EGC Enterprises**<br>**140 Parker Ct**<br>**Chardon, OH 44024** | 11/07/2019 | $13,827.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **MLC CAD Systems, LLC**<br>**10777 Northwest Freeway**<br>**Suite 175**<br>**Houston, TX 77092** | 11/26/2019 | $43,215.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Rexa, Inc.**<br>**4 Manley Street**<br>**West Bridgewater, MA 02379** | 11/26/2019 | $18,179.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Surface Preparation**<br>**5973 South Loop East**<br>**Houston, TX 77033** | 11/07/2019 | $8,613.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Watson Valve Services, Inc.**                                  Case number *(if known)*  **20-30968**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9.  **Vanaire Inc.**<br>**840 Clark Dr**<br>**Gladstone, MI 49837** | 11/07/2019 | $39,383.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Watson Grinding and Manufacturing Co.**<br>**4525 Gessner Road**<br>**Houston, TX 77041**<br>**Related Entity** | **Various dates** | $0.00 | **See attached Exhibit SOFA 4/13/30 as to breakdown of payments.** |
| 4.2.  **David Dunn**<br>**4525 Gessner Road**<br>**Houston, TX 77041**<br>**Chief Financial Officer** | **Various dates** | $0.00 | **See attached Exhibit SOFA 4/13/30 as to breakdown of payments.** |
| 4.3.  **Jason White**<br>**4525 Gessner Road**<br>**Houston, TX 77041**<br>**Vice President/Shareholder** | **Various dates** | $0.00 | **See attached Exhibit SOFA 4/13/30 as to breakdown of payments.** |
| 4.4.  **John Watson**<br>**4525 Gessner Road**<br>**Houston, TX 77041**<br>**Chief Executive Officer/Shareholder** | **Various dates** | $0.00 | **See attached Exhibit SOFA 4/13/30 as to breakdown of payments.** |
| 4.5.  **Robert White**<br>**4525 Gessner Road**<br>**Houston, TX 77041**<br>**Chief Operating Officer/Shareholder** | **Various dates** | $0.00 | **See attached Exhibit SOFA 4/13/30 as to breakdown of payments.** |
| 4.6.  **4512 Steffani Properties, LLC**<br>**27440 Waller Spring Creek Rd**<br>**Hockley, TX 77447**<br>**Related Entity** | **Various dates** | $0.00 | **See attached Exhibit SOFA 4/13/30 as to breakdown of payments.** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor   **Watson Valve Services, Inc.**                                    Case number *(if known)*   **20-30968**

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **See Attached Exhibit SOFA 7** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Explosion resulting in loss of office building, machinery and equipment, and other assets** | **N/A** | **01/23/2020** | **Unknown** |

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**SOFA 7**

**Yousef Abdulla, et al.  v. Watson  Valve Services, Inc., et al.**

**Cause No. 2020-10652**

**190th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Yousef Abdulla | Watson Valve Services Inc. |
| Houston Auto Tech, Inc. | Watson Grinding and Manufacturing Co. |
| | |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

**Gordon Andrus, et al.  v. Watson Grinding and Manufacturing Co., et al.**

**Cause No. 2020-08220**

**152nd Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Gordon Andrus | Watson Valve Services Inc. |
| Houston Corvette Service, Inc. | Watson Grinding and Manufacturing Co. |
| Stingray Energy, LLC | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | Western International Gas & Cylinders, nc. |
| | Matheson Tri-Gas, Inc. |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

**Antorion Avitia, et al.  v. Watson Grinding and Manufacturing Co., et al.**

**Cause No. 2020-08069**

**269th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Antorion Avitia | Watson Valve Services Inc. |
| Rose Avitia | Watson Grinding and Manufacturing Co. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | Watson Coatings Laboratory |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

**Ayala, Yesenia, et al. v. Watson Valve Services Inc., et al.**

**Cause No. 202005311**

**157th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Yesenia Ayala, as Next Fried of I.C. and A.C., Minors | Watson Valve Services Inc. |
| | Watson Grinding and Manufacturing Co. |
| | Watson Coatings Laboratory |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Cortez, Ramon v. Watson Valve Services Inc.

**Cause No. 202005191**

**295th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Ramon Cortez (Individually and on behalf of all similarly situated) | Watson Valve Services Inc. |
| | Watson Grinding and Manufacturing Co. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Gilberto Mendoza Cruz, et al.  v. Watson Valve Services Inc.

**Cause No. 2020-08019**

**129th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Gilberto Mendoza Cruz | Watson Valve Services Inc. |
| Massiel Nunez | Watson Grinding and Manufacturing Co. |
| Gilberto Mendoza Crus and Massiel Nunez, as next friend of I.M. and A.M. (minors) | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | Western International Gas & Cylinders, Inc. |
| | Matheson Tri-Gas, Inc. |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Ema Ferrufino  v. Watson Grinding and Manufacturing Co., et al.

**Cause No. 2020-08241**

**190th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Ema Ferrufino | Watson Valve Services Inc. |
| | Watson Grinding and Manufacturing Co. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | Watson Coatings Laboratory |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Gilberto Figueroa, et al.  v. Watson Griding and Manufacturing Co., et al.

**Cause No. 2020-08062**

**061st  Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Gilberto Figueroa | Watson Valve Services Inc. |
| Isabella Figueroa | Watson Grinding and Manufacturing Co. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | Western International Gas & Cylinders, Inc. |
| | Matheson Tri-Gas, Inc. |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Flores, Margarita, et al. v. Watson Valve Services Inc., et al.

**Cause No. 202005250**

**295th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Margarita Flores, Individually | Watson Valve Services Inc. |
| Margarita Flores, Personal Representative of the Estate of Frank Flores, Deceased | Watson Grinding and Manufacturing Co. |
| Maggie Rivera | KMHJ Management Company, LLC |
| Fabian Flores | KMHJ, Ltd. |
| | |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Goff, Carole v. Watson Valve Services Inc.

**Cause No. 202007220**

**11th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Carole Goff | Watson Valve Services Inc. |
| | Watson Grinding and Manufacturing Co. |
| | |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Daniel Gutierrez Jr., et al. v. Watson Valve Services Inc.

**Cause No. 202006829**

**164th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Daniel Gutierrez, Jr. | Watson Valve Services Inc. |
| Maria Ofelia Mondragon, Individually and as next friend of N.G., D.A.G, and A.G., minor children | Watson Grinding and Manufacturing Co. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Travis Horton, et al. v. Watson Valve Services Inc., et al.

**Cause No. 202005505**

**055th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Travis Horton | Watson Valve Services Inc. |
| | Watson Grinding and Manufacturing Co. |
| | |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Johnnie Huynh, et al. v. Watson Grinding and Manufacturing Co., et al.

**Cause No. 2020-11887**

**281st Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Johnnie Huynh | Watson Grinding and Manufacturing Co. |
| | Watson Valve Services, Inc. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | Centerpoint Energy, Inc. |
| | Centerpoint Energy Service Company, LLC |
| | Centerpoint Energy Services, Inc. |
| | Centerpoint Energy Resources Corp. |
| | Centerpoint Energy Gas Services, Inc. |
| | Western International Gas Services, Inc. |
| | Western International Gas & Cylinders, Inc. |
| | Matheston Tri-Gas, Inc. |
| | |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Anna Juarez, et al.  v. Watson Grinding and Manufacturing Co., et al.

**Cause No. 2020-08058**

**334th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
| --- | --- |
| Anna Juarez | Watson Valve Services Inc. |
| Ricardo Carreon | Watson Grinding and Manufacturing Co. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | Western International Gas & Cylinders, Inc. |
| | Matheson Tri-Gas, Inc. |
| | |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Chris Le, et al. v. Watson Valve Services Inc., et al.

**Cause No. 2020-08475**

**234th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
| --- | --- |
| Chris Le | Watson Valve Services Inc. |
| | Watson Grinding and Manufacturing Co. |
| | |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Miranda, Rigoberto (Jr), et al. v. Watson Valve Services Inc.

**Cause No. 202004959**

**281st Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
| --- | --- |
| Rigoberto Miranda, Jr. | Watson Valve Services Inc. |
| Ingrid Miranda | Watson Grinding and Manufacturing Co. |
| Daniel Bravo | |
| Eric Bravo | |
| | |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Olvera, Angel, et al.  v. Watson Grinding and Manufacturing Co., et al.

**Cause No. 202007292**

**295th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
| --- | --- |
| Angel Olvera | Watson Valve Services Inc. |
| Eva Olvera | Watson Grinding and Manufacturing Co. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Esteban Pelcastre  v. Watson Grinding and Manufacturing Co., et al.

**Cause No. 2020-08078**

**127th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Esteban Pelcastre | Watson Valve Services Inc. |
| | Watson Grinding and Manufacturing Co. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | Watson Coatings Laboratory |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Rangel, Sean Robert v. Watson Valve Services Inc.

**Cause No. 202005585**

**269th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Sean Robert Rangel | Watson Valve Services Inc. |
| | Watson Grinding and Manufacturing Co. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Steven Reagle v. Watson Valve Services Inc.

**Cause No. 202006829**

**164th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Steven Reagle | Watson Valve Services Inc. |
| | Watson Grinding and Manufacturing Co. |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Felipe Revuelta v. Watson Valve Services, Inc., Watson Grinding and Manufacturing, Co

**Cause No. 2020-08679**

**129th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Felipe Revuelta | Watson Valve Services Inc. |
| | Watson Grinding and Manufacturing Co. |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Rufino, Emma v. Watson Valve Services Inc.

**Cause No. 2020-08081**

**165th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Emma Rufino | Watson Valve Services Inc. |
| | Watson Grinding and Manufacturing Co. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | Watson Coatings Laboratory |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

**Maria Isabel Trejo, et al.  v. Watson Grinding and Manufacturing Co., et al.**

**Cause No. 2020-08054**

**080th  Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Maria Isabel Trejo | Watson Valve Services Inc. |
| Javier Lopez Herrera | Watson Grinding and Manufacturing Co. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | Western International Gas & Cylinders, Inc. |
| | Matheson Tri-Gas, Inc. |
| | |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

**Wallingsford, William v. Watson Valve Services Inc.**

**Cause No. 202006509**

**127th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| William Walingsford | Watson Valve Services Inc. |
| | Watson Grinding and Manufacturing Co. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | Centerpoint Energy, Inc. |
| | Centerpoint Energy Service Company, LLC |
| | Centerpoint Energy Services, Inc. |
| | Centerpoint Energy Resources Corp. |
| | Centerpoint Energy Gas Services, Inc. |
| | |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

Debtor    **Watson Valve Services, Inc.**                                         Case number *(if known)*    **20-30968**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **McDowell Hetherington LLP 1001 Fannin Street Suite 2700 Houston, TX 77002** | **Legal Retainer** | **02/03/2020** | **$125,000.00** |
| | Email or website address **www.mhllp.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **See attached Exhibit SOFA 4/13/30 Disclosure of Payments to Insiders for transparency. Debtor believes these payments to be ordinary course.** | | **Various Dates** | **$0.00** |
| | Relationship to debtor | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* **20-30968** |
|---|---|---|

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor    **Watson Valve Services, Inc.**                                    Case number *(if known)*  **20-30968**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **MATHESON TRI-GAS, INC**<br>**10430 MULA ROAD**<br>**Stafford, TX 77477** | **4525 Gessner Road**<br>**Houston, TX 77041** | **Service agreement for gas tanks on Watson premise. Tanks not owned by Watson Valve.** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **4521 Steffani Properties, LLC**<br>**27440 Waller Spring Creek Rd**<br>**Hockley, TX 77447** | **4521 Steffani**<br>**Houston, TX 77041** | **Watson Valve - Main Offices** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **AMUR HMP, LLC**<br>**5, Mashinostroitelei Shosse, Amursk**<br>**Khabarovsk Krai, The Russian Federation**<br>**682640** | **4521 Steffani**<br>**Houston, TX 77041** | **Mining Goods / Equipment** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **PT Huayue Nickel Cobalt**<br>**Gedung Wisma Mulia Lt.41 Jl. Jend Gatot Subroto No. 42 Kuningan Barat, Mampang Prapatan. 12710 Jakarta, Indonesia** | **4521 Steffani**<br>**Houston, TX 77041** | **Mining Goods / Equipment** | **Unknown** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■  No.
   ☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **Watson Valve Services, Inc.**                              Case number *(if known)*  **20-30968**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Matt Snow**<br>**4525 Gessner Road**<br>**Houston, TX 77041** | **2012 - Current** |
| 26a.2.  **David Dunn**<br>**4525 Gessner Road**<br>**Houston, TX 77041** | **2011 - Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Cummings and Houston LLP**<br>**440 Louisiana St**<br>**#650**<br>**Houston, TX 77002** | **2002 - Current** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.  **David Dunn**<br>**4525 Gessner Road**<br>**Houston, TX 77041** | **2011 - Current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.  **Cummings and Houston LP**<br>**440 Louisiana St.**<br>**#650**<br>**Houston, TX 77002** | |
| 26c.2.  **David Dunn**<br>**4525 Gessner Road**<br>**Houston, TX 77041** | **Explosion at the premises. Debtor has not<br>been able to determine the status of the<br>damages to the physical books and records.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Texas Capital Bank**<br>**1330 Post Oak Blvd**<br>**Suite 100**<br>**Houston, TX 77056** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **Watson Valve Services, Inc.**                                   Case number *(if known)*   **20-30968**

| Name and address |
| --- |
| 26d.2.   **Cummings & Houston LLP**<br>**440 Louisiana St # 650**<br>**Houston, TX 77002** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- | --- |
| 27.1<br>. | **Jason White** | **12/31/2019** | **564,864.99** |

| | Name and address of the person who has possession of inventory records |
| --- | --- |
| | **Watson Valve Services, Inc.**<br>**4512 Steffani Ln**<br>**Houston, TX 77041** |

| | | | |
| --- | --- | --- | --- |
| 27.2<br>. | **Jason White** | **12/31/2018** | **30,570.36** |

| | Name and address of the person who has possession of inventory records |
| --- | --- |
| | **Watson Valve Services, Inc.**<br>**4512 Steffani Ln**<br>**Houston, TX 77041** |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| John Watson | 4525 Gessner Road<br>Houston, TX 77041 | **Chief Executive Officer** | **70** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Robert White | 4525 Gessner Road<br>Houston, TX 77041 | **Chief Operating Officer** | **15** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Jason White | 4525 Gessner Road<br>Houston, TX 77041 | **Vice President** | **15** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor  **Watson Valve Services, Inc.**                           Case number *(if known)*  **20-30968**

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | John Watson<br>4525 Gessner Road<br>Houston, TX 77041 | | Various dates. | See attached Exhibit SOFA 4/13/30 for breakdown of payments. |
| | Relationship to debtor<br>Majority Shareholder - Chief Executive Officer | | | |
| 30.2. | Robert White<br>4525 Gessner Road<br>Houston, TX 77041 | | Various dates. | See attached Exhibit SOFA 4/13/30 for breakdown of payments. |
| | Relationship to debtor<br>Minority Shareholder - Chief Operating Officer | | | |
| 30.3. | Jason White<br>4525 Gessner Road<br>Houston, TX 77041 | | Various dates | See attached Exhibit SOFA 4/13/30 for breakdown of payments. |
| | Relationship to debtor<br>Minority Shareholder - Vice President | | | |
| 30.4. | David Dunn<br>4525 Gessner Road<br>Houston, TX 77041 | | Various dates | See attached Exhibit SOFA 4/13/30 for breakdown of payments. |
| | Relationship to debtor<br>Chief Financial Officer | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**SOFA 4/13/30**

| Name | Amount | Check Date |
|------|-------:|-----------:|
| **Watson, John M** | 12,545.66 | 2/15/2018 |
| | 12,545.66 | 2/28/2018 |
| | 12,545.66 | 3/15/2018 |
| | 12,545.66 | 3/30/2018 |
| | 12,545.66 | 4/13/2018 |
| | 12,545.66 | 4/30/2018 |
| | 12,545.66 | 5/15/2018 |
| | 14,873.62 | 5/31/2018 |
| | 14,873.62 | 6/15/2018 |
| | 14,873.62 | 6/29/2018 |
| | 14,889.92 | 7/13/2018 |
| | 14,889.92 | 7/31/2018 |
| | 14,889.92 | 8/15/2018 |
| | 14,889.92 | 8/31/2018 |
| | 14,889.92 | 9/14/2018 |
| | 14,889.92 | 9/28/2018 |
| | 14,889.92 | 10/15/2018 |
| | 14,889.92 | 10/31/2018 |
| | 14,889.92 | 11/15/2018 |
| | 14,889.92 | 11/30/2018 |
| | 18,928.22 | 12/14/2018 |
| | 60,547.97 | 12/19/2018 |
| | 17,010.53 | 12/31/2018 |
| | 14,880.21 | 1/15/2019 |
| | 14,880.21 | 2/15/2019 |
| | 14,880.21 | 2/28/2019 |
| | 14,880.21 | 3/15/2019 |
| | 14,880.21 | 3/29/2019 |
| | 14,880.21 | 4/15/2019 |
| | 14,880.21 | 4/30/2019 |
| | 14,880.21 | 5/15/2019 |
| | 14,880.21 | 5/31/2019 |
| | 14,880.21 | 6/14/2019 |
| | 14,880.21 | 6/28/2019 |
| | 14,880.21 | 7/15/2019 |
| | 14,880.21 | 7/31/2019 |
| | 14,880.21 | 8/15/2019 |
| | 14,880.21 | 8/30/2019 |
| | 14,880.21 | 9/13/2019 |
| | 14,880.21 | 9/30/2019 |
| | 14,880.21 | 10/15/2019 |
| | 14,880.21 | 10/31/2019 |
| | 14,880.21 | 11/15/2019 |
| | 14,880.21 | 11/29/2019 |
| | 16,889.27 | 12/13/2019 |
| | 14,880.21 | 12/31/2019 |
| | 14,880.21 | 1/15/2020 |
| | 296.88 | 1/31/2020 |
| | 737,257.38 | Payroll |
| | | |
| | 368,628.69 | Watson Grinding (50%) |
| | 368,628.69 | Watson Valve (50%) |
| | | |
| **Watson, John M** | 255,000.00 | 20191230 |
| | 5,000.00 | 20191127 |
| | 36,738.15 | 20191125 |
| | 296,738.15 | Distrubution |
| | | |
| | 665,366.84 | Grand Total |

**SOFA 4/13/30**

| Name | Amount | Check Date |
|------|-------:|-----------:|
| **White, Robert L** | 12,790.29 | 2/15/2018 |
| | 12,790.29 | 2/28/2018 |
| | 12,790.29 | 3/15/2018 |
| | 12,790.29 | 3/30/2018 |
| | 12,790.29 | 4/13/2018 |
| | 12,790.29 | 4/30/2018 |
| | 12,790.29 | 5/15/2018 |
| | 12,790.29 | 5/31/2018 |
| | 12,790.29 | 6/15/2018 |
| | 12,790.29 | 6/29/2018 |
| | 12,790.29 | 7/13/2018 |
| | 12,790.29 | 7/31/2018 |
| | 12,790.29 | 8/15/2018 |
| | 12,790.29 | 8/31/2018 |
| | 12,790.29 | 9/14/2018 |
| | 12,790.29 | 9/28/2018 |
| | 12,790.29 | 10/15/2018 |
| | 12,790.29 | 10/31/2018 |
| | 12,790.29 | 11/15/2018 |
| | 12,790.29 | 11/30/2018 |
| | 24,328.31 | 12/14/2018 |
| | 365,839.05 | 12/19/2018 |
| | 14,825.36 | 12/31/2018 |
| | 12,823.38 | 1/15/2019 |
| | 12,823.38 | 1/31/2019 |
| | 12,823.38 | 2/15/2019 |
| | 12,823.38 | 2/28/2019 |
| | 12,823.38 | 3/15/2019 |
| | 12,823.38 | 3/29/2019 |
| | 12,823.38 | 4/15/2019 |
| | 12,823.38 | 4/30/2019 |
| | 12,823.38 | 5/15/2019 |
| | 12,823.38 | 5/31/2019 |
| | 12,823.38 | 6/14/2019 |
| | 12,823.38 | 6/28/2019 |
| | 12,823.38 | 7/15/2019 |
| | 12,823.38 | 7/31/2019 |
| | 12,823.38 | 8/15/2019 |
| | 12,823.38 | 8/30/2019 |
| | 12,823.38 | 9/13/2019 |
| | 12,823.38 | 9/30/2019 |
| | 12,823.38 | 10/15/2019 |
| | 12,823.38 | 10/31/2019 |
| | 12,823.38 | 11/15/2019 |
| | 12,823.38 | 11/29/2019 |
| | 14,836.17 | 12/13/2019 |
| | 374,857.39 | 12/31/2019 |
| | 12,823.38 | 1/15/2020 |
| | 6,573.38 | 1/31/2020 |
| | 1,352,003.20 | Payroll |
| | | |
| | 676,001.60 | Watson Grinding (50%) |
| | 676,001.60 | Watson Valve (50%) |
| | | |
| **White, Robert L** | 54,642.86 | 20191230 |
| | 54,642.86 | Distribution |
| | | |
| | 730,644.46 | Grand Total |

**SOFA 4/13/30**

| Name | Amount | Check Date |
|------|-------:|-----------|
| **White, Jason M** | 12,802.08 | 2/15/2018 |
| | 12,802.08 | 2/28/2018 |
| | 12,802.08 | 3/15/2018 |
| | 12,802.08 | 3/30/2018 |
| | 12,802.08 | 4/13/2018 |
| | 12,802.08 | 4/30/2018 |
| | 12,802.08 | 5/15/2018 |
| | 12,802.08 | 5/31/2018 |
| | 12,802.08 | 6/15/2018 |
| | 12,802.08 | 6/29/2018 |
| | 12,802.08 | 7/13/2018 |
| | 12,802.08 | 7/31/2018 |
| | 12,802.08 | 8/15/2018 |
| | 12,802.08 | 8/31/2018 |
| | 12,802.08 | 9/14/2018 |
| | 12,802.08 | 9/28/2018 |
| | 12,802.08 | 10/15/2018 |
| | 12,802.08 | 10/31/2018 |
| | 12,802.08 | 11/15/2018 |
| | 12,802.08 | 11/30/2018 |
| | 24,340.10 | 12/14/2018 |
| | 11,250.00 | 12/19/2018 |
| | 14,612.05 | 12/31/2018 |
| | 12,846.58 | 1/15/2019 |
| | 12,846.58 | 1/31/2019 |
| | 12,846.58 | 2/15/2019 |
| | 12,846.58 | 2/28/2019 |
| | 12,846.58 | 3/15/2019 |
| | 12,846.58 | 3/29/2019 |
| | 12,846.58 | 4/15/2019 |
| | 12,846.58 | 4/30/2019 |
| | 12,846.58 | 5/15/2019 |
| | 12,846.58 | 5/31/2019 |
| | 12,846.58 | 6/14/2019 |
| | 12,846.58 | 6/28/2019 |
| | 12,846.58 | 7/15/2019 |
| | 12,846.58 | 7/31/2019 |
| | 12,846.58 | 8/15/2019 |
| | 12,846.58 | 8/30/2019 |
| | 12,846.58 | 9/13/2019 |
| | 12,846.58 | 9/30/2019 |
| | 12,846.58 | 10/15/2019 |
| | 12,846.58 | 10/31/2019 |
| | 12,846.58 | 11/15/2019 |
| | 12,846.58 | 11/29/2019 |
| | 14,470.19 | 12/13/2019 |
| | 70,865.89 | 12/31/2019 |
| | 12,846.58 | 1/15/2020 |
| | 6,596.58 | 1/31/2020 |
| | 693,647.75 | Payroll |
| | | |
| | 346,823.88 | Watson Grinding (50%) |
| | 346,823.88 | Watson Valve (50%) |
| | | |
| **White, Jason M** | 54,642.86 | 20191230 |
| | 2,000.00 | 20190813 |
| | 56,642.86 | Distribution |
| | | |
| | 403,466.74 | Grand Total |

| | SOFA 4/13/30 | |
|---|---|---|
| **Name** | **Amount** | **Check Date** |
| **Dunn, David L** | 7,291.67 | 2/15/2018 |
| | 7,291.67 | 2/28/2018 |
| | 7,291.67 | 3/15/2018 |
| | 7,291.67 | 3/30/2018 |
| | 7,291.67 | 4/13/2018 |
| | 7,291.67 | 4/30/2018 |
| | 7,291.67 | 5/15/2018 |
| | 7,291.67 | 5/31/2018 |
| | 7,291.67 | 6/15/2018 |
| | 7,291.67 | 6/29/2018 |
| | 7,291.67 | 7/13/2018 |
| | 7,291.67 | 7/31/2018 |
| | 7,291.67 | 8/15/2018 |
| | 7,291.67 | 8/31/2018 |
| | 7,291.67 | 9/14/2018 |
| | 7,291.67 | 9/28/2018 |
| | 7,291.67 | 10/15/2018 |
| | 7,291.67 | 10/31/2018 |
| | 7,291.67 | 11/15/2018 |
| | 7,291.67 | 11/30/2018 |
| | 58,349.13 | 12/14/2018 |
| | 7,291.67 | 12/31/2018 |
| | 7,291.67 | 1/15/2019 |
| | 7,291.67 | 1/31/2019 |
| | 7,291.67 | 2/15/2019 |
| | 7,291.67 | 2/28/2019 |
| | 7,291.67 | 3/15/2019 |
| | 7,291.67 | 3/29/2019 |
| | 7,291.67 | 4/15/2019 |
| | 7,291.67 | 4/30/2019 |
| | 7,291.67 | 5/15/2019 |
| | 7,291.67 | 5/31/2019 |
| | 7,291.67 | 6/14/2019 |
| | 7,291.67 | 6/28/2019 |
| | 7,291.67 | 7/15/2019 |
| | 7,291.67 | 7/31/2019 |
| | 7,291.67 | 8/15/2019 |
| | 7,291.67 | 8/30/2019 |
| | 7,291.67 | 9/13/2019 |
| | 7,291.67 | 9/30/2019 |
| | 7,291.67 | 10/15/2019 |
| | 7,291.67 | 10/31/2019 |
| | 7,291.67 | 11/15/2019 |
| | 7,291.67 | 11/29/2019 |
| | 50,656.93 | 12/13/2019 |
| | 7,291.67 | 12/31/2019 |
| | 7,291.67 | 1/15/2020 |
| | 5,833.34 | 1/31/2020 |
| | 442,964.55 | Payroll |
| | | 1/0/1900 |
| | 221,482.28 | Watson Grinding (50%) |
| | 221,482.28 | Watson Valve (50%) |

**SOFA 4/13/30**

| Name | Amount | Check Date | |
|------|--------|-----------|---|
| **WATSON GRINDING & MFG CO.** | 208,100.00 | | 12/30/2019 |
| | 1,795.00 | | 12/18/2019 |
| | 169,640.83 | | 12/18/2019 |
| | 27,944.00 | | 12/18/2019 |
| | 50,000.00 | | 6/12/2019 |
| | 250,000.00 | | 8/8/2018 |
| | 250,000.00 | | 8/1/2018 |
| | 250,000.00 | | 7/16/2018 |
| | 250,000.00 | | 6/19/2018 |
| | 400,000.00 | | 5/10/2018 |
| | 200,000.00 | | 5/2/2018 |
| | 2,057,479.83 | | |

| Name | Amount | Check Date | |
|------|--------|-----------|---|
| **4512 STEFFANI PROPERTIES, LLC** | 24,000.00 | | 12/31/2019 |
| | 24,000.00 | | 12/2/2019 |
| | 24,000.00 | | 11/1/2019 |
| | 24,000.00 | | 10/1/2019 |
| | 24,000.00 | | 8/30/2019 |
| | 24,000.00 | | 8/1/2019 |
| | 24,000.00 | | 7/1/2019 |
| | 24,000.00 | | 5/31/2019 |
| | 24,000.00 | | 5/1/2019 |
| | 24,000.00 | | 4/1/2019 |
| | 24,000.00 | | 3/1/2019 |
| | 24,000.00 | | 2/1/2019 |
| | 24,000.00 | | 1/2/2019 |
| | 24,000.00 | | 12/1/2018 |
| | 24,000.00 | | 11/1/2018 |
| | 24,000.00 | | 10/1/2018 |
| | 24,000.00 | | 9/4/2018 |
| | 13,920.00 | | 7/13/2018 |
| | 421,920.00 | | |

Debtor   __Watson Valve Services, Inc.__                                    Case number *(if known)*  __20-30968__

<div style="background:gray">**Part 14:**</div>   **Signature and Declaration**

> **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
> 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __3-23-2020__

_____           __Robert White__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   __Chief Operating Officer__

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Texas

In re   __Watson Valve Services, Inc.__

Debtor(s)

Case No.   __20-30968__
Chapter   __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jason White**<br>**4525 Gessner Rd**<br>**Houston, TX 77041** | | **15%** | |
| **John Watson**<br>**4525 Gessner Rd**<br>**Houston, TX 77041** | | **70%** | |
| **Robert White**<br>**4525 Gessner Road**<br>**Houston, TX 77041** | | **15%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Operating Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   __3-23-2020__                Signature   __[signature]__

**Robert White**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Southern District of Texas**

In re    __Watson Valve Services, Inc._____

                                   Debtor(s)

Case No.    __20-30968_____
Chapter    __11_____

# VERIFICATION OF SUPPLEMENTAL CREDITOR MATRIX

I, the Chief Operating Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    _3-23-2020_____

_Robert White/Chief Operating Officer_
Signer/Title