# APPENDIX 1

### DEBTOR AND WATSON GRINDING
Watson Valve Services, Inc.
Watson Grinding & Manufacturing Co.

### SECURED CREDITORS
Cypress Fairbanks ISD
Harris County
Texas Capital Bank

### 20 LARGEST CREDITORS

| | | |
|---|---|---|
| AFCO | EGC Enterprises | Suhm Spring Works, Ltd. |
| Aiv, LPL | Garlock Sealing Tech | Surface Preparation |
| American Express | Ghx Industrial LLC | Teadit |
| American Heli-Arc | Grainger | U-Line, Inc. |
| Amur Hmp, LLC | Hytorc | Universe Technical Translate |
| Bass Toll And Supply, Inc. | Industrial Bearing And Services | Vanaire Inc |
| Direct Bolt And Supply | Lamons Gasket Company | |

### CURRENT AND FORMER OFFICERS AND DIRECTORS
John Watson
Jason White
Robert White
David Dunn

### COUNTERPARTIES TO MAJOR CONTRACTS
AMUR-HNP, LLC
PT Huayue Nickel Cobalt

### COUNTERPARTIES TO MAJOR REAL PROPERTY LEASES
4512 Steffani Properties LLC

### RELEVANT INSURANCE COMPANIES

| | | |
|---|---|---|
| Catlin Specialty Insurance Co. | RSUI Indemnity Co. | Navigators Insurance |
| Texas Mutual Insurance Co. | United Fire Group | Al Thurmond Agency, Inc. |

### POTENTIALLY RESPONSIBLE THIRD PARTIES

| | | |
|---|---|---|
| Matheson Tri-Gas & Western International Gas & Cylinder | Centerpoint Energy Gas Services, Inc. | Technical Engineering Kennametal, Inc. |
| ARC Specialties, Inc | STM & Associates | Astro Alloys, Inc. |
| Automation Plus | Detcon | Vertecs |
| Centerpoint Energy Service Company LCC | 3M | Kennametal Stelitte |
| | Firestone Cryogenic Equipment | ABB |
| Centerpoint Energy Services, Inc. | I-Trans | Fisher Controls International LLC |
| | Radnor | |
| Centerpoint Energy Resources Corp. | TRCC, LLC & Nadir Salim National Alloy Solutions | |

**CURRENT TORT CLAIMANTS**

| | | |
|---|---|---|
| Rigoberto Miranda, Jr. | Phong Nguyen | Tan Truong |
| Ingrid Miranda, | Dan Berry Argo | James Walker |
| Daniel Bravo | Stacy Argo | Melissa Walker |
| Erica Bravo | Richard Gannon | Fielder Express Delivery |
| Sophia S. Navarro | Amber Lane | Service LLC |
| Arthur Ferrel | Alison Long | JPW Enterprises LLC |
| Sofia Ferrel | Joseph Cropper | Nestor Javier Gonzalez |
| James B. Fredregille | Ever Omar Bautista | Velazquez |
| Christina Thurman | Jose Romero | Isabel Campoverde |
| Ramon Cortez | Mayra Reyes | Veronica Jimenez |
| Margarita Flores | Luz Maria Villa | Nathan Decicco |
| Estate of Frank Flores, | Fernanda Pierre | Ethan Decicco |
| Deceased, | Robert Ojeda | Michelle Jimenez |
| Maggie Rivera | Marcos Ramos | Normajean Paula Hernandez |
| Fabian Flores | Evelyn Ibarra | Rodriguez Clementina Izaguirre |
| Duong Tung La, | Lawrence Sepulveda | Pedro Arjona |
| Kelly Thu Nguyen | Terri Sepulveda | Agnes Panong Arjona |
| Jennifer Phoun Nguyen | Chris Santiff | Otilia Arjona |
| Bich-NGA Thi Le | Catherine Laake | Peter Arjona |
| Dau Thi Hoan | Sergio Cruz | Byron Keith House |
| Vi Hoang Kim | Arnold Ballinger | Joy Sessions |
| Wanningman | Lashnda M. Henderson | Rosalie Holland |
| Travis Horton | Julissa Ruiz | Harris County, Texas |
| Andrea Horton | Brian Rego | State of Texas |
| David Rain | Viet Tran | Gutierrez, Daniel Jr. |
| Daniela Cortez | Sean Robert Rangel | Maria Ofelia Mondragon, |
| Mario Ruiz | Phillip Burnam | Steven Reagle |
| Daniel Drawsand | William Wallingsford | Jessie Sewel |
| Catherine Drawsand | Yolanda Navarro | Johnny Villalpando |
| Andres Uriostegui | Tasha Felder | Diana Villalpando |
| Maria Uriosegui | Amado Anguiano | Sergio Cruz, Jr. |
| Benito Hernandez | Dale C. Battiste | Noe Cruz |
| Juan Torres | Maria Battiste | Omar Cruz |
| Maria J. Hernandez | Luis Carreon | Oliva Flores |
| Rozalinda Gomez | Jorge Castillo | Annie Tyler |
| Francisco Lozano | Kathy Collins | Blanca Solorzano |
| Leticia Alarcon | Marilyn Cue | David Solorazano |
| Mario Ginaldo | Tina Do | Mariela Garcia |
| Maria Ginaldo | Cha Gao | Leonel Garcia |
| Miguel Puente Salazar | GPM International Inc. | Jorge Cubas |
| Maria Salazar | Delta Hernandez | Flor D. Cubas |
| Kevin Argo | Ken Holland | Cuong Vo |
| Leonor Beltran | Rosalie Holland | Hung Duc Pham |
| Elbra Lemus | Kasi Kirby | Sylvia Garza |
| Daniel Juarez | Calixto Lopez | Tatiana Martinez |
| Catherine Norton | Greg Malloch | Silvia Arevalo |
| Bich Dao Nguyen | Bamboo Properties LLC | Freddy Sanchez |
| Homero Regaldo | Fasco Fasteners & Supply | Eloy Ortega |
| Adam Ontoya-Torres | Company | Cindy Ortega |
| Victoria Torres | Arthur Anh Nguyen | Patricia Partales |
| Pamela Roberson | Deborah Patten | Maria Hernandez |
| Karen Ford Todd | Juan F. Reyes | Patricio Hernandez |
| Trivia Douglas | Michael Smooke | Miguel Cordero |
| Cynthia Tates | Veronica Tabares | Lidia Harrison |
| Edit Vaesa | Christina A. Thurman | Guadalupe Castro |

| | | |
|---|---|---|
| Rebecca McKeehan | Maria Isabel Trejo | Alvaro Mendieta |
| Karen Laake | Javier Lopez Herrera | Rosalba Mendieta |
| Mayra Benitez | Anna Juarez | Paul Martinez |
| Ernesto Benitez | Ricardo Carreon | Janet Martinez |
| Wendy Nguyen | Hector Mondragon Olvera | Armin Denic |
| Maria Barajas | Esmeralda Gonzalez Garcia | Linda Dang |
| John Baccam | Gilberto Figueroa | Myra Jefferson |
| Angeline Garza | Isabella Figueroa | Tuyet Do |
| Irlanda Copeland | Antorion Avitia | Steven Tran |
| Kyle Mathis | Rose Avitia | Mark Tran |
| Emily Perez | Esteban Pelcastre | Gilbert Orellana |
| Brenda Pham | Emma Rufino | Eduardo Dolpher |
| Sotaura Tyler | Houston Corvette Service, Inc. | Morgan Lee |
| Jose Tovar | Stingray Energy, LLC | Elizabeth Rueda |
| Candy Tovar | Gordon Andrus | Sara Gloria |
| Daisy Lozano | Ema Ferrufino | Doris Arias |
| Jasmin Serna | Chris Le | Pablo Lopez, |
| Farah Albania | Joan Doan | Skylar Douglas |
| Dana Feaster | Sebastijan Berenji | Denis Hernandez |
| Amelia Diosdado | Victoria Wells | Abel Martinez |
| Reymundo Ceballos | David Diosdado | Martin Esqueda |
| Laura Ceballos | Yolanda Wells | Blanca Mojica |
| Kelly Malady | Jung S. Yun | Ana Sarpas |
| Eduardo Flores | Jerlesa Tates | Sulma Berjano |
| Maria Diosado | James Bostick | Andres Gomez |
| Karla Rodriguez | Mary Bostick | Luis Reyes |
| Erika Flores | Wendy Honda | Patricia Cervantes |
| Maricela Flores | Joseph Pham | Cristhian Martinez |
| Yessica Gonzalez | Jorge Pham | Sindy Sanchez |
| Michael Salazar | Jorge Chacon | Rosaura Calix |
| Frank Peters | Zacarias Chacon | Diana Lopez |
| Martin Boado | Domingo Duron | Susan Lopez |
| Jose Mata | Manuel Corral | Luis Medellin |
| Rochelle Feaster | Joes Corral | Maria Medellin |
| Dana Feaster | Jaime Gonzalez | Nguyen Hoang |
| Carole Goff | Bibiano Sandoval | Kevin Vu |
| Angel Olvera | Angelina Sandoval | Julia Talamantes |
| Eva Olvera | Celina Sandoval | Oneida Talamantes |
| | Abigail Hernandez | Melody Dolpher |
| Eric Young | Rosalba Martinez | Lucero Medellin |
| Albano Hoxhaj | Hilda Limas | Hector Medellin |
| Flavja Mucka | Anthony Howard, Jr. | |
| Ramiro Cruz | Jeanne Merritt | |
| Jose Cruz | Mervin Albania | |
| Janette Thomas | Rivis Husband | |
| Gilberto Cruz | Mirian Cruz | |
| Massiel Nunez | Roberto Hernandez | |

**POTENTIAL TORT CLAIMANTS (KNOWN)**

| | | |
|---|---|---|
| Samuel Ruffino | Van Nguyen | Rotimi Martins |
| Noe Rodriguez | Kathleen Molina | Francisca Martins |
| Dayeni Garcia | Ana Moss | Dustyn Boyd |
| Misaez Alvear | Pedro Garcia | Laquita Earl |
| Yesica Alvear | Elvis Sandoval | Albano Hoxhaj |
| Carlos Pineda | Genoveva Sandoval | Angela McKee |

| | | |
|---|---|---|
| AAA-Texas (Auto Club Indemnity) | Federated Insurance | Ricardo Reyes |
| FedNat Adjusting | A Plus Glass Services, Inc. | Theresa Muir |
| Ginamaria Giovanna Tamburrino | Erica Moreno | Jennifer Isome |
| | Rita Rivera | Kum Sun Song |
| FedNat Insurance and Monarch National Insurance Companies | Francisco Olivio | Prabhat Sharma |
| | Clear Blue Insurance Company | Steven Tong |
| Kevin Bonny | Barbara Bassett | Linh Nguyen |
| Jose Calderon | Jaime Batres | Geovera Specialty Insurance |
| Michael Morrison | Khanh Nguyen | State Auto Insurance |
| Elba Lemus | Hoai Pham | Chubb Insurance |
| Diem Thi Hoang | Lililiana Rodriguez | UPC Insurance |
| Maria Duran | Massiel Nunez | Atlas |
| Nelson Dos Santos | Deztini Southall | Tokio Marine |
| Elissa Patterson | Mary Contreras | Kiln |
| The Hanover Insurance Group | Freddy Medardo Marinez Sanchez | AmRisc |
| Star Time Supply Co., Inc., | | London |
| Steven Titley & Imelda Barrerra | Rosalie Holland | Am Trust London Global Indemnity Group |
| Joseph Boyd & Robert Singleton | Long Nguyen | |
| | Hung Tran | EMAC |
| John & Patricia Bradley | Colleen Price | Insurers Indemnity Company |
| Mark & Nola Jensen | Michael Carpino | SWYFFT |
| Javier Martienz & Guadalupe Meza | Long Nguyen | Estate of Geraldo Castorena |
| | Wilmer Rivera | Certain Underwriters at Lloyd's |
| Mohsen & Kathleen Roohi | Tran Huynh | Juan Reyes |
| Elizabeth & Jesus Salazar | Enriqueta Garcia | Quest IRA Inc. FBO Grant Farrelly |
| MSO Seals and Gasket Inc. d/b/a Metric Standard Odd, et al | Chanh Thai | |
| | Ronald Gonzalez | Jorge Hernandez |
| The Hartford & Lighthouse Property Insurance Corporation | Eduardo Soto | Claudia Zuniga |
| | Milagro Ordonez | Lorrie Humphrey |
| CSAT Investment Holdings | Victor Quijada | Ivan Alvarado |
| Art Foundry Carpino d/b/a Mike Carpino | Maria Prudencio | Brenda Alvarado |
| | Joyce Brooks | Andres Alvarado |
| Michael Lauralyn | Marilyn Cue | Ivan Alvarado, Jr. |
| Lan Dao | Jose Rodriguez | Ivana Alvarado |
| Sara Avila | Luz Torrez | Jose Calderon |
| Alex Jonischkies | Marta Isabel Luevano | Marisela Calderon |
| Leticia Revuelta | Chris Manzke | Angela Calderon |
| Myca Nguyen | Michael Makris | State Farm |
| Isabel Goria-Ruiz | Antonio Munoz | Mark Matthews |
| Bicholan Guyen | Crisoforo Torres | Letha R. Hubbard |
| Herbert Maduro | Ana Castro | Priscilla D. Rios |
| Herbert Maduro | Tommy Vo | Gerardo Lira |
| Jung Yun | Ramiro Zuniga | Joseph Phan |
| Can Ngoc Dang | Jose E. Giron | Juan A. Gutierrez |
| Kurt Hall | Natalie Boughal | Lue Ann Walter-Enright |
| Cornelius Feit | IAT Insurance Group | Roberto A. Aguilar-Aviles |
| Maria Barrero | Tae Kim | Eddie V. Garcia |
| Allstate Insurance Co. | Ann Rawlinson | Gina Gorczynski |
| Southern Vanguard Ins. Co. | Joyce Owens | Brenda Rosalinda Figueroa |
| Haggerty Insurance Co. | Cynthia Isome | Carmen Gordon |
| Latitude Subrogation Services | Danh Nguyen | Anabell Peregrino Perez |
| Seibels Insurance | Kerry Shirley | Hanh T. Nguyen |
| Ayla Benavides | Kerry Shirley | Estate of Erick Rijan & Vazquez |
| Good Games Investments | Julian De La Riva | Flores Jose |
| Chris Fields | Michael Brookings | The Estate of Donald B. Carlin |
| | Westport Shores LLC | Gabino Saenz |

Sofia Perez Hoill
Inmer Jesus Rivas
Joseph N. Lynch
Jenny Thu Nguyen
Victor Guzman
Miguel A. Segovia
Frank Polk
Erin M. Wallace
John Gilbert Bomba
Jose Antonio Ramos Ramirez
M. Joyce Mintz
Angie Burgeshults
Carolyn B. McCain
Mark Snyder
Patricia C. Sheddan
Charles H. Wilson
Demetris Glenn
Homesite Insurance Company
Ellene Manning
Wanda Meyer
Martha Trejo
Oscar Betancourt
Kathy Molina
Amber Lane
Calixto Lopez
Tracy Stephenson
Cecile Speter
Union Standard Insurance Company
Rhythm Room Rehearsal Studio, Inc.
Philadelphia Insurance Company
Courtyard Westway Homeowners Association, Inc.
Phillip Burnam
Chau Nguyen
Centauri Specialty Insurance Company
Fredy Trujillo
Maria Avallaneda
Juan Carlos Trujillo
Maria Arismel Trujillo
Christopher Muniz
Israel Trujillo
Adan Trujillo
Rebeca Juan
Juan Carlos Trujillo Jr
The Woodlands Insurance Company
Santos Escobar
Amica Mutual Insurance Company
Esqueda
Sentry Insurance
Ramsey & Company
Logik Precision Inc, Claim
Cypress Texas Insurance Company
Luis Melendez and Merlin Ramos
Leonardo Fortuno
Maribel and Jose Hernandez
Maria Escalera
Matthew Collazo
Jose Deleon
Juan Garcia
Alicia Garcia
Columbia Lloyds Insurance Company
Rangel Gerardo
Angela McIver
Rigoberto Miranda, Jr.
Luis Perez Towns
Maria Del Carmen Rodriguez
Jaime Gonzalez
Elizibeth Dubuque
Candy Cabanas and Julia Arroyo
Jose and Irma Villegas
Margarito Zavala
Salvador Morales
Jose Mata
Fredy Garcia
Duleylma Perez
Constantino Sosa
Zulema Patricia Perez
Adan Salmeron
Julian Ramirez
Nautilus Insurance Co.
Texas Environmental Control, Inc.