# Exhibit A



# 13 Week Cash Flow Forecast
## Watson Valve Services Inc.

As of March 18, 2020

*Working Draft - Subject to Material Change*

Prepared by: MACCO Restructuring Group

# Disclaimer

### Forward-Looking Statements

Statements in this presentation which are not statements of historical fact are "forward looking statements" within the Safe Harbor provision of the Private Securities Litigation Reform act of 1995.  Such statements are not guarantees of future performance.  Many factors could cause our actual results, performance or achievements, or industry results, to be materially different from any future results, performance or achievements expressed or implied by such forward-looking statements.  We make forward-looking statements based on currently available information, and we assume no obligation to update the statements made today or contained in other filings due to changes in underlying factors, new information, future developments, or otherwise, except as required by law.

### Third Party Information

This presentation, including certain forward-looking statements herein, include information obtained from third party sources that we believe to be reliable;  however, we have not independently verified this third party information and cannot assure you of its accuracy or completeness.  While we are not aware of any misstatements regarding any third party data contained in this presentation, such data involve risks and uncertainties and are subject to change based on various factors.  We assume no obligation to revise or update this third party information to reflect future events or circumstances.

### Going Concern

The attached 13 Week Cash Flow Forecast has been generated recognizing the uncertainty regarding the Company's ability to continue as a going concern. This uncertainty is based on the Company's loss of its production facilities, lack of an identifiable source of consistent revenue, projected negative cash flows from operations for the 13-week period and potential inability to meet its long term debt obligations.

An evaluation of these conditions may lead to a determination that potential increased revenues from the Company's remaining ongoing projects may allow the Company to meet its ongoing operational obligations in the near term. However, to continue to execute its business plan and meet its debt obligations, additional working capital will be required. As part of this evaluation, the selective participation/completion of certain ongoing projects based on availability of working capital and the timing of production-related cash flows was contemplated. There is uncertainty that plans to fulfill ongoing work, if executed, will allow the Company to meet all of its obligations.

As a result, there is substantial doubt about the Company's ability to continue as a going concern. The 13 Week Cash Flow Forecast does not include any adjustments related to the realization of the carrying value of assets or the amounts and classification of liabilities that may become necessary should the Company be unable to continue as a going concern.

**Methodology**

1. The accompanying 13 week cash flow forecast was constructed using historical, recent and forward looking financial information and incorporates discussions with management and estimates based on historical averages.
2. Cash flow activity is presented on a book basis.
3. Source information provided on a line item basis.

**Operating Cash**

1. China project account is net of pre-petition project expenses incurred of approx. $1,856,858 (i.e. pre-petition collections amounted to $2.1MM)

**Collections**

1. Assumed over 90 amounts to be collected week ending 3/13/2020, 60-90 3/20/2020, 30-60 3/27/2020, current 4/3/2020
2. Assumed no allowance for doubtful accounts.
3. Barrick GS May collections are tied to expedited valve refurbishments currently in progress and scheduled for completion 4/9/2020
4. Newmont May collections are tied to expedited valve refurbishments currently in progress and scheduled for completion 4/9/2020
5. Barrick PV May collections are tied to expedited valve refurbishments not yet in progress. Valves to be received week of 3/6/2020

**Insurance**

1. Insurance pending motion to be filed week ending 3/6/2020.

**Outflows**

1) Vendor payments utilizes monthly court-approved budget and distributes evenly across March.
2) Remaining payments assume maintaining AP current per vendor payment terms.
3) Rent, 401K and WC Insurance currently being paid in full by Watson Grinding even though resources are shared.
4) Assumes deposits for Russia and China to be credited to final billing.

**Debt**

1) Revolver facility cross-collateralized across both Watson Grinding and Watson Valve. Shown for informational purposes only as interest is currently accruing.

| Watson Valve Services Inc. Weekly Cash Forecast<br>Week Ending 03/06/2020 thru 05/29/2020<br>*As of March 18, 2020* | Week #:<br>Forecast or Actual:<br>Week Ending: | 1<br>FORECAST<br>3/6/2020 | 2<br>FORECAST<br>3/13/2020 | 3<br>FORECAST<br>3/20/2020 | 4<br>FORECAST<br>3/27/2020 | 5<br>FORECAST<br>4/3/2020 | 6<br>FORECAST<br>4/10/2020 | 7<br>FORECAST<br>4/17/2020 | 8<br>FORECAST<br>4/24/2020 | 9<br>FORECAST<br>5/1/2020 | 10<br>FORECAST<br>5/8/2020 | 11<br>FORECAST<br>5/15/2020 | 12<br>FORECAST<br>5/22/2020 | 13<br>FORECAST<br>5/29/2020 | Line Item<br>TOTALS<br>03/06/2020 thru 05/29/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Sales: | | - | - | 6,390 | 302,015 | - | - | - | 367,920 | - | - | - | - | - | 676,325 |
| Total Sales | | - | - | 6,390 | 302,015 | - | - | - | 367,920 | - | - | - | - | - | 676,325 |
| | | | | | | | | | | | | | | | |
| Operating Account | | 85,000 | | | | | | | | | | | | | 85,000 |
| China Project | | 243,142 | | | | | | | | | | | | | 243,142 |
| Russia Project | | 572,242 | | | | | | | | | | | | | 572,242 |
| **OPERATING CASH - Beg Book Balance** | | 900,383 | 1,331,381 | 1,269,689 | 1,261,910 | 1,311,355 | 1,290,303 | 1,267,515 | 1,410,246 | 1,275,155 | 918,109 | 732,603 | 460,041 | 301,814 | 13,730,506 |
| | | | | | | | | | | | | | | | |
| **Inflows** | | | | | | | | | | | | | | | |
| Barrick Goldstrike Mines, Inc. | | | | | | 37,457 | | | | | | | 167,920 | | 205,377 |
| Freeport McMorran | | | | | | | | | | | | | | | - |
| Dominican Republic Royalty | | | | | 63,468 | | | 194,547 | | | | | | | 258,015 |
| Mexico Project | | | | | | | | | | | | | | | - |
| Russia/ Australia | | | | | | | | | | | | | | | - |
| China | | | | | | | | | | | | | | | - |
| AIV, LP | | | | 7,687 | | | | | | | | | | | 7,687 |
| Lenzing Fibers | | | 1,200 | | | | | | | | | | | | 1,200 |
| Barrick - Pueblo Viejo | | 238,242 | | | | | | | | | | | 200,000 | | 438,242 |
| Lihir Gold LTD | | | | | | | | | | | | | | | - |
| Newmont | | | | | | | | | | | | | 6,390 | | 6,390 |
| Techpro - New Build | | | | | | | | | | 44,000 | | | | | 44,000 |
| ASAP Machine, Inc. | | | | | 2,707 | | | | | | | | | | 2,707 |
| **Collections:** | | 238,242 | 1,200 | 7,687 | 66,175 | 37,457 | - | 194,547 | - | 44,000 | - | - | - | 374,310 | 963,618 |
| | | | | | | | | | | | | | | | |
| **Insurance:** | | | | | | | | | | | | | | | |
| Business Interruption Insurance | | 225,000 | | | | | | | | | | | | | 225,000 |
| | | | | | | | | | | | | | | | - |
| Total Inflows | | 463,242 | 1,200 | 7,687 | 66,175 | 37,457 | - | 194,547 | - | 44,000 | - | - | - | 374,310 | 1,188,618 |
| | | | | | | | | | | | | | | | |
| **Outflows:** | | | | | | | | | | | | | | | |
| Vendor Payments - Current Court Budget | | 9,000 | 9,000 | 9,000 | 9,000 | - | - | - | - | - | - | - | - | - | 36,000 |
| Vendor Payments - Keep A/P Current, net of court budget | | - | - | - | - | 263 | 16,322 | 6,798 | 128,625 | 140,535 | 179,040 | 227,545 | 151,761 | 128,625 | 979,513 |
| | | | | | | | | | | | | | | | - |
| Credit to customer to final billing | | | | | | | | | | | | | | | - |
| | | | | | | | | | | | | | | | |
| Payroll, Hourly Employees - Paid Weekly | | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 | 34,944 |
| Payroll Taxes, Hourly Employees - Paid Weekly | | 221 | 221 | 221 | 221 | 221 | 221 | 221 | 221 | 221 | 221 | 221 | 221 | 221 | 2,873 |
| Payroll Benefits (Health Insurance, Life Insurance, Workers Comp), Hourly Employ | | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 5,616 |
| Payroll, Salaried Employees - cash outlay on the 13th and 2 days prior to Last day of Month | | 41,988 | | | | 33,114 | | 33,114 | | 33,114 | | 33,114 | | 33,114 | 207,556 |
| Payroll Taxes, Salaried Employees - cash outlay on the 13th and 2 days prior to Last day of Month | | 3,046 | | | | 3,046 | | 3,046 | | 3,046 | | 3,046 | | 3,046 | 18,276 |
| Payroll Benefits (Health Insurance, Life Insurance, Workers | | 2,392 | | | | 2,392 | | 2,392 | | 2,392 | | 2,392 | | 2,392 | 14,352 |
| 401(k) | | | | | | | | | | | | | | | - |
| Rent paid to Logic Precision | | | | | | | | | | | | | | | - |
| Utilities | | 1,000 | | | | 250 | | | | 250 | | | | 250 | 1,750 |
| Insurance (AFCO the 3rd coverage)(paid on 1st) | | 10,778 | | | | 10,778 | | | | 10,778 | | | | | 32,334 |
| Insurance (United Fire Group General Liability)(paid 26th) | | | | | 1,265 | | | | | 1,265 | | | | 1,265 | 3,795 |
| Insurance (Texas Mutual WC)(paid last day of the month) | | | | | | | | | | | | | | | - |
| | | | | | | | | | | | | | | | |
| Equipment R&M | | | | | | | | | | | | | | | - |
| Office Expense | | 500 | | | | 200 | | | | 200 | | | | 200 | 1,100 |
| IT | | 2,000 | | | | 1,000 | | | | 1,000 | | | | 1,000 | 5,000 |
| Auto/Truck Fuel & Expense | | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 1,625 |
| Meals & Entertainment | | | | | | | | | | | | | | | - |
| Travel | | | | | | | | | | | | | | | - |
| Marketing & Advertising | | | | | | | | | | | | | | | - |
| Sales Tax | | | | | | | | | | | | | | | - |
| Shop Tools/ Supplies | | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 39,000 |
| Property Taxes | | | | | | | | | | | | | | | - |
| Other Operating Expenses | | 500 | | | | 1,000 | | | | 1,000 | | | | 1,000 | 3,500 |
| Total Outflows | | 30,244 | 62,892 | 15,466 | 16,731 | 58,508 | 22,788 | 51,816 | 135,091 | 200,046 | 185,506 | 272,563 | 158,227 | 177,358 | 1,387,235 |

**Watson Valve Services Inc. Weekly Cash Forecast**
**Week Ending 03/06/2020 thru 05/29/2020**
*As of March 18, 2020*

| | Week #: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Line Item |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Forecast or Actual: | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | TOTALS |
| | Week Ending: | 3/6/2020 | 3/13/2020 | 3/20/2020 | 3/27/2020 | 4/3/2020 | 4/10/2020 | 4/17/2020 | 4/24/2020 | 5/1/2020 | 5/8/2020 | 5/15/2020 | 5/22/2020 | 5/29/2020 | 03/06/2020 thru 05/29/2020 |
| **Net Cash Flow from Operations** | | 432,998 | (61,692) | (7,779) | 49,444 | (21,052) | (22,788) | 142,731 | (135,091) | (156,046) | (185,506) | (272,563) | (158,227) | 196,953 | (198,617) |
| | | | | | | | | | | | | | | | |
| **NON-OPERATING EXPENSES** | | | | | | | | | | | | | | | |
| Term Loan Interest Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Term Loan Principal Paydown | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bank Charges - Fees for DIP Bond | | 2,000 | | | | | | | | | | | | | 2,000 |
| Legal - Watson Valve Counsel | | | | | | | | | | 80,000 | | | | 80,000 | 160,000 |
| UCC Counsel | | | | | | | | | | | | | | | - |
| Noticing Agent | | | | | | | | | | | | | | | - |
| Accountants/CPA (Tax, Quarterly Reviews) | | | | | | | | | | | | | | | - |
| MACCO | | | | | | | | | | 121,000 | | | | 25,000 | 146,000 |
| Investment Bank | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | - |
| Proceeds from Asset Sales | | | | | | | | | | | | | | | - |
| Total Non-Operating Expenses | | 2,000 | - | - | - | - | - | - | - | 201,000 | - | - | - | 105,000 | 308,000 |
| | | | | | | | | | | | | | | | |
| **Net Cash Flow Before Revolver** | | 430,998 | (61,692) | (7,779) | 49,444 | (21,052) | (22,788) | 142,731 | (135,091) | (357,046) | (185,506) | (272,563) | (158,227) | 91,953 | (506,617) |
| | | | | | | | | | | | | | | | |
| (Payment to Revolver) | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Borrowing from Revolver | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | |
| **OPERATING CASH - Ending Balance** | | 1,331,381 | 1,269,689 | 1,261,910 | 1,311,355 | 1,290,303 | 1,267,515 | 1,410,246 | 1,275,155 | 918,109 | 732,603 | 460,041 | 301,814 | 393,767 | 393,767 |
| | | | | | | | | | | | | | | | |
| **Working Capital Schedules** | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| **AR Roll Forward** | | | | | | | | | | | | | | | |
| Beginning Balance | | 287,292 | 49,050 | 47,850 | 46,554 | 282,393 | 244,937 | 244,937 | 50,390 | 418,310 | 374,310 | 374,310 | 374,310 | 374,310 | 287,292 |
| Collections | | (238,242) | (1,200) | (7,687) | (66,175) | (37,457) | - | (194,547) | - | (44,000) | - | - | - | (374,310) | (963,618) |
| Additions | | - | - | 6,390 | 302,015 | - | - | - | 367,920 | - | - | - | - | - | 676,325 |
| Ending Balance | | 49,050 | 47,850 | 46,554 | 282,393 | 244,937 | 244,937 | 50,390 | 418,310 | 374,310 | 374,310 | 374,310 | 374,310 | 0 | - |
| | | | | | | | | | | | | | | | |
| **AP Roll Forward** | | | | | | | | | | | | | | | |
| Beginning Balance | | - | 5,757 | 8,765 | 128,590 | 250,635 | 434,322 | 673,261 | 795,088 | 795,088 | 783,178 | 732,763 | 633,843 | 610,707 | - |
| Payments to Vendors | | (9,000) | (9,000) | (9,000) | (9,000) | (263) | (16,322) | (6,798) | (128,625) | (140,535) | (179,040) | (227,545) | (151,761) | (128,625) | (1,015,513) |
| Purchases - Vendors | | 14,757 | 12,008 | 128,825 | 131,045 | 183,950 | 255,261 | 128,625 | 128,625 | 128,625 | 128,625 | 128,625 | 128,625 | 128,625 | 1,626,221 |
| Adjustments | | | | | | | | | | | | | | | |
| Ending Balance | | 5,757 | 8,765 | 128,590 | 250,635 | 434,322 | 673,261 | 795,088 | 795,088 | 783,178 | 732,763 | 633,843 | 610,707 | 610,707 | 610,707 |
| | | | | | | | | | | | | | | | |
| **Inventory Roll Forward** | | | | | | | | | | | | | | | |
| Beginning Balance | | - | 14,757 | 26,765 | 155,590 | 286,635 | 470,585 | 725,846 | 854,471 | 983,096 | 1,111,721 | 1,240,346 | 1,368,971 | 1,497,596 | - |
| Purchases | | 14,757 | 12,008 | 128,825 | 131,045 | 183,950 | 255,261 | 128,625 | 128,625 | 128,625 | 128,625 | 128,625 | 128,625 | 128,625 | 1,626,221 |
| Inventory Usage | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Balance | | 14,757 | 26,765 | 155,590 | 286,635 | 470,585 | 725,846 | 854,471 | 983,096 | 1,111,721 | 1,240,346 | 1,368,971 | 1,497,596 | 1,626,221 | 1,626,221 |
| | | | | | | | | | | | | | | | |
| **Debt Schedules** | | | | | | | | | | | | | | | |
| | Rate | | | | | | | | | | | | | | |
| **Revolver** | 4.75% | | | | | | | | | | | | | | |
| Beginning Balance | | 3,000,000 | 3,000,000 | 3,002,671 | 3,005,343 | 3,008,018 | 3,010,695 | 3,013,375 | 3,016,057 | 3,018,741 | 3,021,427 | 3,024,117 | 3,026,808 | 3,029,502 | 3,000,000 |
| Plus Draws | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Plus Interest Accrual | | | 2,671 | 2,672 | 2,675 | 2,677 | 2,679 | 2,682 | 2,684 | 2,687 | 2,689 | 2,691 | 2,694 | 2,696 | 32,198 |
| Less Paydowns | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Balance | | 3,000,000 | 3,002,671 | 3,005,343 | 3,008,018 | 3,010,695 | 3,013,375 | 3,016,057 | 3,018,741 | 3,021,427 | 3,024,117 | 3,026,808 | 3,029,502 | 3,032,198 | 3,032,198 |

| Watson Valve Services Inc. Weekly Cash Forecast<br>Week Ending 03/06/2020 thru 05/29/2020<br>*As of March 18, 2020* | Week #:<br>Forecast or Actual:<br>Week Ending: | 1<br>ACTUAL<br>3/6/2020 | 2<br>ACTUAL<br>3/13/2020 | 3<br>FORECAST<br>3/20/2020 | 4<br>FORECAST<br>3/27/2020 | 5<br>FORECAST<br>4/3/2020 | 6<br>FORECAST<br>4/10/2020 | 7<br>FORECAST<br>4/17/2020 | 8<br>FORECAST<br>4/24/2020 | 9<br>FORECAST<br>5/1/2020 | 10<br>FORECAST<br>5/8/2020 | 11<br>FORECAST<br>5/15/2020 | 12<br>FORECAST<br>5/22/2020 | 13<br>FORECAST<br>5/29/2020 | Line Item<br>TOTALS<br>03/06/2020 thru 05/29/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Sales:** | | - | - | | | | | | | | | | | | |
| Total Sales | | - | - | | | | | | | | | | | | - |
| | | | | | | | | | | | | | | | |
| Operating Account | | 91,857 | | | | | | | | | | | | | |
| China Project Deposit | | 243,142 | | | | | | | | | | | | | |
| Russia Project Deposit (AMUR HMP LLC) | | 572,242 | | | | | | | | | | | | | |
| **OPERATING CASH - Beg Book Balance** | | 907,240 | 1,137,264 | | | | | | | | | | | | 1,137,264 |
| | | | | | | | | | | | | | | | |
| **Inflows** | | | | | | | | | | | | | | | |
| Barrick Goldstrike Mines, Inc. | | - | - | | | | | | | | | | | | - |
| Freeport McMorran | | - | - | | | | | | | | | | | | - |
| Dominican Republic: 50% of Profit, 800K revenue, $200K | | - | - | | | | | | | | | | | | - |
| Gross Profit | | | | | | | | | | | | | | | |
| Mexico Project | | - | - | | | | | | | | | | | | - |
| Russia/ Australia | | - | - | | | | | | | | | | | | - |
| China | | - | - | | | | | | | | | | | | - |
| AIV, LP | | - | - | | | | | | | | | | | | - |
| Lenzing Fibers | | - | - | | | | | | | | | | | | - |
| Barrick - Pueblo Viejo | | 238,242 | - | | | | | | | | | | | | 238,242 |
| Lihir Gold LTD (unscheduled receipt - not in A/R) | | - | 23,530 | | | | | | | | | | | | 23,530 |
| Newmont | | - | - | | | | | | | | | | | | - |
| Techpro - New Build | | - | - | | | | | | | | | | | | - |
| ASAP Machine, Inc. | | - | - | | | | | | | | | | | | - |
| **Collections:** | | 238,242 | 23,530 | - | - | - | - | - | - | - | - | - | - | - | 261,772 |
| | | | | | | | | | | | | | | | |
| **Insurance:** | | | | | | | | | | | | | | | |
| Business Interruption Insurance | | - | 225,000 | | | | | | | | | | | | 225,000 |
| | | | | | | | | | | | | | | | |
| Total Inflows | | 238,242 | 248,530 | - | - | - | - | - | - | - | - | - | - | - | 486,772 |
| | | | | | | | | | | | | | | | |
| **Outflows:** | | | | | | | | | | | | | | | |
| Vendor Payments | | 4,649 | 5,503 | | | | | | | | | | | | 10,153 |
| Vendor Payments - Keep A/P Current, net of court budget | | - | - | | | | | | | | | | | | - |
| Refunds/ Application of customer deposits to final billing | | - | - | | | | | | | | | | | | - |
| Payroll, Hourly Employees - Paid Weekly | | 2,688 | 2,688 | | | | | | | | | | | | 5,376 |
| Payroll Taxes, Hourly Employees - Paid Weekly | | 206 | 236 | | | | | | | | | | | | 442 |
| Payroll Benefits (Health Insurance, Life Insurance, Workers Comp), Hourly Employees - Paid Weekly | | 432 | 432 | | | | | | | | | | | | 864 |
| of Month, less 2 days | | - | 39,184 | | | | | | | | | | | | 39,184 |
| Payroll Taxes, Salaried Employees - Paid on the 13th and Last day of Month, less 2 | | - | 2,843 | | | | | | | | | | | | 2,843 |
| Payroll Benefits (Health Insurance, Life Insurance, Workers | | - | 2,232 | | | | | | | | | | | | 2,232 |
| 401(k) | | - | - | | | | | | | | | | | | - |
| Rent paid to Logic Precision | | - | - | | | | | | | | | | | | - |
| Utilities | | - | - | | | | | | | | | | | | - |
| Insurance (AFCO the 3rd coverage)(paid on 1st) | | - | - | | | | | | | | | | | | - |
| Insurance (United Fire Group General Liability)(paid 26th) | | - | - | | | | | | | | | | | | - |
| Insurance (Texas Mutual WC)(paid last day of the month) | | - | - | | | | | | | | | | | | - |
| Equipment R&M | | - | - | | | | | | | | | | | | - |
| Office Expense | | - | - | | | | | | | | | | | | - |
| IT | | - | - | | | | | | | | | | | | - |
| Auto/Truck Fuel & Expense | | - | - | | | | | | | | | | | | - |
| Meals & Entertainment | | - | - | | | | | | | | | | | | - |
| Travel | | - | - | | | | | | | | | | | | - |
| Marketing & Advertising | | - | - | | | | | | | | | | | | - |
| Sales Tax | | - | - | | | | | | | | | | | | - |
| Capital Expenditures (Shop Tools) | | 190 | - | | | | | | | | | | | | 190 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Property Taxes | - | - | | | | | | | | | | | | | | - |
| Other Operating Expenses - Payroll and wire Fees | 29 | 60 | | | | | | | | | | | | | | 89 |
| Total Outflows | 8,195 | 53,178 | - | - | - | - | - | - | - | - | - | - | - | - | - | 61,373 |
| **Net Cash Flow from Operations** | **230,047** | **195,352** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **425,399** |
| | | | | | | | | | | | | | | | | |
| **NON-OPERATING EXPENSES** | | | | | | | | | | | | | | | | |
| Term Loan Interest Payments | - | - | | | | | | | | | | | | | | - |
| Term Loan Principal Paydown | - | - | | | | | | | | | | | | | | - |
| Bank Charges - Fees for DIP Bond | 24 | - | | | | | | | | | | | | | | 24 |
| Legal - Watson Valve Counsel | - | - | | | | | | | | | | | | | | - |
| UCC Counsel | - | - | | | | | | | | | | | | | | - |
| Noticing Agent | - | - | | | | | | | | | | | | | | - |
| Accountants/CPA (Tax, Quarterly Reviews) | - | - | | | | | | | | | | | | | | - |
| MACCO | - | - | | | | | | | | | | | | | | - |
| Investment Bank | | | | | | | | | | | | | | | | - |
| Other | - | - | | | | | | | | | | | | | | - |
| Proceeds from Asset Sales | - | - | | | | | | | | | | | | | | - |
| Total Non-Operating Expenses | 24 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 24 |
| | | | | | | | | | | | | | | | | |
| **Net Cash Flow Before Revolver** | **230,023** | **195,352** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **425,375** |
| | | | | | | | | | | | | | | | | |
| **(Payment to Revolver)** | - | - | | | | | | | | | | | | | | - |
| **Borrowing from Revolver** | - | - | | | | | | | | | | | | | | - |
| | | | | | | | | | | | | | | | | |
| **OPERATING CASH - Ending Balance** | **1,137,264** | **1,332,615** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **1,562,639** |
| | | | | | | | | | | | | | | | | |
| **Working Capital Schedules** | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| **AR Roll Forward** | | | | | | | | | | | | | | | | |
| Beginning Balance | 287,292 | 49,050 | | | | | | | | | | | | | | 287,292 |
| Collections | (238,242) | (23,530) | | | | | | | | | | | | | | (261,772) |
| Additions | - | - | | | | | | | | | | | | | | - |
| Ending Balance | 49,050 | 25,520 | - | - | - | - | - | - | - | - | - | - | - | - | - | 25,520 |
| | | | | | | | | | | | | | | | | |
| **AP Roll Forward** | | | | | | | | | | | | | | | | |
| Beginning Balance | - | 10,107 | | | | | | | | | | | | | | - |
| Payments to Vendors | (4,649) | (5,503) | | | | | | | | | | | | | | (10,153) |
| Purchases - Vendors | 14,757 | 12,008 | | | | | | | | | | | | | | 26,765 |
| Adjustments | - | - | | | | | | | | | | | | | | - |
| Ending Balance | 10,107 | 16,612 | - | - | - | - | - | - | - | - | - | - | - | - | - | 16,612 |
| | | | | | | | | | | | | | | | | |
| **Inventory Roll Forward** | | | | | | | | | | | | | | | | |
| Beginning Balance | - | 14,757 | | | | | | | | | | | | | | - |
| Purchases | 14,757 | 12,008 | | | | | | | | | | | | | | 26,765 |
| Inventory Usage | - | - | | | | | | | | | | | | | | - |
| Ending Balance | 14,757 | 26,765 | | | | | | | | | | | | | | 26,765 |
| | | | | | | | | | | | | | | | | |
| **Debt Schedules** | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| **Revolver** | 4.75% | | | | | | | | | | | | | | | |
| Beginning Balance | 3,000,000 | 3,000,000 | | | | | | | | | | | | | | 3,000,000 |
| Plus Draws | - | - | | | | | | | | | | | | | | - |
| Plus Interest Accrual | - | 2,671 | | | | | | | | | | | | | | 2,671 |
| Less Paydowns | - | - | | | | | | | | | | | | | | - |
| Ending Balance | 3,000,000 | 3,002,671 | | | | | | | | | | | | | | 3,002,671 |

## Cash Flow Actual to Forecast Results

Watson Valve Services Inc.
Consolidated for Week Ending 03/06/2020 thru 05/29/2020
*As of March 18, 2020*

| | Past Week | | | | Cumulative 2 Weeks | | | |
|---|---|---|---|---|---|---|---|---|
| | Actual Week Ending 3/13/2020 | Forecast Week Ending 3/13/2020 | Variance ($) Week Ending 3/13/2020 | Variance (%) Week Ending 3/13/2020 | Actual Week Ending 3/13/2020 | Forecast Week Ending 3/13/2020 | Variance ($) Week Ending 3/13/2020 | Variance (%) Week Ending 3/13/2020 |
| **Total Sales** | **0** | **0** | **0** | **0.0%** | **0** | **0** | **0** | **0.0%** |
| | | | | | | | | |
| **OPERATING CASH - Beg Book Balance** | 1,137,264 | 1,331,381 | (194,118) | (14.6%) | 1,137,264 | 1,331,381 | (194,118) | (14.6%) |
| | | | | | | | | |
| **Inflows:** | | | | | | | | |
| Collections | 248,530 | 1,200 | 247,330 | 20610.8% | 486,772 | 239,442 | 247,330 | 103.3% |
| | | | | | | | | |
| **Outflows:** | | | | | | | | |
| Vendor Payments | 5,503 | 9,000 | (3,497) | (38.9%) | 10,153 | 18,000 | (7,847) | (43.6%) |
| Refunds/ Application of customer deposits to final billing | | | | | 0 | 0 | 0 | 0.0% |
| Payroll, Hourly Employees | 2,688 | 2,688 | 0 | 0.0% | 5,376 | 5,376 | 0 | 0.0% |
| Payroll Taxes, Hourly Employees | 236 | 221 | 15 | 6.6% | 442 | 442 | (0) | (0.0%) |
| Payroll Benefits, Hourly Employees | 432 | 432 | 0 | 0.0% | 864 | 864 | (0) | (0.0%) |
| Payroll, Salaried Employees | 39,184 | 41,988 | (2,804) | (6.7%) | 39,184 | 41,988 | (2,804) | (6.7%) |
| Payroll Taxes, Salaried Employees | 2,843 | 3,046 | (203) | (6.7%) | 2,843 | 3,046 | (203) | (6.7%) |
| Payroll Benefits, Salaried Employees | 2,232 | 2,392 | (160) | (6.7%) | 2,232 | 2,392 | (160) | (6.7%) |
| 401(k) | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0.0% |
| Rent paid to Logic Precision | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0.0% |
| Utilities | 0 | 0 | 0 | 0.0% | 0 | 1,000 | (1,000) | (100.0%) |
| Insurance (AFCO the 3rd coverage)(paid on 1st) | 0 | 0 | 0 | 0.0% | 0 | 10,778 | (10,778) | (100.0%) |
| Insurance (United Fire Group General Liability)(paid 26th) | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0.0% |
| Insurance (Texas Mutual WC)(paid last day of the month) | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0.0% |
| | | | | | | | | |
| Equipment R&M | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0.0% |
| Office Expense | 0 | 0 | 0 | 0.0% | 0 | 500 | (500) | (100.0%) |
| IT | 0 | 0 | 0 | 0.0% | 0 | 2,000 | (2,000) | (100.0%) |
| Auto/Truck Fuel & Expense | 0 | 125 | (125) | (100.0%) | 0 | 250 | (250) | (100.0%) |
| Meals & Entertainment | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0.0% |
| Travel | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0.0% |
| Marketing & Advertising | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0.0% |
| Sales Tax | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0.0% |
| Capital Expenditures (Shop Tools) | 0 | 3,000 | (3,000) | (100.0%) | 190 | 6,000 | (5,810) | (96.8%) |
| Property Taxes | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0.0% |
| Other Operating Expenses | 60 | 0 | 60 | 0.0% | 89 | 500 | (411) | (82.2%) |
| Total Operating Outflows | 53,178 | 62,892 | (9,714) | (15.4%) | 61,373 | 93,136 | (31,763) | (34.1%) |
| | | | | | | | | |
| **Net Cash Flow from Operations** | **195,352** | **(61,692)** | **257,044** | **416.7%** | **425,399** | **146,306** | **279,093** | **190.8%** |
| | | | | | | | | |
| **Non-Operating Expenses** | | | | | | | | |
| Term Loan Interest Payments | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0.0% |
| Term Loan Principal Paydown | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0.0% |
| Bank Charges - Fees | 0 | 0 | 0 | 0.0% | 24 | 2,000 | (1,976) | (98.8%) |
| Legal - Watson Valve Counsel | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0.0% |
| UCC Counsel | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0.0% |
| Noticing Agent | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0.0% |
| Accountants/CPA (Tax, Quarterly Reviews) | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0.0% |
| MACCO Restructuring Group (Financial Advisor) | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0.0% |
| Other | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0.0% |
| Proceeds from Asset Sales | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0.0% |
| Total Non-Operating Expenses | 0 | 0 | 0 | 0.0% | 24 | 2,000 | (1,976) | (98.8%) |
| | | | | | | | | |
| **Net Cash Flow Before Revolver** | **195,352** | **(61,692)** | **257,044** | **416.7%** | **425,375** | **144,306** | **281,069** | **194.8%** |
| | | | | | | | | |
| (Payment to Revolver) | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0.0% |
| Borrowing from Revolver | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0.0% |
| | | | | | | | | |
| OPERATING CASH - Ending Book Balance | 1,332,615 | 1,269,689 | 62,926 | 5.0% | 1,562,639 | 1,475,687 | 86,951 | 5.9% |
| | | | | | | | | |
| **Total Availability (Operating Cash and Unused Availability** | **1,332,615** | **1,269,689** | **62,926** | **5.0%** | **1,562,639** | **1,475,687** | **86,951** | **5.9%** |
| | | | | | | | | |
| Accounts Receivable | 25,520 | 47,850 | (22,330) | (46.7%) | 25,520 | 47,850 | (22,330) | (46.7%) |
| Accounts Payable | 16,612 | 8,765 | 7,847 | 89.5% | 16,612 | 8,765 | 7,847 | 89.5% |
| Inventory | 26,765 | 26,765 | 0 | 0.0% | 26,765 | 26,765 | 0 | 0.0% |