# IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **Watson Valve Services, Inc.** | § | **Case No. 20-30968** |
| | § | |
| Debtor. | § | **Chapter 11** |

## FIRST MONTHLY FEE STATEMENT OF MACCO RESTRUCTURING GROUP, LLC, AS FINANCIAL ADVISORS FOR DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 26, 2020 TO MARCH 31, 2020

| | |
|---|---|
| **Name of Applicant:** | MACCO Restructuring Group, LLC |
| **Date of Retention[1]:** | April 9, 2020 |
| **Period for which Fees and Expenses are Incurred:** | February 26 – March 31, 2020 |
| **Interim Fees Incurred:** | $ 124,300.00 |
| **Interment Payment of Fees Requested (80%):** | $ 99,440.00 |
| **Interim Expenses Incurred:** | $ 66.85 |
| **Total Fees and Expenses Due:[2]** | $ 99,506.85 |

This is the First Monthly Fee Statement.

---

[1] Ordered authorizing application to employ was entered on April 9, 2020 [Docket No. 130]. Applicant was retained as of February 26, 2020.

[2] Pursuant to this Court's Order pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 120], if no objection to the fees or expenses sought in the Monthly Statement is received by the expiration of the objection deadline, the Debtor is authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement. Parties have fourteen days to object.

MACCO Restructuring Group, LLC ("MACCO"), as Financial Advisors for Debtor and Debtor in Possession of Watson Valve Services, Inc. ("**Debtor**") submits this First Monthly Fee Statement ("**Fee Statement**") for the period from February 26, 2020 through March 31, 2020 ("**Application Period**") in accordance with the Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 120] ("**Interim Compensation Order**").

MACCO requests compensation for professional services rendered in the amount of $124,300.00 ("**Fees**"), and for reimbursement of out-of-pocket expenses incurred in the amount of $66.85 ("**Expenses**"), for the period from February 26, 2020 through March 31, 2020. Eighty percent (80%) of the fees equals $99,440.00 and one hundred percent (100%) of the Expenses equals $66.85 for a total requested amount of $99,506.85. A summary of the time expended by MACCO professionals, together with their respective hourly rates is attached as **Exhibit A**. A summary of the fees by project category are attached as **Exhibit B**. A summary of expenses is attached as **Exhibit C**. The invoice for fees and expenses incurred during the Application Period is attached as **Exhibit D**.

## NOTICE

Pursuant to the Order Establish Interim Professional Compensation Procedures [Bk. Dkt. No. 120], notice of this Fee Statement will be provided to (i) the Office of the United States Trustee for the Southern District of Texas; (ii) Husch Blackwell as counsel for Texas Capital Bank, the secured lender; and (iii) counsel for the January 24 Claimants Committee in the Watson Grinding & Manufacturing Co. bankruptcy case, Case No. 20-30967, pending before this Court.

## **PRAYER**

WHEREFORE, MACCO respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of compensation for professional services rendered) as follows:

| | |
|---|---|
| **Fees (80%)** | $   99,440.00 |
| **Expenses (100%)** | $     66.85 |
| **Total Interim Request** | **$   $99,506.85** |

The Debtor respectfully requests that this Court grant the relief requested to use cash collateral on an interim basis and for such other and further relief to which the it is entitled.

Dated:  April 25, 2020

Respectfully submitted,

**MACCO Restructuring Group, LLC**

By: */s/  Drew McManigle*
The Pennzoil Building
700 Milam Street, Suite 1300
Houston, Texas 77002
Telephone: (410) 350-1839
Email: drew@maccorestructuringgroup.com

MCDOWELL HETHERINGTON LLP
Jarrod B. Martin
Texas Bar No. 24070221
Kate H. Easterling
Texas Bar No. 24053257
Avi Moshenberg
Texas Bar No. 24083532
1001 Fannin Street, Suite 2700
Houston, TX 77002
P: 713-337-5580
F: 713-337-8850
E: Jarrod.Martin@mhllp.com
E: Kate.Easterling@mhllp.com
E: Avi.Moshenberg@mhllp.com

*Counsel for Watson Valve Services, Inc.*

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on April 25, 2020, a true and correct copy of the foregoing Fee Statement was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system, and via email on the following parties:

**Counsel for the US Trustee**          Stephen.Statham@usdoj.gov
Stephen Statham

**Counsel for the Secured Lender**      tim.million@huschblackwell.com
Tim Million

**Counsel for the January 24 Claimants**   JWolfshohl@porterhedges.com
**Committee**
Josh Wolfshohl


*/s/ Drew McManigle*
Drew McManigle

## EXHIBIT A – TIMEKEEPER ANALYSIS

| NAME | HOURS | HOURLY RATE | TOTAL |
|------|-------|-------------|-------|
| Drew McManigle | 32.70 | $550.00 | $17,985.00 |
| Paul Maniscalco | 12.60 | $550.00 | $6,930.00 |
| Kathy Mayle | 33.30 | $400.00 | $13,320.00 |
| Pablo Bonjour | 20.10 | $400.00 | $8,040.00 |
| Frank Cottrell | 129.00 | $400.00 | 51,600.00 |
| Micah Miller | 74.80 | $350.00 | $26,180.00 |
| Eric Moll | 1.40 | $175.00 | 245.00 |
| **Totals:** | **303.90** | | **$124,300.00** |

# EXHIBIT B
# FEES BY PROJECT CATEGORY

**EXHIBIT B**

# MACCO Restructuring Group

ACTIVITY BY PROJECT

FILTERS USED :

Project : Selected Items (1)          Time Entry Date : 2/26/2020 To 3/31/2020

PROJECT: Watson Valve - Chapter 11

| ACTIVITY | DESCRIPTION | EMPLOYEE | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 001: | Client Meeting | | | | |
| | | Drew McManigle | | 4.50 | $2,475.00 |
| | | Frank Cottrell | | 10.00 | $4,000.00 |
| | | Kathy Mayle | | 3.50 | $1,400.00 |
| | | Micah Miller | | 2.50 | $875.00 |
| | | Pablo Bonjour | | 4.40 | $1,760.00 |
| | | | 001: TOTAL: | 24.90 | $10,510.00 |
| 002: | Attorney Meeting | | | | |
| | | Frank Cottrell | | 1.10 | $440.00 |
| | | | 002: TOTAL: | 1.10 | $440.00 |
| 008: | Review File and Information | | | | |
| | | Drew McManigle | | 1.00 | $550.00 |
| | | | 008: TOTAL: | 1.00 | $550.00 |
| 009: | Operations | | | | |
| | | Drew McManigle | | 10.30 | $5,665.00 |
| | | Frank Cottrell | | 30.70 | $12,280.00 |
| | | Kathy Mayle | | 1.10 | $440.00 |
| | | Micah Miller | | 0.50 | $175.00 |
| | | Pablo Bonjour | | 2.80 | $1,120.00 |
| | | Paul Maniscalco | | 0.50 | $275.00 |
| | | | 009: TOTAL: | 45.90 | $19,955.00 |
| 010: | Accounting and Financials | | | | |
| | | Drew McManigle | | 1.90 | $1,045.00 |
| | | Frank Cottrell | | 76.80 | $30,720.00 |
| | | Kathy Mayle | | 3.40 | $1,360.00 |
| | | Micah Miller | | 3.80 | $1,330.00 |
| | | Pablo Bonjour | | 9.10 | $3,640.00 |
| | | Paul Maniscalco | | 4.00 | $2,200.00 |
| | | | 010: TOTAL: | 99.00 | $40,295.00 |
| 015: | Cash Collateral/DIP Finance | | | | |
| | | Drew McManigle | | 4.60 | $2,530.00 |
| | | Frank Cottrell | | 2.50 | $1,000.00 |
| | | Micah Miller | | 3.00 | $1,050.00 |
| | | Pablo Bonjour | | 0.30 | $120.00 |
| | | | 015: TOTAL: | 10.40 | $4,700.00 |
| 016: | Case Administration | | | | |
| | | Drew McManigle | | 5.60 | $3,080.00 |
| | | Eric Moll | | 0.50 | $87.50 |
| | | Kathy Mayle | | 13.60 | $5,440.00 |
| | | Micah Miller | | 32.10 | $11,235.00 |
| | | Pablo Bonjour | | 1.40 | $560.00 |
| | | Paul Maniscalco | | 1.50 | $825.00 |
| | | | 016: TOTAL: | 54.70 | $21,227.50 |
| 017: | Asset Analysis, Recovery and | | | | |
| | | Drew McManigle | | 2.00 | $1,100.00 |
| | | | 017: TOTAL: | 2.00 | $1,100.00 |
| 018: | Employment/Fee | | | | |
| | | Drew McManigle | | 2.50 | $1,375.00 |
| | | | 018: TOTAL: | 2.50 | $1,375.00 |
| 023: | Plan/Disclosure Statement | | | | |
| | | Pablo Bonjour | | 2.10 | $840.00 |
| 023: | Preparation of Schedules and | | | | |
| | | Drew McManigle | | 0.30 | $165.00 |

# MACCO Restructuring Group

ACTIVITY BY PROJECT

| | | | |
|---|---|---|---|
| Eric Moll | | 0.90 | $157.50 |
| Frank Cottrell | | 7.90 | $3,160.00 |
| Kathy Mayle | | 11.70 | $4,680.00 |
| Micah Miller | | 32.90 | $11,515.00 |
| Paul Maniscalco | | 6.60 | $3,630.00 |
| | 023: TOTAL: | 62.40 | $24,147.50 |
| | Watson Valve - Chapter 11 TOTAL: | 303.90 | $124,300.00 |
| | **GRAND TOTAL:** | **303.90** | **$124,300.00** |

# EXHIBIT C – Summary of Expenses

**EXPENSES**

**E106:**      **Online research**

| | | |
|---|---|---|
| 3/27/2020 | Pacer charges. | $2.10 |
| 3/27/2020 | Pacer.gov search charges. | $12.60 |
| 3/31/2020 | Texas Secretary of State charges - Prorated between Watson Grinding and Valve. | $4.61 |
| | **E106: Online research Totals:** | **$19.31** |

**E109:**      **Local travel**

| | | |
|---|---|---|
| 2/26/2020 | Uber to/from client meeting. | $15.19 |
| 3/6/2020 | Uber to/from Client Meeting | $32.35 |
| | **E109: Local travel Totals:** | **$47.54** |
| | **TOTAL EXPENSES:** | **$66.85** |

# EXHIBIT D – INVOICE



**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@maccorestructuringgroup.com
www.maccorestructuringgroup.com

EXHIBIT D

# INVOICE

INVOICE DATE: 3/31/2020

INVOICE NO: 1064

BILLING THROUGH: 3/31/2020

Bob  White
Watson Valve Services, Inc.
4525 Gessner Road
Houston, TX  77041

---

Watson Valve -  Chapter 11          **Managed By: Drew McManigle**

---

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| **001:** | **Client Meeting** | | | | |
| 2/26/2020 | Micah  Miller | Watson/MACCO kickoff meeting at Watson offices with Debtors Counsel, followed by MACCO team post meeting review and planning. | 2.00 | $350.00 | $700.00 |
| 2/26/2020 | Drew McManigle | With entire MACCO team, counsel and Watson team to kick-off engagement and review current status, advise of plan for case admin, IDI, schedules and statements, and plan. Discuss operational and related financing concerns. MACCO post meeting review and planning with team. | 2.00 | $550.00 | $1,100.00 |
| 2/26/2020 | Frank Cottrell | Conference with Debtors executives, MACCO team and Debtors counsel regarding status and bankruptcy case kickoff, followed by MACCO team post meeting review and planning. | 2.00 | $400.00 | $800.00 |
| 2/26/2020 | Pablo  Bonjour | Meeting with Chapter 11 clients and counsel discussing process, followed by MACCO team post meeting review and planning. | 2.00 | $400.00 | $800.00 |
| 2/26/2020 | Kathy Mayle | Meeting with client team, debtors counsel and MACCO team to discuss for case kickoff meeting, followed by MACCO team post meeting to discuss same (pro rated per Debtor). | 2.00 | $400.00 | $800.00 |
| 2/27/2020 | Kathy Mayle | Responsive to client and MACCO team questions pertaining to 13 Week Cash Flow, operations, and bankruptcy process. | 1.00 | $400.00 | $400.00 |
| 3/3/2020 | Micah  Miller | Initial Debtor Conference discussion with Kathy Mayle and Watson executive team. | 0.50 | $350.00 | $175.00 |

**MACCO** **MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@maccorestructuringgroup.com
www.maccorestructuringgroup.com

| | | | | | |
|---|---|---|---|---|---|
| 3/4/2020 | Kathy Mayle | Confer with J. Watson, B. White, and J. White re: bankruptcy process, IDI compliance, cash flow, schedules, and preparation for strategy meeting with D. McManigle. | 0.50 | $400.00 | $200.00 |
| 3/5/2020 | Frank Cottrell | Product and Service rationalization discussion. | 2.80 | $400.00 | $1,120.00 |
| 3/6/2020 | Drew McManigle | To discuss CRO role, timing; business plan, responsibilities, authority, planning and operations. | 2.50 | $550.00 | $1,375.00 |
| 3/9/2020 | Frank Cottrell | Vendor Negotiations: Tricor | 1.20 | $400.00 | $480.00 |
| 3/11/2020 | Frank Cottrell | Customer meeting: Polymetal and PPI | 1.60 | $400.00 | $640.00 |
| 3/12/2020 | Pablo  Bonjour | Discussed details and worked on issues related to costs and details associated with current and future revenue drivers. | 2.40 | $400.00 | $960.00 |
| 3/13/2020 | Frank Cottrell | Operational review. | 1.00 | $400.00 | $400.00 |
| 3/24/2020 | Frank Cottrell | Australian project phone call. | 0.30 | $400.00 | $120.00 |
| 3/30/2020 | Frank Cottrell | Wind Down Planning Discussion. | 0.60 | $400.00 | $240.00 |
| 3/30/2020 | Frank Cottrell | Review of Barrick PV new order. | 0.50 | $400.00 | $200.00 |
| | | **001: Client Meeting Totals:** | **24.90** | | **$10,510.00** |

**002:**      **Attorney Meeting**

| | | | | | |
|---|---|---|---|---|---|
| 3/24/2020 | Frank Cottrell | Status Hearing and wind down discussion. | 0.30 | $400.00 | $120.00 |
| 3/26/2020 | Frank Cottrell | Meeting with unsecured creditors' counsel. | 0.50 | $400.00 | $200.00 |
| 3/30/2020 | Frank Cottrell | Wind down and work in process discussion. | 0.30 | $400.00 | $120.00 |
| | | **002: Attorney Meeting Totals:** | **1.10** | | **$440.00** |

**008:**      **Review File, Communications, and Information**

| | | | | | |
|---|---|---|---|---|---|
| 3/2/2020 | Drew McManigle | Draft 13 Week Cash Flow Statement. | 0.20 | $550.00 | $110.00 |
| 3/3/2020 | Drew McManigle | Review notes and information related to re-scheduled IDI and information for same. | 0.30 | $550.00 | $165.00 |
| 3/6/2020 | Drew McManigle | Vendor Letter; work on revisions to same and provide to counsel. | 0.50 | $550.00 | $275.00 |
| | | **008: Review File, Communications, and Information Totals:** | **1.00** | | **$550.00** |

**009:**      **Operations**

| | | | | | |
|---|---|---|---|---|---|
| 2/28/2020 | Kathy Mayle | Review case recap as to operations from F. Cottrell. | 0.20 | $400.00 | $80.00 |
| 3/3/2020 | Kathy Mayle | Conference with P. Bonjour and F. Cottrell regarding operations status. | 0.20 | $400.00 | $80.00 |



**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@maccorestructuringgroup.com
www.maccorestructuringgroup.com

| 3/3/2020 | Drew McManigle | Call with counsel re: cash flow, debtor management and related concerns. | 0.40 | $550.00 | $220.00 |
|---|---|---|---|---|---|
| 3/3/2020 | Frank Cottrell | Internal meeting re progress update and operational review. | 0.50 | $400.00 | $200.00 |
| 3/3/2020 | Micah  Miller | Call with MACCO team and Watson executive team to discuss current status of business operations. | 0.50 | $350.00 | $175.00 |
| 3/3/2020 | Frank Cottrell | Internal meeting re: Operational Review. | 0.70 | $400.00 | $280.00 |
| 3/4/2020 | Frank Cottrell | Call with MACCO team and Watson management regarding operations. | 0.70 | $400.00 | $280.00 |
| 3/4/2020 | Kathy Mayle | Receipt and review of draft vendor letter. | 0.20 | $400.00 | $80.00 |
| 3/4/2020 | Frank Cottrell | Vendor/Supplier notification letter draft. | 3.50 | $400.00 | $1,400.00 |
| 3/5/2020 | Kathy Mayle | Confer with client team and M. Miller on various operational, financial and bankruptcy process. | 0.50 | $400.00 | $200.00 |
| 3/5/2020 | Drew McManigle | Call with client team re: critical operational  and bankruptcy case/administration concerns and issues (sales/revenue/cash/cost savings, business plan, vendors, etc. | 0.30 | $550.00 | $165.00 |
| 3/6/2020 | Pablo  Bonjour | Met with D. McManigle and F. Cottrell to discuss next steps for next week's business plans. | 0.50 | $400.00 | $200.00 |
| 3/6/2020 | Drew McManigle | Call with clients re: Texas Capital Bank and Steve Moon re: update. | 0.40 | $550.00 | $220.00 |
| 3/8/2020 | Pablo  Bonjour | Phone call with F. Cottrell to discuss plan of action for Watson Valve this coming week, | 0.20 | $400.00 | $80.00 |
| 3/9/2020 | Drew McManigle | Call with J. White to review Russian contract, vendor issues and related business operations issues. | 0.30 | $550.00 | $165.00 |
| 3/9/2020 | Drew McManigle | Attention to, review and monitor operations, employee terminations and related business activities. | 0.80 | $550.00 | $440.00 |
| 3/9/2020 | Drew McManigle | Emails to/from client re: strategy and fact finding management meeting and related topics. | 0.20 | $550.00 | $110.00 |
| 3/9/2020 | Frank Cottrell | Begin draft of Recovery Plan. | 2.70 | $400.00 | $1,080.00 |
| 3/9/2020 | Drew McManigle | Internal call with Frank Cottrell re: assessments and operations (.3) and notes re: cash balance, controls, office space and related operations matters (.3). | 0.60 | $550.00 | $330.00 |
| 3/9/2020 | Frank Cottrell | Researching and touring potential temporary offices | 2.20 | $400.00 | $880.00 |



**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@maccocrestructuringgroup.com
www.maccocrestructuringgroup.com

| 3/9/2020 | Drew McManigle | Emails to and from Counsel re: Board resolutions re: CRO. Approve same. | 0.10 | $550.00 | $55.00 |
|---|---|---|---|---|---|
| 3/10/2020 | Drew McManigle | Receipt, review and approve expenditures (.3); receipt, review and approve financial updates  (.3) and management of business viability assessment all related to Ops matters (1.0). | 1.60 | $550.00 | $880.00 |
| 3/10/2020 | Frank Cottrell | China order letter, contacting new vendors, business recovery plan | 3.60 | $400.00 | $1,440.00 |
| 3/10/2020 | Pablo  Bonjour | Multiple phone calls with F. Cotrell regarding Valve's current product and service lines and projected sales pipline and go-forward strategy. | 1.10 | $400.00 | $440.00 |
| 3/11/2020 | Drew McManigle | Work on and review operational and business development/sales and production matters. | 1.00 | $550.00 | $550.00 |
| 3/11/2020 | Frank Cottrell | Business Recovery Plan. | 3.70 | $400.00 | $1,480.00 |
| 3/11/2020 | Drew McManigle | Call and notes w/ F. Cottrell re: suspicious activity, concerns and approval of engagement of security personnel. | 0.40 | $550.00 | $220.00 |
| 3/11/2020 | Drew McManigle | Call with clients and counsel re: Global Russian Contract Partners and counsel re: Contract, Performance, bankruptcy, refund, timing and related issues. Follow-up call with counsel and Watson team (1.1); monitor notes between counsel and UCC counsel re: same (.2). | 1.30 | $550.00 | $715.00 |
| 3/11/2020 | Frank Cottrell | Continue working on Recovery Plan. | 4.20 | $400.00 | $1,680.00 |
| 3/12/2020 | Drew McManigle | Review and approve expenditures (.3); call with F. Cotrrell re: business update (3). | 0.60 | $550.00 | $330.00 |
| 3/13/2020 | Pablo  Bonjour | Phone calls with F. Cottrell regarding the latest updates, changes, action items and strategies related to Watson Valve. | 0.40 | $400.00 | $160.00 |
| 3/13/2020 | Pablo  Bonjour | Phone call with J. White regarding current orders and future orders(.4); phone discussion with M. Snow regarding Comcast invoice and monies received from customer and account receivable(.2). | 0.60 | $400.00 | $240.00 |
| 3/13/2020 | Drew McManigle | Call with counsel re: preview of business viability assessment and related matters. | 0.20 | $550.00 | $110.00 |

**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@maccocrestructuringgroup.com
www.maccorestructuringgroup.com

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/13/2020 | Drew McManigle | Call with Paul Maniscalco to review MACCO team position on business viability assessment and related matters (.6); attention to review of cash flow and information and notes to/between team and counsel (.5); prepare for and call with counsel and client to review viability assessment and next steps (.8); follow-up with counsel (.2). | 2.10 | $550.00 | $1,155.00 |
| 3/13/2020 | Paul Maniscalco | Participate in call with Client and Legal to discuss 13 week budget and future plans of the Company. | 0.50 | $550.00 | $275.00 |
| 3/26/2020 | Frank Cottrell | Wind down planning with Jason White. | 2.30 | $400.00 | $920.00 |
| 3/26/2020 | Frank Cottrell | Wind down planning. | 0.60 | $400.00 | $240.00 |
| 3/27/2020 | Frank Cottrell | Wind Down Plan. | 3.50 | $400.00 | $1,400.00 |
| 3/29/2020 | Frank Cottrell | Wind Down Plan. | 1.60 | $400.00 | $640.00 |
| 3/30/2020 | Frank Cottrell | Wind Down Plan. | 0.90 | $400.00 | $360.00 |
| | | **009: Operations Totals:** | **45.90** | | **$19,955.00** |
| **010:** | **Accounting and Financials** | | | | |
| 2/27/2020 | Frank Cottrell | 13 Week Cash Flow Analysis. | 3.70 | $400.00 | $1,480.00 |
| 2/27/2020 | Kathy Mayle | Email with B. White and MACCO team regarding PO smartsheet. | 0.10 | $400.00 | $40.00 |
| 2/27/2020 | Frank Cottrell | 13 Week Cash Flow Analysis. | 2.20 | $400.00 | $880.00 |
| 2/27/2020 | Kathy Mayle | Call with John (IT representative), B. White, and Global Shop representative regarding receipt and access of ERP data. | 0.20 | $400.00 | $80.00 |
| 2/28/2020 | Frank Cottrell | 13 Week Cash Flow Analysis. | 3.00 | $400.00 | $1,200.00 |
| 2/28/2020 | Frank Cottrell | 13 Week Cash Flow Analysis. | 6.00 | $400.00 | $2,400.00 |
| 3/1/2020 | Frank Cottrell | Internal call re: 13 Week Cash Flow Analysis Discussion. | 1.00 | $400.00 | $400.00 |
| 3/1/2020 | Frank Cottrell | 13 Week Cashflow Analysis. | 1.50 | $400.00 | $600.00 |
| 3/1/2020 | Micah Miller | Call with Pablo Bonjour regarding 13 week cash flow forecast. | 0.50 | $350.00 | $175.00 |
| 3/1/2020 | Kathy Mayle | Emails with J. Lichenstein regarding incoming data from ERP (0.1). Brief review of data received and add to ShareFile (0.3). Emails with counsel and MACCO's team regarding same for preparation of schedules and statements and financial reporting (0.3). | 0.70 | $400.00 | $280.00 |
| 3/2/2020 | Kathy Mayle | Emails with team regarding 13 week cash flow, schedules preparation, and operations for preparation of MACCO team call re: case status. | 0.30 | $400.00 | $120.00 |
| 3/2/2020 | Frank Cottrell | Internal call re: 13 Week Cash Flow Analysis Discussion. | 0.80 | $400.00 | $320.00 |



**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@maccorestructuringgroup.com
www.maccorestructuringgroup.com

| | | | | | |
|---|---|---|---|---|---|
| 3/2/2020 | Micah Miller | MACCO team internal call regarding status of 13 week cash flow forecast and Schedules and Statements. | 0.50 | $350.00 | $175.00 |
| 3/2/2020 | Frank Cottrell | 13 Week Cash Flow Analysis | 4.60 | $400.00 | $1,840.00 |
| 3/2/2020 | Frank Cottrell | 13 Week Cash Flow Analysis | 3.80 | $400.00 | $1,520.00 |
| 3/3/2020 | Kathy Mayle | Monitor MACCO team emails regarding operations/13 week cash flow. | 0.40 | $400.00 | $160.00 |
| 3/3/2020 | Frank Cottrell | 13 Week Cash Flow Analysis. | 1.70 | $400.00 | $680.00 |
| 3/3/2020 | Frank Cottrell | 13 Week Cash Flow Analysis. | 3.90 | $400.00 | $1,560.00 |
| 3/3/2020 | Kathy Mayle | Email to Debtors and UCC Counsel re: estimate fees for 13 week cash flow. | 0.10 | $400.00 | $40.00 |
| 3/3/2020 | Frank Cottrell | 13 Week Cash Flow Analysis. | 0.90 | $400.00 | $360.00 |
| 3/3/2020 | Frank Cottrell | 13 Week Cash Flow Analysis. | 0.60 | $400.00 | $240.00 |
| 3/4/2020 | Frank Cottrell | 13 Week Cash Flow Analysis. | 0.60 | $400.00 | $240.00 |
| 3/4/2020 | Frank Cottrell | 13 Week Cash Flow Analysis. | 2.00 | $400.00 | $800.00 |
| 3/4/2020 | Frank Cottrell | 13 Week Cash Flow Presentation to Watson Management. | 1.00 | $400.00 | $400.00 |
| 3/5/2020 | Frank Cottrell | 13 Week Cash Flow Analysis. | 1.90 | $400.00 | $760.00 |
| 3/5/2020 | Frank Cottrell | 13 Week Cash Flow Analysis. | 2.10 | $400.00 | $840.00 |
| 3/5/2020 | Kathy Mayle | Multiple discussions with B. White, J. Watson and J. White regarding Global Shop and continuous functionality and operational. | 0.30 | $400.00 | $120.00 |
| 3/6/2020 | Frank Cottrell | 13 Week Cash Flow Analysis. | 1.40 | $400.00 | $560.00 |
| 3/6/2020 | Frank Cottrell | Chief Restructuring Officer Kick-off meeting. | 2.20 | $400.00 | $880.00 |
| 3/9/2020 | Kathy Mayle | Telephone discussion with F. Cottrell regarding operations status, and 13 week cash flow. | 0.50 | $400.00 | $200.00 |
| 3/9/2020 | Kathy Mayle | Telephone discussion with P. Maniscalco regarding 13 week cash flow. | 0.20 | $400.00 | $80.00 |
| 3/9/2020 | Frank Cottrell | Update 13 week Cash flow for actuals. | 2.40 | $400.00 | $960.00 |
| 3/9/2020 | Pablo Bonjour | Phone call with F. Cottrell to discuss product lines and service lines viability, 13 week cash flow forecast and designating which tasks to accomplish this week. | 0.80 | $400.00 | $320.00 |
| 3/10/2020 | Pablo Bonjour | Draft and send out a detailed set of questions and issues, and items to be addressed, designed to acquire and analyze the necessary data to assess the financial viability of specific product and service lines and operational issues. | 0.70 | $400.00 | $280.00 |
| 3/10/2020 | Kathy Mayle | Email to F. Cottrell regarding 13 week cash flow. | 0.10 | $400.00 | $40.00 |
| 3/10/2020 | Frank Cottrell | Update 13 Week Cash Flow Projections. | 4.40 | $400.00 | $1,760.00 |

# MACCO Restructuring Group

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@maccorestructuringgroup.com
www.maccorestructuringgroup.com

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/11/2020 | Pablo  Bonjour | Working on the projections and assessment for adding additional service and product lines and collecting more information from company management. | 1.60 | $400.00 | $640.00 |
| 3/11/2020 | Drew McManigle | Paul Maniscalco to discuss and review matters and issues related to debtor operations and business viability assessment (.5); notes to and monitor team responses re: conference call and cash flow schedules. (.3). | 0.80 | $550.00 | $440.00 |
| 3/12/2020 | Frank Cottrell | Open job profitability analysis. | 2.80 | $400.00 | $1,120.00 |
| 3/12/2020 | Pablo  Bonjour | Worked on analysis and assessment of current and potential revenue drivers and their impact on cash flow projections. | 3.80 | $400.00 | $1,520.00 |
| 3/12/2020 | Micah  Miller | Breakeven Analysis. | 1.00 | $350.00 | $350.00 |
| 3/12/2020 | Frank Cottrell | Internal meeting re: review of 13 Week Cash Flow Analysis. | 1.00 | $400.00 | $400.00 |
| 3/12/2020 | Frank Cottrell | Review of open Purchase and Sales Orders | 4.50 | $400.00 | $1,800.00 |
| 3/12/2020 | Paul Maniscalco | Review Watson Valve 13 week cash flow projection/budget, participate in call with Frank Cottrell and Pablo Bonjour to review inputs and request additional data | 1.50 | $550.00 | $825.00 |
| 3/12/2020 | Micah  Miller | Monthly P&L Projections | 1.80 | $350.00 | $630.00 |
| 3/13/2020 | Kathy Mayle | Call with P. Maniscalco regarding 13 week cash flow and case status. | 0.20 | $400.00 | $80.00 |
| 3/13/2020 | Frank Cottrell | Approve open purchase orders and approve 13 wk forecast | 4.60 | $400.00 | $1,840.00 |
| 3/13/2020 | Pablo  Bonjour | Update 13-week model for changes; analysis of revenue drivers and updating spreadsheet with additional information. | 2.20 | $400.00 | $880.00 |
| 3/13/2020 | Paul Maniscalco | Discussions with Drew re: 13 week budget Watson Valve, prior to client call re future business plans of the Company (0.5). Calls with Kathy Mayle to discuss fees included in Valve 13 week budget and timing of schedule preparation (0.2). | 0.70 | $550.00 | $385.00 |
| 3/17/2020 | Frank Cottrell | Finalize 13 week forecast for presentation, including updating variance report. | 1.80 | $400.00 | $720.00 |
| 3/17/2020 | Frank Cottrell | Update 13 week forecast w/ actuals from Matt S. | 1.10 | $400.00 | $440.00 |
| 3/17/2020 | Frank Cottrell | Update 13 week forecast for projected activity thru August. | 2.50 | $400.00 | $1,000.00 |
| 3/18/2020 | Paul Maniscalco | Review revised 13 Week Cash Flow Forecast - Discussions with F. Cottrell review revised 13 Week Forecast. | 0.50 | $550.00 | $275.00 |



**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@maccorestructuringgroup.com
www.maccorestructuringgroup.com

| 3/18/2020 | Kathy Mayle | Estimate professional fees for 13 week cash collateral and email to F. Cottrell for same. | 0.30 | $400.00 | $120.00 |
|---|---|---|---|---|---|
| 3/18/2020 | Frank Cottrell | Internal call re: final review of 13 week forecast. | 0.30 | $400.00 | $120.00 |
| 3/18/2020 | Frank Cottrell | Finalize and export 13 Week Forecast for filing. | 2.10 | $400.00 | $840.00 |
| 3/19/2020 | Frank Cottrell | Call with J. White to discuss Budget. | 0.30 | $400.00 | $120.00 |
| 3/19/2020 | Frank Cottrell | EBIT Analysis. | 0.70 | $400.00 | $280.00 |
| 3/20/2020 | Paul Maniscalco | Review updated 13 Week Cash Flow Forecast, discuss entry of new WIP projects in Forecast, call with Jarrod Martin to discuss. | 0.80 | $550.00 | $440.00 |
| 3/21/2020 | Drew McManigle | Call with P. Maniscalco to review 13 week cash flow update and discuss disclosures and concerns. | 0.30 | $550.00 | $165.00 |
| 3/21/2020 | Frank Cottrell | Final edits to 13 Week Forecast. | 0.40 | $400.00 | $160.00 |
| 3/21/2020 | Paul Maniscalco | Review updated 13 Week Cash Flow Forecast, discuss with F. Cottrell. Call with D. McManigle to discuss budget, draft and circulate going concern language for insertion in disclaimer section of Forecast | 0.50 | $550.00 | $275.00 |
| 3/23/2020 | Frank Cottrell | 13  Week Cash Flow revision. | 0.80 | $400.00 | $320.00 |
| 3/23/2020 | Drew McManigle | Call with P. Maniscalco re: Budget, Cash collateral and hearing matters. | 0.30 | $550.00 | $165.00 |
| 3/24/2020 | Frank Cottrell | Update 13 Week Cash Flow Projections for Actuals with Matt Snow. | 1.20 | $400.00 | $480.00 |
| 3/26/2020 | Drew McManigle | Call with counsel re: Cash Flow; Call with UCC counsel re: confirmation of Cash Flow and Texas Capital Bank matters. | 0.30 | $550.00 | $165.00 |
| 3/30/2020 | Drew McManigle | Internal communication with F. Cottrell re: cash flow, budgets and status. | 0.20 | $550.00 | $110.00 |
| 3/31/2020 | Frank Cottrell | Update 13 Week Cash Flow Projections for professional fees and WIP. | 1.00 | $400.00 | $400.00 |
| | | **010: Accounting and Financials  Totals:** | **99.00** | | **$40,295.00** |

**015:        Cash Collateral/DIP Finance**

| 3/4/2020 | Drew McManigle | various matters: Global shop and IT status (.1); case admin and litigation counsel/Key players list (.1); Cash collateral and freight invoices (.1); and status of open items. (.1). | 0.40 | $550.00 | $220.00 |
|---|---|---|---|---|---|
| 3/5/2020 | Drew McManigle | MACCO team re: revised cash flows (.3), IT update (.1); plant status (.1); banking and supplemental matrix (.1) and related matters. | 0.50 | $550.00 | $275.00 |



**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@maccorestructuringgroup.com
www.maccorestructuringgroup.com

| | | | | | |
|---|---|---|---|---|---|
| 3/9/2020 | Drew McManigle | Business viability assessment with MACCO team and effect of current events on same. | 0.30 | $550.00 | $165.00 |
| 3/9/2020 | Micah Miller | Call with prospective DIP financing company. | 1.00 | $350.00 | $350.00 |
| 3/9/2020 | Pablo Bonjour | Receipt, review and multiple emails to deal with operational and financial items. | 0.30 | $400.00 | $120.00 |
| 3/10/2020 | Drew McManigle | Exploration of DIP lending potential (.3); work on and attention to review of business viability assessment matters (.3). | 0.60 | $550.00 | $330.00 |
| 3/12/2020 | Micah Miller | Call with prospective DIP financing company. | 1.00 | $350.00 | $350.00 |
| 3/13/2020 | Micah Miller | Call with prospective DIP financing company. | 1.00 | $350.00 | $350.00 |
| 3/16/2020 | Drew McManigle | MACCO team role and responsibilities, revision of 13-week Cash Flow, MOR, etc. Attention to engagement management. | 2.00 | $550.00 | $1,100.00 |
| 3/21/2020 | Drew McManigle | Revised cash flow with going concern disclosure language. | 0.20 | $550.00 | $110.00 |
| 3/23/2020 | Drew McManigle | Emails to and from Counsel re: attendance at Cash Collateral Hearing. | 0.10 | $550.00 | $55.00 |
| 3/24/2020 | Frank Cottrell | Internal call re: Cash Collateral pre-meeting. | 0.80 | $400.00 | $320.00 |
| 3/24/2020 | Drew McManigle | Call with P. Maniscalco and F. Cottrell to review and prepare for attendance and appearance at Cash Collateral/Status Hearing. | 0.50 | $550.00 | $275.00 |
| 3/25/2020 | Frank Cottrell | Review Hearing Agenda and preparation. | 0.60 | $400.00 | $240.00 |
| 3/25/2020 | Frank Cottrell | Attend telephonic hearing on cash collateral. | 1.10 | $400.00 | $440.00 |
| | | **015: Cash Collateral/DIP Finance Totals:** | **10.40** | | **$4,700.00** |
| **016:** | **Case Administration** | | | | |
| 2/26/2020 | Kathy Mayle | Email to MACCO team regarding case organization and workflow. | 0.20 | $400.00 | $80.00 |
| 2/27/2020 | Kathy Mayle | Assemble IDI package and transmit to M. Miller to complete same. | 0.20 | $400.00 | $80.00 |
| 2/27/2020 | Micah Miller | Initial Debtors Interview and Company Questionnaire at Watson temporary offices. | 2.00 | $350.00 | $700.00 |
| 2/27/2020 | Kathy Mayle | Email to B. Griffin requesting reset of IDI (pro rated per Debtor). | 0.10 | $400.00 | $40.00 |



**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@maccorestructuringgroup.com
www.maccorestructuringgroup.com

| | | | | | |
|---|---|---|---|---|---|
| 2/27/2020 | Micah  Miller | Initial Debtors Interview and Company Questionnaire. | 2.00 | $350.00 | $700.00 |
| 2/27/2020 | Micah  Miller | Initial Debtors Interview and Company Questionnaire at Watson offices. | 3.00 | $350.00 | $1,050.00 |
| 2/27/2020 | Kathy Mayle | Email to MACCO team regarding workflow and task assignment (pro rated per debtor). | 0.20 | $400.00 | $80.00 |
| 2/28/2020 | Kathy Mayle | Emails with J. Lichenstein regarding status of ERP data and financial data needed from same. | 0.30 | $400.00 | $120.00 |
| 2/28/2020 | Kathy Mayle | Email business cards to E. Moll for preparation of Case Distribution List. | 0.10 | $400.00 | $40.00 |
| 3/1/2020 | Micah  Miller | Initial Debtor Interview and Company Questionnaire. | 1.50 | $350.00 | $525.00 |
| 3/1/2020 | Micah  Miller | Initial Debtor Interview & Company Questionnaire. | 3.00 | $350.00 | $1,050.00 |
| 3/2/2020 | Kathy Mayle | Review of Work Group Distribution. | 0.10 | $400.00 | $40.00 |
| 3/2/2020 | Kathy Mayle | Telephone discussion with B. Griffin regarding extension of IDC. Email to client and counsel regarding same. Email from Barbara confirming extension of IDI to March 12. | 0.30 | $400.00 | $120.00 |
| 3/2/2020 | Kathy Mayle | Review docket and critical case pleadings. | 0.50 | $400.00 | $200.00 |
| 3/2/2020 | Kathy Mayle | Work with M. Miller on IDI compliance and packages, and email to M. Miller regarding same (0.5). Email to J. Martin regarding ID compliance (0.2). | 0.70 | $400.00 | $280.00 |
| 3/2/2020 | Kathy Mayle | Email to M. Miller regarding preparation of IDI Report. | 0.10 | $400.00 | $40.00 |
| 3/2/2020 | Drew McManigle | Review notes re: re-scheduled IDI and notice list matters. Attention to related scheduling and engagement management. | 0.10 | $550.00 | $55.00 |
| 3/2/2020 | Micah  Miller | Review Case Litigation documents. | 0.50 | $350.00 | $175.00 |
| 3/3/2020 | Pablo  Bonjour | MACCO team call discussing and reporting current status and state of affairs and action items going forward. | 0.50 | $400.00 | $200.00 |
| 3/3/2020 | Drew McManigle | Call with MACCO team to review status of engagement, information transfer, preparation of information, concerns and related matters. | 0.50 | $550.00 | $275.00 |
| 3/3/2020 | Eric  Moll | MACCO team internal phone call, regarding the status and plan for company, moving forward. | 0.50 | $175.00 | $87.50 |
| 3/3/2020 | Kathy Mayle | Email to D. McManigle regarding case update. | 0.10 | $400.00 | $40.00 |
| 3/3/2020 | Kathy Mayle | MACCO team to discuss case status and assign workflow by entity. | 0.50 | $400.00 | $200.00 |
| 3/3/2020 | Micah  Miller | Initial Debtor Report. | 1.00 | $350.00 | $350.00 |

# MACCO

## MACCO Restructuring Group

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@maccorestructuringgroup.com
www.maccorestructuringgroup.com

| 3/3/2020 | Kathy Mayle | Review ID draft and email to M. Miller regarding changes to completion of exhibits to same. | 0.50 | $400.00 | $200.00 |
|---|---|---|---|---|---|
| 3/3/2020 | Drew McManigle | Review notes and information related to re-scheduled IDI and information for same. | 0.10 | $550.00 | $55.00 |
| 3/3/2020 | Kathy Mayle | Emails to clients re: additional documentation and Certificate of Insurance for IDI. Receipt and review of financials from Cummings & Houston CPA and email to MACCO team for preparation of schedules, IDI, and operations. | 0.40 | $400.00 | $160.00 |
| 3/4/2020 | Kathy Mayle | Receipt and review Insurance policies and forward same to M. Miller for IDI preparation. Email F. Cottrell re: premium finance agreement. Receipt and review of Certificate of Insurance and request for modification. | 0.40 | $400.00 | $160.00 |
| 3/5/2020 | Micah Miller | Initial Debtor Form and Schedules. | 1.30 | $350.00 | $455.00 |
| 3/5/2020 | Kathy Mayle | Receipt and review of revised Certificate of Insurance showing notice to US Trustee. Email to D. McManigle re: case updates. | 0.20 | $400.00 | $80.00 |
| 3/5/2020 | Pablo Bonjour | Review and edit matrix and cross compare with master list to eliminate duplicates and also identify and highlight creditors that should be added. | 0.90 | $400.00 | $360.00 |
| 3/6/2020 | Kathy Mayle | Emails and telephone discussion with D. McManigle regarding case strategy meeting, bank meeting, and case status. | 0.30 | $400.00 | $120.00 |
| 3/7/2020 | Drew McManigle | Draft and revise McManigle, CRO Addendum to MACCO Engagement Letter. | 1.50 | $550.00 | $825.00 |
| 3/9/2020 | Kathy Mayle | Receipt and review of Initial Report (0.5). Email to M. Miller regarding modifications to same (0.2). | 0.70 | $400.00 | $280.00 |
| 3/9/2020 | Kathy Mayle | Emails with M. Miller re: Initial Report for IDI. | 0.20 | $400.00 | $80.00 |
| 3/9/2020 | Micah Miller | Review Depreciation Schedules. | 1.00 | $350.00 | $350.00 |
| 3/9/2020 | Kathy Mayle | Email from J. Martin regarding claims agent. | 0.10 | $400.00 | $40.00 |
| 3/9/2020 | Micah Miller | Initial Debtor Report. | 1.00 | $350.00 | $350.00 |
| 3/9/2020 | Kathy Mayle | Review revised Initial Report, compare amounts with schedules. | 0.40 | $400.00 | $160.00 |
| 3/9/2020 | Drew McManigle | Review, draft engagement Letter addendum re: engagement of CRO (1.1); transmit same to counsel and review comments (.1); finalize same. | 1.20 | $550.00 | $660.00 |

# MACCO Restructuring Group

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@maccocrestructuringgroup.com
www.maccorestructuringgroup.com

| 3/10/2020 | Drew McManigle | Notes and calls w/ K. Mayle Re: Update on schedules & statement preparation (.3); receipt and brief review of completed IDI package (.1). | 0.40 | $550.00 | $220.00 |
|---|---|---|---|---|---|
| 3/10/2020 | Kathy Mayle | Emails with M. Miller regarding assembling of documents required for IDI (0.4). Review and minor revisions to draft of Initial Report (0.7). Review draft Schedules and Statements (1.0). Detailed email to J. Martin transmitting IDI package and attachments to same. (0.4). | 2.50 | $400.00 | $1,000.00 |
| 3/10/2020 | Micah  Miller | Operational and Accounting functions, processes, and procedures analysis at client office. | 5.00 | $350.00 | $1,750.00 |
| 3/11/2020 | Kathy Mayle | Emails with  J. Martin and B. Watson regarding finalizing of IDI package and DIP compliance. | 0.50 | $400.00 | $200.00 |
| 3/11/2020 | Micah  Miller | Operational and Accounting functions, processes, and procedures analysis at client office. | 2.00 | $350.00 | $700.00 |
| 3/11/2020 | Kathy Mayle | Email to B. Watson regarding signature to IDI package, updated matrix and signature to same. | 0.20 | $400.00 | $80.00 |
| 3/11/2020 | Micah  Miller | Accrued PTO Analysis. | 1.00 | $350.00 | $350.00 |
| 3/12/2020 | Kathy Mayle | Assemble IDI package and email same to B. Griffin for Initial Debtor Conference. | 0.50 | $400.00 | $200.00 |
| 3/12/2020 | Kathy Mayle | Prepare for (0.7) and attend telephonic Initial Debtor Conference (0.3). | 1.00 | $400.00 | $400.00 |
| 3/13/2020 | Micah  Miller | Breakeven Analysis. | 2.00 | $350.00 | $700.00 |
| 3/13/2020 | Drew McManigle | Professional payment and related engagement matters. | 0.10 | $550.00 | $55.00 |
| 3/17/2020 | Kathy Mayle | Emails with F. Cottrell, P. Bonjour and E. Moll regarding MORs and Global Disclaimers. | 0.40 | $400.00 | $160.00 |
| 3/17/2020 | Drew McManigle | Work on, notes, follow-ups and and attention to matters re: engagement of investment banker (.8); calls with J Krassoff/Chiron (.7) and Statesman Group (.6) re: Valve history, sale prospects and related matters. | 1.50 | $550.00 | $825.00 |
| 3/17/2020 | Drew McManigle | Emails to and from Counsel re: revised bar date and related notices; attention to related admin matters. | 0.20 | $550.00 | $110.00 |
| 3/18/2020 | Micah  Miller | February 2020 MOR. | 0.50 | $350.00 | $175.00 |
| 3/18/2020 | Kathy Mayle | Emails with MACCO team regarding 13 week cash flow and 90 day projections for IDI. | 0.70 | $400.00 | $280.00 |
| 3/18/2020 | Micah  Miller | February 2020 MOR. | 1.50 | $350.00 | $525.00 |
| 3/18/2020 | Micah  Miller | February 2020 MOR. | 2.50 | $350.00 | $875.00 |

**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@maccocrestructuringgroup.com
www.maccorestructuringgroup.com

| | | | | | |
|---|---|---|---|---|---|
| 3/19/2020 | Paul Maniscalco | Review MOR's, follow up discussion to transmit revisions to M. Miller. | 1.50 | $550.00 | $825.00 |
| 3/19/2020 | Kathy Mayle | Emails with B. White and S. Moon regarding restyled DIP signature cards with Texas Capital Bank. | 0.10 | $400.00 | $40.00 |
| 3/19/2020 | Micah Miller | February 2020 MOR. | 0.50 | $350.00 | $175.00 |
| 3/19/2020 | Kathy Mayle | Review draft of the initial MOR, and email to M. Miller regarding changes to same. | 0.70 | $400.00 | $280.00 |
| 3/20/2020 | Kathy Mayle | Emails with S. Moon and B. White regarding DIP  bank signature cards. | 0.20 | $400.00 | $80.00 |
| 3/30/2020 | Micah Miller | Prepare 20 largest unsecured claims report. | 0.50 | $350.00 | $175.00 |
| 3/30/2020 | Kathy Mayle | Assemble final IDI compliance documents and email same to B. Griffin. Email to S. Moon regarding evidence of case number on DIP account. | 0.20 | $400.00 | $80.00 |
| 3/31/2020 | Micah  Miller | Amend monthly P&L projections | 0.30 | $350.00 | $105.00 |
| | | **016: Case Administration Totals:** | **54.70** | | **$21,227.50** |
| **017:** | **Asset Analysis, Recovery and Disposition** | | | | |
| 3/16/2020 | Drew McManigle | Call with counsel re: 363b sale, potential LOI, Investment banker referral and related matters (.3); work on and refer 4 Investment Bankers to counsel and follow-up notes related to same (.7). | 1.00 | $550.00 | $550.00 |
| 3/17/2020 | Drew McManigle | Emails to and from Counsel re: Valve and Valve Tech structure related to potential sale (.1) and review note from J. Watson re: prospective purchaser. (.1). | 0.20 | $550.00 | $110.00 |
| 3/19/2020 | Drew McManigle | Emails to and from Counsel re:  Mogus LOI/review same (.3); notes and responses to/from Frank Cottrell and Paul Maniscalco  re: pricing scenarios/review results (.5). Provide to counsel. | 0.80 | $550.00 | $440.00 |
| | | **017: Asset Analysis, Recovery and Disposition Totals:** | **2.00** | | **$1,100.00** |
| **018:** | **Employment/Fee Applications/Objections** | | | | |
| 2/25/2020 | Drew McManigle | Emails to and from Counsel re: MACCO Engagement (.1); note re: UCC Creditor Committee counsel selection (.1). | 0.20 | $550.00 | $110.00 |
| 3/6/2020 | Drew McManigle | Call with clients re: engagement and update (.5); call with counsel re: client call scope and role (.3); note to MACCO team re: update (,2). | 1.00 | $550.00 | $550.00 |

**MACCO** **MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@maccorestructuringgroup.com
www.maccorestructuringgroup.com

| | | | | | |
|---|---|---|---|---|---|
| 3/6/2020 | Drew McManigle | Call with counsel re: MACCO role and CRO. | 0.20 | $550.00 | $110.00 |
| 3/12/2020 | Drew McManigle | Emails to and from Counsel re: CRO role and next steps. | 0.10 | $550.00 | $55.00 |
| 3/17/2020 | Drew McManigle | Emails to and from Counsel re: Engagement and declaration; receipt, review, finalize and execute same. | 1.00 | $550.00 | $550.00 |
| | **018: Employment/Fee Applications/Objections Totals:** | | **2.50** | | **$1,375.00** |
| **023:** | **Preparation of Schedules and Statements** | | | | |
| 2/26/2020 | Eric  Moll | Obtain litigation paperwork, motions, orders, and docket information from Pacer. | 0.90 | $175.00 | $157.50 |
| 2/28/2020 | Kathy Mayle | Emails to E. Moll regarding litigation and third party claims for preparation of schedules, and case management. | 0.30 | $400.00 | $120.00 |
| 3/1/2020 | Micah  Miller | Initial draft of schedules and statement of financial affairs. | 3.50 | $350.00 | $1,225.00 |
| 3/1/2020 | Micah  Miller | Draft schedules and statement of financial affairs. | 1.50 | $350.00 | $525.00 |
| 3/1/2020 | Micah  Miller | Draft schedules and statement of financial affairs. | 0.50 | $350.00 | $175.00 |
| 3/2/2020 | Micah  Miller | Revised draft of schedules and statement of financial affairs. | 4.50 | $350.00 | $1,575.00 |
| 3/2/2020 | Kathy Mayle | Emails with counsel and D. McManigle regarding noticing. | 0.20 | $400.00 | $80.00 |
| 3/2/2020 | Micah  Miller | Revised draft of schedules and statement of financial affairs. | 1.00 | $350.00 | $350.00 |
| 3/2/2020 | Kathy Mayle | Emails with clients, L. Coleman, and MACCO team regarding preparation of schedules and statements. | 0.30 | $400.00 | $120.00 |
| 3/3/2020 | Kathy Mayle | Review of draft schedules and statements (0.4); Email to E. Moll regarding revisions to same (0.2). | 0.90 | $400.00 | $360.00 |
| 3/3/2020 | Kathy Mayle | Review of supplemental changes to schedules. Email to M. Miller re: comments to same. | 0.40 | $400.00 | $160.00 |
| 3/3/2020 | Micah  Miller | Revised draft of schedules and statement of financial affairs. | 3.00 | $350.00 | $1,050.00 |
| 3/3/2020 | Micah  Miller | Revised draft of schedules and statement of financial affairs. | 2.00 | $350.00 | $700.00 |
| 3/3/2020 | Micah  Miller | Revised draft of schedules and statement of financial affairs | 1.50 | $350.00 | $525.00 |
| 3/4/2020 | Micah  Miller | Revised draft of schedules and statement of financial affairs. | 3.00 | $350.00 | $1,050.00 |
| 3/4/2020 | Kathy Mayle | Work on schedules and statements. | 0.30 | $400.00 | $120.00 |
| 3/5/2020 | Kathy Mayle | Work with M. Miller on revisions to schedules and statements. | 0.70 | $400.00 | $280.00 |

**MACCO** **MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@maccorestructuringgroup.com
www.maccorestructuringgroup.com

| 3/5/2020 | Kathy Mayle | Emails with Pablo Bonjour regarding finalizing matrix with review of Master Service List and current court matrix (0.1). Review of updated supplemental matrix and revised same (0.5). Email to J. Martin and clients for review and filing (0.1). | 0.70 | $400.00 | $280.00 |
|---|---|---|---|---|---|
| 3/9/2020 | Kathy Mayle | Email to MACCO Watson Valve team regarding schedules and 13 week cash flow. | 0.20 | $400.00 | $80.00 |
| 3/10/2020 | Micah Miller | Revised draft of schedules and statement of financial affairs. | 1.50 | $350.00 | $525.00 |
| 3/10/2020 | Micah Miller | Revised draft of schedules and statement of financial affairs. | 0.80 | $350.00 | $280.00 |
| 3/11/2020 | Kathy Mayle | Emails with M. Miller and counsel re: IDI matters and preparation of schedules. | 0.50 | $400.00 | $200.00 |
| 3/11/2020 | Drew McManigle | Emails to and from Counsel re: Schedules and statements preparation. | 0.10 | $550.00 | $55.00 |
| 3/12/2020 | Kathy Mayle | Call with M. Miller regarding schedules. | 0.30 | $400.00 | $120.00 |
| 3/16/2020 | Micah Miller | Revised draft of schedules and statement of financial affairs. | 0.50 | $350.00 | $175.00 |
| 3/16/2020 | Micah Miller | Revised draft of schedules and statement of financial affairs. | 0.50 | $350.00 | $175.00 |
| 3/16/2020 | Paul Maniscalco | Review schedules and statements. Call with K.Mayle and M. Miller to discuss recommended changes, review updated schedules, review Global Disclaimers, send comments back to F. Cottrell for revision, review updated Global Disclaimers. | 4.00 | $550.00 | $2,200.00 |
| 3/16/2020 | Pablo Bonjour | Create, develop and conduct ongoing work on the Valve Global Disclaimers. | 1.40 | $400.00 | $560.00 |
| 3/17/2020 | Micah Miller | Revised draft of schedules and statement of financial affairs. | 0.80 | $350.00 | $280.00 |
| 3/17/2020 | Micah Miller | Call with Paul Maniscalco and Kathy Mayle regarding Schedules and Statement of Financial Affairs. | 0.80 | $350.00 | $280.00 |
| 3/17/2020 | Pablo Bonjour | Review, edit and finalize work on the Valve Global Disclaimers document and send to K. Mayle for review. | 0.70 | $400.00 | $280.00 |
| 3/17/2020 | Kathy Mayle | Multiple emails with MACCO team, clients and counsel regarding modifications to schedules and statements. | 2.40 | $400.00 | $960.00 |
| 3/17/2020 | Micah Miller | Revised draft of schedules and statement of financial affairs. | 5.00 | $350.00 | $1,750.00 |
| 3/18/2020 | Kathy Mayle | Review and revise Global Disclaimers. | 0.70 | $400.00 | $280.00 |
| 3/18/2020 | Frank Cottrell | Drafting of Global Disclaimers. | 2.60 | $400.00 | $1,040.00 |

**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@maccorestructuringgroup.com
www.maccorestructuringgroup.com

| | | | | | |
|---|---|---|---|---|---|
| 3/18/2020 | Kathy Mayle | Multiple emails with MACCO team regarding revisions to schedules and statements (2.0). Review revised schedules, statements, 13 week cash flow and projections and email same to counsel (0.5). | 2.50 | $400.00 | $1,000.00 |
| 3/18/2020 | Frank Cottrell | Drafting of Global Disclaimers. | 0.30 | $400.00 | $120.00 |
| 3/19/2020 | Kathy Mayle | Emails with M. Miller and J. Martin regarding modifications to the schedules. | 0.80 | $400.00 | $320.00 |
| 3/19/2020 | Frank Cottrell | Final edits to Global Disclaimer, schedules and statements. | 1.50 | $400.00 | $600.00 |
| 3/19/2020 | Frank Cottrell | Meeting with Jarrod Martin and Paul Maniscalco to review final edits to schedules and statements. | 0.80 | $400.00 | $320.00 |
| 3/19/2020 | Paul Maniscalco | Global Disclaimers, 13 Week Cash Flow Forecast, schedules and statements call with F. Cottrell to discuss revisions, call with Jarrod Martin to discuss 13 Week Cash Flow Analysis. | 1.80 | $550.00 | $990.00 |
| 3/19/2020 | Micah  Miller | Revised draft of schedules and statement of financial affairs. | 1.00 | $350.00 | $350.00 |
| 3/19/2020 | Kathy Mayle | Review revised schedules and MOR, and email to M. Miller regarding final changes to same before submission to J. Martin. | 0.30 | $400.00 | $120.00 |
| 3/20/2020 | Frank Cottrell | Review and discuss project margins with Bob and Jason White. Finalize and export 13 Week Forecast for filing. | 2.70 | $400.00 | $1,080.00 |
| 3/20/2020 | Micah  Miller | Revised draft of schedules and statement of financial affairs. | 1.00 | $350.00 | $350.00 |
| 3/20/2020 | Drew McManigle | Call with K. Mayle to confirm status and completion of cash budget/schedules and statements, and related case administrative matters. | 0.20 | $550.00 | $110.00 |
| 3/23/2020 | Micah  Miller | Revised draft of schedules and statement of financial affairs | 0.50 | $350.00 | $175.00 |
| 3/23/2020 | Kathy Mayle | Email with J. Martin, P. Maniscalco and M. Miller regarding finalizing and filing of schedules, MOR, and revised 13 week cash flow. | 0.20 | $400.00 | $80.00 |
| 3/29/2020 | Paul Maniscalco | Review wind down budget, follow up conversation with Frank Cottrell to discuss revisions. | 0.80 | $550.00 | $440.00 |
| | **023: Preparation of Schedules and Statements Totals:** | | **62.40** | | **$24,147.50** |
| | **TOTAL SERVICES RENDERED:** | | **303.90** | | **$124,300.00** |

**EXPENSES**

**E106:**          **Online research**

| | | | | | |
|---|---|---|---|---|---|
| 3/27/2020 | Pacer charges. | | | | $2.10 |



**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@maccorestructuringgroup.com
www.maccorestructuringgroup.com

| | | |
|---|---|---:|
| 3/27/2020 | Pacer.gov search charges. | $12.60 |
| 3/31/2020 | Texas Secretary of State charges - Prorated between Watson Grinding and Valve. | $4.61 |
| | **E106: Online research Totals:** | **$19.31** |
| **E109:** | **Local travel** | |
| 2/26/2020 | Uber to/from client meeting. | $15.19 |
| 3/6/2020 | Uber to/from Client Meeting | $32.35 |
| | **E109: Local travel Totals:** | **$47.54** |
| | **TOTAL EXPENSES:** | **$66.85** |

| | |
|---:|---:|
| **SUBTOTAL** | **$124,366.85** |
| **AMOUNT DUE THIS INVOICE** | **$124,366.85** |

| TIMEKEEPER SUMMARY | | | |
|---|---:|---:|---:|
| **PROFESSIONAL** | **HOURS** | **RATE** | **AMOUNT** |
| Drew McManigle | 32.70 | $550.00 | $17,985.00 |
| Eric  Moll | 1.40 | $175.00 | $245.00 |
| Frank Cottrell | 129.00 | $400.00 | $51,600.00 |
| Kathy Mayle | 33.30 | $400.00 | $13,320.00 |
| Micah  Miller | 74.80 | $350.00 | $26,180.00 |
| Pablo  Bonjour | 20.10 | $400.00 | $8,040.00 |
| Paul Maniscalco | 12.60 | $550.00 | $6,930.00 |