

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/28/2020

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-30968 |
| Watson Valve Services, Inc. | § | Chapter 11 |
| | § | |
| Debtor. | § | Emergency Relief Requested |

### ORDER GRANTING EMERGENCY MOTION FOR ORDER AUTHORIZING THE PRESENCE OF NECESSARY INDIVIDUALS FOR EXAMINATION AND TESTING AT THE WATSON VALVE SERVICES AND WATSON GRINDING & MANUFACTURING FACILITIES

(Relates to Docket No. 153)

Watson Valve Services, Inc. ("**Debtor**") filed an *Emergency Motion for an Order Authorizing the Presence of Necessary Individuals for Examination and Testing at the Watson Valve Services and Watson Grinding & Manufacturing Facilities* ("**Motion**"). The Court considered the Motion and has determined that good cause exists to grant the relief requested therein. The Court has statutory authority to enter this order under 11 U.S.C. §§105, 363, and 541. This is a core proceeding under 28 U.S.C. §157(b)(2)(A) and the Court has constitutional authority to enter final orders on this matter. Accordingly, it is hereby:

**ORDERED** that the Court's previous Order entered on March 25, 2020 [Watson Grinding, Case No. 20-30967, Docket No. 157] remains in full force and effect; and it is further

**ORDERED** that the Debtor's counsel, Watson Grinding's[1] counsel, the January 24 Claimants Committee's counsel, and any other tort claimants' counsel in these cases, and any of their agents, employees, or authorized representatives are expressly authorized to be present at Watson Valve's Facilities and Watson Grinding's Facilities to facilitate the claims resolution

---

[1] The terms in this Order shall have the same meaning as those defined in the Motion.

process in these cases, which is deemed essential under the Stay-Home-Work-Safe Order issued by Harris County; and it is further

**ORDERED** that the Debtor's counsel, Watson Grinding's counsel, the January 24 Claimants' Committee's counsel, and any other tort claimants' counsel in these cases, and their agents, employees, or authorized representatives are authorized to travel to Watson Valve's Facilities and Watson Grinding's Facilities to carry out the site inspection and facilitate the claims resolution process; and it is further

**ORDERED** that the Debtor's counsel, Watson Grinding's counsel, the January 24 Claimants Committee's counsel, and any other tort claimants' counsel in these cases, and any of their agents, employees, or authorized representatives are not violating the Stay-Home-Work-Safe Order issued by Harris County if they are working in furtherance of the Court's orders.

**ORDERED** that nothing in this Order prejudices the rights of any interested party from seeking further relief under this order or from this Order; and it is further

**ORDERED** that nothing in this Order shall be construed as contracting or limiting the rights of any local, state, or federal agency from having access to Watson Valve's Facilities and Watson Grinding's Facilities under applicable non-bankruptcy law; and it is further

**ORDERED** that this Court retains exclusive jurisdiction regarding implementation and enforcement of this Order.

Signed: April 28, 2020

_____
Marvin Isgur
United States Bankruptcy Judge