*MOR-1*

**UNITED STATES BANKRUPTCY COURT**

| | |
|---|---|
| CASE NAME: Watson Valve Services, LLC | PETITION DATE: 2/6/2020 |
| CASE NUMBER: 20-30968 | DISTRICT OF TEXAS: Southern |
| PROPOSED PLAN DATE: Unknown | DIVISION: Houston |

### MONTHLY OPERATING REPORT SUMMARY FOR
**MARCH 2020**

| MONTH | 02/01/20-02/29/20 | 03/01/20-03/31/20 | | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 303,797.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -137,239.75 | 656.23 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -137,239.75 | 225,656.23 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 31,662.16 | 31,665.02 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 123,573.97 | 116,426.28 | 0.00 | 0.00 | 0.00 | 0.00 |

\*\*\*The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee\*\*\*

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE | | CIRCLE ONE |
|---|---|---|---|---|
| | | | Are all accounts receivable being collected within terms? | **Yes** No |
| | | | Are all post-petition liabilities, including taxes, being paid within terms? | **Yes** No |
| | | | Have any pre-petition liabilities been paid? | Yes **No** |
| CASUALTY | YES (x) NO ( ) | 11/30/2020 | If so, describe | |
| LIABILITY | YES (x) NO ( ) | 11/30/2020 | Are all funds received being deposited into DIP bank accounts? | **Yes** No |
| VEHICLE | YES (x) NO ( ) | 11/30/2020 | Were any assets disposed of outside the normal course of business? | Yes **No** |
| WORKER'S | YES (x) NO ( ) | 11/30/2020 | If so, describe | |
| OTHER | YES (x) NO ( ) | 11/30/2020 | Are all U.S. Trustee Quarterly Fee Payments current? | **Yes** No |
| | | | What is the status of your Plan of Reorganization? | |

| | | |
|---|---|---|
| ATTORNEY NAME: Jarrod Martin | | *I certify under penalty of perjury that the following complete* |
| FIRM NAME: McDowell Hetherington LLP | | *Monthly Operating Report (MOR), consisting of MOR-1 through* |
| ADDRESS: First City Tower | | *MOR-9 plus attachments, is true and correct.* |
| 1001 Fannin Street, Suite 2700 | | |
| CITY, STATE, ZIP: Houston, TX 77002 | | SIGNED X *[signature]*  TITLE: COO |
| TELEPHONE/FAX: 713-333-6036 | | (ORIGINAL SIGNATURE) |
| | | Robert White, COO |
| *MOR-1* | | (PRINT NAME OF SIGNATORY)   DATE   Revised 07/01/98 |

Reservation of Rights: The Debtor reserves all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate, but shall be under no obligation to do so. Nothing contained in this MOR shall constitute a waiver of any of the Debtor's rights or an admission with respect to its Chapter 11.

Some regularly recurring journal entries have not been posted as of 02.29.2020; certain accruals have not been recorded based on the timing (due date) for the reports.

**CASE NAME:** Watson Valve Services, LLC
**CASE NUMBER:** 20-30968

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH Feb 2020 | MONTH Mar 2020 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 949,195.09 | 909,604.12 | 1,931,520.63 | | | | |
| Accounts Receivable, Net | 1,018,319.61 | 287,292.82 | 193,241.15 | | | | |
| Inventory: Lower of Cost or Market | 3,349.00 | 3,349.00 | 3,349.00 | | | | |
| Prepaid Expenses  **FN3** | 134,605.20 | 134,605.20 | 134,605.20 | | | | |
| Deposits  **FN4** | 45,360.00 | 45,360.00 | 45,360.00 | | | | |
| Investments | 0.00 | 0.00 | 0.00 | | | | |
| Insurance | 29,000,000.00 | 29,000,000.00 | 29,000,000.00 | | | | |
| Other  **FN1** | 5,000.00 | 5,000.00 | 5,000.00 | | | | |
| TOTAL CURRENT ASSETS | 31,155,828.90 | 30,385,211.14 | 31,313,075.98 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST **FN2** | 64,645.78 | 64,645.78 | 64,645.78 | | | | |
| Less Accumulated Depreciation | 0.00 | 0.00 | 0.00 | | | | |
| NET BOOK VALUE OF PP & E | 64,645.78 | 64,645.78 | 64,645.78 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| **TOTAL ASSETS** | $31,220,474.68 | $30,449,856.92 | $31,377,721.76 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2                                                                                                                                                      *Revised 07/01/98*

| | |
|---|---|
| **FN1** | Employee Receivable |
| **FN2** | Global Shop Solutions ERP Softare ($43,215.27); 2013 Ford F450 ($21,430.51) |
| **FN3** | Prepaid Insurance - Al Thurmond Agency, Inc. |
| **FN4** | Equipment Deposit - Dunn's Testing |

CASE NAME: Watson Valve Services, LLC
CASE NUMBER: 20-30968

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | | FILING DATE* | MONTH Feb 2020 | MONTH Mar 2020 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 0.00 | 0.00 | 188,363.61 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRE-PETITION LIABILITIES | | | | | | | | |
| Notes Payable - Secured | FN2 | 3,045,500.00 | 3,045,500.00 | 3,045,500.00 | | | | |
| Priority Debt - Unsecured | FN3 | 60,964.61 | 60,964.61 | 60,964.61 | | | | |
| Federal Income Tax | | | | | | | | |
| FICA/Withholding | | | | | | | | |
| Unsecured Debt | FN4 \| FN5 | 896,037.08 | 883,993.28 | 883,993.28 | | | | |
| Other | | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | | 4,002,501.69 | 3,990,457.89 | 3,990,457.89 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | | 4,002,501.69 | 3,990,457.89 | 4,178,821.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | |
| PREFERRED STOCK | | | | | | | | |
| COMMON STOCK | | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | | |
| RETAINED EARNINGS: Filing Date | | 27,217,972.99 | 27,217,972.99 | 27,217,972.99 | | | | |
| RETAINED EARNINGS: Post Filing Date | | 0.00 | -137,239.75 | 225,656.23 | 0.00 | 0.00 | 0.00 | 0.00 |
| RETAINED EARNINGS: Pre / Post Filing Date Adjustments | FN1 \| FN6 | 0.00 | -621,334.21 | -244,728.96 | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | | 27,217,972.99 | 26,459,399.03 | 27,198,900.26 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | | $31,220,474.68 | $30,449,856.92 | $31,377,721.76 | $0.00 | $0.00 | $0.00 | $0.00 |

\* Per Schedules and Statement of Affairs

MOR-3                                                                                                             *Revised 07/01/98*

|  | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

FN1   Adjustments such as payment of pre-petition debt, reduction of actual post petition debt, and other general operational adjustments
FN2   Texas Capital Bank Borrowing Base Line of Credit ($3,000,000.00); Harris County Tax Assessor-Collector ($45,500.00)
FN3   Texas Comptroller of Public Accounts ($12,000.00); Accrued PTO ($48,964.61)
FN4   Significant number Litigation Claims have been filed but the pending amounts are Unknown at this time, thus excluded from the total
FN5   Cash Collateral Budget approved by the court to pay Business Insurance premium - AFCO ($10,778.80); UFG Insurance ($1,265.00)
FN6   Ongoing operational adjustments

CASE NAME: Watson Valve Services, LLC
CASE NUMBER: 20-30968

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH Feb 2020 | MONTH Mar 2020 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| ***TRADE ACCOUNTS PAYABLE*** | 0.00 | 763.92 | | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll Taxes | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. McDowell Hetherington LLP    **FN1** | 0.00 | 63,299.69 | | | | |
| 2. MACCO Restructuring Group    **FN1** | 0.00 | 124,300.00 | | | | |
| 3. US Trustee Fees (Unpaid) | 0.00 | 0.00 | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $188,363.61 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

*Revised 07/01/98*

**FN1**   Aggregated professional / legal fees beyond retainers

CASE NAME: Watson Valve Services, LLC
CASE NUMBER: 20-30968

**AGING OF POST-PETITION LIABILITIES**

MONTH: Mar 2020

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 300.00 | 300.00 | | | | |
| 31-60 | 463.92 | 463.92 | | | | |
| 61-90 | 0.00 | 0.00 | | | | |
| 91+ | 0.00 | 0.00 | | | | |
| TOTAL | $763.92 | $763.92 | $0.00 | $0.00 | $0.00 | $0.00 |

**AGING OF ACCOUNTS RECEIVABLE**

| MONTH | Feb 2020 | Mar 2020 | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 0.00 | 144,190.69 | | | | |
| 31-60 DAYS | 13,717.50 | 0.00 | | | | |
| 61-90 DAYS | 264,688.32 | 13,717.50 | | | | |
| 91+ DAYS | 8,887.00 | 35,332.96 | | | | |
| TOTAL | $287,292.82 | $193,241.15 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

*Revised 07/01/98*

CASE NAME: Watson Valve Services, LLC
CASE NUMBER: 20-30968

## STATEMENT OF INCOME (LOSS)

| | MONTH Feb 2020 | MONTH Mar 2020 | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 0.00 | 303,797.00 | | | | | 303,797.00 |
| TOTAL COST OF REVENUES | 43,385.44 | 41,794.10 | | | | | 85,179.54 |
| GROSS PROFIT | -43,385.44 | 262,002.90 | 0.00 | 0.00 | 0.00 | 0.00 | 218,617.46 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | 1,479.98 | 412.44 | 0.00 | 0.00 | 0.00 | 0.00 | 1,892.42 |
| Insiders Compensation | 31,662.16 | 31,665.02 | 0.00 | 0.00 | 0.00 | 0.00 | 63,327.18 |
| Payroll & Payroll Taxes | 60,640.17 | 41,405.82 | | | | | 102,045.99 |
| Professional Fees   FN2 | 0.00 | 124,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 124,300.00 |
| Legal Fees   FN2 | 0.00 | 63,299.69 | 0.00 | 0.00 | 0.00 | 0.00 | 63,299.69 |
| Bank Fees | 72.00 | 263.70 | | | | | 335.70 |
| Other | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 93,854.31 | 261,346.67 | 0.00 | 0.00 | 0.00 | 0.00 | 355,200.98 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -137,239.75 | 656.23 | 0.00 | 0.00 | 0.00 | 0.00 | -136,583.52 |
| INTEREST EXPENSE | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE*   FN1 | | -225,000.00 | | | | | -225,000.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | -225,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | -225,000.00 |
| NET INCOME BEFORE TAXES | -137,239.75 | 225,656.23 | 0.00 | 0.00 | 0.00 | 0.00 | 88,416.48 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($137,239.75) | $225,656.23 | $0.00 | $0.00 | $0.00 | $0.00 | $88,416.48 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\*   *Footnote Mandatory.*

\* \* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

*Revised 07/01/98*

FN1    Insurance Payment
FN2    Aggregated professional / legal fees beyond retainers pursuant to MOR-4

**CASE NAME:** Watson Valve Services, LLC
**CASE NUMBER:** 20-30968

| CASH RECEIPTS AND DISBURSEMENTS | | MONTH Feb 2020 | MONTH Mar 2020 | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | | $949,195.09 | $909,604.12 | $1,931,520.63 | $1,931,520.63 | $1,931,520.63 | $1,931,520.63 | $949,195.09 |
| RECEIPTS: | | | | | | | | |
| 2. CASH SALES | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | FN3 | 83,983.00 | 913,342.79 | | | | | 997,325.79 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | | 0.00 |
| 6. CONTRIBUTIONS | | | | | | | | 0.00 |
| 7. OTHER (Insurance Payment) | | | 225,000.00 | | | | | 225,000.00 |
| TOTAL RECEIPTS** | | 83,983.00 | 1,138,342.79 | 0.00 | 0.00 | 0.00 | 0.00 | 1,222,325.79 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | |
| 7a. NET PAYROLL | | | | | | | | 0.00 |
| 7b. INSIDER COMPENSATION | FN2 | 31,662.16 | 31,665.02 | | | | | 63,327.18 |
| 8. PAYROLL TAXES PAID | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | | 0.00 |
| 12. INSURANCE | | 12,043.80 | 1,265.00 | | | | | 13,308.80 |
| 13. INVENTORY PURCHASES | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | 2,627.09 | 417.01 | | | | | 3,044.10 |
| 17. ADMINISTRATIVE & SELLING | | 77,240.92 | 83,079.25 | | | | | 160,320.17 |
| 18. PROFESSIONAL FEES | | | | | | | | |
| 19. LEGAL FEES | | | | | | | | |
| 20. OTHER (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | | 123,573.97 | 116,426.28 | 0.00 | 0.00 | 0.00 | 0.00 | 240,000.25 |
| 19. PROFESSIONAL FEES | | 0.00 | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | 0.00 | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | | 123,573.97 | 116,426.28 | 0.00 | 0.00 | 0.00 | 0.00 | 240,000.25 |
| 22. NET CASH FLOW | | -39,590.97 | 1,021,916.51 | 0.00 | 0.00 | 0.00 | 0.00 | 982,325.54 |
| 23. CASH - END OF MONTH (MOR-2) | FN1 | $909,604.12 | $1,931,520.63 | $1,931,520.63 | $1,931,520.63 | $1,931,520.63 | $1,931,520.63 | $1,931,520.63 |

MOR-7         * Applies to Individual debtors only
              **Numbers for the current month should balance (match)         *Revised 07/01/98*
                RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

FN1   $572,241.86 related to AMUR HMP, LLC (Russia) Project --> funds to be returned
FN2   Amended February 2020 Insider Compensation figure thus reducing Administrative and Selling amount
FN3   $515,494.12: received on behalf of Watson Grinding; Currently in Valves account but will be transferred to Grinding at a later date

CASE NAME: Watson Valve Services, LLC
CASE NUMBER: 20-30968

# CASH ACCOUNT RECONCILIATION
## MONTH OF Mar 2020

| BANK NAME | Texas Capital Bank | Texas Capital Bank | Texas Capital Bank | Compass Bank | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | Acct Ending 0552 | Acct Ending 4882 | Acct Ending 4874 | Acct Ending 6583 | |
| *ACCOUNT TYPE* | *OPERATING* | *PT HUAYUE NICKEL COBALT (CHINA) PROJECT* | *AMUR HMP, LLC (RUSSIA) PROJECT* | *OPERATING* | TOTAL |
| BANK BALANCE | 1,461,055.24 | 243,141.59 | 0.00 | 227,323.80 | 1,931,520.63 |
| DEPOSITS IN TRANSIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OUTSTANDING CHECKS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ADJUSTED BANK BALANCE | $1,461,055.24 | $243,141.59 | $0.00 | $227,323.80 | $1,931,520.63 |
| BEGINNING CASH - PER BOOKS | 664,098.83 | 243,141.59 | 0.00 | 2,363.70 | 909,604.12 |
| RECEIPTS*   FN2 | 913,342.79 | | 0.00 | 225,000.00 | 1,138,342.79 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 116,386.38 | | 0.00 | 39.90 | 116,426.28 |
| ENDING CASH - PER BOOKS   FN1 | $1,461,055.24 | $243,141.59 | $0.00 | $227,323.80 | $1,931,520.63 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7*

*Revised 07/01/98*

$0.00

| FN1 | $572,241.86: related to AMUR HMP, LLC (Russia) Project --> funds to be returned |
| FN2 | $515,494.12: received on behalf of Watson Grinding; Currently in Valves account but will be transferred to Grinding at a later date |

**CASE NAME:** Watson Valve Services, LLC
**CASE NUMBER:** 20-30968

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH Feb 2020 | MONTH Mar 2020 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. John Watson | 11,665.32 | 11,666.86 | | | | |
| 2. Robert White | 9,998.42 | 9,999.22 | | | | |
| 3. Jason White | 9,998.42 | 9,998.94 | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $31,662.16 | $31,665.02 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH Feb 2020 | MONTH Mar 2020 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. McDowell Hetherington LLP | 0.00 | 0.00 | | | | |
| 2. MACCO Restructuring Group | 0.00 | 0.00 | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

*Revised 07/01/98*