**Fill in this information to identify the case:**

Debtor name  **Watson Valve Services, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **20-30968**

■ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■  Amended *Schedule*     Schedule A/B and Schedule E/F
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  *4-27-2020*       X *Robert White*
                               Signature of individual signing on behalf of debtor

                               **Robert White**
                               Printed name

                               **Chief Operating Officer**
                               Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Watson Valve Services, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | **20-30968** |

■ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Texas Capital Bank - Operating Account** | **Checking** | **0552** | $703,689.80 |
| 3.2. | **Texas Capital Bank - China Project Account** | **Checking** | **4882** | $243,141.59 |
| 3.3. | **Compass Bank - Operating Account** | **Checking** | **6583** | $2,363.70 |
| 3.4. | **Texas Capital Bank - Russia Project Account** | **Checking** | **4874** | $0.00 |

**4.** Other cash equivalents *(Identify all)*

**5.** Total of Part 1.
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $949,195.09 |
|---|

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Watson Valve Services, Inc.**                          Case number *(If known)* **20-30968**
_____
Name

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

      8.1.   **Prepaid Insurance - Al Thurmond Agency, Inc.**                          $134,605.20

      8.2.   **Equipment Deposit - Dunn's Testing**                                   $45,360.00

9.    **Total of Part 2.**                                                            $179,965.20
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10.  **Does the debtor have any accounts receivable?**

     ☐ No.  Go to Part 4.
     ■ Yes Fill in the information below.

11.   **Accounts receivable**

      11a. 90 days old or less:      **1,017,119.61**    -    **0.00**    = ....    **$1,017,119.61**
                                     face amount              doubtful or uncollectible accounts

      11b. Over 90 days old:         **1,200.00**    -    **0.00**    =....    **$1,200.00**
                                     face amount              doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                            $1,018,319.61
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13.  **Does the debtor own any investments?**

     ■ No.  Go to Part 5.
     ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

     ☐ No.  Go to Part 6.
     ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials**<br>**Raw Materials - Valves** | | **$3,349.00** | | **$3,349.00** |

20.   **Work in progress**

| Debtor | **Watson Valve Services, Inc.** | Case number *(If known)* | **20-30968** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Work in progress (will supplement upon access and determination of condition)** | | $1,240,411.75 | Unknown |

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

|  |
|---|
| **$3,349.00** |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **Office Furniture & Fixtures. See attached Exhibit.** | $0.00 | | Unknown |
| 40. **Office fixtures** <br> **Leasehold Improvements. See attached Exhibit.** | $501,023.17 | | Unknown |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Global Shop Solutions ERP** | $43,215.27 | | $43,215.27 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card

| Debtor | **Watson Valve Services, Inc.** | Case number *(if known)* | **20-30968** |
|---|---|---|---|
| | Name | | |

collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $43,215.27 |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2013 Ford F450** | $21,430.51 | | $21,430.51 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

| 50.  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Machinery & Equipment - See Attached<br>Exhibit.** | $41,300.69 | | Unknown |
|---|---|---|---|

51.  **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | $21,430.51 |
|---|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Watson Valve Services, Inc.** | Case number *(If known)* **20-30968** |
|---|---|---|
| | Name | |

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**Catlin Specialty Insurance Co - Commercial General Liability - Policy No. US00087635L19A** | **$2,000,000.00** |
| | **United Fire Lloyds - Automobile Liability - Policy No. 60419060** | **$1,000,000.00** |
| | **Catlin Specialty Insurance Co - Umbrella - Policy No. US00087637LI19A** | **$10,000,000.00** |
| | **Texas Mutual Insurance - Workers Compensation and Employers Liability - Policy No. 0001218584** | **$1,000,000.00** |
| | **RSUI Indemnity Company - Excesss Liabililty - Policy No. NHA088211** | **$15,000,000.00** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Employee Receivable** | **$5,000.00** |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$29,005,000.00** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>☑ No | |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor      **Watson Valve Services, Inc.**
            <span style="font-size:small">Name</span>

Case number *(If known)*   **20-30968**

☐ Yes

| Debtor | **Watson Valve Services, Inc.** | Case number *(If known)* | **20-30968** |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $949,195.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $179,965.20 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,018,319.61 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,349.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $43,215.27 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $21,430.51 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $29,005,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $31,220,474.68 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $31,220,474.68 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Office Furniture & Fixtures - Depreciation Schedule as of 09.30.2019 | |
|---|---|
| Asset ID Location | Description |
| 7 | Private Office Desk 1 |
| 8 | Private Office Desk 2 |
| 9 | Private Office Desk 3 |
| 10 | Exec Chair 1 |
| 11 | Exec Chair 2 |
| 12 | Exec Chair 3 |
| 13 | Side Chair 1 |
| 14 | Side Chair 2 |
| 15 | Side Chair 3 |
| 16 | Side Chair 4 |
| 17 | Side Chair 5 |
| 18 | Side Chair 6 |
| 19 | Mahogany Reception Desk |
| 20 | Hon Pneumatic Swival Chair |
| 21 | Double Ped |
| | Desk-Shop Office |
| 22 | Hon Oak/Putty |
| | Pneumatic |
| | Chair-Shop Office |
| 23 | Hon Guest Chair |
| | 1-Claret Burgundy |
| 24 | Hon Guest Chair |
| | 2-Claret Burgundy |
| 25 | Wood Side Arm |
| | Chair 1-Waiting |
| | Room |
| 26 | Wood Side Arm |
| | Chair 2-Waiting |
| | Room |
| 27 | Mahogany Wood |
| | Finish Occasional |
| | Table |
| 28 | Boat Shaped |
| | Mohagany |
| | Conference Table |
| 29 | Conf Chair 1 |
| 30 | Conf Chair 2 |
| 31 | Conf Chair 3 |
| 32 | Conf Chair 4 |
| 33 | Conf Chair 5 |
| 34 | Conf Chair 6 |
| 35 | Used 3 Drawer File Cabinet 1 |
| 36 | Used 3 Drawer File Cabinet 2 |
| 37 | Used Break Room Table |

| | | |
|---|---|---|
| | 38 | Installation of Furniture |
| | 40 | MetalShelving/Bins-Clara Rd |
| | 43 | Extra Large Nesting Totes 17/14 x 11x8 |
| | 44 | Extra Large Nesting |
| | | Totes 23 3/4 x 17 1/4 |
| | | x 8 |
| | 46 | Premium Stacking |
| | | Bins |
| | 48 | Upright Shelving |
| | | from Shelving |
| | | Concepts |
| | 53 | Refrigerator for Clara |
| | | Rd |
| | 60 | Extra Large Nesting |
| | | Tote |
| | 61 | Premium Stacking |
| | | Bins |
| | 63 | Mobile Security LCD |
| | | Computer Cabinet |
| | | and AC Fan Kit |
| | 64 | Premium Stacking |
| | | Bin |
| | 65 | Three AC Fan Kits for Computer Security Cabinet |
| | 68 | Premium Stacking Bins |
| | 69 | Extra Large Nesting Totes |
| | 75 | Trade Show Display from MOD Displays |
| | 77 | Security Camera Equipment |
| | 85 | Teardrop Upright 144 x 42 x 2 9/16Vertical Shelving |
| | 86 | Teardrop Beams 96x 4 x 1 5/8 |
| | 87 | Wire Deck 42 x 46 FW |
| | 88 | Office Furniture - Kelly Watson |
| | 98 | Window Blinds for 4514 Steffani) |
| | 115 | ScanSnap Desktop Scanner #3 |
| | 116 | ScanSnap Desktop Scanner #4 |
| | 117 | ScanSnap Desktop Scanner #5 |
| | 118 | Fujitsu Scan Snap |
| | 119 | Fijitsu Scanner |
| | 120 | Trendnet TEG-MGBSCMultiMode |
| | 121 | APC UPS Battery for Battery Backup |
| | 122 | Cisco Ethernet Switch |
| | 123 | StarTec Model ISAS88702 External Serial Attached SCSI SAS Cable |
| | 124 | HP Photosmart Wireless Printer |
| | 125 | 20" Flatscreen Monitor & Speaker |
| | 126 | Wall Signs for Restrooms (4514 Steffani) |
| | 127 | Used Credenza - #1 |
| | 128 | Used Credenza - #2 |
| | 131 | Used Desk - #1 |
| | 132 | Used Desk  - #2 |
| | 145 | Metal Shelving from Warehouse Rack |

| 146 | Security Equipment from 123Security Productions.com |

NOTE: Asset schedules have been derived from 09/30/2019 fixed asset depreciation schedules. Net asset values cannot be readily determined as of the current date. Whereas the existence and or condition of assets cannot be determined through physical inspection and or inventory and whereas net realizable asset values may be determined through proceeds of insurance settlement it is deemed for the purposes of this schedule that the net asset value as of the current date is unknown.

| Leasehold Improvements - Depreciation Schedule as of 09.30.2019 | |
|---|---|
| **Asset IDLocation** | **Description** |
| 39 | Security Alarm System-Clara Rd |
| 41 | Sign for Clara Road |
| 89 | Fabrication and Installation of Illuminated Building Sign for WVS |
| 90 | A/C System - #1 (4514 Steffani) |
| 91 | A/C Sytem  #2 (4514 Steffani) |
| 92 | A/C System - #3 (4514 Steffani) |
| 93 | A/C System - #4 - (4514 Steffani) |
| 94 | A/C System #5(4514 Steffani) |
| 95 | A/C System #6(4514 Steffani) |
| 96 | Alarm System (4514 Steffani) |
| 97 | Bathroom Cabinetry & Countertops (4514 Steffani) |
| 100 | Landscaping (4514 Steffani) |
| 101 | Rock & Ashpalt Parking Lot (4514 Steffani) |
| 102 | Sprinkler System for 4514 Steffani |
| 103 | Fiber Optics & Cabling - (4514 Steffani) |
| 104 | Locks/Keys (4514 Steffani) |
| 105 | Construction/Buildou t/Make Ready - 4514 Steffani |
| 143 | Construction Work - Valve Shop |
| 144 | Construction Work - New Valve Shop |
| 148 | Concrete Walkway Between Buildings |
| 150 | New Security Gate |

NOTE: Asset schedules have been derived from 09/30/2019 fixed asset depreciation schedules. Net asset values cannot be readily determined as of the current date. Whereas the existence and or condition of assets cannot be determined through physical inspection and or inventory and whereas net realizable asset values may be determined through proceeds of insurance settlement it is deemed for the purposes of this schedule that the net asset value as of the current date is unknown.

| Machinery & Equipment - Depreciation Schedule as of 09.30.2019 | |
|---|---|
| Asset IDLocation | Description |
| 1 | Investment Pattern |
| 2 | Cope & Drag Wood |
| | Pattern |
| 3 | Loose -Mounted |
| | Pattern |
| 4 | Copy & Drag Wood |
| | Pattern |
| 5 | Loose - Mounted |
| | Wood Pattern |
| 6 | Cope & Drag Pattern |
| 42 | Electric Pipe |
| | Threader |
| 54 | One LeBlond Lathe |
| 55 | 15HP AirCompressor from Grainger |
| 57 | New Lathe |
| 59 | Drip Pan for Machinery |
| 67 | Abrasive Warehouse Blast Cabinet |
| 71 | 9 x 20'" 3/4 HP 1PH115V Belt Drive Bench Lathe |
| 72 | 2XLCT Power Head w/Attachments |
| 73 | Gates Monarch Lathe |
| 74 | Cincinnati Python Lathe S/N#CM0065 |
| 76 | Hydraulic Press |
| 78 | One Auma Actuator |
| 79 | Low Clearnace Bolting Machine (SN |
| | S8F1320-67) |
| 80 | 3 1/8" Stealth8 Ratchet Link |
| 81 | 3 3/4" Ratchet Link F/ ST8 #10 |
| 82 | 2 3/4" Ratchet Link STEALTH8 |
| 83 | D Module Assy Standard |
| 140 | Electric Air Compress, 2 Stage,1.5 HP |
| 141 | Reconditioned CAT Electric Reach Truck |
| 142 | 2010 Club Car (SN:AG1040-135177) |
| 147 | Broken Forklift Repair |
| 149 | Electric Air Compressor, 2 Stage |
| 151 | Portable Hydraulic Power Unit - 12V, Two Circuits |
| 152 | P5000 Marking Machine |
| 153 | Model Optim Indicator (SNAC20150525040) |
| 154 | Marking System from SIC Marking USA |

| 155 | Used Abrasive Blast Systems Cabinet |
|-----|-------------------------------------|

NOTE: Asset schedules have been derived from 09/30/2019 fixed asset depreciation schedules. Net asset values cannot be readily determined as of the current date. Whereas the existence and or condition of assets cannot be determined through physical inspection and or inventory and whereas net realizable asset values may be determined through proceeds of insurance settlement it is deemed for the purposes of this schedule that the net asset value as of the current date is unknown.

| Vehicles - Depreciation Schedule as of 09.30.2019 | |
|---|---|
| **Asset IDLocation** | **Description** |
| 156 | 2013 Ford F45 (VIN 1FDUF4GT7DEB525 94) |

NOTE: Asset schedules have been derived from 09/30/2019 fixed asset depreciation schedules. Net asset values cannot be readily determined as of the current date. Whereas the existence and or condition of assets cannot be determined through physical inspection and or inventory and whereas net realizable asset values may be determined through proceeds of insurance settlement it is deemed for the purposes of this schedule that the net asset value as of the current date is unknown.

**Fill in this information to identify the case:**

Debtor name **Watson Valve Services, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **20-30968**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Benito Sanchez Jr**<br>**8810 Driftstone Dr**<br>**Spring, TX 77379** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,840.00** | **$3,840.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Gerardo Barrerra**<br>**2615 Hartwick**<br>**Houston, TX 77093** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,600.00** | **$3,600.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,923.07** | **$1,923.07** |
|---|---|---|---|---|

**Hao Vo**
**10210 Harfield Bluff Ln**
**Cypress, TX 77433**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Harris County Pollution Control**
**Services**
**101 South Richey, Suite H**
**Pasadena, TX 77506**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ☑ No
- ☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Harris County Tax**
**Assessor-Collector**
**1001 Preston**
**PO Box 4089**
**Houston, TX 77210**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ☑ No
- ☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,692.31** | **$3,692.31** |
|---|---|---|---|---|

**Henry Garza Jr**
**2907 Robertson**
**Houston, TX 77009**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**Post Office Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$6,923.08** | **$6,923.08** |
|---|---|---|---|---|

**Jason White**
**21861 Old Oak Way**
**Hockley, TX 77447**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,230.76** | **$3,230.76** |
|---|---|---|---|---|

**John Lichenstein Jr**
**4816 CR 286**
**Bay City, TX 77414**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$8,076.92** | **$8,076.92** |
|---|---|---|---|---|

**John Watson**
**4002 Chatham Lane**
**Houston, TX 77027**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,961.54** | **$1,961.54** |
|---|---|---|---|---|

**Matthew Snow**
**16111 Woodbend Trail**
**Houston, TX 77070**

- �too Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,461.54** | **$3,461.54** |
|---|---|---|---|---|

**Richard Bell**
**9111 Restover Ln**
**Houston, TX 77064**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,692.31** | **$2,692.31** |
|---|---|---|---|---|

**Rifka Abudaram**
**7627 Ikes Pond Dr**
**Spring, TX 77389**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$6,923.08** | **$6,923.08** |
|---|---|---|---|---|

**Robert White**
**27440 Waller Spring Creek Rd.**
**Hockley, TX 77447**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,640.00** | **$2,640.00** |
|---|---|---|---|---|
| | **Sergio Gonzalez**<br>**6349 Austinville Dr**<br>**Katy, TX 77449** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Texas Commission on**<br>**Environmental Qualit**<br>**2309 Gravel Dr**<br>**Fort Worth, TX 76118** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$12,000.00** | **$12,000.00** |
|---|---|---|---|---|
| | **Texas Comptroller of Public**<br>**Accounts**<br>**Lyndon B. Johnson State Office**<br>**Building**<br>**111 East 17th Street**<br>**Austin, TX 78774** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Margin Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Texas Secretary of State**<br>**PO Box 13697**<br>**Austin, TX 78711** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Texas Workforce Commission**
**101 E 15th St, Rm 370**
**Austin, TX 78778**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**4 Candy Vending Machinees**
**c/o Good Games Investments**
**10300 Katy Freeway**
**Suite 547**
**Houston, TX 77043**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**A Plus Glass Services, Inc.**
**c/o Stutman Law**
**5068 W. Plano Parkway**
**Suite 260**
**Plano, TX 75093**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Abel Martinez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Abigail Hernandez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Accroseal**
**316 Briggs Street**
**Vicksburg, MI 49097**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.34 |
|---|---|---|---|

Ace Electronics
3210 Antoine Dr
Houston, TX 77092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Adam Ontoya-Torres
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adan Salmeron**
**c/o Columbia Lloyds Insurance Company**
**2200 W Alabama St**
**#210**
**Houston, TX 77098**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:  Litigation Claimant**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adan Trujillo**
**c/o Charles J. Argento & Associates**
**1111 North Loop West, Suite 715**
**Houston, TX 77008**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:  Litigation Claimant**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,663.80 |
|---|---|---|---|

Afco
5600 North River Road
Suite 400
Des Plaines, IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Commercial Premium Finance Agreement - Promissory Note

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Agnex Panong
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,387.00 |
|---|---|---|---|

**AIV, LPL**
7140 W. Sam Houston Pkwy N
Suite 100
Houston, TX 77040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Albano Hoxhaj**
c/o AAA Texas
3307 Sage Rd
Houston, TX 77056

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Jonischkies**
c/o Butler Weihmuller Katz Craig LLP
18383 Preston Road
Suite 400
Dallas, TX 75252

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alfonso Rodriguez**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alison Long**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alvaro Mendieta**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Watson Valve Services, Inc.** | | Case number (if known) | **20-30968** |
|---|---|---|---|---|
| | Name | | | |

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Am Trust Lond Global Indemnity Group
o Cozen O'Connor
1221 McKinney St
Suite 2900
Houston, TX 77010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Amado Anguiano
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Amber Lane
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Amber Lane
c/o Stutman Law
5068 W. Plano Parkway
Suite 260
Plano, TX 75093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Amelia Diosdado
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,572.55

American Express
Three World Financial Center
200 Vesey S
New York, NY 10285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,260.00**

American Heli-Arc
5009 Pinemont Dr
Houston, TX 77092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

AmRisc
c/o Cozen O'Connor
1221 McKinney St
Suite 2900
Houston, TX 77010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$572,241.86**

AMUR HMP, LLC
5, Mashinostroiteliei Shosse, Amursk
Khabarovsk Krai, The Russian Federation
682640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Contract**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Ana Castro
c/o Swyfft Insured
44 Headquarters Plaza
Morristown, NJ 07960

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Ana Luisa Singu
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Ana Moss
c/o The Dick Law Firm, PLLC
3701 Brookwoods Dr
Houston, TX 77092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Ana Sarpas
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor    **Watson Valve Services, Inc.**

    Name

Case number (if known)    **20-30968**

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Anabell Peregrino Perez
c/o State Farm, Stephanie Moreno PO
Box 106169
Atlanta, GA 30348

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Andrea Horton
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Andres Alvarado
c/o Triplett Law Firm
1511  Bingle Rd
#1
Houston, TX 77055

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Andres Gomez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Andres Unriostegui
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Angel Olvera
c/o Anthony Peterson, LLP
500 North Water Street
Suite 1000
Corpus Christi, TX 78401

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Watson Valve Services, Inc.**
_____
Name

Case number (if known)    **20-30968**
_____

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Angela Calderon**
**c/o Triplett Law Firm**
**1511  Bingle Rd**
**#1**
**Houston, TX 77055**

■  Contingent
■  Unliquidated
■  Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:  Litigation Claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Angela McIver**
**c/o Columbia Lloyds Insurance Company**
**2200 W Alabama St**
**#210**
**Houston, TX 77098**

■  Contingent
■  Unliquidated
■  Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:  Litigation Claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Angelina Sandoval
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■  Contingent
■  Unliquidated
■  Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Litigation Claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Angeline Garza
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■  Contingent
■  Unliquidated
■  Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Litigation Claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Angie Burgeshults**
**c/o State Farm, Allen Robertson**
**PO Box 106169**
**Atlanta, GA 30348**

■  Contingent
■  Unliquidated
■  Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:  Litigation Claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Ann Rawlinson**
**c/o IAT Insurance Group**
**702 Oberlin Rd**
**First Floor**
**Raleigh, NC 27605**

■  Contingent
■  Unliquidated
■  Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:  Litigation Claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Watson Valve Services, Inc.**
_____
Name

Case number (if known)   **20-30968**
_____

| | | |
|---|---|---|
| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |

3.43 | **Nonpriority creditor's name and mailing address**

Anna Juarez
c/o Law Offices of Manuel Solis, PC
6657 Navagation Boulevard
Houston, TX 77011

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.44 | **Nonpriority creditor's name and mailing address**

Annie Tyler
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.45 | **Nonpriority creditor's name and mailing address**

Anthony Howard, Jr.
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.46 | **Nonpriority creditor's name and mailing address**

Anthony Uriostegui
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.47 | **Nonpriority creditor's name and mailing address**

Antonio Munoz
c/o Swyfft Insured
44 Headquarters Plaza
Morrisontown, NJ 07960

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.48 | **Nonpriority creditor's name and mailing address**

Antorion Avitia
c/o Law Offices of Manuel Solis, PC
6657 Navagation Boulevard
Houston, TX 77011

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

Debtor  **Watson Valve Services, Inc.**

Name

Case number (if known)  **20-30968**

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Armin Denic
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Arnold Ballinger
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Art Foundry Carpino d/b/a Mike Carpino
c/o Butler Weihmuller Katz Craig LLP
18383 Preston Road, Suite 400
Dallas, TX 75252

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Arthur Anh Nguyen
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Atlas
c/o Cozen O'Connor
1221 McKinney St
Suite 2900
Houston, TX 77010

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Ayla Benevides
c/o Matthiesen Wickert & Lehrer, SC
1111 E Sumner St
Hartford, WI 53027

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Watson Valve Services, Inc.** | | Case number (if known) | **20-30968** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,000.00 |
|---|---|---|---|

**Baker Botts
910 Louisana Street
Suite 3200
Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bamboo Properties, LLC
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barbara Bassett
c/o Swyfft Insured
44 Headquarters Plaza
Morrisontown, NJ 07960**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $824.24 |
|---|---|---|---|

**Bass Toll and Supply, Inc.
2300 Fairway Park Dr
Houston, TX 77092**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Benito Hernandez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Beronica Tabares
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bibiano Sandoval
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Bichdao Nguyen
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Bicholan Nguyen
c/o Butler Weihmuller Katz Craig LLP
18383 Preston Road
Suite 400
Dallas, TX 75252

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Blanca Mojica
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Blanca Solorazano
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Brenda Alvarado
c/o Triplett Law Firm
1511  Bingle Rd
#1
Houston, TX 77055

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Brenda Pham
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **Watson Valve Services, Inc.**                    Case number (if known)   **20-30968**
_____
Name

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brenda Rosalinda Figueroa**
**c/o State Farm, Stephanie Moreno** PO
**Box 106169**
**Atlanta, GA 30348**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:  Litigation Claimant**

**Last 4 digits of account number** ___

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Brian Rego
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  Litigation Claimant

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Byron Keith House
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  Litigation Claimant

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Calixto Lopez
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  Litigation Claimant

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Calixto Lopez**
**c/o Stutman Law**
**5068 W. Plano Parkway**
**Suite 260**
**Plano, TX 75093**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:  Litigation Claimant**

**Last 4 digits of account number** ___

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Can Ngoc Dang**
**c/o Butler Weihmuller Katz Craig LLP**
**18383 Preston Road**
**Suite 400**
**Dallas, TX 75252**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:  Litigation Claimant**

**Last 4 digits of account number** ___

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | | Case number (if known) | **20-30968** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Candy Cabanas and Julia Arroyo** | | |
| | **c/o Columbia Lloyds Insurance Company** | ■ Contingent | |
| | **2200 W Alabama St** | | |
| | **#210** | ■ Unliquidated | |
| | **Houston, TX 77098** | ■ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:  Litigation Claimant** | |
| | **Last 4 digits of account number** __ | **Is the claim subject to offset?** ■ No ☐ Yes | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Candy Tovar | | |
| | c/o KWOK Daniel Ltd, LLP | ■ Contingent | |
| | 9805 Katy Freeway | | |
| | Suite 850 | ■ Unliquidated | |
| | Houston, TX 77024 | ■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Litigation Claimant | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Carlos Pineda** | | |
| | **c/o The Dick Law Firm, PLLC** | ■ Contingent | |
| | **3701 Brookwoods Dr** | | |
| | **Houston, TX 77092** | ■ Unliquidated | |
| | | ■ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:  Litigation Claimant** | |
| | **Last 4 digits of account number** __ | **Is the claim subject to offset?** ■ No ☐ Yes | |

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Carmen Gordon** | | |
| | **c/o State Farm, Stephanie Moreno**PO | ■ Contingent | |
| | **Box 106169** | | |
| | **Atlanta, GA 30348** | ■ Unliquidated | |
| | | ■ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:  Litigation Claimant** | |
| | **Last 4 digits of account number** __ | **Is the claim subject to offset?** ■ No ☐ Yes | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Carole Goff | | |
| | c/o Bain & Barkley | ■ Contingent | |
| | 14090 Southwest Freeway | | |
| | Suite 450 | ■ Unliquidated | |
| | Sugar Land, TX 77478 | ■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Litigation Claimant | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Carolyn B. McCain** | | |
| | **c/o State Farm, Anthony Truitt** | ■ Contingent | |
| | **PO Box 106169** | | |
| | **Atlanta, GA 30348** | ■ Unliquidated | |
| | | ■ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:  Litigation Claimant** | |
| | **Last 4 digits of account number** __ | **Is the claim subject to offset?** ■ No ☐ Yes | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Catherin Drawsand**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Catherine Laake**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Catherine Norton**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cathryn R. Bottoms**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cecile Speter**
c/o Stutman Law
5068 W. Plano Parkway
Suite 260
Plano, TX 75093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Celina Sandoval**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chanh Thai**
**c/o Swyfft Insured**
**44 Headquarters Plaza**
**Morrisontown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred —

Last 4 digits of account number —

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Chao Gao
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred —

Last 4 digits of account number —

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles H. Wilson**
**c/o State Farm, Teresa Brunett**
**PO Box 106169**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred —

Last 4 digits of account number —

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chau Nguyen**
**c/o Centauri Specialty Insurance Company**
**1501 Lady St**
**Columbia, SC 29201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred —

Last 4 digits of account number —

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Chris Le
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred —

Last 4 digits of account number —

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chris Manzke**
**c/o Swyfft Insured**
**44 Headquarters Plaza**
**Morrisontown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred —

Last 4 digits of account number —

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Chris Santiff
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred —

Last 4 digits of account number —

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Watson Valve Services, Inc.**

Name

Case number (*if known*)   **20-30968**

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Christina Thurman
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Christopher Muniz
c/o Charles J. Argento & Associates

1111 North Loop West
Suite 715
Houston, TX 77008

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Chubb Insurance
c/o Cozen O'Connor
1221 McKinney St
Suite 2900
Houston, TX 77010

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Cindy Ortega
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Claudia Zuniga
c/o Littleton Group
521 N Sam Houston Pkwy E
#400
Houston, TX 77060

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Colleen Price
c/o Swyfft Insured
44 Headquarters Plaza
Morristown, NJ 07960

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Constantino Sosa**
**c/o Columbia Lloyds Insurance Company**
**2200 W Alabama St**
**#210**
**Houston, TX 77098**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:  Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Cornelius Feit**
**c/o Butler Weihmuller Katz Craig LLP**
**18383 Preston Road**
**Suite 400**
**Dallas, TX 75252**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:  Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Courtyard Westway Homeowners**
**Association**
**c/o Stutman Law**
**5068 W. Plano Parkway**
**Suite 260**
**Plano, TX 75093**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:  Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Crisoforo Torres**
**c/o Swyfft Insured**
**44 Headquarters Plaza**
**Morrisontown, NJ 07960**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** —

**Basis for the claim:  Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Cristhian Martinez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**CSAT Investment Holdings**
**c/o Butler Weihmuller Katz Craig LLP**
**18383 Preston Road**
**Suite 400**
**Dallas, TX 75252**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:  Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Valve Services, Inc.**
_____
Name

Case number (if known)   **20-30968**

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Cuong Vo
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Cynthia Isome
c/o IAT Insurance Group
702 Oberlin Rd
First Floor
Raleigh, NC 27605**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:  Litigation Claimant**

**Last 4 digits of account number __**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Cynthia Tates
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Daisy Lozano
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Dale C. Battiste
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Dan Berry Argo
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Dana Feaster
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Danh Nguyen
c/o IAT Insurance Group
702 Oberlin Rd
First Floor
Raleigh, NC 27605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Daniel Bravo
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Daniel Drawsand
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Daniel Gutierrez, Jr.
c/o Anthony Peterson, LLP
500 North Water Street
Suite 1000
Corpus Christi, TX 78401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Daniel Juarez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | | Case number (if known) | **20-30968** |
|---|---|---|---|---|
| | Name | | | |

---

**3.117** | Nonpriority creditor's name and mailing address
Daniela Cortez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* — **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Litigation Claimant 

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address
David Diosado
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* — **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Litigation Claimant 

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address
David Rains
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* — **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Litigation Claimant 

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address
David Solorazano
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* — **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Litigation Claimant 

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address**
**Dayeni Garcia**
**c/o The Dick Law Firm, PLLC**
**3701 Brookwoods Dr**
**Houston, TX 77092**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.* — **Unknown**
☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**Basis for the claim:**  Litigation Claimant 

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address
Deborah Patten
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* — **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Litigation Claimant 

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor **Watson Valve Services, Inc.**                    Case number (if known) **20-30968**
_____
Name

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Delta Hernandez
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Demetris Glenn
c/o Klitsas & Vercher, PC
550 Westcott
Suite 570
Houston, TX 77007

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Denis Hernandez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Deztini Southall
c/o Swyfft Insured
44 Headquarters Plaza
Morrisontown, NJ 07960

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Diana Lopez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Diana Villalpando
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Watson Valve Services, Inc.**
_____
           Name

Case number (if known)     **20-30968**
_____

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Diem Thi Hoang**
**c/o FedNat Adjusting**
**14050 NW 14th Street**
**Suite 180**
**Sunrise, FL 33323**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,690.95 |

**Direct Bolt and Supply**
**7117 Belgold**
**Suite D**
**Houston, TX 77066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Domingo Duron**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Donald Holcomb**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Doris Arias**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Dustyn Boyd**
**c/o The Dick Law Firm, PLLC**
**3701 Brookwoods Dr**
**Houston, TX 77092**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Watson Valve Services, Inc.**                                        Case number (if known)    **20-30968**
_____                                        _____
Name

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Eddie V. Garcia**
**c/o State Farm, Stephanie Moreno**RO
**Box 106169**
**Atlanta, GA 30348**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __                    Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __              Is the claim subject to offset?  ■ No □ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Edith Vaesa
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __                    Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __              Is the claim subject to offset? ■ No □ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Eduardo Dolpher
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __                    Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __              Is the claim subject to offset? ■ No □ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Eduardo Flores & Hortensia Lima
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __                    Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __              Is the claim subject to offset? ■ No □ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Eduardo Soto**
**c/o Swyfft Insured**
**44 Headquarters Plaza**
**Morrisontown, NJ 07960**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __                    Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __              Is the claim subject to offset?  ■ No □ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

EGC Critical Components, LLC
8103 Rankin Road
Humble, TX 77396

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __                    Basis for the claim: __

Last 4 digits of account number __              Is the claim subject to offset? ■ No □ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,026.01 |

EGC Enterprises
140 Parker Ct
Chardon, OH 44024

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __                    Basis for the claim: __

Last 4 digits of account number __              Is the claim subject to offset? ■ No □ Yes

---

Debtor **Watson Valve Services, Inc.**

Name

Case number (if known) **20-30968**

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Elaine Jackson
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Elba Lemus
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Elba Lemus
c/o FedNat Adjusting
14050 NW 14th Street
Suite 180
Sunrise, FL 33323

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Elissa Patterson
c/o FedNat Adjusting
14050 NW 14th Street
Suite 180
Sunrise, FL 33323

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Elizabeth & Jesus Salazar
c/o Law Offices of James A. Lawrence
150 Decker Ct
Suite 150
Irving, TX 75062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Elizabeth Rueda
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **Watson Valve Services, Inc.**
　　　　　Name

Case number (if known)   **20-30968**

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elizibeth Dubuque**
**c/o Columbia Lloyds Insurance Company**
**2200 W Alabama St**
**#210**
**Houston, TX 77098**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Litigation Claimant**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ellene Manning**
**c/o Stutman Law**
**5068 W. Plano Parkway**
**Suite 260**
**Plano, TX 75093**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Litigation Claimant**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Eloy Ortega
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Litigation Claimant**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elvis Sandoval**
**c/o The Dick Law Firm, PLLC**
**3701 Brookwoods Dr**
**Houston, TX 77092**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Litigation Claimant**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Ema Ferrufino
c/o Law Offices of Manuel Solis, PC
6657 Navagation Boulevard
Houston, TX 77011

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Litigation Claimant**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**EMAC**
**c/o Cozen O'Connor**
**1221 McKinney St**
**Suite 2900**
**Houston, TX 77010**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Litigation Claimant**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Emily Perez**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Emma Rufino**
c/o Law Offices of Manuel Solis, PC
6657 Navagation Boulevard
Houston, TX 77011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Enriqueta Garcia**
c/o Swyfft Insured
44 Headquarters Plaza, Morristown, NJ 07960

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eric Bravo**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Erica Moreno**
c/o O'Malley Law Firm
440 Louisiana St
Suite 1225
Houston, TX 77002

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Erick Anaya**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Watson Valve Services, Inc.**
_____
Name

Case number (if known)   **20-30968**
_____

| | |
|---|---|
| 3.160 | Nonpriority creditor's name and mailing address |

**Erika Flores**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ☐ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.161 | Nonpriority creditor's name and mailing address |

**Erin M. Wallace**
c/o State Farm, April Smith
PO Box 106169
Atlanta, GA 30348

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.162 | Nonpriority creditor's name and mailing address |

**Ernesto Benitez**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ☐ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.163 | Nonpriority creditor's name and mailing address |

**Esmeralda Gonzalez A/N/F of N.M., a Mino**
c/o Marty Herring & Associates
1616 S. Voss Road
Suite 890
Houston, TX 77057

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ☐ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.164 | Nonpriority creditor's name and mailing address |

**Esmeralda Gonzalez, Individually**
c/o Marty Herring & Associates
1616 S. Voss Road
Suite 890
Houston, TX 77057

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ☐ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.165 | Nonpriority creditor's name and mailing address |

**Esperanza Tabares**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ☐ No  ☐ Yes

**Unknown**

---

| Debtor | Watson Valve Services, Inc. | Case number (if known) | 20-30968 |
|---|---|---|---|
| | Name | | |

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Esqueda**
**c/o Sloane and Walsh LLP**
**One Center Plaza**
**8th Floor**
**Boston, MA 02108**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Litigation Claimant**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Estate of Erick Rijan & Vazquez Flores c/**
**o State Farm, Stephanie Moreno**
**PO Box 106169**
**Atlanta, GA 30348**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Litigation Claimant**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Esteban Pelcastre
c/o Law Offices of Manuel Solis, PC
6657 Navagation Boulevard
Houston, TX 77011

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Litigation Claimant**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Ethan Decicco
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Litigation Claimant**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Eva Olvera
c/o Anthony Peterson, LLP
500 North Water Street
Suite 1000
Corpus Christi, TX 78401

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Litigation Claimant**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Evelyn Ibarra
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Litigation Claimant**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
---|---|---|---

**Ever Omar Bautista**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Fabian Flores**
c/o Abraham Watkins Nichols Sorrels Agos
800 Commerce Street
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Farah Albania**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Fasco Fasteners and Supply Company**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Felipe Revuelta**
c/o Potts Law Firm
3737 Buffalo Speedway
Suite 1900
Houston, TX 77098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Fernanda Pierre**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Valve Services, Inc.**                        Case number (if known)   **20-30968**
_____
Name

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Field Express Delivery Service LLC**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Flor D. Cubas**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Francisca Martins**
**c/o The Dick Law Firm, PLLC**
**3701 Brookwoods Dr**
**Houston, TX 77092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Francisco Olivio**
**c/o O'Malley Law Firm**
**440 Louisiana St**
**Suite 1225**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Franciso Lozano**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Frank Peters**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Watson Valve Services, Inc.**                Case number (if known)    **20-30968**

Name

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Frank Polk**
**c/o State Farm, April Smith**
**PO Box 106169**
**Atlanta, GA 30348**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim: Litigation Claimant**

Is the claim subject to offset? ■ No □ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Freddy Medardo Marinez Sanchez**
**c/o Swyfft Insured**
**44 Headquarters Plaza**
**Morrisontown, NJ 07960**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim: Litigation Claimant**

Is the claim subject to offset? ■ No □ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Freddy Sanchez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim: Litigation Claimant**

Is the claim subject to offset? ■ No □ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Fredy Garcia and DuleyIma Perez**
**c/o Columbia Lloyds Insurance Company**
**2200 W Alabama St**
**#210**
**Houston, TX 77098**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim: Litigation Claimant**

Is the claim subject to offset? ■ No □ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Fredy Trujillo**
**c/o Charles J. Argento & Associates**
**1111 North Loop West**
**Suite 715**
**Houston, TX 77008**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim: Litigation Claimant**

Is the claim subject to offset? ■ No □ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gabino Saenz**
**c/o State Farm, Luz Monarrez**
**PO Box 106169**
**Atlanta, GA 30348**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim: Litigation Claimant**

Is the claim subject to offset? ■ No □ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.40 |
|---|---|---|---|

Garlock Sealing Tech
13288 Collection Center Dr
Chicago, IL 60693

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No □ Yes

---

| Debtor | Watson Valve Services, Inc. | Case number (if known) | 20-30968 |
|---|---|---|---|
| | Name | | |

---

**3.191** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Genoveva Sandoval**
**c/o The Dick Law Firm, PLLC**
**3701 Brookwoods Dr**
**Houston, TX 77092**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:  Litigation Claimant**

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Geovera Specialty Insurance**
**c/o Cozen O'Connor**
**1221 McKinney St**
**Suite 2900**
**Houston, TX 77010**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:  Litigation Claimant**

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Gerardo Lira**
**c/o State Farm, Angie Guest**
**PO Box 106169**
**Atlanta, GA 30348**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:  Litigation Claimant**

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,994.71**

GHX Industrial LLC
3440 South Sam Houston Parkway
Suite 300
Houston, TX 77047

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Gilbert Orrellana
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Gilberto Figueroa
c/o McMillan Firm, PLLC
440 Louisiana Street
Suite 1200
Houston, TX 77002

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Gilberto Mendoza Cruz and Massiel Nunez,
c/o McMillan Firm, PLLC
440 Louisiana Street
Suite 1200
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Gina Gorczynski**
**c/o State Farm, Stephanie Moreno**

**PO Box 106169**
**Atlanta, GA 30348**

☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**Date(s) debt was incurred __**

**Basis for the claim:  Litigation Claimant**

**Last 4 digits of account number __**

**Is the claim subject to offset? ☐ No ☐ Yes**

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Gordon Andrus
c/o Terry & Thweatt PC
One Greenway Plaza
Suite 100
Houston, TX 77046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

GPM International, Inc.
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$630.19**

Grainger
PO Box 419267
Kansas City, MO 64141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Greg Malloch
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Guadalupe Castro**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation Claimant

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Guadalupe Meza A/N/F of J.S., a minor**
c/o Marty Herring & Associates
1616 S. Voss Road
Suite 890
Houston, TX 77057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation Claimant

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Guadalupe Meza, Individually**
c/o Marty Herring & Associates
1616 S. Voss Road
Suite 890
Houston, TX 77057

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Litigation Claimant

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hanh T. Nguyen**
c/o State Farm, Stephanie Moreno

PO Box 106169
Atlanta, GA 30348

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Litigation Claimant

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hector Medellin**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation Claimant

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hector Olvera & Maria Ofelia Mondragon**
c/o Anthony Peterson, LLP
500 North Water Street
Suite 1000
Corpus Christi, TX 78401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation Claimant

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Watson Valve Services, Inc.**

Name

Case number (if known)   **20-30968**

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Hector Silva
c/o Marty Herring & Associates
1616 S. Voss Road
Suite 890
Houston, TX 77057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Henry Lindsay
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Herbert Maduro
c/o Butler Weihmuller Katz Craig LLP
18383 Preston Road
Suite 400
Dallas, TX 75252

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Hilda Limas
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Hoai Pham
c/o Swyfft Insured
44 Headquarters Plaza
Morristown, NJ 07960

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred —

Basis for the claim:  Litigation Claimant

Last 4 digits of account number —

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Homero Regaldo
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor    **Watson Valve Services, Inc.**
_____
Name

Case number (if known)    **20-30968**
_____

| | | |
|---|---|---|
| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    Unknown |

**Hossein Sondjani**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    Unknown |

**Houston Auto Tech, Inc.**
**c/o Lassiter Law Firm**
**3120 Southwest Freeway**
**Suite 650**
**Houston, TX 77098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    Unknown |

**Houston Corvette Service, Inc.**
**c/o Terry & Thweatt PC**
**One Greenway Plaza**
**Suite 100**
**Houston, TX 77046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    Unknown |

**Houston Corvette Servies, Inc.**
**c/o Terry & Thweatt PC**
**One Greenway Plaza**
**Suite 100**
**Houston, TX 77046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    Unknown |

**Hung Duc Pham**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    Unknown |

**Hung Tran**
**c/o Swyfft Insured**
**44 Headquarters Plaza**
**Morrisontown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,908.16 |
| | Hytorc | ☐ Contingent | |
| | 12420 Texaco Road | ☐ Unliquidated | |
| | Houston, TX 77013 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $917.80 |
| | Industrial Bearing and Services | ☐ Contingent | |
| | PO Box 41325 | ☐ Unliquidated | |
| | Houston, TX 77241 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | Ingrid Miranda | ■ Contingent | |
| | c/o KWOK Daniel Ltd, LLP | ■ Unliquidated | |
| | 9805 Katy Freeway | ■ Disputed | |
| | Suite 850 | | |
| | Houston, TX 77024 | Basis for the claim: Litigation Claimant | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | Inmer Jesus Rivas | ■ Contingent | |
| | c/o State Farm, Christine Grisbee | ■ Unliquidated | |
| | PO Box 106169 | ■ Disputed | |
| | Atlanta, GA 30348 | Basis for the claim: Litigation Claimant | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | Insurers Indemnity Company | ■ Contingent | |
| | c/o Cozen O'Connor | ■ Unliquidated | |
| | 1221 McKinney St | ■ Disputed | |
| | Suite 2900 | | |
| | Houston, TX 77010 | Basis for the claim: Litigation Claimant | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | Irlanda Copeland | ■ Contingent | |
| | c/o KWOK Daniel Ltd, LLP | ■ Unliquidated | |
| | 9805 Katy Freeway | ■ Disputed | |
| | Suite 850 | | |
| | Houston, TX 77024 | Basis for the claim: Litigation Claimant | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | Isabel Campoverde | ■ Contingent | |
| | c/o Buzbee Law Firm | ■ Unliquidated | |
| | JP Morgan Chase Tower, 600 Travis Street | ■ Disputed | |
| | Suite 7300 | | |
| | Houston, TX 77002 | Basis for the claim: Litigation Claimant | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor      **Watson Valve Services, Inc.**

Name

Case number (if known)      **20-30968**

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Isabel Goria-Ruiz
c/o Butler Weihmuller Katz Craig LLP
18383 Preston Road
Suite 400
Dallas, TX 75252

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Isabella Figueroa
c/o McMillan Firm, PLLC
440 Louisiana Street
Suite 1200
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Isreal Trujillo
c/o Charles J. Argento & Associates

1111 North Loop West
Suite 715
Houston, TX 77008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Ivan Alvarado
c/o Triplett Law Firm
1511  Bingle Rd
#1
Houston, TX 77055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Ivan Alvarado, Jr.
c/o Triplett Law Firm
1511  Bingle Rd
#1
Houston, TX 77055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Ivana Alvarado
c/o Triplett Law Firm
1511  Bingle Rd
#1
Houston, TX 77055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Watson Valve Services, Inc.**
_____
Name

Case number (if known)    **20-30968**

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jaime Batres**
**c/o Swyfft Insured**
**44 Headquarters Plaza**
**Morrisontown, NJ 07960**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Litigation Claimant**

Date(s) debt was incurred —

Last 4 digits of account number —

Is the claim subject to offset? ■ No □ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Jaime Gonzalez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Litigation Claimant**

Date(s) debt was incurred —

Last 4 digits of account number —

Is the claim subject to offset? ■ No □ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jaime Gonzalez**
**c/o Columbia Lloyds Insurance Company**
**2200 W Alabama St**
**#210**
**Houston, TX 77098**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Litigation Claimant**

Date(s) debt was incurred —

Last 4 digits of account number —

Is the claim subject to offset? ■ No □ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Jair Leal
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Litigation Claimant**

Date(s) debt was incurred —

Last 4 digits of account number —

Is the claim subject to offset? ■ No □ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

James Bostick
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Litigation Claimant**

Date(s) debt was incurred —

Last 4 digits of account number —

Is the claim subject to offset? ■ No □ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

James Walker
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Litigation Claimant**

Date(s) debt was incurred —

Last 4 digits of account number —

Is the claim subject to offset? ■ No □ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jane Doe (a Minor)**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Janet Martinez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jasiah Sessions**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jasmin Serna**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Javier Lopez Herrera**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Javier Martinez**
**c/o Marty Herring & Associates**
**1616 S. Voss Road**
**Suite 890**
**Houston, TX 77057**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Javier Martinez & Guadalupe Meza**
**c/o Law Offices of James A. Lawrence**
**150 Decker Ct**
**Suite 150**
**Irving, TX 75062**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Jeanne Merritt
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Jennifer Isome**
**c/o IAT Insurance Group**
**702 Oberlin Rd**
**First Floor**
**Raleigh, NC 27605**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Jenny Thu Nguyen**
**c/o State Farm, Christine Grisbee**
**PO Box 106169**
**Atlanta, GA 30348**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.250** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Jerlesa Tates
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.251** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Jessie Sewel
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Watson Valve Services, Inc.**
Name

Case number (if known)   **20-30968**

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**3.252**
Nonpriority creditor's name and mailing address
Joan Doan
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

**3.253**
Nonpriority creditor's name and mailing address
Joe Brunson
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

**3.254**
Nonpriority creditor's name and mailing address
Johana Macin
c/o Marty Herring & Associates
1616 S. Voss Road
Suite 890
Houston, TX 77057

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

**3.255**
Nonpriority creditor's name and mailing address
John & Patricia Bradley
c/o Law Offices of James A. Lawrence
150 Decker Ct
Suite 150
Irving, TX 75062

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

**3.256**
Nonpriority creditor's name and mailing address
John Baccam
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

**3.257**
Nonpriority creditor's name and mailing address
John Dasilva
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

Debtor  **Watson Valve Services, Inc.**
_____
Name

Case number (if known)  **20-30968**

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**John Doe (a Minor)**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**John Gilbert Bomba**
**c/o State Farm, April Smith**
**PO Box 106169**
**Atlanta, GA 30348**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Johnnie Huynh**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Johnny Villalpando**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jorge Castillo**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jorge Chacon**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Jorge Cubas
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Jorge Garcia
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Jorge Hernandez
c/o Littleton Group
521 N Sam Houston Pkwy E
#400
Houston, TX 77060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Jorge Pham
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Jose and Irma Villegas
c/o Columbia Lloyds Insurance Company
2200 W Alabama St
#210
Houston, TX 77098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Jose Antonio Ramos Ramirez
c/o State Farm, Allen Robertson
PO Box 106169
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor  **Watson Valve Services, Inc.**
_____
Name

Case number (if known)  **20-30968**
_____

---

3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Jose Calderon**
**c/o FedNat Adjusting**
**14050 NW 14th Street**
**Suite 180**
**Sunrise, FL 33323**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:  Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Jose Calderon**
**c/o Triplett Law Firm**
**1511  Bingle Rd**
**#1**
**Houston, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:  Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Jose Corral
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Jose D. Coreas
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

---

3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Jose Deleon**
**c/o The Dick Law Firm, PLLC**
**3701 Brookwoods Dr**
**Houston, TX 77092**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:  Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Jose E. Giron**
**c/o Swyfft Insured**
**44 Headquarters Plaza**
**Morrisontown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:  Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Watson Valve Services, Inc.**
Name

Case number (if known)   **20-30968**

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Jose Mata
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Jose Mata
c/o Columbia Lloyds Insurance Company
2200 W Alabama St
#210
Houston, TX 77098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Jose Rodriguez
c/o Swyfft Insured
44 Headquarters Plaza
Morristown, NJ 07960

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Jose Romero
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Jose Tovar
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Joseph Boyd & Robert Singleton
c/o Law Offices of James A. Lawrence
150 Decker Ct
Suite 150
Irving, TX 75062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No  ☐ Yes

Debtor **Watson Valve Services, Inc.**
_____
Name

Case number (if known) **20-30968**
_____

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Joseph Cropper
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant 

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Joseph N. Lynch
c/o State Farm, Christine Grisham PO Box 106169
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant 

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Joseph Pham
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant 

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Joseph Phan
c/o State Farm, Angie Guest
PO Box 106169
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant 

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Joy Sessions
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant 

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Joy Sessions o/b/o Jaylyn Sessions
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant 

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor  **Watson Valve Services, Inc.**
_____
Name

Case number (if known)  **20-30968**

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Joyce Brooks**
**c/o Swyfft Insured**
**44 Headquarters Plaza** Morristown, NJ **07960**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Joyce Owens**
**c/o IAT Insurance Group**
**702 Oberlin Rd**
**First Floor**
**Raleigh, NC 27605**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

JPW Enterprises LLC
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Juan A. Gutierrez**
**c/o State Farm, Angie Guest**
**PO Box 106169**
**Atlanta, GA 30348**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Juan and Alicia Garcia**
**c/o The Dick Law Firm, PLLC**
**3701 Brookwoods Dr**
**Houston, TX 77092**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Juan Carlos Trujillo**
**c/o Charles J. Argento & Associates**
**1111 North Loop West**
**Suite 715**
**Houston, TX 77008**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** —

**Last 4 digits of account number** —

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

**3.294** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Juan Carlos Trujillo, Jr.
c/o Charles J. Argento & Associates

1111 North Loop West
Suite 715
Houston, TX 77008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.295** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Juan Reyes
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.296** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Juan Reyes
c/o Littleton Group
521 N Sam Houston Pkwy E
#400
Houston, TX 77060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.297** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Juan Torrest
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.298** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Julia Talamantes
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.299** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Julian De La Riva
c/o IAT Insurance Group
702 Oberlin Rd
First Floor
Raleigh, NC 27605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Julian Ramirez**
**c/o Columbia Lloyds Insurance Company**
**2200 W Alabama St**
**#210**
**Houston, TX 77098**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:  Litigation Claimant**

**Last 4 digits of account number __**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Juliassa Ruiz
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Jung S. Yun
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Jung Yun
c/o Butler Weihmuller Katz Craig LLP
18383 Preston Road
Suite 400
Dallas, TX 75252

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Karen Ford Todd
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Karen Laake
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Watson Valve Services, Inc.**
_____
Name

Case number (if known)   **20-30968**
_____

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Karla Rodriguez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Kasi Kirby
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Kathleen Molina
c/o The Dick Law Firm, PLLC
3701 Brookwoods Dr
Houston, TX 77092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Kathy Collins
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Kathy Molina
c/o Stutman Law
5068 W. Plano Parkway
Suite 260
Plano, TX 75093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Kay Dasilva
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (*if known*) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kelly Malady**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Litigation Claimant
Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kelly Mallady**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Litigation Claimant
Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ken Holland, Individually and on behalf**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Litigation Claimant
Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kerry Shirley**
c/o IAT Insurance Group
702 Oberlin Rd
First Floor
Raleigh, NC 27605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Litigation Claimant
Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kevin Argo**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Litigation Claimant
Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kevin Bonny**
c/o FedNat Adjusting
14050 NW 14th Street
Suite 180
Sunrise, FL 33323

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Litigation Claimant
Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor  **Watson Valve Services, Inc.**

Case number (if known)  **20-30968**

Name

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kevin Vu**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Khanh Nguyen**
c/o Swyfft Insured
44 Headquarters Plaza
Morristown, NJ 07960

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kiln**
c/o Cozen O'Connor
1221 McKinney St
Suite 2900
Houston, TX 77010

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kum Sun Song**
c/o IAT Insurance Group
702 Oberlin Rd
First Floor
Raleigh, NC 27605

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kurt Hall**
c/o Butler Weihmuller Katz Craig LLP
18383 Preston Road
Suite 400
Dallas, TX 75252

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kyle Mathis**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Valve Services, Inc.**
_____
Name

Case number (if known)   **20-30968**
_____

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $743.60 |
|---|---|---|---|

**Lamons Gasket Company**
**7300 Airport Blvd**
**Houston, TX 77061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lan Dao**
**c/o Butler Weihmuller Katz Craig LLP**
**18383 Preston Road**
**Suite 400**
**Dallas, TX 75252**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Laquita Earl**
**c/o The Dick Law Firm, PLLC**
**3701 Brookwoods Dr**
**Houston, TX 77092**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Lashonda M. Henderson
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Laura Ceballos
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Lawrence Sepulveda
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor **Watson Valve Services, Inc.**
     Name

Case number (if known)   **20-30968**

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Leonard Lebo o/b/o Pinemont Properties,
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Leonardo Fortuno**
**c/o Cypress Texas Insurance Company**
**12926 Gran Bay Parkway West**
**Suite 200**
**Jacksonville, FL 32258**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:  Litigation Claimant**

**Last 4 digits of account number __**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Leonel Garcia
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Leonor Beltran
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Letha R. Hubbard**
**c/o State Farm, Angie Guest**
**PO Box 106169**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:  Litigation Claimant**

**Last 4 digits of account number __**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Leticia Alarcon
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

3.336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Leticia Revuelta**
**c/o Butler Weihmuller Katz Craig LLP**
**18383 Preston Road**
**Suite 400**
**Dallas, TX 75252**

**Date(s) debt was incurred** —
**Last 4 digits of account number** —

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Lidia Harrison
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred —
Last 4 digits of account number —

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

---

3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Lililiana Rodriguez**
**c/o Swyfft Insured**
**44 Headquarters Plaza**
**Morristown, NJ 07960**

**Date(s) debt was incurred** —
**Last 4 digits of account number** —

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Linda Dang
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred —
Last 4 digits of account number —

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

---

3.340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Linh Nguyen**
**c/o IAT Insurance Group**
**702 Oberlin Rd**
**First Floor**
**Raleigh, NC 27605**

**Date(s) debt was incurred** —
**Last 4 digits of account number** —

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Logik Precision Inc**
**c/o Sentry Insurance**
**363 N Sam Houston Pkwy E, Houston, TX 77060**

**Date(s) debt was incurred** —
**Last 4 digits of account number** —

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**London**
**c/o Cozen O'Connor**
**1221 McKinney St**
**Suite 2900**
**Houston, TX 77010**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Long Nguyen**
**c/o Swyfft Insured**
**44 Headquarters Plaza**
**Morrisontown, NJ 07960**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Lucero Medellin
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lue Ann Walter-Enright**
**c/o State Farm, Angie Guest**
**PO Box 106169**
**Atlanta, GA 30348**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Luis Carreon
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Luis Medellin
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | | Case number (if known) | **20-30968** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Luis Melendez and Merlin Ramos**
**c/o Cypress Texas Insurance Company**
**12926 Gran Bay Parkway West**
**Suite 200**
**Jacksonville, FL 32258**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Luis Perez Towns Claim No. 20-F127492**

**c/o Columbia Lloyds Insurance Company**
**2200 W Alabama St #210**
**Houston, TX 77098**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Luis Reyes
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Luz Maria Villa
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Luz Torrez**
**c/o Swyfft Insured**
**44 Headquarters Plaza**
**Morristown, NJ 07960**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**M. Joyce Mintz**
**c/o State Farm, Allen Robertson**
**PO Box 106169**
**Atlanta, GA 30348**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Maggie Rivera
c/o Abraham Watkins Nichols Sorrels Agos
800 Commerce Street
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Manuel Corral
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Marcos Ramos
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Margarita Flores, Individually
c/o Abraham Watkins Nichols Sorrels Agos
800 Commerce Street
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Margarita Flores, Personal Representativ
c/o Abraham Watkins Nichols Sorrels Agos
800 Commerce Street
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Margarito Zavala
c/o Columbia Lloyds Insurance Company
2200 W Alabama St #210
Houston, TX 77098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

Debtor   **Watson Valve Services, Inc.**                                    Case number (if known)   **20-30968**

Name

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Maria Adela Perez
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Maria Arismel Trujillo
c/o Charles J. Argento & Associates
1111 North Loop West, Suite 715
Houston, TX 77008

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Maria Avallaneda
c/o Charles J. Argento & Associates
1111 North Loop West, Suite 715
Houston, TX 77008

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Maria Barajas
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Maria Barrero
c/o Butler Weihmuller Katz Craig LLP
18383 Preston Road
Suite 400
Dallas, TX 75252

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Maria Battiste
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Valve Services, Inc.**
_____
Name

Case number (if known)   **20-30968**
_____

| | |
|---|---|
| 3.366 | Nonpriority creditor's name and mailing address |

Maria Blanco
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.367 | Nonpriority creditor's name and mailing address |

Maria Del Carmen Rodriguez
c/o Columbia Lloyds Insurance Company
2200 W Alabama St
#210
Houston, TX 77098

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.368 | Nonpriority creditor's name and mailing address |

Maria Diosado
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.369 | Nonpriority creditor's name and mailing address |

Maria Duran
c/o FedNat Adjusting
14050 NW 14th Street
Suite 180
Sunrise, FL 33323

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.370 | Nonpriority creditor's name and mailing address |

Maria Escalera
c/o The Dick Law Firm, PLLC
3701 Brookwoods Dr
Houston, TX 77092

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.371 | Nonpriority creditor's name and mailing address |

Maria Hernandez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Maria Isabel Trejo**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Maria J. Hernanez**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Maria Medellin**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Maria Prudencio**
c/o Swyfft Insured
44 Headquarters Plaza
Morrisontown, NJ 07960

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Maria Salazar**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Maria Uriostegui**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **Watson Valve Services, Inc.**                         Case number (if known)    **20-30968**
_____
Name

---

**3.378** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Maribel and Jose Hernandez**
**c/o Cypress Texas Insurance Company**
**12926 Gran Bay Parkway West**
**Suite 200**
**Jacksonville, FL 32258**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:  Litigation Claimant**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.379** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Maricela Flores
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Mariela Garcia
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Marilyn Cue
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.382** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Marilyn Cue**
**c/o Swyfft Insured**
**44 Headquarters Plaza**
**Morristown, NJ 07960**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:  Litigation Claimant**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.383** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Mario Ginaldo
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Watson Valve Services, Inc.**

Case number (if known)   **20-30968**

Name

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Mario Ruiz
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Marisela Calderon
c/o Triplett Law Firm
1511  Bingle Rd
#1
Houston, TX 77055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Mark and Nola Jensen
c/o Law Offices of James A. Lawrence
150 Decker Ct
Suite 150
Irving, TX 75062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Mark Matthews
c/o State Farm, Angie Guest
PO Box 106169
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Mark Snyder
c/o Equian
5975 Castle Creek Pkwy
Suite 100
Indianapolis, IN 46250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Mark Tran
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

**3.390** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Marta Isabel Luevano**
**c/o Swyfft Insured**
**44 Headquarters Plaza**
**Morrisontown, NJ 07960**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** —

**Basis for the claim:  Litigation Claimant**

**Last 4 digits of account number** —

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.391** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Martha Trejo**
**c/o Stutman Law**
**5068 W. Plano Parkway**
**Suite 260**
**Plano, TX 75093**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** —

**Basis for the claim:  Litigation Claimant**

**Last 4 digits of account number** —

**Is the claim subject to offset?** ■ No ☐ Yes

---

3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Martin Boado
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Martin Esqueda
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Mary Bostick
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Mary Contreras**
**c/o Swyfft Insured**
**44 Headquarters Plaza**
**Morrisontown, NJ 07960**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** —

**Basis for the claim:  Litigation Claimant**

**Last 4 digits of account number** —

**Is the claim subject to offset?** ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

**3.396** | Nonpriority creditor's name and mailing address

Massiel Nunez
c/o McMillan Firm, PLLC
440 Louisiana Street
Suite 1200
Houston, TX 77002

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.397** | Nonpriority creditor's name and mailing address

Massiel Nunez
c/o Swyfft Insured
44 Headquarters Plaza
Morristown, NJ 07960

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.398** | Nonpriority creditor's name and mailing address

Matthew Collazo
c/o The Dick Law Firm, PLLC
3701 Brookwoods Dr
Houston, TX 77092

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.399** | Nonpriority creditor's name and mailing address

Mayra Benitez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.400** | Nonpriority creditor's name and mailing address

Mayra Reyes
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.401** | Nonpriority creditor's name and mailing address

Melissa Walker
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | | Case number (if known) | **20-30968** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Melody Doplher
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Mervin Albania
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Michael Brookings
c/o IAT Insurance Group
702 Oberlin Rd
First Floor
Raleigh, NC 27605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Michael Carpino
c/o Swyfft Insured
44 Headquarters Plaza
Morrisontown, NJ 07960

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Michael Lauralyn
c/o Butler Weihmuller Katz Craig LLP
18383 Preston Road
Suite 400
Dallas, TX 75252

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Michael Makris
c/o Swyfft Insured
44 Headquarters Plaza
Morrisontown, NJ 07960

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

**3.408** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Michael Morrison**
**c/o FedNat Adjusting**
**14050 NW 14th Street**
**Suite 180**
**Sunrise, FL 33323**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:  Litigation Claimant**

**Last 4 digits of account number __**

**Is the claim subject to offset?** ☑ No ☐ Yes

---

**3.409** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Michael Salazar
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.410** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Michael Smooke
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.411** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Michelle Jimenez
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.412** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Miguel A. Segovia**
**c/o State Farm, April Smith**
**PO Box 106169**
**Atlanta, GA 30348**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:  Litigation Claimant**

**Last 4 digits of account number __**

**Is the claim subject to offset?** ☑ No ☐ Yes

---

**3.413** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Miguel Cordero
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| Debtor | **Watson Valve Services, Inc.** | | Case number (if known) | **20-30968** |
|---|---|---|---|---|
| | Name | | | |

---

**3.414** | Nonpriority creditor's name and mailing address

Miguel Puente Salazar
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.415** | Nonpriority creditor's name and mailing address

Mijah Sessions
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.416** | Nonpriority creditor's name and mailing address

Milagro Ordonez
c/o Swyfft Insured
44 Headquarters Plaza
Morristown, NJ 07960

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.417** | Nonpriority creditor's name and mailing address

Mirian Cruz
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.418** | Nonpriority creditor's name and mailing address

Misaez Alvear
c/o The Dick Law Firm, PLLC
3701 Brookwoods Dr
Houston, TX 77092

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.419** | Nonpriority creditor's name and mailing address

Mohsen & Kathleen Roohi
c/o Law Offices of James A. Lawrence
150 Decker Ct
Suite 150
Irving, TX 75062

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Morgan Lee
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

MSO Seals and Gaskets, Inc
c/o Law Offices of James A. Lawrence
150 Decker Ct
Suite 150
Irving, TX 75062

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Myca Nguyen
c/o Butler Weihmuller Katz Craig LLP
18383 Preston Road
Suite 400
Dallas, TX 75252

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Myra Jefferson
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Natalie Boughal
c/o Swyfft Insured
44 Headquarters Plaza
Morristown, NJ 07960

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number —

Basis for the claim:  Litigation Claimant

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Nathan Decicco
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

**3.426** | Nonpriority creditor's name and mailing address

Nelly Zelaya
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.427** | Nonpriority creditor's name and mailing address

Nelson Dos Santos
c/o FedNat Adjusting
14050 NW 14th Street
Suite 180
Sunrise, FL 33323

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.428** | Nonpriority creditor's name and mailing address

Nestor Javier Gonzalez Velazquez
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.429** | Nonpriority creditor's name and mailing address

Nguyen Hoang
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.430** | Nonpriority creditor's name and mailing address

Noe Cruz
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.431** | Nonpriority creditor's name and mailing address

Noe Rodriguez
c/o The Dick Law Firm, PLLC
3701 Brookwoods Dr
Houston, TX 77092

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Watson Valve Services, Inc.**
_____
Name

Case number (if known)    **20-30968**

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Normajean Paula Hernandez**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,000.00** |
|---|---|---|---|

**Norton Rose Fullbright**
1301 McKinney Street
Suite 1500
Houston, TX 77010

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Legal Fees**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Odess Marie James House**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Olivia Flores**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Omar Cruz**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Oneida Talamantes**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

Debtor    **Watson Valve Services, Inc.**
_____
Name                                          Case number (if known)    **20-30968**

| | |
|---|---|
| 3.438 | **Nonpriority creditor's name and mailing address** |

**Oscar Betancourt**
**c/o Stutman Law**
**5068 W. Plano Parkway**
**Suite 260**
**Plano, TX 75093**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

■  Contingent
■  Unliquidated
■  Disputed

**Basis for the claim:**  **Litigation Claimant**

**Is the claim subject to offset?**  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.439 | Nonpriority creditor's name and mailing address |

Otilia Arjona
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    Unknown

■  Contingent
■  Unliquidated
■  Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.440 | Nonpriority creditor's name and mailing address |

Pablo Lopez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    Unknown

■  Contingent
■  Unliquidated
■  Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.441 | Nonpriority creditor's name and mailing address |

Pamela Robertson
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    Unknown

■  Contingent
■  Unliquidated
■  Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.442 | Nonpriority creditor's name and mailing address |

Paola Chazarreta
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    Unknown

■  Contingent
■  Unliquidated
■  Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.443 | Nonpriority creditor's name and mailing address |

Paola G. Chazarreta
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    Unknown

■  Contingent
■  Unliquidated
■  Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Watson Valve Services, Inc.**
_____
Name

Case number (if known)   **20-30968**
_____

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.444** | **Nonpriority creditor's name and mailing address**

**Patricia C. Sheddan**
**c/o State Farm, Teresa Brunett**
**PO Box 106169**
**Atlanta, GA 30348**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.445** | Nonpriority creditor's name and mailing address

Patricia Cervantes
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.446** | Nonpriority creditor's name and mailing address

Patricia Partales
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.447** | Nonpriority creditor's name and mailing address

Patricio Hernandez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.448** | Nonpriority creditor's name and mailing address

Paul Martinez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.449** | Nonpriority creditor's name and mailing address

Pedro Arjona
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Valve Services, Inc.**
_____
Name

Case number (if known)   **20-30968**

| | |
|---|---|
| **3.450** | |

**Nonpriority creditor's name and mailing address**
**Pedro Garcia**
**c/o The Dick Law Firm, PLLC**
**3701 Brookwoods Dr**
**Houston, TX 77092**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ **Contingent**
■ **Unliquidated**
■ **Disputed**

**Basis for the claim:** **Litigation Claimant**

**Is the claim subject to offset?** ■ No ☐ Yes

**Unknown**

---

**3.451**

Nonpriority creditor's name and mailing address
Peter Arjona
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.452**

**Nonpriority creditor's name and mailing address**
**Phillip Burnam**
**c/o Nguyen Chen LLP**
**11200 Westhemer Rd**
**Houston, TX 77042**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ **Contingent**
■ **Unliquidated**
■ **Disputed**

**Basis for the claim:  Litigation Claimant**

**Is the claim subject to offset?** ■ No ☐ Yes

**Unknown**

---

**3.453**

Nonpriority creditor's name and mailing address
Phong Nguyen
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.454**

**Nonpriority creditor's name and mailing address**
**Prabhat Sharma**
**c/o IAT Insurance Group**
**702 Oberlin Rd**
**First Floor**
**Raleigh, NC 27605**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ **Contingent**
■ **Unliquidated**
■ **Disputed**

**Basis for the claim:  Litigation Claimant**

**Is the claim subject to offset?** ■ No ☐ Yes

**Unknown**

---

**3.455**

**Nonpriority creditor's name and mailing address**
**Priscilla D. Rios**
**c/o State Farm, Angie Guest**
**PO Box 106169**
**Atlanta, GA 30348**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ **Contingent**
■ **Unliquidated**
■ **Disputed**

**Basis for the claim:  Litigation Claimant**

**Is the claim subject to offset?** ■ No ☐ Yes

**Unknown**

---

**3.456**

**Nonpriority creditor's name and mailing address**
**Process Plants International**
**13 Link Crescent**
**Coolum Beach, Queensland 4573**
**Australia**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ **Contingent**
■ **Unliquidated**
☐ Disputed

**Basis for the claim:** __

**Is the claim subject to offset?** ■ No ☐ Yes

**Unknown**

---

Debtor  **Watson Valve Services, Inc.**
          _____
          Name

Case number (if known)   **20-30968**

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**PT Huayue Nickel Cobalt**
Gedung Wisma Mulia Lt.41 Jl. Jend Gatot
Subroto No. 42 Kuningan Barat, Mampang
Prapatan. 12710 Jakarta, Indonesia

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Unearned Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Quest IRA Inc FBO Grant Farrelly**
c/o Littleton Group
521 N Sam Houston Pkwy E
#400
Houston, TX 77060

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ramiro Zuniga**
c/o Swyfft Insured
44 Headquarters Plaza
Morristown, NJ 07960

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ramon Cortez (Individually and on behalf**
c/o Mostyn Law
3810 West Alabama Street
Houston, TX 77027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ramsey & Company/**
o Sentry Insurance
363 N Sam Houston Pkwy E
Houston, TX 77060

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Rangel Gerardo**
c/o Columbia Lloyds Insurance Company
2200 W Alabama St #210
Houston, TX 77098

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred

Basis for the claim:  Litigation Claimant

Last 4 digits of account number

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Rebeca Juan**
c/o Charles J. Argento & Associates
1111 North Loop West
Suite 715
Houston, TX 77008

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Rebecca McKeehan
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Reymundo Ceballos
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Reyna Malerva Torres
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Rhythm Room Rehersal Studio, Incc/
o Stutman Law
5068 W. Plano Parkway
Suite 260
Plano, TX 75093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Ricardo Carreon
c/o Law Offices of Manuel Solis, PC
6657 Navagation Boulevard
Houston, TX 77011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Ricardo Reyes
c/o IAT Insurance Group
702 Oberlin Rd
First Floor
Raleigh, NC 27605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **Watson Valve Services, Inc.**                                    Case number (if known)    **20-30968**
Name

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Richard Gannon**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Rigoberto Miranda Jr.**
c/o Columbia Lloyds Insurance Company
2200 W Alabama St
#210
Houston, TX 77098

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Rigoberto Miranda, Jr.**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Rita Rivera**
c/o O'Malley Law Firm
440 Louisiana St
Suite 1225
Houston, TX 77002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Rivis Husband**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Robert Ojeda**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Roberto A. Aguilar-Aviles**
**c/o State Farm, Angie Guest**
**PO Box 106169**
**Atlanta, GA 30348**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation Claimant**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Roberto Hernandez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Rochelle Feaster
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Rodriguez Clementina Izaguirre
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronald Gonzalez**
**c/o Swyfft Insured**
**44 Headquarters Plaza**
**Morrisontown, NJ 07960**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation Claimant**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Rosalba Martinez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

**3.482** | Nonpriority creditor's name and mailing address

**Rosalba Mendieta**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.483** | Nonpriority creditor's name and mailing address

**Rosalie Holland**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.484** | Nonpriority creditor's name and mailing address

**Rosalie Holland**
c/o Swyfft Insured
44 Headquarters Plaza
Morristown, NJ 07960

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.485** | Nonpriority creditor's name and mailing address

**Rosaura Calix**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.486** | Nonpriority creditor's name and mailing address

**Rose Avitia**
c/o Law Offices of Manuel Solis, PC
6657 Navagation Boulevard
Houston, TX 77011

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.487** | Nonpriority creditor's name and mailing address

**Rotimi Martins**
c/o The Dick Law Firm, PLLC
3701 Brookwoods Dr
Houston, TX 77092

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor __Watson Valve Services, Inc.__                          Case number (if known)    20-30968
Name

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Rozalinda Gomez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Ryan Hess
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Salvador Morales
c/o Columbia Lloyds Insurance Company
2200 W Alabama St
#210
Houston, TX 77098

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Samuel Ruffino
c/o The Dick Law Firm, PLLC
3701 Brookwoods Dr
Houston, TX 77092

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Santos Escobar
c/o The Woodlands Insurance Company
1201 Lake Woodlands Drive
Suite 4020
Woodlands, TX 77380

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Sara Avila
c/o Butler Weihmuller Katz Craig LLP
18383 Preston Road
Suite 400
Dallas, TX 75252

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | | Case number (if known) | **20-30968** |
|---|---|---|---|---|
| | Name | | | |

---

**3.494** Nonpriority creditor's name and mailing address

Sara G. Darrow
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Litigation Claimant 

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.495** Nonpriority creditor's name and mailing address

Sara Gloria
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Litigation Claimant 

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.496** Nonpriority creditor's name and mailing address

Score Valve Services Inc.
6410 Langfield Road
Building B
Houston, TX 77092

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.497** Nonpriority creditor's name and mailing address

Sean Robert Rangel
c/o Fernelius Simon Mace Robertson Perdu
4119 Montrose Boulevard
Suite 500
Houston, TX 77006

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Litigation Claimant 

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.498** Nonpriority creditor's name and mailing address

Sebastijan Berenji
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Litigation Claimant 

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.499** Nonpriority creditor's name and mailing address

Sergio Cruz
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Litigation Claimant 

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Sergio Cruz, Jr.
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Silvia Arevalo
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Sindy Sanchez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Skylar Douglas
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Sofia Perez Hoill
c/o State Farm, Christine Grisham, PO Box 106169
Atlanta, GA 30348

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Sophie Lindsay
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

**3.506** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Sotaura Tyler
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.507** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Stacy Argo
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.508** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Star Time Supply Co, Inc
c/o The Hanover Insurance Group
10375 Richmond Ave
Houston, TX 77042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.509** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

State Auto Insurance
c/o Cozen O'Connor
1221 McKinney St
Suite 2900
Houston, TX 77010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.510** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Steven Reagle
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.511** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Steven Titley & Imelda Barrerra
c/o Law Offices of James A. Lawrence
150 Decker Ct
Suite 150
Irving, TX 75062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor      **Watson Valve Services, Inc.**                              Case number (if known)    **20-30968**
_____
Name

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Steven Tong**
**c/o IAT Insurance Group**
**702 Oberlin Rd**
**First Floor**
**Raleigh, NC 27605**

☐ **Contingent**

☐ **Unliquidated**

☐ **Disputed**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:  Litigation Claimant**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Steven Tran**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent

☐ Unliquidated

■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:  Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Stingray Energy, LLC**
**c/o Terry & Thweatt PC**
**One Greenway Plaza**
**Suite 100**
**Houston, TX 77046**

■ Contingent

☐ Unliquidated

■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:  Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,978.60 |

**Suhm Spring Works, Ltd**
**14650 Heathrow Forest Parkway**
**Houston, TX 77032**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Sulma Berjano**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent

☐ Unliquidated

■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:  Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,737.65 |

**Surface Preparation**
**5973 South Loop East**
**Houston, TX 77033**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Susan Lopez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent

☐ Unliquidated

■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:  Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Watson Valve Services, Inc.**                                              Case number (if known)    **20-30968**
_____
Name

| | |
|---|---|
| 3.519 | **Nonpriority creditor's name and mailing address** |

**Susie Brunson, as next friend of Bylan B**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.520 | Nonpriority creditor's name and mailing address |

**Susie Brunson, Individually**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.521 | **Nonpriority creditor's name and mailing address** |

**SWYFFT**
**c/o Cozen O'Connor**
**1221 McKinney St**
**Suite 2900**
**Houston, TX 77010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.522 | Nonpriority creditor's name and mailing address |

**Sylvia Garza**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.523 | **Nonpriority creditor's name and mailing address** |

**Tae Kim**
**c/o IAT Insurance Group**
**702 Oberlin Rd**
**First Floor**
**Raleigh, NC 27605**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.524 | Nonpriority creditor's name and mailing address |

**Tan Truong**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tasha Felder, Individually and on Behalf**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Litigation Claimant **

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tatiana Martinez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Litigation Claimant **

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,081.43** |
|---|---|---|---|

**Teadit**
**10545 Red Bluff Road**
**Pasadena, TX 77507**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

**Basis for the claim: __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Terri Sepluveda**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Litigation Claimant **

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Texas Environmental Control, Inc.**
**c/o White and Williams, LLP**
**1650 Market Street, One Liberty Place**
**Suite 1800**
**Philadelphia, PA 19103**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| 3.530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The Estate of Donald B. Carlin**
**c/o State Farm, Luz Monarrez**
**PO Box 106169**
**Atlanta, GA 30348**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The Nut Place**
**6605 Gessner Road**
**Houston, TX 77040**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

**Basis for the claim: __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|

Name

---

**3.532**

**Nonpriority creditor's name and mailing address**
**Theresa Muir**
**c/o IAT Insurance Group**
**702 Oberlin Rd**
**First Floor**
**Raleigh, NC 27605**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Litigation Claimant**

**Is the claim subject to offset?** ☐ No ☐ Yes

**Unknown**

---

**3.533**

Nonpriority creditor's name and mailing address
Tina Do
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.534**

Nonpriority creditor's name and mailing address
Tina Tran
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.535**

**Nonpriority creditor's name and mailing address**
**Tokio Marine**
**c/o Cozen O'Connor**
**1221 McKinney St**
**Suite 2900**
**Houston, TX 77010**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Litigation Claimant**

**Is the claim subject to offset?** ☐ No ☐ Yes

**Unknown**

---

**3.536**

**Nonpriority creditor's name and mailing address**
**Tommy Vo**
**c/o Swyfft Insured**
**44 Headquarters Plaza**
**Morristown, NJ 07960**

**Date(s) debt was incurred** —
**Last 4 digits of account number** —

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Litigation Claimant**

**Is the claim subject to offset?** ☐ No ☐ Yes

**Unknown**

---

**3.537**

**Nonpriority creditor's name and mailing address**
**Tracy Stephenson**
**c/o Stutman Law**
**5068 W. Plano Parkway**
**Suite 260**
**Plano, TX 75093**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Litigation Claimant**

**Is the claim subject to offset?** ☐ No ☐ Yes

**Unknown**

---

Debtor **Watson Valve Services, Inc.**

Case number (if known) 20-30968

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Tran Huynh**
**c/o Swyfft Insured**
**44 Headquarters Plaza**
**Morristown, NJ 07960**

Date(s) debt was incurred —

Last 4 digits of account number —

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Travis Horton
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred —

Last 4 digits of account number —

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Trivia Douglas
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred —

Last 4 digits of account number —

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Tuyet Do
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred —

Last 4 digits of account number —

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,294.38 |

U-Line, Inc.
2200 S. Lakeside Drive
Chicago, IL 60693

Date(s) debt was incurred —

Last 4 digits of account number —

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: —

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |

Universe Technical Translate
9225 Katy Freeway
Suite 400
Houston, TX 77024

Date(s) debt was incurred —

Last 4 digits of account number —

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: —

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**UPC Insurance**
**c/o Cozen O'Connor**
**1221 McKinney St**
**Suite 2900**
**Houston, TX 77010**

Date(s) debt was incurred —

Last 4 digits of account number —

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ☐ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

**3.545** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Van Nguyen**
**c/o The Dick Law Firm, PLLC**
**3701 Brookwoods Dr**
**Houston, TX 77092**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Litigation Claimant**

**Last 4 digits of account number** __

**Is the claim subject to offset?** ☑ No ☐ Yes

---

3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,221.41**

Vanaire Inc
840 Clark Drive
Gladstone, MI 49837

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Veit Tran
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Veronic Jimenez
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.549** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Victor Guzman**
**c/o State Farm, Christine Grisbee**

**PO Box 106169**
**Atlanta, GA 30348**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Litigation Claimant**

**Last 4 digits of account number** __

**Is the claim subject to offset?** ☑ No ☐ Yes

---

**3.550** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Victor Quijada**
**c/o Swyfft Insured**
**44 Headquarters Plaza**

**Morrisontown, NJ 07960**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Litigation Claimant**

**Last 4 digits of account number** __

**Is the claim subject to offset?** ☑ No ☐ Yes

---

3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Victoria Chavez
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Victoria Ontoya-Torres
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Victoria Wells
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Wanda Meyer
c/o Stutman Law
5068 W. Plano Parkway
Suite 260
Plano, TX 75093

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Watson Grinding and Manufacturing Co.
4525 Gessner Road
Houston, TX 77041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Payable balance & Intercompany Payable balance

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Watson Valve Services Australia
13 Link Cresent
Coolum Beach, Queensland 4573
Australia

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Wendy Honda
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | Watson Valve Services, Inc. | Case number (if known) | 20-30968 |
|---|---|---|---|
| | Name | | |

---

**3.558**

Nonpriority creditor's name and mailing address

Wendy Nguyen
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.559**

Nonpriority creditor's name and mailing address

Westport Shores LLC
c/o IAT Insurance Group
702 Oberlin Rd
First Floor
Raleigh, NC 27605

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑  Contingent
☑  Unliquidated
☑  Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.560**

Nonpriority creditor's name and mailing address

William Walingsford
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.561**

Nonpriority creditor's name and mailing address

Wilmer Rivera
c/o Swyfft Insured
44 Headquarters Plaza

Morrisontown, NJ 07960

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑  Contingent
☑  Unliquidated
☑  Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.562**

Nonpriority creditor's name and mailing address

Yesenia Ayala, as Next Fried of I.C. and
c/o Byron C. Alfred
2019 Wichita Street
Houston, TX 77004

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.563**

Nonpriority creditor's name and mailing address

Yesica Alvear
c/o The Dick Law Firm, PLLC
3701 Brookwoods Dr
Houston, TX 77092

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑  Contingent
☑  Unliquidated
☑  Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

Debtor **Watson Valve Services, Inc.**

Case number (if known) **20-30968**

---

Name

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Yessica Gonzalez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Yolanda Wells
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Yoloanda Navarro
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Yousef Abdulla
c/o Lassiter Law Firm
3120 Southwest Freeway
Suite 650
Houston, TX 77098

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Zacarias Chacon
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Zulema Patricia Perez
c/o Columbia Lloyds Insurance Company
2200 W Alabama St
#210
Houston, TX 77098

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Watson Valve Services, Inc.** | Case number (if known) | **20-30968** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 60,964.61 |
| **5b. Total claims from Part 2** | 5b. + | $ 896,037.08 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 957,001.69 |