IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| Watson Valve Services, Inc. | § § | Case No. 20-30968 |
| Debtor. | § § | Chapter 11 |

**SECOND MONTHLY FEE STATEMENT OF MACCO RESTRUCTURING GROUP, LLC, AS FINANCIAL ADVISORS FOR DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF APRIL 2020**

| | |
|---|---|
| **Name of Applicant:** | MACCO Restructuring Group, LLC |
| **Date of Retention[1]:** | April 9, 2020 |
| **Period for which Fees and Expenses are Incurred:** | April 1 – April 30, 2020 |
| **Interim Fees Incurred:** | $ 22,605.00 |
| **Interment Payment of Fees Requested (80%):** | $ 18,084.00 |
| **Interim Expenses Incurred:** | $     0.00 |
| **Total Fees and Expenses Due:[2]** | $ 18,084.00 |

This is the Second Monthly Fee Statement.

---

[1] Ordered authorizing application to employ was amended and entered on April 10, 2020 [Docket No. 137]. Applicant was retained as of February 25, 2020.

[2] Pursuant to this Court's Order pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 120], if no objection to the fees or expenses sought in the Monthly Statement is received by the expiration of the objection deadline, the Debtor is authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement. Parties have fourteen days to object.

MACCO Restructuring Group, LLC ("**MACCO**"), as Financial Advisors for Debtor and Debtor in Possession of Watson Valve Services, Inc. ("**Debtor**") submits this Second Monthly Fee Statement ("**Fee Statement**") for the period from April 1, 2020 through April 30, 2020 ("**Application Period**") in accordance with the Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 120] ("**Interim Compensation Order**").

MACCO requests compensation for professional services rendered in the amount of $22,605.00 ("**Fees**"), and for reimbursement of out-of-pocket expenses incurred in the amount of $0.00 ("**Expenses**"), for the period from April 1, 2020 through April 30, 2020. Eighty percent (80%) of the fees equals $18,084.00 and one hundred percent (100%) of the Expenses equals $0.00 for a total requested amount of $18,084.00. A summary of the time expended by MACCO professionals, together with their respective hourly rates is attached as **Exhibit A**. A summary of the fees by project category are attached as **Exhibit B**. A summary of expenses is attached as **Exhibit C**. The invoice for fees and expenses incurred during the Application Period is attached as **Exhibit D**.

## NOTICE

Pursuant to the Order Establish Interim Professional Compensation Procedures [Bk. Dkt. No. 120], notice of this Fee Statement will be provided to (i) the Office of the United States Trustee for the Southern District of Texas; (ii) Husch Blackwell as counsel for Texas Capital Bank, the secured lender; and (iii) counsel for the January 24 Claimants Committee in the Watson Grinding & Manufacturing Co. bankruptcy case, Case No. 20-30967, pending before this Court.

**PRAYER**

WHEREFORE, MACCO respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of compensation for professional services rendered) as follows:

| | |
|---|---:|
| **Fees (80%)** | $ 18,084.00 |
| **Expenses (100%)** | $ 0.00 |
| **Total Interim Request** | **$ $18,084.00** |

The Debtor respectfully requests that this Court grant the relief requested to use cash collateral on an interim basis and for such other and further relief to which it is entitled.

Dated: May 12, 2020

Respectfully submitted,

**MACCO Restructuring Group, LLC**

By: /s/ Drew McManigle
The Pennzoil Building
700 Milam Street, Suite 1300
Houston, Texas 77002
Telephone: (410) 350-1839
Email: drew@maccorestructuringgroup.com

MCDOWELL HETHERINGTON LLP
Jarrod B. Martin
Texas Bar No. 24070221
Kate H. Easterling
Texas Bar No. 24053257
Avi Moshenberg
Texas Bar No. 24083532
1001 Fannin Street, Suite 2700
Houston, TX 77002
P: 713-337-5580
F: 713-337-8850
E: Jarrod.Martin@mhllp.com
E: Kate.Easterling@mhllp.com
E: Avi.Moshenberg@mhllp.com

*Counsel for Watson Valve Services, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 12, 2020, a true and correct copy of the foregoing Fee Statement was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system, and via email on the following parties:

| | |
|---|---|
| **Counsel for the US Trustee**<br>Stephen Statham | Stephen.Statham@usdoj.gov |
| **Counsel for the Secured Lender**<br>Tim Million | tim.million@huschblackwell.com |
| **Counsel for the January 24 Claimants Committee**<br>Josh Wolfshohl | JWolfshohl@porterhedges.com |

                                                   */s/ Drew McManigle*
                                                   Drew McManigle

## EXHIBIT A – TIMEKEEPER ANALYSIS

| NAME | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| Drew McManigle | 4.20 | $550.00 | $2,310.00 |
| Paul Maniscalco | 1.00 | $550.00 | $550.00 |
| Kathy Mayle | 4.80 | $400.00 | $1,920.00 |
| Pablo Bonjour | 1.40 | $400.00 | $560.00 |
| Frank Cottrell | 26.10 | $400.00 | $10,440.00 |
| Micah Miller | 18.50 | $350.00 | $6,475.00 |
| Eric Moll | 2.00 | $175.00 | $350.00 |
| **Totals:** | **58.00** | | **$22,605.00** |

# EXHIBIT B
# FEES BY PROJECT CATEGORY

# MACCO Restructuring Group

ACTIVITY BY PROJECT

**EXHIBIT B**

**FILTERS USED :**

**Project In :** Watson Valve - Chapter 11

and **Time Entry Date In :** 4/1/2020 To 4/30/2020

PROJECT: Watson Valve - Chapter 11  *Drill Down Enabled*

| ACTIVITY | DESCRIPTION | EMPLOYEE | HOURS | AMOUNT |
|---|---|---|---|---|
| 001: | Client Meeting | | | |
| | | Eric Moll | 2.00 | $350.00 |
| | | Frank Cottrell | 1.40 | $560.00 |
| | | Pablo Bonjour | 0.20 | $80.00 |
| | | 001: TOTAL: | 3.60 | $990.00 |
| 002: | Attorney Meeting | | | |
| | | Frank Cottrell | 5.30 | $2,120.00 |
| 002: | Response to financial information request. | | | |
| | | Frank Cottrell | 0.60 | $240.00 |
| | | 002: TOTAL: | 5.90 | $2,360.00 |
| 005: | Attorney Communication | | | |
| | | Drew McManigle | 2.50 | $1,375.00 |
| | | Pablo Bonjour | 1.20 | $480.00 |
| | | 005: TOTAL: | 3.70 | $1,855.00 |
| 007: | Internal Communication | | | |
| | | Drew McManigle | 0.60 | $330.00 |
| | | Micah Miller | 0.30 | $105.00 |
| | | 007: TOTAL: | 0.90 | $435.00 |
| 009: | Operations | | | |
| | | Drew McManigle | 0.30 | $165.00 |
| | | Frank Cottrell | 2.10 | $840.00 |
| | | 009: TOTAL: | 2.40 | $1,005.00 |
| 010: | Accounting and Financials | | | |
| | | Frank Cottrell | 16.70 | $6,680.00 |
| | | Kathy Mayle | 0.20 | $80.00 |
| | | 010: TOTAL: | 16.90 | $6,760.00 |
| 016: | Case Administration | | | |
| | | Drew McManigle | 0.40 | $220.00 |
| | | Kathy Mayle | 1.70 | $680.00 |
| | | Micah Miller | 12.60 | $4,410.00 |
| | | Paul Maniscalco | 1.00 | $550.00 |
| | | 016: TOTAL: | 15.70 | $5,860.00 |
| 018: | Employment/Fee Applications/Objections | | | |
| | | Drew McManigle | 0.40 | $220.00 |
| | | Kathy Mayle | 1.70 | $680.00 |
| | | 018: TOTAL: | 2.10 | $900.00 |
| 023: | Preparation of Schedules and Statements | | | |
| | | Kathy Mayle | 1.20 | $480.00 |
| | | Micah Miller | 5.60 | $1,960.00 |
| | | 023: TOTAL: | 6.80 | $2,440.00 |
| | | Watson Valve - Chapter 11 TOTAL: | 56.00 | $22,255.00 |
| | | **GRAND TOTAL:** | **58.00** | **$22,605.00** |

# EXHIBIT C – Summary of Expenses

EXPENSES  $0.00

# EXHIBIT D – INVOICE



**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@maccorestructuringgroup.com
www.maccorestructuringgroup.com

**EXHIBIT D**

# INVOICE

INVOICE DATE: 4/30/2020
INVOICE NO: 1075
BILLING THROUGH: 4/30/2020

Bob White
Watson Valve Services, Inc.
4525 Gessner Road
Houston, TX 77041

**Watson Valve - Chapter 11**               **Managed By: Drew McManigle**

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| **001:** | **Client Meeting** | | | | |
| 2/26/2020 | Eric Moll | Initial meeting with Watson Grinding Executives and counsel, followed by MACCO team meeting for post-meeting discussion. | 2.00 | $175.00 | $350.00 |
| 4/1/2020 | Frank Cottrell | Wind Down Planning Discussion. | 1.40 | $400.00 | $560.00 |
| 4/29/2020 | Pablo Bonjour | Communication with J. Martin and F. Cottrell regarding the liquidation analysis for Watson Valve. | 0.20 | $400.00 | $80.00 |
| | | **001: Client Meeting Totals:** | **3.60** | | **$990.00** |
| **002:** | **Attorney Meeting** | | | | |
| 4/6/2020 | Frank Cottrell | Wind down and work in process discussion. | 0.60 | $400.00 | $240.00 |
| 4/10/2020 | Frank Cottrell | Wind down and work in process discussion. | 0.80 | $400.00 | $320.00 |
| 4/20/2020 | Frank Cottrell | Compiling of response to Charles Rubio, personal lawyer to John Watson. | 1.00 | $400.00 | $400.00 |
| 4/21/2020 | Frank Cottrell | Wind down and work in process discussion w/ Charles Rubio and Watson Management. | 1.40 | $400.00 | $560.00 |
| 4/23/2020 | Frank Cottrell | Wind down and work in process discussion. | 0.60 | $400.00 | $240.00 |
| 4/28/2020 | Frank Cottrell | Going Concern analysis discussion based on repair only. Drafting of info request. | 0.90 | $400.00 | $360.00 |
| 4/29/2020 | Frank Cottrell | Going Concern analysis discussion based on repair only. Drafting of info request. | 0.60 | $400.00 | $240.00 |
| | | **002: Attorney Meeting Totals:** | **5.90** | | **$2,360.00** |
| **005:** | **Attorney Communication** | | | | |

**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@maccorestructuringgroup.com
www.maccorestructuringgroup.com

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/20/2020 | Drew McManigle | From C. Rubio, Watson counsel requesting information (.1); notes (.2) and internal call with P. Bonjour and F. Cottrell re: same and response (.3); review same and conference call request (.2). | 0.80 | $550.00 | $440.00 |
| 4/21/2020 | Drew McManigle | With counsel to John Watson, MACCO team and debtors counsel to review and discuss Watson Valve viability ad related (.8); post call review with MACCO team (.3); and call with counsel re: DIP vs. Watson individual issues (.3). | 1.40 | $550.00 | $770.00 |
| 4/23/2020 | Drew McManigle | Re: Liquidation Analysis request and related matters (.3); notes with MACCO team re: same. | 0.30 | $550.00 | $165.00 |
| 4/28/2020 | Pablo Bonjour | Call with Jarrod Martin regarding Watson Valve analysis (.7); communications with F. Cottrell regarding checklist and updating checklist (.5). | 1.20 | $400.00 | $480.00 |
| | | **005: Attorney Communication Totals:** | **3.70** | | **$1,855.00** |
| **007:** | **Internal Communication** | | | | |
| 4/9/2020 | Drew McManigle | With K. Mayle to review Order appointing MACCO, noting changes and language (.5); monitor notes related to amendments(.1). | 0.60 | $550.00 | $330.00 |
| 4/17/2020 | Micah Miller | Call with Paul Maniscalco to review March 2020 MOR. | 0.30 | $350.00 | $105.00 |
| | | **007: Internal Communication Totals:** | **0.90** | | **$435.00** |
| **009:** | **Operations** | | | | |
| 4/9/2020 | Drew McManigle | Review update note from F. Cottrell and respond to same re: new jobs. | 0.30 | $550.00 | $165.00 |
| 4/9/2020 | Frank Cottrell | Wind Down Plan, WIP and Ariba review. | 0.80 | $400.00 | $320.00 |
| 4/27/2020 | Frank Cottrell | Answer Matt Snow's and J. Martin's questions re: budget and procedures. | 1.30 | $400.00 | $520.00 |
| | | **009: Operations Totals:** | **2.40** | | **$1,005.00** |
| **010:** | **Accounting and Financials** | | | | |
| 4/2/2020 | Frank Cottrell | Update 13 Week Cash Flow Projections for Actuals. | 1.50 | $400.00 | $600.00 |
| 4/6/2020 | Frank Cottrell | Bank Account Reconciliation and Actuals Update. | 2.10 | $400.00 | $840.00 |
| 4/6/2020 | Frank Cottrell | Bank Account Reconciliation and Actuals Update. | 2.10 | $400.00 | $840.00 |

# MACCO Restructuring Group

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@maccorestructuringgroup.com
www.maccorestructuringgroup.com

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/7/2020 | Frank Cottrell | Call w/ J. White and A. Contreras to discuss new orders received to be modeled into winddown forecast. | 0.70 | $400.00 | $280.00 |
| 4/8/2020 | Frank Cottrell | Potential new orders analysis through May. | 3.70 | $400.00 | $1,480.00 |
| 4/9/2020 | Kathy Mayle | Emails with counsel and MACCO team regarding reporting provided to UCC counsel. | 0.20 | $400.00 | $80.00 |
| 4/10/2020 | Frank Cottrell | Bank Account Reconciliation and Actuals Update. | 2.10 | $400.00 | $840.00 |
| 4/13/2020 | Frank Cottrell | WIP Discussion w/ J. White, Review of Forecast from B. Sanchez, Creation of New Forecast. | 2.10 | $400.00 | $840.00 |
| 4/14/2020 | Frank Cottrell | Update 13 Week Cash Flow Projections for Actuals. | 0.20 | $400.00 | $80.00 |
| 4/15/2020 | Frank Cottrell | Update 13 Week Cash Flow Projections for Actuals, including redline of revisions. | 1.00 | $400.00 | $400.00 |
| 4/22/2020 | Frank Cottrell | Update 13 Week Cash Flow Projections for Actuals, including redline of revisions. | 0.70 | $400.00 | $280.00 |
| 4/22/2020 | Frank Cottrell | 13 Week Cash Flow Projections Discussion with Jason White. | 0.50 | $400.00 | $200.00 |
| | | **010: Accounting and Financials Totals:** | **16.90** | | **$6,760.00** |
| **016:** | **Case Administration** | | | | |
| 4/1/2020 | Kathy Mayle | Review emails to B. Griffin regarding IDI compliance. | 0.10 | $400.00 | $40.00 |
| 4/6/2020 | Kathy Mayle | Telephone discussion with J. Martin and M. Miller regarding amendments to schedules. | 0.20 | $400.00 | $80.00 |
| 4/7/2020 | Micah Miller | Amend February 2020 MOR. | 0.50 | $350.00 | $175.00 |
| 4/7/2020 | Drew McManigle | Internal emails re: case/ debtor updates from K. Mayle, F. Cottrell and P. Bonjour. | 0.40 | $550.00 | $220.00 |
| 4/7/2020 | Kathy Mayle | Email with counsel regarding amended schedules. Emails with MACCO team regarding case status. | 0.40 | $400.00 | $160.00 |
| 4/13/2020 | Micah Miller | March 2020 MOR. | 4.00 | $350.00 | $1,400.00 |
| 4/15/2020 | Micah Miller | March 2020 MOR. | 0.50 | $350.00 | $175.00 |
| 4/16/2020 | Kathy Mayle | Review revised March MOR and email M. Miller regarding same. | 0.20 | $400.00 | $80.00 |
| 4/16/2020 | Kathy Mayle | Review March MOR and email M. Miller regarding changes to same., and email same regarding payment of quarterly fees. | 0.50 | $400.00 | $200.00 |
| 4/17/2020 | Paul Maniscalco | Review Watson Valve 03/31/2020 MOR; provided edits to Micah Miller. | 1.00 | $550.00 | $550.00 |
| 4/20/2020 | Micah Miller | Prepare US Trustee Quarterly fee statement. | 0.30 | $350.00 | $105.00 |
| 4/25/2020 | Micah Miller | Prepare redline of Schedules A/B and F. | 4.50 | $350.00 | $1,575.00 |



**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300
Houston, TX 77002
Tel: 410-350-1839
admin@maccorestructuringgroup.com
www.maccorestructuringgroup.com

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/25/2020 | Kathy Mayle | Emails with J. Martin and M. Miller regarding Amended Schedules. | 0.30 | $400.00 | $120.00 |
| 4/27/2020 | Micah Miller | Amend March 2020 MOR. | 0.80 | $350.00 | $280.00 |
| 4/29/2020 | Micah Miller | Preparation of redlined Creditor Matrix and amended Creditor Matrix TXT file. | 2.00 | $350.00 | $700.00 |
| | | **016: Case Administration Totals:** | **15.70** | | **$5,860.00** |
| **018:** | **Employment/Fee Applications/Objections** | | | | |
| 4/9/2020 | Kathy Mayle | Emails with D. McManigle and counsel regarding Amended Application to Employ, and review same. | 0.50 | $400.00 | $200.00 |
| 4/9/2020 | Kathy Mayle | Prepare Monthly Fee Statement and email same to D. McManigle. | 0.80 | $400.00 | $320.00 |
| 4/10/2020 | Drew McManigle | Note to/from counsel re: fee notice and attention to related case/engagement matters, and Amended Order appointing MACCO. | 0.20 | $550.00 | $110.00 |
| 4/13/2020 | Kathy Mayle | Revised Monthly Fee Statement, attach exhibits to same, and email to J. Martin for filing. | 0.30 | $400.00 | $120.00 |
| 4/24/2020 | Drew McManigle | Notes with counsel and K. Mayle re: filing 1st interim request. | 0.20 | $550.00 | $110.00 |
| 4/25/2020 | Kathy Mayle | Email J. Martin regarding filing of Monthly Fee Statement. | 0.10 | $400.00 | $40.00 |
| | | **018: Employment/Fee Applications/Objections Totals:** | **2.10** | | **$900.00** |
| **023:** | **Preparation of Schedules and Statements** | | | | |
| 4/6/2020 | Micah Miller | Amend Schedule F - add litigation claimants. | 2.50 | $350.00 | $875.00 |
| 4/6/2020 | Micah Miller | Phone call with Jarrod Martin and Kathy Mayle to discuss amending schedules and statements. | 0.30 | $350.00 | $105.00 |
| 4/6/2020 | Kathy Mayle | Review import for supplemental schedules, and email to M. Miller regarding same. | 0.30 | $400.00 | $120.00 |
| 4/7/2020 | Micah Miller | Amend Schedule F - add creditors. | 0.80 | $350.00 | $280.00 |
| 4/7/2020 | Micah Miller | Amend Schedule F - review litigation claimants. | 1.00 | $350.00 | $350.00 |
| 4/7/2020 | Kathy Mayle | Emails to/from M. Miller regarding amended schedules, and review amended schedules and 20 Largest. | 0.50 | $400.00 | $200.00 |
| 4/17/2020 | Micah Miller | Amend Schedule F. | 0.50 | $350.00 | $175.00 |
| 4/26/2020 | Kathy Mayle | Review revised Amended Schedules as redlined, and emails with M. Miller regarding finalizing of same. | 0.40 | $400.00 | $160.00 |
| 4/26/2020 | Micah Miller | Prepare redline of Schedules A/B and F. | 0.50 | $350.00 | $175.00 |
| | | **023: Preparation of Schedules and Statements Totals:** | **6.80** | | **$2,440.00** |
| | | **TOTAL SERVICES RENDERED:** | **58.00** | | **$22,605.00** |


**MACCO Restructuring Group**

Pennzoil Place 700 Milam Street, Suite 1300

Houston, TX 77002

Tel: 410-350-1839

admin@maccocrestructuringgroup.com

www.maccorestructuringgroup.com

|  |  |
|---|---:|
| **SUBTOTAL** | **$22,605.00** |
| **AMOUNT DUE THIS INVOICE** | **$22,605.00** |

| TIMEKEEPER SUMMARY | | | |
|---|---:|---:|---:|
| **PROFESSIONAL** | **HOURS** | **RATE** | **AMOUNT** |
| Drew McManigle | 4.20 | $550.00 | $2,310.00 |
| Eric Moll | 2.00 | $175.00 | $350.00 |
| Frank Cottrell | 26.10 | $400.00 | $10,440.00 |
| Kathy Mayle | 4.80 | $400.00 | $1,920.00 |
| Micah Miller | 18.50 | $350.00 | $6,475.00 |
| Pablo Bonjour | 1.40 | $400.00 | $560.00 |
| Paul Maniscalco | 1.00 | $550.00 | $550.00 |