

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/27/2020

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-30968 |
| **Watson Valve Services, Inc.** | § | |
| | § | Chapter 11 |
| Debtor. | § | |

### ORDER GRANTING MOTION TO PAY WATSON GRINDING RECEIVABLES COLLECTED ON WATSON GRINDING'S BEHALF

(Relates to Docket No. 169)

Watson Valve Services, Inc. ("**Debtor**") filed a *Motion to Pay Watson Grinding Receivables Collected on Watson Grinding's behalf* ("**Motion**"). The Court considered the Motion and determined that good cause exists to grant the relief requested. The Court has statutory authority to enter this order under 11 U.S.C. §§105 & 541. This is a core proceeding under 28 U.S.C. §157(b)(2)(A), and the Court has constitutional authority to enter final orders on this matter. Accordingly, it is hereby:

**ORDERED** that the Debtor is authorized to pay $515,494.12 to Watson Grinding & Manufacturing Co.'s bankruptcy estate.

**ORDERED** that nothing in this Order prejudices the rights of any interested party from seeking further relief under this order or from this Order; and it is further

**ORDERED** that this Court retains exclusive jurisdiction regarding implementation and enforcement of this Order.

Signed: May 27, 2020

_____
Marvin Isgur
United States Bankruptcy Judge