

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/29/2020

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WATSON VALVE SERVICES, INC. | § | Case No. 20-30968 (MI) |
| | § | |
| Debtor. | § | |

**ORDER APPROVING FORM AND MANNER OF NOTICE OF BAR DATE
TO POTENTIAL JANUARY 24 CLAIMANTS**

(Relates to Doc. No. 189)

The Court has considered the *Emergency Motion for Entry of Order Approving Form and Manner of Notice of Bar Date to Potential January 24 Claimants* (the "Motion")[1] filed by the Official Committee of January 24 Claimants (the "Committee"). The Court has jurisdiction over the Motion and the relief requested pursuant to 28 U.S.C. § 1334. Consideration of the Motion is a core matter pursuant to 28 U.S.C. § 157(b)(2) and the Court may enter a final order regarding the Motion. The Court finds that the relief sought in the Motion is in the best interest of the estates, creditors, and other parties in interest.

It is **THEREFORE ORDERED** that:

1.  Within seven days from entry of this Order, the Committee shall mail the Notice, attached as **Exhibit A\*** to this Order, to all addresses located within 1.75 miles of 4525 Gessner Rd., Houston, Texas 77041 (Watson Grinding and Manufacturing Co.'s location). The Notice shall be translated into Spanish and Vietnamese.

2.  The Committee shall publish a notice of the bar date in the Houston Chronicle no later than June 10, 2020.

---

[1] Capitalized terms not defined in this Order are defined in the Motion.

1

\* The attached notice is amended from the one submitted with the motion.  The form submitted with the motion is not approved.

2

3. The proposed notice by mail and publication is reasonably calculated, under all the circumstances, to apprise Potential Claimants of the pendency of these bankruptcy cases and the Bar Date.

Signed: May 28, 2020

_____
Marvin Isgur
United States Bankruptcy Judge

10585441v1

**EXHIBIT A**

To Whom It May Concern:

Early in the morning of January 24, 2020, an explosion occurred at the facility of Watson Grinding and Manufacturing Co. ("Watson Grinding") located at 4525 Gessner Road, Houston, Texas 77041 (the "Incident"). On February 6, 2020, Watson Grinding filed a chapter 11 bankruptcy case in the United States Bankruptcy Court for the Southern District of Texas (Case No. 20-30967) along with its affiliated entity Watson Valve Services, Inc. ("Watson Valve") (Case No. 20-30968).

You are receiving this letter because your address is located within an approximate 1.75 mile radius of the site of the Incident. If you believe that you sustained an injury or your property was damaged as a result of the Incident, or you have any other basis for a claim against Watson Grinding or Watson Valve, the deadline for filing proofs of claim in the Bankruptcy Court against Watson Grinding and Watson Valve is **July 8, 2020**. A copy of the proof of claim form is available for download at https://www.uscourts.gov/forms/bankruptcy-forms/proof-claim-0. In order to assert a claim in the Watson Grinding and Watson Valve bankruptcy cases, the completed proof of claim forms must be **received** by the July 8, 2020 deadline at:

United States Bankruptcy Court
P.O. Box 61010
Houston, TX 77208

If you fail to file a timely proof of claim, you may be barred, estopped and enjoined from later asserting any claims you may have against Watson Grinding and Watson Valve and you will not receive any distribution from their chapter 11 cases. If you and your property were not injured and did not sustain any damage as a result of the Incident, you do not need to take any action.

**If you have already hired a lawyer to represent you in connection with claims you may have against Watson Grinding and Watson Valve arising out of the incident, you should consult with your attorney.**

On February 10, 2020, the Bankruptcy Court appointed an official committee to represent the interests of all persons and governmental units with monetary claims arising out of the January 24, 2020 Incident (the "Committee"). The Committee consists of seven parties who claim damages from the Incident. The Committee retained the law firm of Porter Hedges LLP ("PH") to represent it in the bankruptcy cases. PH only represents the Committee, and it does not represent you or any individual claimant. Therefore, PH cannot file a proof of claim on your behalf. However, PH can answer your questions regarding the status of the bankruptcy cases, the Committee, and the proof of claim forms and deadline. Please direct any questions or requests for a proof of claim form to watsoncommittee@porterhedges.com.

3

10585441v1