

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/29/2020

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WATSON VALVE SERVICES, INC. | § | Case No. 20-30968 (MI) |
| | § | |
| | § | |
| Debtor. | § | |

### ORDER RECOGNIZING PENDING LITIGATION COMPLAINTS AS PROOFS OF CLAIM
(Relates to Doc. No. 188)

The Court has considered the *Motion for Entry of Order Recognizing Pending Litigation Complaints as Proofs of Claim* (the "Motion")[1] filed by the Official Committee of January 24 Claimants (the "Committee"). The Court has jurisdiction over the Motion and the relief requested pursuant to 28 U.S.C. § 1334. Consideration of the Motion is a core matter pursuant to 28 U.S.C. § 157(b)(2) and the Court may enter a final order regarding the Motion. The Court finds that the relief requested is in the best interest of the estate, its creditors, and other parties in interest.

It is **THEREFORE ORDERED** that:

1. The Debtor shall recognize the claims asserted in a petition or complaint filed by any party who is a plaintiff in a lawsuit filed against the Debtor as of July 8, 2020, as a timely filed proof of claim asserting an unliquidated, general unsecured claim.

2. Any such party shall not be required to file a formal proof of claim in order to preserve its claims against the estate.

3. These informal proofs of claim shall be deemed objected to upon the filing of an answer or motion to dismiss to the petition or complaint in the respective lawsuit, and shall not be

---

[1] Capitalized terms not defined in this Order are defined in the Motion.

1

2

deemed an allowed claim until the claim is either settled or liquidated to a final judgment in any court of competent jurisdiction.

4. The plaintiffs reserve all rights with respect to the right to a trial by jury and to seek remand and abstention, including but not limited to rights under 28 U.S.C. §§ 157, 1334, 1411, 1452.

Signed: May 28, 2020

_____
Marvin Isgur
United States Bankruptcy Judge

2

10562028v1