IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WATSON VALVE SERVICES, INC., | § | CASE NO. 20-30968 |
| | § | |
| DEBTOR. | § | CHAPTER 11 |
| | § | |

**TEXAS CAPITAL BANK, N.A.'S MOTION FOR ORDER DIRECTING INSURANCE CARRIER TO PAY INSURANCE PROCEEDS RELATED TO THE REAL PROPERTY COMMONLY KNOWN AS 4512 STEFFANI LANE, SOLELY AND DIRECTLY TO TEXAS CAPITAL BANK, N.A.**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO:   THE HONORABLE MARVIN ISGUR,
      UNITED STATES BANKRUPTCY JUDGE

Texas Capital Bank, N.A. ("**Texas Capital**"), hereby files its *Motion for Order Directing Insurance Carrier to Pay Insurance Proceeds Related to the Real Property Commonly Known as 4512 Steffani Lane, Solely and Directly to Texas Capital Bank, N.A.* (the "**Motion**"). In support of the Motion, Texas Capital would respectfully submit as follows:

## I. INTRODUCTION

1. Through the Motion, Texas Capital seeks the entry of an order authorizing and directing the debtor's insurance carrier, United Fire Lloyds ("**United**"), to pay certain insurance proceeds solely and directly to Texas Capital. These insurance proceeds are related to damage to certain real property and improvements that the debtor leases from 4512 Steffani Property, LLC. Texas Capital financed 4512 Steffani Property, LLC's purchase of the real property and holds a first priority deed of trust lien on the same.

2. Pursuant to, among other things, the terms of the various loan documents between Texas Capital and 4512 Steffani Property, LLC, the terms of the debtor's lease, the terms of a certain subordination agreement entered into by the debtor, and the terms of the debtor's insurance policy covering the real property, Texas Capital is entitled to receive the insurance proceeds that United is prepared to pay on account of the damage to the real property and the improvements thereon. However, due to the circumstances, United has requested the entry of an order by the Bankruptcy Court directing its payment of the insurance proceeds. Thus, Texas Capital has filed the Motion seeking a "comfort" order for United.

## II. JURISDICTION, VENUE, AND PREDICATE FOR RELIEF

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The predicates for the requested relief is section 105 and 363 of title 11 of the United States code, 11 U.S.C. §§ 101-1532, as amended (the "**Bankruptcy Code**"), and rules 2002, and 9013 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

## III. CORE PROCEEDING

4. This is a core proceeding under 28 USC § 157(b)(2)(A) and (O). Since this is a core proceeding, the Bankruptcy Court has constitutional authority to enter final orders regarding

2

the Motion. Further, to the extent that the Court determines that it does not have authority to enter final orders on a portion of or all of the Motion, Texas Capital requests that the Court issue a report and recommendation for a final order to the United States District Court for the Southern District of Texas, Houston Division.

### IV.   PROCEDURAL BACKGROUND

5.   On February 6, 2020 (the "**Petition Date**"), Watson Valve Services, Inc. ("**Watson Valve**" or "**Debtor**") filed a voluntary petition seeking relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-styled bankruptcy case (the "**Valve Case**").

6.   Also on February 6, 2020, Watson Grinding & Manufacturing Co. ("**Watson Grinding**") filed a voluntary petition seeking relief under chapter 11 of the Bankruptcy Code, thereby commencing bankruptcy case 20-30967, which is currently pending in the Bankruptcy Court for the Southern District of Texas, Houston Division (the "**Grinding Case**").

7.   On January 10, 2020, the Bankruptcy Court entered its *Order for Appointment of January 24 Claimants Committee* (the "**Committee Order**") in the Grinding Case. [Bankruptcy Case No. 20-30967; Docket No. 25]. On or about February 21, 2020, the Office of the United States Trustee filed its *Notice of the Appointment of the Official January 24 Claimants Committee* in the Grinding Case disclosing appointment of the members of the Official January 24 Claimants Committee (the "**Committee**"). [Bankruptcy Case No. 20-30967; Docket No. 89].

8.   On June 4, 2020, the Court entered its order approving the appointment of Robert Ogle as the chapter 11 trustee (the "**Valve Trustee**") for the Valve Case. [Docket No. 221]. Also on June 4, 2020, the Court entered its order approving the appointment of Janet S. Northrup as the chapter 11 trustee (the "**Grinding Trustee**") in the Grinding Case. [Bankruptcy Case No. 20-30967; Docket No. 331].

3

## V.    FACTUAL BACKGROUND

**A. WATSON VALVE LEASES THE REAL PROPERTY LOCATED AT 4512 STEFFANI LANE**

9. Watson Valve is a party to that certain Commercial Lease Agreement (the "**Lease**") effective as of July 13, 2018, by and between Watson Valve, as tenant, and 4512 Steffani Property, LLC ("**Steffani, LLC**"), as landlord. The membership of Steffani, LLC is comprised of the following individuals: (1) Jason M. White, (2) Robert L. White, and (3) Rueben R. Soto.

10. The Lease relates to certain real property legally described as Restricted Reserve "A", Block One (1), of Watson Warehouse, a subdivision in Harris County, Texas, according to map or plat thereof filed for record under Film Code No. 654270 of the Map Records of Harris County, Texas, and commonly known as 4512 Steffani Lane, Houston, Texas 77041 (the "**Leased Premises**"). A true and correct copy of the Lease is attached hereto as **Exhibit "A"**. Located on the Leased Premises are certain improvements utilized by Watson Valve for both office space and general operations (the "**4512 Building**").

11. Under the terms of the Lease, Watson Valve is required to insure all buildings and structures on the real property, including the 4512 Building, against loss or damage from, among other things, fire in amounts of not less than full fair insurable value thereof. Exhibit A at p. 6. The Lease also provides that:

> In the event of any damage to or destruction of the Leased Premises, Tenant shall adjust the loss and settle all claims with the insurance companies issuing such policies. The parties hereto do irrevocably assign the proceeds from such insurance policies for the purposes hereinafter to any institutional first mortgagee or to Landlord and Tenant jointly, if no institutional first mortgagee then holds an interest in the Leased Premises.

Exhibit A at p. 6.

**B. 4512 STEFFANI PROPERTY, LLC'S LOAN TRANSACTION WITH TEXAS CAPITAL**

12. On or about July 13, 2018, Steffani, LLC entered into a transaction with Texas Capital whereby it borrowed approximately $1,423,750 from Texas Capital (the "**Loan**"). In conjunction with the Loan, Steffani, LLC executed various documents in favor of Texas Capital, including, but not limited to, a certain Loan and Security Agreement, a certain Promissory Note, a certain Deed of Trust, Security Agreement, Assignment of Leases, Assignment of Rents, and Financing Statement (collectively, the "**Loan Documents**"). True and correct copies of the Loan Documents are attached hereto as **Exhibit "B"**. The Loan Documents granted Texas Capital liens and security interests with respect to, among other things, the Leased Premises and the 4512 Building.

13. Pursuant to the Loan Documents, Steffani, LLC is required to insure all of the collateral granted to Texas Capital pursuant to the Loan Documents, including, but not limited to, the 4512 Building, and to name Texas Capital as an additional insured, mortgagee, and loss payee under any such policies of insurance. *See* Exhibit B at p. 18. As of April 1, 2020, the outstanding principal balance on the loan was $1,379,199.26 (the "**Principal Loan Balance**").

14. Among the Loan Documents is that certain Subordination, Nondisturbance and Attornment Agreement (the "**Agreement**") effective July 13, 2018, entered into by Watson Valve, as tenant, Texas Capital, as lender, and Steffani, LLC, as landlord. Pursuant to the Agreement, Watson Valve, among other things, acknowledged that the Lease would at all times be subject and subordinate in each and every respect to the first mortgage lien of Texas Capital on the Leased Premises and the 4512 Building and to any and all increases, renewals, modifications, extensions, substitutions, replacements and/or consolidations of the same. *See* Exhibit B at p. 67.

DocID: 4820-6568-3385.4

## C. INSURANCE COVERAGE

15. As of the Petition Date, Watson Valve was insured under United Policy No. 60419060 (the "**Insurance Policy**"), which provided various lines of coverage, including, without limitation, coverage for the 4512 Building ($1.3 million limit), coverage for the business personal property located on the 4512 Premises ($350,000 limit), and coverage for lost business income ($225,000 limit).[1] A true and correct copy of the original Insurance Policy issued to Watson Valve that incepted on November 30, 2019 is attached hereto as **Exhibit "C"**.

16. The Commercial Property Supplemental Declarations (the "**Declarations**") section of the Insurance Policy lists the parties holding additional interests in the following order: (1) Lenders Loss Payable – Texas Capital; (2) 1st Mortgagee – Texas Capital; and (3) Loss Payable – Steffani LLC. Exhibit C at p. 3.

17. Section C.2b.(1) of Endorsement CP 12 18 10 12 to the Insurance Policy, entitled "Loss Payable Provisions," provides:

> C. The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:
>
> . . .
>
> **2.   Lender's Loss Payable Clause**
>
> . . .
>
> b. For Covered Property in which both you and a Loss Payee have an insurable interest:
>
> (1) We will pay for covered loss or damage to each Loss Payee *in their order of precedence, as interest may appear*.

---

[1] United's counsel and Watson Value's counsel represented that business income coverage limits were increased from the original $125,000 to $225,000.

6

Exhibit C at p. 52 (emphasis added). Since Texas Capital is listed first on the Declarations as Lenders Loss Payable and second as 1st Mortgagee, both with respect to the 4512 Building, its interests in that building take precedence over any other interest until they are satisfied.

18. As the Court is aware, in the early hours of January 24, 2020, an incident occurred at the facilities of Watson Valve and Watson Grinding, which resulted in an explosion and fire that caused extensive damage. The 4512 Building was severely damaged as a result of the incident. In fact, counsel for United has advised that United is ready to pay policy limits in the amount of $1.3 million on account of the damage to the 4512 Building. A true and correct copy of an email from counsel (Mike Dodson) for United is attached hereto as **Exhibit "D"**.

19. Given that Watson Valve is the policy holder and that Texas Capital and Steffani, LLC are both listed as parties holding additional interests in the Insurance Policy, United has requested that the parties work together to obtain an order from this Court directing to whom the insurance proceeds check should be made payable. *See* Exhibit D. Subsequent to the receipt of Mr. Dodson's email, counsel for Texas Capital reached out to counsel for Watson Valve (Jarrod Martin), Steffani, LLC (Richard Fuqua), and the Committee (Joshua Wolfshohl and Aaron Power) regarding United's request. Both Watson Valve and Steffani, LLC confirmed their support of the requested relief. However, prior to this pleading being filed the Valve Trustee was appointed. Subsequent to his appointment, Texas Capital, through counsel, reached out to the Valve Trustee and his counsel (Matt Okin) regarding the requested relief. Counsel for the Valve Trustee and the Committee have confirmed that their clients do not oppose the relief requested in this Motion.

## VI. REQUESTED RELIEF

20. For the reasons set forth herein, Texas Capital seeks the entry of an order directing United to submit payment of the $1.3 million in insurance proceeds related to the 4512 Building (the "**Insurance Proceeds**") solely and directly to Texas Capital Bank.[2]

21. As explained above, Steffani, LLC is the owner of the Leased Premises and 4512 Building. However, Texas Capital holds a first priority deed of trust lien against the Leased Premises and the 4512 Building, pursuant to the Loan Documents. Watson Valve's interest in the Leased Premises and the 4512 Building is merely that of a tenant. *See* Exhibit A. Moreover, the Lease is subject and subordinate to the rights of Texas Capital. *See* Exhibit B at p. 67.

22. As a condition of the Lease, Watson Valve is required to maintain insurance on the Leased Premises and the 4512 Building for the benefit of both Steffani, LLC and Texas Capital, as the institutional first mortgagee. *See* Exhibit A at 6. The express terms of the Lease require that the Insurance Proceeds be paid to any institutional first mortgagee. *See* Exhibit A at p. 6.

23. United has determined that the damage to the 4512 Building has resulted in a complete loss and is now prepared to make a payment equal to the full limits of the Insurance Policy related to real property damage. The proposed payment is strictly related to the 4512 Building and does not impact or erode any other lines of coverage under the Insurance Policy. As also explained above, Texas Capital is named as both the Lender Loss Payable and 1st Mortgagee in the Declarations to the Insurance Policy. *See* Exhibit C at p. 3.

24. Pursuant to the terms of the Insurance Policy, Watson Valve is not entitled to receive the Insurance Proceeds since the Principal Loan Balance exceeds the amount of the

---

[2] Of note, because the Principal Loan Balance exceeds the value of the Insurance Proceeds, the proposed payment of the Insurance Proceeds to Texas Capital will not enable Texas Capital to recover a windfall.

Insurance Proceeds. Moreover, both the Lease and Loan Documents contemplate that insurance proceeds related to any damage sustained by the 4512 Building would be paid to Texas Capital. Thus, under applicable Fifth Circuit law, the Insurance Proceeds are not property of Watson Valve's bankruptcy estate. *See Unsecured Creds. Disbursement Comm. v. Antill Pipeline Constr. Co.* (*In re Equinox Oil Co.*), 300 F.3d 614, 618-19 (5th Cir. 2002) (in order to determine if insurance proceeds are property of the estate a court considers to whom the insurer would pay the proceeds in the absence of a bankruptcy proceeding).

25. Finally, the requested relief will not erode or affect any other line of coverage under the Insurance Policy and therefore will not result in any harm to Watson Valve or its bankruptcy estate and not opposed by Steffani LLC, United, the Valve Trustee, or the Committee.

## VII. EXHIBITS AVAILABLE UPON REQUEST

26. Due to the voluminous nature of the Exhibits to the Motion, copies of the Exhibits are not being served to those parties not receiving the Motion *via* the Court's ECF noticing system. However, any party wishing to obtain electronic copies of any or all of the Exhibits may request copies by contacting undersigned counsel for Texas Capital by email.

## VIII. CONCLUSION

27. As set forth above, the requested relief is warranted and proper under the circumstances. Therefore, Texas Capital respectfully requests the entry of an order directing United Fire Group to issue payment of the Insurance Proceeds solely and directly to Texas Capital and granting Texas Capital all such other and further relief, both at law and in equity, to which it may justly be entitled.

Respectfully submitted,

**HUSCH BLACKWELL LLP**

By: */s/ Timothy A. Million*
    Timothy A. Million
    State Bar No. 24051055
    600 Travis St., Suite 2350
    Houston, Texas  77002
    Tel:   713-647-6800
    Fax:  713-647-6884
    Email: tim.million@huschblackwell.com

**COUNSEL FOR TEXAS CAPITAL BANK, NATIONAL ASSOCIATION**

DocID: 4820-6568-3385.4

**CERTIFICATE OF CONFERENCE**

Prior to filing *Texas Capital Bank, N.A.'s Motion for Order Directing Insurance Carrier to Pay Real Property Insurance Proceeds Solely and Directly to Texas Capital Bank, N.A.* undersigned counsel contacted (a) counsel for the January 24 Claimants Committee (Joshua Wolfshohl & Aaron Power), (b) counsel for United Fire Lloyds (Mike Dodson), (c) counsel for the Valve Trustee (Matt Okin), (d) counsel for 4512 Steffani Property, LLC (Dick Fuqua), and (d) counsel from the Office of the United States Trustee (Stephen Statham) to discuss the requested relief. As of the filing of the Motion, the Valve Trustee; United Fire Lloyds; 4512 Steffani Property, LLC; the January 24 Claimants Committee; and the United States Trustee do not oppose the requested relief.

                                              */s/ Timothy A. Million*
                                              Timothy A. Million

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of *Texas Capital Bank, N.A.'s Motion for Order Directing Insurance Carrier to Pay Real Property Insurance Proceeds Solely to Texas Capital Bank, N.A.* was served on the parties on the attached Service List *via* the Courts' ECF noticing system (with exhibits) on June 22, 2020 and/or United States first class mail (without exhibits), postage prepaid, on June 22, 2020.

                                              */s/ Timothy A. Million*
                                              Timothy A. Million

DocID: 4820-6568-3385.4

## MASTER SERVICE LIST

| | |
|---|---|
| **DEBTOR**<br>WATSON VALVE SERVICES, INC. 4525 GESSNER ROAD<br>HOUSTON, TX 77041 | **REPRESENTED BY**<br>JARROD B. MARTIN<br>KATE EASTERLING<br>AVI MOSHENBERG<br>MCDOWELL HETHERINGTON<br>1001 FANNIN, SUITE 2700<br>HOUSTON, TX 77002 |
| **US TRUSTEE**<br>OFFICE OF THE US TRUSTEE<br>515 RUSK AVE<br>SUITE 3516<br>HOUSTON, TX 77002 | **REPRESENTED BY**<br>STEPHEN DOUGLAS STATHAM<br>OFFICE OF US TRUSTEE<br>515 RUSK<br>SUITE 3516<br>HOUSTON, TX 77002 |
| 30 LARGEST UNSECURED CLAIMS | |
| ACCROSEAL<br>316 BRIGGS STREET<br>VICKSBURG, MI 49097 | DIRECT BOLT AND SUPPLY<br>7117 BELGOLD<br>SUITE D<br>HOUSTON, TX 77066 |
| MSO SEALS & GASKETS INC.<br>4702 STEFFANI LANE<br>HOUSTON, TX 77041 | EGC<br>ENTERPRISES<br>140 PARKER CT<br>CHARDON, OH 44024 |
| SCORE VALVE SERVICES INC.<br>BUILDING B<br>6410 LANGFIELD ROAD<br>HOUSTON, TX 77092 | GARLOCK SEALING TECH 13288 COLLECTION CENTER DR<br>CHICAGO, IL 60693 |
| THE NUT PLACE 6605 GESSNER ROAD<br>HOUSTON, TX 77040 | GHX INDUSTRIAL LLC<br>3440 SOUTH SAM HOUSTON PARKWAY SUITE 300<br>HOUSTON, TX 77047 |
| WATSON GRINDING & MANUFACTURING CO.<br>4525 GESSNER ROAD<br>HOUSTON, TX 77041 | GRAINGER<br>PO BOX 419267<br>KANSAS CITY, MO 64141 |
| WATSON VALVE SERVICES AUSTRALIA<br>13 LINK CRESENT<br>COOLUM BEACH, QUEENSLAND 4573 | HYTORC<br>12420 TEXACO ROAD<br>HOUSTON, TX 77013 |

DocID: 4825-0799-7632.1

| | |
|---|---|
| AFCO<br>5600 NORTH RIVER ROAD<br>SUITE 400<br>DES PLAINES, IL 60018 | INDUSTRIAL BEARING AND SERVICES<br>PO BOX 41325<br>HOUSTON, TX 77241 |
| AIV, LPL<br>7140 W. SAM HOUSTON PKWY N<br>SUITE 100<br>HOUSTON, TX 77040 | LAMONS GASKET COMPANY  7300 AIRPORT BLVD<br>HOUSTON, TX 77061 |
| AMERICAN EXPRESS<br>THREE WORLD FINANCIAL CENTER  200 VESEY S<br>NEW YORK, NY 10285 | SUHM SPRING WORKS, LTD<br>14650 HEATHROW FOREST PARKWAY<br>HOUSTON, TX 77032 |
| AIV, LPL<br>7140 W. SAM HOUSTON PKWY N<br>SUITE 100<br>HOUSTON, TX 77040 | SURFACE PREPARATION<br>5973 SOUTH LOOP EAST<br>HOUSTON, TX 77033 |
| AMERICAN EXPRESS<br>THREE WORLD FINANCIAL CENTER<br>200 VESEY S<br>NEW YORK, NY 10285 | TEADIT<br>10545 RED BLUFF ROAD<br>PASADENA, TX 77507 |
| AMERICAN HELI-ARC<br>5009 PINEMONT DR<br>HOUSTON, TX 77092 | U-LINE, INC.<br>2200 S. LAKESIDE DRIVE<br>CHICAGO, IL 60693 |
| AMUR HMP, LLC<br>5, MASHINOSTROITELIEI SHOSSE, AMURSK KHABAROVSK KRAI, THE RUSSIAN FEDERATION  682640 | UNIVERSE TECHNICAL TRANSLATE<br>9225 KATY FREEWAY<br>SUITE 400<br>HOUSTON, TX 77024 |
| BASS TOLL AND SUPPLY, INC.<br>2300 FAIRWAY PARK DR<br>HOUSTON, TX 77092 | VANAIRE INC<br>840 CLARK DRIVE<br>GLADSTONE, MI 49837 |

**HUSCH BLACKWELL AS COUNSEL FOR TEXAS CAPITAL BANK**
TEXAS CAPITAL BANK
C/O TIMOTHY MILLION  HUSCH BLACKWELL LLP
600 TRAVIS STREET, SUITE 2350
HOUSTON, TX 77002

**INTERNAL REVENUE SERVICE**

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
300 E 8TH STREET
MAIL STOP 5026
AUS  AUSTIN, TX 78701

**THE UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF TEXAS**

RICHARD A. KINCHELOE
ASSISTANT UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS
1000 LOUISIANA ST., SUITE 2300
HOUSTON, TX 77002

**THE TEXAS ATTORNEY GENERAL**

ABIGAIL RUSHING RYAN, AAG
BANKRUPTCY REGULATORY SECTION
TEXAS ATTORNEY GENERAL'S OFFICE

PO BOX 12548
AUSTIN, TX 78711-2548

JASON B. BINFORD
ASSISTANT ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL OF TEXAS  BANKRUPTCY & COLLECTIONS DIVISION
P. O. BOX 12548- MC 008
AUSTIN, TEXAS 78711-2548

**JANUARY 24 CLAIMANT COMMITTEE**

JOSHUA W. WOLFSHOHL
AARON J. POWER
PORTER HEDGES LLP
1000 MAIN ST., 36TH FLOOR
HOUSTON, TX  77002

**PARTIES REQUESTING NOTICE**

TIMOTHY A. MILLION
HUSCH BLACKWELL LLP
600 TRAVIS STREET, SUITE 2350
HOUSTON, TEXAS 77002

CHRISTOPHER M. LAVIGNE
GREENBERG TRAURIG LLP
1000 LOUISIANA, SUITE 1700
HOUSTON, TX 77002

J. SCOTT DOUGLASS
1811 BERING DR., SUITE 420
HOUSTON, TEXAS 77057

MARY OLGA-LOVETT
GREENBERG TRAURIG LLP  1000 LOUISIANA, SUITE 1700
HOUSTON, TX 77002

JOHN P. DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON
PO BOX 3064
HOUSTON, TX  77253-3064

RYAN E. CHAPPLE
CAIN & SKARNULIS PLLC
400 W. 15TH STREET, SUITE 900
AUSTIN, TEXAS 78701

DocID: 4825-0799-7632.1

| | |
|---|---|
| CHRISTOPHER R. MURRAY<br>ERIN JONES<br>JONES MURRAY & BEATTY LLP<br>4119 MONTROSE BOULEVARD<br>SUITE 230<br>HOUSTON, TX 77006 | TAYLOR R. ROMERO CAIN &<br>SKARNULIS PLLC<br>400 W. 15TH STREET, SUITE 900<br>AUSTIN, TEXAS 78701 |
| JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON,<br>LLP PO BOX 3064<br>HOUSTON, TX 77253-3064 | RANDY W. WILLIAMS BYMAN &<br>ASSOCIATES PLLC<br>7924 BROADWAY, SUITE 104<br>PEARLAND, TEXAS 77581 |
| KARL D. BURRER<br>GREENBERG TRAURIG LLP<br>1000 LOUISIANA, SUITE 1700<br>HOUSTON, TX 77002 | MARK W. MORAN<br>MUNCK WILSON MANDALA, LLP<br>12770 COIT ROAD, SUITE 600<br>DALLAS, TEXAS 75251 |
| PAUL KERLIN<br>GREENBERG TRAURIG LLP<br>1000 LOUISIANA, SUITE 1700<br>HOUSTON, TX 77002 | JAKE P. SKAGGS<br>JASON S. SCHULZE COZEN O'CONNOR<br>LYONDELLBASELL TOWER<br>1221 MCKINNEY, STE. 2900<br>HOUSTON, TEXAS 77010 |

**COUNSEL FOR STATE COURT LITIGATION CLAIMANTS**

| | |
|---|---|
| L. LEE THWEATT<br>ONE GREENWAY PLAZA, SUITE 100<br>HOUSTON, TX 77046-0102 | JOSEPH D. TERRY<br>ONE GREENWAY PLAZA, SUITE 100<br>HOUSTON, TX 77046-0102 |
| ANNA DEAN KAMINS<br>KAMINS LAW FIRM, PLLC<br>2925 RICHMOND AVENUE<br>SUITE 1200<br>HOUSTON, TX 77098 | CHANCE A. MCMILLAN<br>MCMILLAN FIRM, P.L.L.C.<br>440 LOUISIANA STREET<br>SUITE 1200<br>HOUSTON, TX 77002-1691 |
| STEPHEN R. WALKER<br>LAW OFFICES OF MANUEL SOLIS, PC<br>6657 NAVIGATION BOULEVARD<br>HOUSTON, TX 77011 | MATHEW MENDOZA<br>MCMILLAN FIRM, P.L.L.C.<br>440 LOUISIANA STREET<br>SUITE 1200<br>HOUSTON, TX 77002-1691 |
| GREGORY J. FINNEY<br>LAW OFFICES OF MANUEL SOLIS, PC<br>6657 NAVIGATION BOULEVARD<br>HOUSTON, TX 77011 | ANTHONY G. BUZBEE<br>JP MORGAN CHASE TOWER<br>600 TRAVIS STREET, SUITE 7300<br>HOUSTON, TX 77002 |
| JUAN A. SOLIS<br>LAW OFFICES OF MANUEL SOLIS, PC<br>6657 NAVIGATION BOULEVARD<br>HOUSTON, TX 77011 | CHRISTOPHER J. LEAVITT JP<br>MORGAN CHASE TOWER<br>600 TRAVIS STREET, SUITE 7300<br>HOUSTON, TX 77002 |

BYRON C. ALFRED
2019 WICHITA STREET
HOUSTON, TX 77004

RYAN H. ZEHL
ZEHL & ASSOCIATES PC
2700 POST OAK BOULEVARD, SUITE 1000
HOUSTON, TX 77056

MATTHEW O. GREENBERG
ZEHL & ASSOCIATES PC
2700 POST OAK BOULEVARD, SUITE 1000
HOUSTON, TX 77056

MATT L. MARTIN
ZEHL & ASSOCIATES PC
2700 POST OAK BOULEVARD, SUITE 1000
HOUSTON, TX 77056

GREGORY F. COX
MOSTYLN LAW
3810 WEST ALABAMA STREET
HOUSTON, TX 77027

MICHAEL DOWNEY
MOSTYLN LAW
3810 WEST ALABAMA STREET
HOUSTON, TX 77027

CATHRYN J. SCHEXNAIDER
MOSTYLN LAW
3810 WEST ALABAMA STREET
HOUSTON, TX 77027

KARL R. SCHNEIDER
BAIN & BARKLEY
14090 SOUTHWEST FREEWAY
SUITE 450
SUGAR LAND, TX 77478

BRETT ANTHONY
ANTHONY PETERSON, LLP
500 NORTH WATER STREET
SUITE 1000
CORPUS, CHRISTI, TX 78401

RYAN S. PIGG
JP MORGAN CHASE TOWER
600 TRAVIS STREET, SUITE 7300
HOUSTON, TX 77002

MUHAMMAD S. AZIZ
800 COMMERCE STREET
HOUSTON, TX 77002

KARL P. LONG
800 COMMERCE STREET
HOUSTON, TX 77002

BILAAL BADAT
4151 SOUTHWEST FREEWAY, SUITE 320
HOUSTON, TX 77027

MARTY HERRING
MARTY HERRING & ASSOCIATES  1616
S. VOSS ROAD, SUITE 890
HOUSTON, TX 77057

CAMERON R. TEBO
MARTY HERRING & ASSOCIATES  1616
S. VOSS ROAD, SUITE 890
HOUSTON, TX 77057

MICHAEL TATE BARKLEY
BAIN & BARKLEY
14090 SOUTHWEST FREEWAY
SUITE 450
SUGAR LAND, TX 77478

JOSHUA R. LEAL
9805 KATY FREEWAY, SUITE 850
HOUSTON, TX 77024

ALEX P. BOYLHART
9805 KATY FREEWAY, SUITE 850
HOUSTON, TX 77024

ADAM ANTHONY
ANTHONY PETERSON, LLP
500 NORTH WATER STREET
SUITE 1000
CORPUS, CHRISTI, TX 78401

DONALD PETERSON
ANTHONY PETERSON, LLP
500 NORTH WATER STREET
SUITE 1000
CORPUS, CHRISTI, TX 78401

RUBEN BONILLA, JR.
BONILLA & CHAPPA, P.C.
2600 GESSNER ROAD, SUITE 136
HOUSTON, TX 77080

VINCE RYAN
HARRIS COUNTY ATTORNEY
ENVIRONMENTAL GROUP
1019 CONGRESS, 15TH FLOOR
HOUSTON, TX 77002

SARAH JANE UTLEY
HARRIS COUNTY ATTORNEY
ENVIRONMENTAL GROUP
1019 CONGRESS, 15TH FLOOR
HOUSTON, TX 77002

KATHY PORTER
AIR COMPLIANCE COORDINATOR  HARRIS COUNTY POLLUTION CONTROL  SERVICES DEPARTMENT
101 SOUTH RICHEY, SUITE H
PASADENA, TX 77506

ROBERT S. KWOK
9805 KATY FREEWAY, SUITE 850
HOUSTON, TX 77024

J. RYAN LOYA
9805 KATY FREEWAY, SUITE 850
HOUSTON, TX 77024

WILLIAM W. HOKE (OF COUNSEL)
9805 KATY FREEWAY, SUITE 850
HOUSTON, TX 77024

HUSEIN HADI
SEDRICK STAGG
7100 REGENCY SQUARE BOULEVARD  SUITE 140
HOUSTON, TX 77036

JAMIL THOMAS
SEDRICK STAGG
7100 REGENCY SQUARE BOULEVARD
SUITE 140
HOUSTON, TX 77036

CARNEGIE H. MIMS, III
SEDRICK STAGG
7100 REGENCY SQUARE BOULEVARD
SUITE 140
HOUSTON, TX 77036

ERIC DICK, LL.M.
3701 BROOKWOODS DRIVE
HOUSTON, TX 77092

JOEL C. SIMON
FERNELIUS SIMON MACE ROBERTSON PERDUE  PLLC
4119 MONTROSE BOULEVARD, SUITE 500
HOUSTON, TX 77006

STEPHEN M. FERNELIUS
FERNELIUS SIMON MACE ROBERTSON PERDUE  PLLC
4119 MONTROSE BOULEVARD, SUITE 500
HOUSTON, TX 77006

RYAN M. PERDUE
FERNELIUS SIMON MACE ROBERTSON PERDUE  PLLC
4119 MONTROSE BOULEVARD, SUITE 500
HOUSTON, TX 77006

MICHAEL J. BINS
POTTS LAW FIRM
3737 BUFFALO SPEEDWAY, SUITE 1900
HOUSTON, TX 77098

RILEY L. BURNETT, JR.
BURNETT LAW FIRM
3737 BUFFALO SPEEDWAY, SUITE 1850
HOUSTON, TX 77098

PEGAH RAHGOZAR
2825 WILCREST DRIVE, SUITE 515
HOUSTON, TX 77045

LESTER B. NICHOLS III
2825 WILCREST DRIVE, SUITE 515
HOUSTON, TX 77045

KURT B. ARNOLD
ARNOLD & ITKIN LLP
6009 MEMORIAL DRIVE
HOUSTON, TX 77007

JASON A. ITKIN
ARNOLD & ITKIN LLP
6009 MEMORIAL DRIVE
HOUSTON, TX 77007

J. KYLE FINDLEY
ARNOLD & ITKIN LLP
6009 MEMORIAL DRIVE
HOUSTON, TX 77007

KALA F. SELLERS
ARNOLD & ITKIN LLP
6009 MEMORIAL DRIVE
HOUSTON, TX 77007

ADAM D. LEWIS
ARNOLD & ITKIN LLP  6009
MEMORIAL DRIVE
HOUSTON, TX 77007

DEREK H. POTTS
POTTS LAW FIRM
3737 BUFFALO SPEEDWAY, SUITE 1900
HOUSTON, TX 77098

ERIN E. JONES
JONES MURRAY & BEATTY LLP
4119 MONTROSE SUITE 230
HOUSTON, TEXAS 77006

JOHN V. MCCOY
MCCOY LEAVITT LASKEY LLC
N19 W24200 RIVERWOOD DR., SUITE 125
WAUKESHA, WI 53188

MICHAEL I. RAMIREZ
MCCOY LEAVITT LASKEY LLC
20726 STONE OAK PARKWAY SUITE 116
SAN ANTONIO, TEXAS 78258

BRENDAN P. DOHERTY
GIEGER, LABORDE & LAPEROUSE, LLC
5151 SAN FELIPE STREET, SUITE 750
HOUSTON, TEXAS 77056

ERNEST P. GIEGER, JR.
GIEGER, LABORDE & LAPEROUSE, LLC
5151 SAN FELIPE STREET, SUITE 750
HOUSTON, TEXAS 77056

MATTHEW B. PROBUS
WAUSON | PROBUS
ONE SUGAR CREEK CENTER BLVD.,
SUITE 880
SUGAR LAND, TEXAS 77478

JOHN ROBERT JONES
J. R. JONES LAW PLLC
6026 REMSON HOLLOW LANE
KATY, TX 77494

RANDALL J. POELMA, JR.
WILLIAM T. SEBESTA
DOYEN SEBESTA & POELMA, LLLP
16945 NORTHCHASE DRIVE, SUITE 1400
HOUSTON, TEXAS 77060

| | |
|---|---|
| MUHAMMAD AZIZ<br>ABRAHAM, WATKINS, NICHOLS, SORRELS,<br>AGOSTO, AZIZ & STOGNER<br>800 COMMERCE STREET<br>HOUSTON, TEXAS 77002 | NELSON M. JONES III<br>THE LAW OFFICE OF NELSON M. JONES III<br>440 LOUISANA, SUITE 1575<br>HOUSTON, TEXAS 77002 |
| HENRY FLORES<br>KENNETH M. KROCK<br>RAPP & KROCK, PC<br>1980 POST OAK BLVD., SUITE 1200<br>HOUSTON, TEXAS 77056 | BYRON C. ALFRED<br>THE ALFRED FIRM<br>2211 NORFOLK STREET, STE. 803<br>HOUSTON, TEXAS 77098 |