# EXHIBIT D

# Million, Tim

| | |
|---|---|
| **From:** | Heep, Jason |
| **Sent:** | Monday, March 16, 2020 7:16 PM |
| **To:** | Mark Thurmond; Evans, Brenda; Jarrod Martin (Jarrod.Martin@mhllp.com); Erin Jones (Erin.Jones@jmbllp.com); Chafin, Jan |
| **Cc:** | Dodson, Mike; 1234bobwhite1234@live.com; Tricia Hughes-Millette; Million, Tim; Rosof, Reuben |
| **Subject:** | RE: Watson Valve Building Property Payment |

All,

I represent Texas Capital, however, I am including my colleagues Tim Million and Rueben Rosof who also are working on this matter for Texas Capital.

Thank you.

-Jason

**Jason B. Heep**
**Partner**

**HUSCH BLACKWELL**
1900 N. Pearl Street, Suite 1800
Dallas, TX 75201
Tel:   214.999.6187
Cell:  202.378.7423
Bio | VCard

---

**From:** Mark Thurmond <mark@althurmondagency.com>
**Sent:** Monday, March 16, 2020 4:29 PM
**To:** Evans, Brenda <bevans@strongpipkin.com>; Jarrod Martin (Jarrod.Martin@mhllp.com) <Jarrod.Martin@mhllp.com>; Erin Jones (Erin.Jones@jmbllp.com) <Erin.Jones@jmbllp.com>; Heep, Jason <Jason.Heep@huschblackwell.com>; Chafin, Jan <jchafin@jw.com>
**Cc:** Dodson, Mike <mdodson@strongpipkin.com>; 1234bobwhite1234@live.com; Tricia Hughes-Millette <tricia@althurmondagency.com>
**Subject:** RE: Watson Valve Building Property Payment

[EXTERNAL EMAIL]

Brenda

Bob White represents 4512 Steffani Property, LLC. He is the person to contact along with Texas Capital Bank. I have copied Bob on this email.

Mark Thurmond
Al Thurmond Agency, Inc.
14800 St. Mary's Lane, Suite 235
Houston, TX 77079
281-679-8585 (Phone)
281-679-8686 (Fax)
E-mail: mark@althurmondagency.com

**From:** Evans, Brenda [mailto:bevans@strongpipkin.com]
**Sent:** Monday, March 16, 2020 2:57 PM
**To:** Jarrod Martin (Jarrod.Martin@mhllp.com) <Jarrod.Martin@mhllp.com>; Erin Jones (Erin.Jones@jmbllp.com) <Erin.Jones@jmbllp.com>; Heep, Jason <Jason.Heep@huschblackwell.com>; Mark Thurmond <mark@althurmondagency.com>; Chafin, Jan <jchafin@jw.com>
**Cc:** Dodson, Mike <mdodson@strongpipkin.com>
**Subject:** Watson Valve Building Property Payment

*The email message below is from Mike Dodson –*

United Fire is ready to make payment on the Watson Valve building in the amount of $1,300,000.00. The loss payees are listed as Texas Capital Bank NA and 4512 Steffani LN. Please advise us as to who represents 4512 Steffani LN.

We would appreciate all interested parties working together to obtain an agreed order from the bankruptcy court directing how the insurance check should be made payable. Once we have the agreed order in hand, United Fire will issue the check in accordance therewith.

They are currently working on the Watson Grinding Buildings, and I will be contacting you with regard to those payments.

If there should be any questions about the foregoing, please advise me.

Joe Michael Dodson



**Brenda Evans** | Paralegal
Email: bevans@strongpipkin.com
Direct: 409.981.1099 | Main: 409.981.1000 | Fax: 409.981.1010
**STRONG PIPKIN BISSELL & LEDYARD, L.L.P.**
595 Orleans, Suite 1400, Beaumont, Texas 77701
Website | vCard

This message is being sent by or on behalf of a lawyer from the law firm of Strong Pipkin Bissell & Ledyard, L.L.P. It is intended as a private communication with the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee then you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.