MOR-1

**UNITED STATES BANKRUPTCY COURT**

| | |
|---|---|
| CASE NAME: | Watson Valve Services, LLC |
| CASE NUMBER: | 20-30968 |
| PROPOSED PLAN DATE: | Unknown |

| | |
|---|---|
| PETITION DATE: | 2/6/2020 |
| DISTRICT OF TEXAS: | Southern |
| DIVISION: | Houston |

## MONTHLY OPERATING REPORT SUMMARY FOR JUNE 2020

| MONTH | 02/01/20-02/29/20 | 03/01/20-03/31/20 | 04/01/20-04/30/20 | 05/01/20-05/31/20 | 06/01/20-06/30/20 | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 303,797.00 | 263,966.58 | 474,572.89 | 257,618.68 | 0.00 |
| INCOME BEFORE INT; DEPREC. TAX (MOR-6) | -137,239.75 | 188,255.92 | -3,100.71 | 370,326.92 | 11,661.17 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -137,239.75 | 225,656.23 | -89,619.91 | 233,639.47 | -136,873.23 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 31,662.16 | 31,665.02 | 31,665.02 | 21,665.94 | 5,833.43 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 64,647.32 | 99,518.85 | 69,135.79 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 123,573.97 | 116,426.28 | 228,503.81 | 318,396.04 | 701,934.23 | 0.00 |

\*\*\*The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee\*\*\*

**REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE**

| | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (x) NO ( ) | 11/30/2020 |
| LIABILITY | YES (x) NO ( ) | 11/30/2020 |
| VEHICLE | YES (x) NO ( ) | 11/30/2020 |
| WORKER'S | YES (x) NO ( ) | 11/30/2020 |
| OTHER | YES (x) NO ( ) | 11/30/2020 |

CIRCLE ONE

| | | |
|---|---|---|
| Are all accounts receivable being collected within terms? | **Yes** | No |
| Are all post-petition liabilities, including taxes, being paid within terms? | **Yes** | No |
| Have any pre-petition liabilities been paid? | Yes | **No** |
| If so, describe | | |
| Are all funds received being deposited into DIP bank accounts? | **Yes** | No |
| Were any assets disposed of outside the normal course of business? | Yes | **No** |
| If so, describe | | |
| Are all U.S. Trustee Quarterly Fee Payments current? | **Yes** | No |

What is the status of your Plan of Reorganization? _____

| | |
|---|---|
| ATTORNEY NAME: | Matthew Okin |
| FIRM NAME: | Okin Adams LLP |
| ADDRESS: | 1113 Vine Street, Suite 240 |
| CITY, STATE, ZIP: | Houston, TX 77002 |
| TELEPHONE/FAX: | 713.228.4100 \| 888.865.2118 |

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED X _Robert E Ogle_ TITLE: TRUSTEE
(ORIGINAL SIGNATURE)
Robert Ogle, Trustee
(PRINT NAME OF SIGNATORY)    DATE 7/17/20

MOR-1

Reservation of Rights: The Debtor reserves all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate, but shall be under no obligation to do so. Nothing contained in this MOR shall constitute a waiver of any of the Debtor's rights or an admission with respect to its Chapter 11.

Some regularly recurring journal entries have not been posted as of 06.30.2020; certain accruals have not been recorded based on the timing (due date) for the reports.

CASE NAME: Watson Valve Services, LLC
CASE NUMBER: 20-30968

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH Feb 2020 | MONTH Mar 2020 | MONTH Apr 2020 | MONTH May 2020 | MONTH June 2020 | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | | 949,195.09 | 909,604.12 | 1,931,520.63 | 1,961,031.58 | 1,766,832.90 | 1,403,100.34 |
| Accounts Receivable, Net | | 1,018,319.61 | 287,292.82 | 193,241.15 | 199,192.97 | 549,568.50 | 467,876.51 |
| Inventory: Lower of Cost or Market | | 3,349.00 | 3,349.00 | 3,349.00 | 3,349.00 | 3,349.00 | 3,349.00 |
| Prepaid Expenses | | 134,605.20 | 134,605.20 | 134,605.20 | 134,605.20 | 134,605.20 | 112,171.00 |
| Deposits | | 45,360.00 | 45,360.00 | 45,360.00 | 45,360.00 | 45,360.00 | 45,360.00 |
| Investments | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | FN1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other | | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| TOTAL CURRENT ASSETS | | 2,155,828.90 | 1,385,211.14 | 2,313,075.98 | 2,348,538.75 | 2,504,715.60 | 2,036,856.85 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | | 64,645.78 | 64,645.78 | 64,645.78 | 64,645.78 | 64,645.78 | 64,645.78 | |
| Less Accumulated Depreciation | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| NET BOOK VALUE OF PP & E | | 64,645.78 | 64,645.78 | 64,645.78 | 64,645.78 | 64,645.78 | 64,645.78 | 0.00 |
| **OTHER ASSETS** | | | | | | | | |
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |
| 4. | | | | | | | | |
| **TOTAL ASSETS** | | $2,220,474.68 | $1,449,856.92 | $2,377,721.76 | $2,413,184.53 | $2,569,361.38 | $2,101,502.63 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

Revised 07/01/98

FN1   Insurance Policy limits totaling $29,000,000 have been removed.

CASE NAME: Watson Valve Services, LLC
CASE NUMBER: 20-30968

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | | FILING DATE* | MONTH Feb 2020 | MONTH Mar 2020 | MONTH Apr 2020 | MONTH May 2020 | MONTH June 2020 | MONTH |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | 0.00 | 0.00 | 188,363.61 | 159,487.90 | 127,322.23 | 284,709.07 | 0.00 |
| PRE-PETITION LIABILITIES | | | | | | | | |
| Notes Payable - Secured | FN2 \| FN4 | 45,500.00 | 45,500.00 | 45,500.00 | 45,500.00 | 45,500.00 | 13,159.02 | |
| Priority Debt - Unsecured | FN4 | 60,964.61 | 60,964.61 | 60,964.61 | 60,964.61 | 60,964.61 | 45,391.83 | |
| Federal Income Tax | | | | | | | | |
| FICA/Withholding | | | | | | | | |
| Unsecured Debt | FN4 | 896,037.08 | 883,993.28 | 883,993.28 | 883,993.28 | 883,993.28 | 1,132,452.53 | |
| Other | | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | | 1,002,501.69 | 990,457.89 | 990,457.89 | 990,457.89 | 990,457.89 | 1,191,003.38 | 0.00 |
| **TOTAL LIABILITIES** | | 1,002,501.69 | 990,457.89 | 1,178,821.50 | 1,149,945.79 | 1,117,780.12 | 1,475,712.45 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | |
| PREFERRED STOCK | | | | | | | | |
| COMMON STOCK | | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | | |
| RETAINED EARNINGS Filing Date | FN3 | 1,216,972.99 | 1,216,972.99 | 1,216,972.99 | 1,216,972.99 | 1,216,972.99 | 1,216,972.99 | |
| RETAINED EARNINGS Post Filing Date | | 0.00 | -137,239.75 | 225,656.23 | -89,619.91 | 233,639.47 | -136,873.23 | 0.00 |
| RETAINED EARNINGS Pre / Post Filing Date Adjustments | FN1 | 0.00 | -621,334.21 | -244,728.96 | 134,885.66 | -31.20 | -455,309.58 | |
| TOTAL OWNER'S EQUITY (NET WORTH) | | 1,217,972.99 | 459,399.03 | 1,198,900.26 | 1,263,238.74 | 1,451,581.26 | 625,790.18 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | | $2,220,474.68 | $1,449,856.92 | $2,377,721.76 | $2,413,184.53 | $2,569,361.38 | $2,101,502.63 | $0.00 |
| | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

Revised 07/01/98

| | |
|---|---|
| FN1 | Ongoing operational adjustments |
| FN2 | Secured Debt with Texas Capital Bank totaling $3,000,000 is held by Watson Grinding with only a contingent liability via guarantee by Watson Valve, thus removed here. |
| FN3 | Insurance Policy limits totaling $29,000,000 have been removed. |
| FN4 | Amended to reflect actual claims filed through the bar date. |

CASE NAME: Watson Valve Services, LLC
CASE NUMBER: 20-30968

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH Feb 2020 | MONTH Mar 2020 | MONTH Apr 2020 | MONTH May 2020 | MONTH June 2020 | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 0.00 | 763.92 | 72,968.70 | 35,634.78 | 136,174.67 | |
| TAX PAYABLE | | | | | | |
|   Federal Payroll Taxes | | | | | | |
|   State Payroll Taxes | | | | | | |
|   Ad Valorem Taxes | | | | | | |
|   Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. McDowell Hetherington LLP   FN1 | 0.00 | 63,299.69 | 63,914.20 | 68,859.95 | 131,769.40 | |
| 2. MACCO Restructuring Group   FN1 | 0.00 | 124,300.00 | 22,605.00 | 22,827.50 | 16,765.00 | |
| 3. US Trustee Fees (Unpaid) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $0.00 | $188,363.61 | $159,487.90 | $127,322.23 | $284,709.07 | $0.00 |

*Payment requires Court Approval

MOR-4

*Revised 07/01/98*

FN1    Aggregated professional / legal fees beyond retainers

CASE NAME: Watson Valve Services, LLC
CASE NUMBER: 20-30968

## AGING OF POST-PETITION LIABILITIES
MONTH: June 2020

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 98,624.85 | 98,624.85 | | | | |
| 31-60 | 36,768.84 | 36,768.84 | | | | |
| 61-90 | 780.98 | 780.98 | | | | |
| 91+ | 0.00 | 0.00 | | | | |
| TOTAL | $136,174.67 | $136,174.67 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | Feb 2020 | Mar 2020 | Apr 2020 | May 2020 | June 2020 | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 0.00 | 144,190.69 | 69,420.00 | 423,482.89 | 229,909.45 | |
| 31-60 DAYS | 13,717.50 | 0.00 | 80,722.51 | 5,406.00 | 111,881.45 | |
| 61-90 DAYS | 264,688.32 | 13,717.50 | 0.00 | 71,629.15 | 5,406.00 | |
| 91+ DAYS | 8,887.00 | 35,332.96 | 49,050.46 | 49,050.46 | 120,679.61 | |
| TOTAL | $287,292.82 | $193,241.15 | $199,192.97 | $549,568.50 | $467,876.51 | $0.00 |

MOR-5

Revised 07/01/98

CASE NAME: Watson Valve Services, LLC
CASE NUMBER: 20-30968

## STATEMENT OF INCOME (LOSS)

| | MONTH Feb 2020 | MONTH Mar 2020 | MONTH Apr 2020 | MONTH May 2020 | MONTH June 2020 | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 0.00 | 303,797.00 | 263,966.58 | 474,572.89 | 257,618.68 | | 1,299,955.15 |
| TOTAL COST OF REVENUES | 43,385.44 | 41,794.10 | 138,983.91 | 62,039.67 | 178,578.91 | | 464,782.03 |
| GROSS PROFIT | -43,385.44 | 262,002.90 | 124,982.67 | 412,533.22 | 79,039.77 | 0.00 | 835,173.12 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | 1,479.98 | 412.44 | 67,544.33 | 4,932.36 | 40,591.83 | 0.00 | 114,960.94 |
| Insiders Compensation | 31,662.16 | 31,665.02 | 31,665.02 | 21,665.94 | 5,833.43 | 0.00 | 122,491.57 |
| Payroll & Payroll Taxes | 60,640.17 | 41,405.82 | 28,778.03 | 15,500.00 | 20,833.34 | | 167,157.36 |
| Bank Fees | 72.00 | 263.70 | 96.00 | 108.00 | 120.00 | | 659.70 |
| Other | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 93,854.31 | 73,746.98 | 128,083.38 | 42,206.30 | 67,378.60 | 0.00 | 405,269.57 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -137,239.75 | 188,255.92 | -3,100.71 | 370,326.92 | 11,661.17 | 0.00 | 429,903.55 |
| INTEREST EXPENSE | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE*    FN1 | | -225,000.00 | | | | | -225,000.00 |
| Professional Fees    FN2 | 0.00 | 124,300.00 | 22,605.00 | 67,827.50 | 16,765.00 | 0.00 | 231,497.50 |
| Legal Fees    FN2 | 0.00 | 63,299.69 | 63,914.20 | 68,859.95 | 131,769.40 | 0.00 | 327,843.24 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | -37,400.31 | 86,519.20 | 136,687.45 | 148,534.40 | 0.00 | 334,340.74 |
| NET INCOME BEFORE TAXES | -137,239.75 | 225,656.23 | -89,619.91 | 233,639.47 | -136,873.23 | 0.00 | 95,562.81 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($137,239.75) | $225,656.23 | ($89,619.91) | $233,639.47 | ($136,873.23) | $0.00 | $95,562.81 |

Accrual Accounting Required, Otherwise Footnote with Explanation.
* Footnote Mandatory.
** Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

MOR-6

Revised 07/01/98

| FN1 | Insurance Payment |
| FN2 | Aggregated professional / legal fees beyond retainers pursuant to MOR-4 |

CASE NAME: Watson Valve Services, LLC
CASE NUMBER: 20-30968

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Feb 2020 | MONTH Mar 2020 | MONTH Apr 2020 | MONTH May 2020 | MONTH June 2020 | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $949,195.09 | $909,604.12 | $1,931,520.63 | $1,961,031.58 | $1,766,832.90 | $1,403,100.34 | $949,195.09 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 83,983.00 | 913,342.79 | 258,014.76 | 124,197.36 | 338,201.67 | | 1,717,739.58 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. CONTRIBUTIONS | | | | | | | 0.00 |
| 7. OTHER (Insurance Payment) | | 225,000.00 | | | | | 225,000.00 |
| TOTAL RECEIPTS** | 83,983.00 | 1,138,342.79 | 258,014.76 | 124,197.36 | 338,201.67 | 0.00 | 1,942,739.58 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7a. NET PAYROLL | | | | 15,500.00 | 20,833.34 | | 36,333.34 |
| 7b. INSIDER COMPENSATION | 31,662.16 | 31,665.02 | 31,665.02 | 21,665.94 | 5,833.43 | | 122,491.57 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12. INSURANCE | 12,043.80 | 1,265.00 | 22,822.60 | 12,043.00 | 12,043.00 | | 60,217.40 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 2,627.09 | 417.01 | 357.66 | 395.22 | | | 3,796.98 |
| 17. ADMINISTRATIVE & SELLING | 77,240.92 | 83,079.25 | 109,011.21 | 167,323.03 | 78,594.55 | | 515,248.96 |
| 18. PROFESSIONAL FEES | | | | | | | |
| 19. LEGAL FEES | | | | | | | |
| 20. OTHER (attach list)  FN2 | | | | | 515,494.12 | | 515,494.12 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 123,573.97 | 116,426.28 | 163,856.49 | 216,927.19 | 632,798.44 | 0.00 | 1,253,582.37 |
| 19. PROFESSIONAL FEES | | | 64,647.32 | 99,518.85 | 69,135.79 | | 233,301.96 |
| 20. U.S. TRUSTEE FEES | | | | 1,950.00 | | | 1,950.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 123,573.97 | 116,426.28 | 228,503.81 | 318,396.04 | 701,934.23 | 0.00 | 1,488,834.33 |
| 22. NET CASH FLOW | -39,590.97 | 1,021,916.51 | 29,510.95 | -194,198.68 | -363,732.56 | 0.00 | 453,905.25 |
| 23. CASH - END OF MONTH (MOR-2)  FN1 | $909,604.12 | $1,931,520.63 | $1,961,031.58 | $1,766,832.90 | $1,403,100.34 | $1,403,100.34 | $1,403,100.34 |

MOR-7

\* Applies to Individual debtors only
\*\*Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

Revised 07/01/98

FN1  $572,241.86 related to AMUR HMP, LLC (Russia) Project
FN2  Transfer of funds to Watson Grinding for AR received on their behalf

CASE NAME: Watson Valve Services, LLC
CASE NUMBER: 20-30968

## CASH ACCOUNT RECONCILIATION
### MONTH OF June 2020

| BANK NAME | Texas Capital Bank | Texas Capital Bank | Texas Capital Bank | Compass Bank | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | Acct Ending 0552 | Acct Ending 4882 | Acct Ending 4874 | Acct Ending 6583 | |
| ACCOUNT TYPE | OPERATING | PT HUAYUE NICKEL COBALT (CHINA) PROJECT | AMUR HMP, LLC (RUSSIA) PROJECT | OPERATING | TOTAL |
| BANK BALANCE | 951,096.35 | 243,141.59 | 0.00 | 227,204.10 | 1,421,442.04 |
| DEPOSITS IN TRANSIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OUTSTANDING CHECKS | 18,341.70 | 0.00 | 0.00 | 0.00 | 18,341.70 |
| ADJUSTED BANK BALANCE | $932,754.65 | $243,141.59 | $0.00 | $227,204.10 | $1,403,100.34 |
| BEGINNING CASH - PER BOOKS | 1,296,447.31 | 243,141.59 | 0.00 | 227,244.00 | 1,766,832.90 |
| RECEIPTS* | 338,201.67 | 0.00 | 0.00 | 0.00 | 338,201.67 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* FN2 | 701,894.33 | 0.00 | 0.00 | 39.90 | 701,934.23 |
| ENDING CASH - PER BOOKS FN1 | $932,754.65 | $243,141.59 | $0.00 | $227,204.10 | $1,403,100.34 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS an Revised 07/01/98
TOTAL DISBURSEMENTS lines on MOR-7

FN1  $572,241.86: related to AMUR HMP, LLC (Russia) Project
FN2  $515,494.12: received on behalf of Watson Grinding and transferred to their account in June.

CASE NAME: Watson Valve Services, LLC
CASE NUMBER: 20-30968

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH Feb 2020 | MONTH Mar 2020 | MONTH Apr 2020 | MONTH May 2020 | MONTH June 2020 | MONTH |
|---|---|---|---|---|---|---|
| 1. John Watson | 11,665.32 | 11,666.86 | 11,666.86 | 11,666.86 | 5,833.43 | |
| 2. Robert White | 9,998.42 | 9,999.22 | 9,999.22 | 4,999.47 | 0.00 | |
| 3. Jason White | 9,998.42 | 9,998.94 | 9,998.94 | 4,999.61 | 0.00 | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $31,662.16 | $31,665.02 | $31,665.02 | $21,665.94 | $5,833.43 | $0.00 |

| PROFESSIONALS | MONTH Feb 2020 | MONTH Mar 2020 | MONTH Apr 2020 | MONTH May 2020 | MONTH June 2020 | MONTH |
|---|---|---|---|---|---|---|
| 1. McDowell Hetherington LLP | 0.00 | 0.00 | 64,647.32 | 0.00 | 51,051.79 | |
| 2. MACCO Restructuring Group | 0.00 | 0.00 | 0.00 | 99,518.85 | 18,084.00 | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $64,647.32 | $99,518.85 | $69,135.79 | $0.00 |

MOR-9

*Revised 07/01/98*