IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-30968** |
| **WATSON VALVE SERVICES,** | § | |
| **INC.,** | § | |
| Debtor. | § | (Chapter 11) |

**NOTICE OF FILING FIRST AND FINAL FEE APPLICATION OF CUMMINGS & HOUSTON, L.L.P., AS ACCOUNTANT FOR TRUSTEE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 2, 2020 THRU DECEMBER 31, 2020**

**PLEASE TAKE NOTICE** that Cummings & Houston, L.L.P. ("Cummings" or "Applicant"), Accountants for Robert E. Ogle, Chapter 11 Trustee for Watson Valve Services, Inc. (the "Debtor"), filed its First and Final Fee Application for allowance of compensation and reimbursement for expenses for the period February 2, 2020 through December 31, 2020 ("Application").[1]

> **THIS APPLICATION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE APPLICATION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE APPLICATION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE APPLICATION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE APPLICATION AT THE HEARING.**
>
> **REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY**

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

1.      Applicant seeks a total final award of $58,589.42 in fees and expenses for services rendered from February 2, 2020 through December 31, 2020.  Accordingly, upon full and final approval of this Application, the amount due to the Applicant will be $58,589.42.

2.      Accordingly, Applicant requests that the Court: (i) authorize and direct the Watson Valve Liquidating Trustee to pay all remaining fees and expenses incurred during the Application Period.

3.      Copies of the above referenced Application may be (i) requested from counsel to the Debtors using the contact information below; (ii) inspected in the office of the Clerk of the Bankruptcy Court during normal business hours; and (iii) downloaded from the Court's website at http://www.txs.uscourts.gov/bankruptcy. Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents.

Respectfully submitted this 12th day of January 2021.

**OKIN ADAMS LLP**

By: */s/ Matthew S. Okin*
    Matthew S. Okin
    Texas Bar No. 00784695
    Email: mokin@okinadams.com
    James W. Bartlett, Jr.
    Texas Bar No. 00795238
    Email: jbartlett@okinadams.com
    Edward A. Clarkson, III
    Texas Bar No. 24059118
    Email: eclarkson@okinadams.com
    1113 Vine St. Suite 240
    Houston, TX 77002
    Tel: (713) 228-4100
    Fax: (888) 865-2118

*Counsel to Robert E. Ogle, Chapter 11 Trustee for Watson Valve Services, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on January 12, 2021, a true and correct copy of the foregoing Application was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices and on January 13, 2021 by First Class Mail, postage prepaid, to the parties on the attached mailing matrix.

/s/ *Matthew S. Okin*
Matthew S. Okin