UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br>**WATSON VALVE SERVICES, INC.**<br>Debtor. | Case No. 20-30968<br><br>Chapter 11 |

**ORDER SUSTAINING JOHN WATSON'S OMNIBUS OBJECTION TO PROOF OF CLAIM NO. 48 AND PROOF OF CLAIM NO. 93 FILED BY 4512 STEFFANI PROPERTY, LLC**

(Relates to Dkt. No. _____, Claim No. 48, and Claim No. 93)

Upon the objection (the "Objection") of John Watson ("Mr. Watson") seeking entry of an order sustaining *John Watson's Omnibus Objection to Proof of Claim No. 48 and Proof of Claim No. 93 Filed by 4512 Steffani Property, LLC*; and this court having jurisdiction over this matter pursuant to 28 U.S.C § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is permissible pursuant to 28 U.S.C §§ 1408 and 1409; and this Court having found that notice of the Objection and opportunity for a hearing on the Objection were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed and considered the Objection and any statements in support of the relief requested therein; and this Court having determined that the legal and factual bases set forth in the Objection and at any hearing on the matter establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Objection is sustained as set forth herein.

2. Any response to the Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on its merits.

3. Proof of Claim No. 48 filed by 4512 Steffani Property, LLC in the above-captioned bankruptcy case is disallowed in its entirety.

4. Proof of Claim No. 93 filed by 4512 Steffani Property, LLC is allowed in the amount of $32,563.13 and otherwise disallowed.

5. Mr. Watson is authorized to seek reimbursement of his expenses incurred in pursuing this Objection, pursuant to Article XIV.C of Plan.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2021

_____
**UNITED STATES BANKRUPTCY JUDGE**