IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| WATSON VALVE SERVICES, INC. | § § § § | CASE NO. 20-30968 (CHAPTER 11) |
| DEBTOR | § | |

ORDER OVERRULING
JOHN WATSON'S OMNIBUS OBJECTION TO PROOF OF CLAIM NO. 48
AND PROOF OF CLAIM NO. 93 FILED BY 4512 STEFFANI PROPERTY, LLC.
[relates to ECF 511]

The Court has considered John Watson's Omnibus Objection to Proof of Claim No. 48 and Proof of Claim No. 93 filed by 4512 Steffani Property, LLC (the **"Objection"**) and finds that the Objection should be overruled. Adequate notice of the Objection has been given and no other or further notice is necessary. Accordingly, it is therefore

**ORDERED, ADJUDGED, AND DECREED** that the Objection is OVERRULED.

SIGNED this _____ day of _____, 2021.

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE