| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 20-30968<br>Southern District of Texas<br>Houston<br>Tue Jan 25 09:20:24 CST 2022 | 3M Company<br>3M Center, 220-9E-02<br>St. Paul, MN 55144-1000 | 4512 Steffani Property LLC<br>21861 Old Oak Way<br>Hockley, TX 77447-3209 |
| AmRisc London<br>12650 Ingenuity Drive<br>Suite 200<br>Orlando, FL 32826-2703 | AmTrust London<br>11505 Chimney Road Road<br>Houston, TX 77035-2905 | American Heli-Arc<br>5009 Pinemont<br>Houston, TX 77092-3533 |
| Atlas-Insurers Indemnity Company<br>P.O. Box 211805<br>Bedford, TX 76095-8805 | Chamberlain, Hrdlicka, White, Williams & Aug<br>Attention: Jarrod B. Martin<br>1200 Smith Street, Suite 1400<br>Houston, TX 77002-4496 | Cummings & Houston, L.L.P.<br>Attention: Charles C. Cummings, Jr., CPA<br>440 Louisiana Street, Suite 650<br>Houston, TX 77002-1052 |
| Cypress-Fairbanks ISD<br>Linebarger Goggan Blair & Sampson LLP<br>C/O John P. Dillman<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Direct Bolt & Supply<br>c/o J.R. JONES LAW PLLC<br>6026 Remson Hollow Lane<br>Katy, Tx 77494-4376 | Geovera Specialty Insurance Services, Inc.<br>P.O. Box 2957<br>Fairfield, CA 94533-0592 |
| Global Indemnity Group Services, LLC<br>P.O. Box 532<br>Willow Grove, PA 19090-0532 | Harris County<br>Linebarger Goggan Blair & Sampson LLP<br>C/O John P. Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 | HughesWattersAskanase, LLP<br>c/o Wayne Kitchens<br>Total Plaza<br>1201 Louisiana, 28th Floor<br>Houston, TX 77002-5607 |
| Industrial Scientific Corporation<br>c/o Sally E. Edison<br>Spilman Thomas & Battle, PLLC<br>301 Grant Street, Suite 3440<br>Pittsburgh, PA 15219-6401 | KMHJ, Ltd.<br>SILVERA FIRM<br>17070 DALLAS PARKWAY SUITE 100<br>DALLAS, TX 75248-1906 | Kwok Daniel Ltd., L.L.P.<br>c/o Joseph Rovira<br>Hunton Andrews Kurth LLP<br>600 Travis Street, Suite 4200<br>Houston, TX 77002-2929 |
| MACCO Restructuring Group, LLC<br>Pennzoil Place<br>700 Milam Street, Suite 1300<br>Houston, TX 77002-2736 | MOGAS Industries, Inc.<br>c/o Holland O'Neil<br>Foley & Lardner LLP<br>2021 McKinney Avenue, Ste. 1600<br>Dallas, TX 75201-3340 | Matheson Tri Gas, Inc. and Western Internati<br>c/o Karl D. Burrer<br>Greenberg Traurig, LLP<br>1000 Louisiana Street, Suite 1700<br>Houston, TX 77002-5001 |
| McDowell Hetherington LLP<br>c/o Andrew R. Kasner<br>1001 Fannin<br>Suite 2700<br>Houston, TX 77002-6774 | McDowell Hetherington LLP<br>c/o Jarrod B. Martin<br>1001 Fannin, Suite 2700<br>Houston, TX 77002-6774 | Nationwide General Insurance Company<br>Law Office of James A. Lawrence<br>105 Decker Court, Suite 150<br>Irving, TX 75062-2808 |
| Okin Adams LLP<br>Okin Adams LLP<br>1113 Vine St<br>Suite 240<br>Houston, TX 77002-1044 | Pierce Skrabanek, PLLC<br>3701 Kirby Drive<br>Suite 760<br>Houston, TX 77098-3923 | Railroad Commission of Texas<br>c/o Office of the Attorney General<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>MC-008<br>Austin, TX 78711-2548 |
| SWYFFT<br>7411 Fullerton Street<br>Jacksonville, FL 32256-3629 | State Auto Insurance Company<br>518 East Board Street<br>Columbus, OH 43512 | Texas Capital Bank, National Association<br>c/o Timothy A. Million<br>Husch Blackwell LLP<br>600 Travis Street, Suite 2350<br>Houston, TX 77002-2629 |

| | | |
|---|---|---|
| Texas Commission on Environmental Quality<br>c/o Office of the Attorney General<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>MC-008<br>Austin, TX 78711-2548 | Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin, tx 78711-2548 | Tokio Marine Kiln<br>20 Fenchurch Street<br>LondonEC3M 3BY United Kingdom |
| United Property & Casualty Insurance Company<br>800 2nd Avenue<br>St. Petersburg, FL 33701 | Watson Grinding and Manufacturing Co.<br>c/o Erin E. Jones<br>4119 Montrose Suite 230<br>Houston, Tx 77006-4964 | Watson Valve Services, Inc.<br>c/o Robert E. Ogle, Trustee<br>711 Louisiana St.<br>Suite 2100<br>Houston, TX 77002-2746 |
| Wauson & Probus<br>One Sugar Creek Ctr. Blvd., Suite 880<br>Sugar Land, TX 77478-3557 | Westchester Surplus Lines Insurance Co.<br>436 Walnut Street<br>WA 07R<br>Philadelphia, PA 19106-3703 | Zurich American Insurance Company<br>P.O. Box 968015<br>Schaumburg, IL 60196-8015 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | 4512 Steffani Properties, LLC<br>27440 Waller Spring Creek Rd<br>Hockley, TX 77447-9403 | 4512 Steffani Property LLC<br>27440 Waller Spring Creek Rd<br>Hockley, TX 77447-9403 |
| AIV, LPL<br>7140 W. Sam Houston Pkwy N<br>Suite 100<br>Houston, TX 77040-3167 | Abel Martinez<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Abigail Hernandez<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| AccroSeal<br>316 Briggs Street<br>Vicksburg, MI 49097-1162 | Ace Electronics<br>3210 Antoine Dr<br>Houston, TX 77092-7038 | Adam Ontoya-Torres<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Aegis Security Insurance Company<br>c/o Randall J. Poelma, Jr.<br>Doyen Sebesta & Poelma, LLLP<br>16945 Northchase Drive, Suite 1400<br>Houston, TX 77060-2142 | Afco<br>5600 North River Road<br>Suite 400<br>Des Plaines, IL 60018-5187 | Agnex Panong<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 |
| Alfonso Rodriguez<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Alison Long<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Alvaro Mendieta<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| AmGUARD Insurance Company<br>c/o Randall J. Poelma, Jr.<br>Doyen Sebesta & Poelma, LLLP<br>16945 Northchase Drive, Suite 1400<br>Houston, TX 77060-2142 | Amado Anguiano<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Amanda Jantzen<br>10011 Steeple Farms Dr<br>Houston, TX 77080-3203 |
| Amber Lane<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Amelia Diosdado<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | American Express<br>Three World Financial Center<br>200 Vesey S<br>New York, NY 10285-1000 |

| | | |
|---|---|---|
| American Heli-Arc<br>5009 Pinemont Dr<br>Houston, TX 77092-3533 | Amur Hydrometallurgical Plant LLC<br>Dante Alessandri<br>1000 Louisiana St. Ste 2800<br>Houston, TX 77002-5031 | Ana Luisa Singu<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 |
| Ana Sarpas<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Andrea Horton<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Andres Gomez<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Andres Unriostegui<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Angel Olvera<br>c/o Anthony Peterson, LLP<br>500 North Water Street<br>Suite 1000<br>Corpus Christi, TX 78401-0235 | Angelina Sandoval<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Angeline Garza<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Anna Juarez<br>c/o Law Offices of Manuel Solis, PC<br>6657 Navagation Boulevard<br>Houston, TX 77011-1341 | Anna Salvadoro Moss<br>10321 Richmond Hill Drive<br>Houston, TX 77041-8829 |
| Annie Tyler<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Anthony Howard, Jr.<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Anthony Uriostegui<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 |
| Antorion Avitia<br>c/o Law Offices of Manuel Solis, PC<br>6657 Navagation Boulevard<br>Houston, TX 77011-1341 | Armin Denic<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Arnold Ballinger<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Arthur Anh Nguyen<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Bamboo Properties, LLC<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Bass Toll and Supply, Inc.<br>2300 Fairway Park Dr<br>Houston, TX 77092-7603 |
| Bealls - Comenity Bank<br>PO Box 18729<br>Columbus, OH 43218 | Benito Hernandez<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Beronica Tabares<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 |
| Bibiano Sandoval<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Bichdao Nguyen<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Binh Lu & Quyen Lu<br>c/o Potts Law Firm<br>3737 Buffalo Speedway, Ste. 1900<br>Houston, TX 77098-3739 |
| Blanca Mojica<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Blanca Solorazano<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Brenda Pham<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |

Brenda Y Saravia
8127 Big Oak Trial Dr.
Houston, TX 77040-2662

Brian Rego
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Byron Keith House
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

CASCO Inc
c/o Gerald Shannon
10731 Braewick
Houston TX 77096-5810

Calixto Lopez
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Candy Tovar
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Carole Goff
c/o Bain & Barkley
14090 Southwest Freeway
Suite 450
Sugar Land, TX 77478-3679

Catherin Drawsand
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Catherine Laake
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Catherine Norton
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Cathryn R. Bottoms
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Celina Sandoval
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Chao Gao
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Charlene M. Greco
12006 N. Youngwood Lane
Houston TX 77043-1014

Chom Se Park
5002 Raindrop Hollow Drive
Houston, TX 77041-5489

Chris Fields
10300 Katy Frwy #547
Houston 77043-5138

Chris Le
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Chris Santiff
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Christina Thurman
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Christopher Glynn
4414 Stanford Ct
Houston TX 77041-8838

Chuyen Tu
c/o Potts Law Firm
3737 Buffalo Speedway, Ste. 1900
Houston, Texas 77098-3739

Cindy Ortega
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX  78711-2548

Craig Eugene Johnson
2819 Teague Rd #1662
Houston, TX 77080-2547

Cristhian Martinez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Cuong Vo
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Cynthia Tates
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Cypress Fairbanks ISD
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Cypress Texas Insurance Company
12926 Gran Bay Pkwy W, Ste 200
Jacksonville, FL 32258-4547

Cypress-Fairbanks ISD Tax
10494 Jones Road
Suite 106
Houston, TX 77065-4210

| | | |
|---|---|---|
| Daisy Lozano<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Dale C. Battiste<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Dan Berry Argo<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Dana Feaster<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Daniel Bravo<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Daniel Drawsand<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Daniel Gutierrez, Jr.<br>c/o Anthony Peterson, LLP<br>500 North Water Street<br>Suite 1000<br>Corpus Christi, TX 78401-0235 | Daniel Juarez<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Daniela Cortez<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| David Diosado<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | David Rains<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | David Solorazano<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Deborah Patten<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Delta Hernandez<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Denis Hernandez<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Diana Lopez<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Diana Villalpando<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Diem Thi Hoang<br>4710 Shadowdale Drive<br>Houston, TX 77041-7824 |
| Direct Bolt & Supply L.L.C.<br>7203 Belgold, Suite A<br>Houston, Texas 77066-1034 | Direct Bolt and Supply<br>7117 Belgold<br>Suite D<br>Houston, TX 77066-1027 | Domingo Duron<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Donald Holcomb<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Doris Arias<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | EGC Critical Components, LLC<br>8103 Rankin Road<br>Humble, TX 77396-1456 |
| EGC Enterprises<br>140 Parker Ct<br>Chardon, OH 44024-1112 | EGC Enterprises Inc.<br>140 Parket Court<br>Chardon, OH 44024-1112 | Eastern Account System of Connecticut INC<br>ARA Austin Radiological Association<br>3 Corporate Drive, Ste 2<br>Danbury, CT 06810-4166 |
| Edith Vaesa<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Eduardo Dolpher<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Eduardo Flores<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |

Elaine Jackson
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Elba Lemus
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Elizabeth Rueda
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Eloy Ortega
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Ema Ferrufino
c/o Law Offices of Manuel Solis, PC
6657 Navagation Boulevard
Houston, TX 77011-1341

Emily Perez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Emma Rufino
c/o Law Offices of Manuel Solis, PC
6657 Navagation Boulevard
Houston, TX 77011-1341

Eric Bravo
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Erick Anaya
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Erika Flores
6712 Cohn St
Houston TX 77091-2204

Erika Flores
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Ernesto Benitez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Esmeralda Gonzalez A/N/F of N.M., a Mino
c/o Marty Herring & Associates
1616 S. Voss Road
Suite 890
Houston, TX 77057-2631

Esmeralda Gonzalez, Individually
c/o Marty Herring & Associates
1616 S. Voss Road
Suite 890
Houston, TX 77057-2631

Esperanza Tabares
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Esteban Pelcastre
c/o Law Offices of Manuel Solis, PC
6657 Navagation Boulevard
Houston, TX 77011-1341

Ethan Decicco
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Eva Olvera
c/o Anthony Peterson, LLP
500 North Water Street
Suite 1000
Corpus Christi, TX 78401-0235

Evelyn Ibarra
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Ever Omar Bautista
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Fabian Flores
c/o Abraham Watkins Nichols Sorrels Agos
800 Commerce Street
Houston, TX 77002-1707

Fabiola E. Gonzalez
Bonerge A. Montiel
4602 Talina Way
Houston, TX 77041-8914

Farah Albania
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Fasco Fasteners and Supply Company
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Felipe Revuelta
c/o Potts Law Firm
3737 Buffalo Speedway
Suite 1900
Houston, TX 77098-3739

Fernanda Pierre
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Field Express Delivery Service LLC
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Flor D. Cubas
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Franciso Lozano
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Frank Peters
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

| | | |
|---|---|---|
| Freddy Sanchez<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | GHX Industrial LLC<br>3440 South Sam Houston Parkway<br>Suite 300<br>Houston, TX 77047-6535 | GPM International, Inc.<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 |
| Garlock Sealing Tech<br>13288 Collection Center Dr<br>Chicago, IL 60693-0001 | Gilbert Orrellana<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Gilberto Figueroa<br>c/o McMillan Firm, PLLC<br>440 Louisiana Street<br>Suite 1200<br>Houston, TX 77002-1063 |
| Gilberto Mendoza Crus and Massiel Nunez,<br>c/o McMillan Firm, PLLC<br>440 Louisiana Street<br>Suite 1200<br>Houston, TX 77002-1063 | Gilberto Mendoza Cruz<br>c/o McMillan Firm, PLLC<br>440 Louisiana Street<br>Suite 1200<br>Houston, TX 77002-1063 | Gordon Andrus<br>c/o Terry & Thweatt PC<br>One Greenway Plaza<br>Suite 100<br>Houston, TX 77046-0102 |
| Grainger<br>PO Box 419267<br>Kansas City, MO 64141-6267 | Greg Malloch<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Guadalupe Castro<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Guadalupe Meza A/N/F of J.S., a minor<br>c/o Marty Herring & Associates<br>1616 S. Voss Road<br>Suite 890<br>Houston, TX 77057-2631 | Guadalupe Meza, Individually<br>c/o Marty Herring & Associates<br>1616 S. Voss Road<br>Suite 890<br>Houston, TX 77057-2631 | Harris County Tax Assessor-Collector<br>1001 Preston<br>PO Box 4089<br>Houston, TX 77210-4089 |
| Harris County et al<br>Tax Assessor-Collector<br>PO Box 4622<br>Houston, TX 77210-4622 | Harris County et al.<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Hector Medellin<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Hector Silva<br>c/o Marty Herring & Associates<br>1616 S. Voss Road<br>Suite 890<br>Houston, TX 77057-2631 | Henry Lindsay<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Hilda Limas<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Homero Regaldo<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Hossein Sondjani<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Houston Apartment Foundation<br>4810 Westway Park Blvd<br>Houston, TX 77041-2002 |
| Houston Auto Tech, Inc.<br>c/o Lassiter Law Firm<br>3120 Southwest Freeway<br>Suite 650<br>Houston, TX 77098-4521 | Houston Corvette Service, Inc.<br>c/o Terry & Thweatt PC<br>One Greenway Plaza<br>Suite 100<br>Houston, TX 77046-0102 | Houston Corvette Servies, Inc.<br>c/o Terry & Thweatt PC<br>One Greenway Plaza<br>Suite 100<br>Houston, TX 77046-0102 |
| Hung Duc Pham<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Huy N. Nguyen<br>9805 Brookshire Dr.<br>Houston, TX 77041-9003 | Hytorc<br>12420 Texaco Road<br>Houston, TX 77013-4213 |

| | | |
|---|---|---|
| Industrial Bearing and Services<br>PO Box 41325<br>Houston, TX 77241-1325 | Ingrid Miranda<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Irlanda Copeland<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Isabel Campoverde<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 |
| Isabella Figueroa<br>c/o McMillan Firm, PLLC<br>440 Louisiana Street<br>Suite 1200<br>Houston, TX 77002-1063 | JLD Plaza<br>c/o John Doerfer<br>17126 S. Ivy Circle<br>Houston, TX 77084-3338 | JP Recovery Services<br>Citizen's Medical Center<br>PO Box 16749<br>Columbus, OH 43218 |
| JPW Enterprises LLC<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Jaime Gonzalez<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Jair Leal<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 |
| James Bostick<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | James Walker<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Jane Doe (a Minor)<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 |
| Janet Martinez<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Jasiah Sessions<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Jasmin Serna<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Jason White<br>21861 Old Oak Way<br>Hockley, Texas 77447-3209 | Javier Lopez Herrera<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Javier Martinez<br>c/o Marty Herring & Associates<br>1616 S. Voss Road<br>Suite 890<br>Houston, TX 77057-2631 |
| Jeanne Merritt<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Jerlesa Tates<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Jessie Sewel<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Joan Doan<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Joe Brunson<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Johana Macin<br>c/o Marty Herring & Associates<br>1616 S. Voss Road<br>Suite 890<br>Houston, TX 77057-2631 |
| John Baccam<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | John Dasilva<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | John Doe (a Minor)<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 |

| | | |
|---|---|---|
| John M. Watson<br>2311 Mid Lane #801<br>Houston, TX 77027-4305 | Johnnie Huynh<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Johnny Villalpando<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Jorge Castillo<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Jorge Chacon<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Jorge Cubas<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Jorge Garcia<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Jorge Pham<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Jose & Lidia Rodriguez<br>c/o Potts Law Firm<br>3737 Buffalo Speedway, Ste. 1900<br>Houston, Texas 77098-3739 |
| Jose Corral<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Jose D. Coreas<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Jose Mata<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Jose Romero<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Jose Tovar<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Joseph Cropper<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Joseph Pham<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Josephine M. Field<br>2411 Lexford Lane<br>Houston, TX 77080-5220 | Joy Sessions<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 |
| Joy Sessions o/b/o Jaylyn Sessions<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Juan Reyes<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Juan Torrest<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Julia Talamantes<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Juliassa Ruiz<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Jung S. Yun<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Karen Ford Todd<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Karen Laake<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Karen Truong<br>c/o Denny Le<br>4802 Shadowdale Dr<br>Houston, TX 77041-7844 |
| Karla Rodriguez<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Kasi Kirby<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Kathy Collins<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 |

| | | |
|---|---|---|
| Kay Dasilva<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Kelly Malady<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Kelly Mallady<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 |
| Ken C. Harvey<br>Reid T. Keutzer<br>11767 Katy Freeway Suite 920<br>Houston, TX 77079-1782 | Ken Holland, Individually and on behalf<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Kevin Argo<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Kevin Vu<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Kurt Hall<br>7706 Knolls Lodge Ct.<br>Houston, TX 77095-1707 | Kyle Mathis<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Lamons Gasket Company<br>7300 Airport Blvd<br>Houston, TX 77061-3932 | Lashonda M. Henderson<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Laura Ceballos<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Lawrence Sepulveda<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Leonard Lebo o/b/o Pinemont Properties,<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Leonel Garcia<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Leonor Beltran<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Leticia & Valentin Revuelta<br>c/o Potts Law Firm<br>3737 Buffalo Speedway, Ste. 1900<br>Houston, Texas 77098-3739 | Leticia Alarcon<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Lidia Harrison<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Lidia Rodriguez<br>c/o Potts Law Firm<br>3737 Buffalo Speedway, Ste. 1900<br>Houston, Texas 77098-3739 | Linda Dang<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Lucero Medellin<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Luis Carreon<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Luis Medellin<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Luis Rangel<br>10606 Lone Brook Drive<br>Houston, TX 77041-8737 | Luis Reyes<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Lusinda Rendon<br>c/o The Arnsworth Law Firm, PLLC<br>601 Sawyer, Suite 225<br>Houston, TX 77007-7562 |
| Luz Maria Villa<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | MSO Seals & Gaskets Inc.<br>4702 Steffani Lane<br>Houston, TX 77041-7814 | Manuel Corral<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |

Marco Pineda
10007 Eranary Dr
Houston, TX 77080-3205

Marcos Ramos
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Margarita Flores, Personal Representativ
c/o Abraham Watkins Nichols Sorrels Agos
800 Commerce Street
Houston, TX 77002-1707

Maria Adela Perez
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Maria Barajas
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Maria Battiste
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Maria Blanco
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Maria Diosado
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Maria Hernandez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Maria Isabel Trejo
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Maria J. Hernanez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Maria Medellin
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Maria Ofelia Mondragon, Individually and
c/o Anthony Peterson, LLP
500 North Water Street
Suite 1000
Corpus Christi, TX 78401-0235

Maria Salazar
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Maria Uriostegui
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Maricela Flores
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Mariela Garcia
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Marilyn Cue
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Mario Ginaldo
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Mario Ruiz
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Mark Tran
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Martin Boado
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Martin Esqueda
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Marty Griffith
11060 Timberline Rd.
Houston, TX 77043-3804

Mary Bostick
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Mary Jackson
10323 Richmond Hill Drive
Houston, TX 77041-8829

Massiel Nunez
c/o McMillan Firm, PLLC
440 Louisiana Street
Suite 1200
Houston, TX 77002-1063

Matheson Tri-Gas, Inc.
c/o Karl D. Burrer
Greenberg Traurig, LLP
1000 Louisiana Street, Suite 1700
Houston, TX 77002-5001

Maximiliano Castellanos
c/o Gerald Shannon
10731 Braewick
Houston TX 77096-5810

Mayra Benitez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Mayra Reyes
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Melissa Walker
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Melody Doplher
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Mervin Albania
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Michael Salazar
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Michael Smooke
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Michelle Jimenez
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Miguel Cordero
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Miguel Puente Salazar
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Mijah Sessions
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Mirian Cruz
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Morella Tapia
10710 Brookshire Lane
Houston, TX 77041-8724

Morgan Lee
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Myra Jefferson
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Nathan Decicco
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

National Lloyds Insurance Company
c/o Randall J. Poelma, Jr.
Doyen Sebesta & Poelma, LLLP
16945 Northchase Drive, Suite 1400
Houston, TX 77060-2142

Nelly Zelaya
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Nestor Javier Gonzalez Velazquez
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Nguyen Hoang
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Nguyen Ngo
10406 N Newpark Dr
Houston, TX 77041-5485

Noe Cruz
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Normajean Paula Hernandez
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Northwest Pathology Group, PA
PO Box 202048
Dallas, TX 75320-2048

Odess Marie James House
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Olivia Flores
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Omar Cruz
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

One Mail Financial Group, LLC
696 Highway 71 W, Ste 4-A
Bastrop, TX 78602-5151

Oneida Talamantes
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Otilia Arjona
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Pablo Lopez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

| | | |
|---|---|---|
| Pamela Robertson<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Paola Chazarreta<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Paola G. Chazarreta<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 |
| Patricia Cervantes<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Patricia Partales<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Patricio Hernandez<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Paul Martinez<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Pedro Arjona<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Peter Arjona<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 |
| Phong Nguyen<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Phuc Canh Le and Nhu Linh Trong<br>4907 Shadowdale Drive<br>Houston, TX 77041-7873 | Ramon Cortez (Individually and on behalf<br>c/o Mostyn Law<br>3810 West Alabama Street<br>Houston, TX 77027-5204 |
| Rebecca McKeehan<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Reymundo Ceballos<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Reyna Malerva Torres<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 |
| Ricardo Carreon<br>c/o Law Offices of Manuel Solis, PC<br>6657 Navagation Boulevard<br>Houston, TX 77011-1341 | Richard Gannon<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Rigoberto Miranda, Jr.<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Rivis Husband<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Robert Ojeda<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Roberto Hernandez<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Rochelle Feaster<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Rodriguez Clementina Izaguirre<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Rosalba Martinez<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Rosalba Mendieta<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Rosalie Holland<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Rosaura Calix<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Rose Avitia<br>c/o Law Offices of Manuel Solis, PC<br>6657 Navagation Boulevard<br>Houston, TX 77011-1341 | Rozalinda Gomez<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Ryan Hess<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 |

| | | |
|---|---|---|
| SanJuanita R. Vasquez (Janie)<br>10514 Rockcrest<br>Houston, TX 77041-8711 | Sara G. Darrow<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Sara Gloria<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Scorve Valve Services Inc.<br>Building B<br>6410 Langfield Road<br>Houston, TX 77092-1017 | Sean Robert Rangel<br>c/o Fernelius Simon Mace Robertson Perdu<br>4119 Montrose Boulevard<br>Suite 500<br>Houston, TX 77006-4970 | Sebastijan Berenji<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Seismic Exchange, Inc.<br>4805 Westway Park<br>Houston, TX 77041-2003 | Sergio Cruz<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Sergio Cruz, Jr.<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Shannon Smith<br>2819 Teague Road, #1662<br>Houston, TX 77080-2547 | Silvia Arevalo<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Sindy Sanchez<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Singleton Associates<br>PO Box 4346 Dept 808<br>Houston, TX 77210-4346 | Skylar Douglas<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Sophie Lindsay<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 |
| Sotaura Tyler<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | St Mark's Medical Center<br>Hospital Receivables Service, Inc<br>One St Marks Place<br>LaGrange, TX 78945-1250 | Stacy Argo<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Stephen Alan White<br>3105 Cache Crossing<br>Houston, TX 77080-1483 | Steven Reagle<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Steven Tran<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Stingray Energy, LLC<br>c/o Terry & Thweatt PC<br>One Greenway Plaza<br>Suite 100<br>Houston, TX 77046-0102 | Suhm Spring Works, Ltd<br>14650 Heathrow Forest Parkway<br>Houston, TX 77032-5404 | Sulma Berjano<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| (p)SURFACE PREPARATION   TEXAS LLC<br>ATTN JONI LAVIOLETTE<br>5973 SOUTH LOOP EAST<br>HOUSTON TX 77033-1017 | Susan Lopez<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Susan M Vogel & Sons, LLC<br>c/o Susan M Vogel<br>9147 Westview Dr<br>Houston, TX 77055-6419 |
| Susan M. Vogel & Sons, LLC<br>9147 Westview Drive<br>Houston, TX 77055-6419 | Susie Brunson, Individually<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Susie Brunson, as next friend of Bylan B<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 |

Sylvia Garza
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

TRC Master Fund LLC
PO Box 633
Woodmere, NY 11598-0633

Tammy Deinzer / Palmer Living Trust
208 11th Street - Apt 2
Seal Beach, CA 90740-6477

Tan Truong
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Tasha Felder, Individually and on Behalf
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Tatiana Martinez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Teadit
10545 Red Bluff Road
Pasadena, TX 77507-1073

Teledyne Detcon, Inc.
c/o Spencer Edwards
The Hudgins Law Firm, P.C.
24 Greenway Plaza, Suite 2000
Houston, Texas 77046-2444

Teledyne Technologies Incorporated
c/o Spencer Edwards
The Hudgins Law Firm, P.C.
24 Greenway Plaza, Suite 2000
Houston, Texas 77046-2444

Terri Sepluveda
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Texas Capital Bank
1330 Post Oak Blvd
Suite 100
Houston, TX 77056-3065

Texas Capital Bank
c/o Timothy Million
600 Travis Street
Suite 2350
Houston, TX 77002-2629

Texas Capital Bank, N.A.
c/o Timothy A. Million
Husch Blackwell LLP
600 Travis Street, Suite 2350
Houston, TX 77002-2629

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

The Nut Place
6605 Gessner Road
Houston, TX 77040-4015

Thomas Young
4911 East Laureldale
Houston, TX 77041-7895

Tina Do
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Tina Tran
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Toan Ly
c/o Potts Law Firm
3737 Buffalo Speedway, Ste. 1900
Houston, Texas 77098-3739

Tony Henry Yu
c/o Potts Law Firm
3737 Buffalo Speedway, Ste. 1900
Houston, Texas 77098-3739

Travis Horton
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Trivia Douglas
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Tuyet Do
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

U-Line, Inc.
2200 S. Lakeside Drive
Chicago, IL 60693-0001

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Universe Technical Translate
9225 Katy Freeway
Suite 400
Houston, TX 77024-1531

Vanaire Inc
840 Clark Drive
Gladstone, MI 49837-8966

Veit Tran
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024-1270

Veronic Jimenez
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Victoria Chavez
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

| | | |
|---|---|---|
| Victoria Ontoya-Torres<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Victoria Wells<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | W.W. Grainger, Inc.<br>401 South Wright Rd., W4WR47<br>Janesville, WI 53546-8729 |
| Watson Grinding & Manufacturing Co.<br>4525 Gessner Road<br>Houston, TX 77041-8837 | Watson Grinding and Manufacturing Co.<br>4225 Gessner Road<br>Houston, TX 77041 | Watson Valve Services Australia<br>13 Link Cresent<br>Coolum Beach, Queensland 4573 |
| Webcollect LLC dba CKS Financial<br>P .O. Box 2856<br>Chesapeake, VA 23327-2856 | Wendy Honda<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Wendy Nguyen<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Western International Gas & Cylinders, Inc.<br>c/o Karl D. Burrer<br>Greenberg Traurig, LLP<br>1000 Louisiana Street, Suite 1700<br>Houston, TX 77002-5001 | Wilber and Associates<br>210 Landmark Dr<br>Normal IL 61761-2119 | William Walingsford<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 |
| Yesenia Ayala, as Next Fried of I.C. and<br>c/o Byron C. Alfred<br>2019 Wichita Street<br>Houston, TX 77004-6050 | Yessica Gonzalez<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 | Yolanda Wells<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Yoloanda Navarro<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | Yousef Abdulla<br>c/o Lassiter Law Firm<br>3120 Southwest Freeway<br>Suite 650<br>Houston, TX 77098-4521 | Zacarias Chacon<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024-1270 |
| Zee Lee<br>c/o Potts Law Firm<br>3737 Buffalo Speedway, Ste. 1900<br>Houston, TX 77098-3739 | Albano Hoxhaj<br>10313 Bridgeland Lane<br>Houston, TX 77041-8819 | Avishay Moshenberg<br>McDowell Hetherington LLP<br>1001 Fannin<br>Suite 2700<br>Houston, TX 77002-6774 |
| Brendan Patrick Doherty<br>Gieger Laborde Laperouse LLC<br>5151 San Felipe<br>Ste 750<br>Houston, TX 77056-3646 | Chance A. McMillan<br>440 Louisiana, Suite 1200<br>Houston, TX 77002-1063 | Charles Michael Rubio<br>Parkins Lee & Rubio LLP<br>700 Milam St<br>Ste 1300<br>Houston, TX 77002-2736 |
| Eric Young<br>14315 Barn Red Court<br>Cypress, TX   77429-4319 | Ernest P Gieger Jr<br>Gieger Laborde Laperouse LLC<br>5151 San Felipe<br>Ste 750<br>Houston, TX 77056-3646 | Eva S. Engelhart<br>7700 San Felipe, Suite 550<br>Houston, TX 77063-1618 |
| Fabian Flores<br>c/o Abraham Watkins<br>800 Commerce Street<br>Houston, TX 77002-1707 | Flavja Mucka<br>10313 Bridgeland Lane<br>Houston, TX 77041-8819 | GERARDO CASTORENA JR., INDIVIDUALLY, AS REPR<br>Shrader & Associates<br>9 Greenway Plaza<br>Suite 2300<br>Houston, TX 77046-0941 |

| | | |
|---|---|---|
| Gilberto Mendoza Cruz<br>c/o Chance McMillan<br>440 Louisiana, Suite 1200<br>Houston, TX 77002-1063 | Janette Thomas<br>4510 Stanford Court<br>Houston, TX 77041-8840 | Jarrod B. Martin<br>Chamberlain Hrdicka<br>1200 Smith Street<br>Suite 1400<br>Houston, TX 77002-4496 |
| Jason White<br>21861 Old Oak Way<br>Hockley, Tx 77447-3209 | Jose Cruz<br>10266 Bridgeland Lane<br>Houston, TX 77041-8844 | Kate Harrison Easterling<br>McDowell Hetherington LLP<br>1001 Fannin St<br>Ste 2700<br>Houston, TX 77002-6774 |
| Maggie Rivera<br>c/o Abraham Watkins<br>800 Commerce Street<br>Houston, TX 77002-1707 | Margarita Flores<br>c/o Abraham Watkins<br>800 Commerce Street<br>Houston, TX 77002-1707 | Massiel Nunez<br>c/o Chance McMillan<br>440 Louisiana, Suite 1200<br>Houston, TX 77002-1063 |
| Matthew Scott Okin<br>Okin Adams LLP<br>1113 Vine Street, Suite 240<br>Houston, TX 77002-1044 | Ramiro Cruz<br>10266 Bridgeland Lane<br>Houston, TX 77041-8844 | Robert Ogle<br>Pennzoil South Tower<br>711 Louisiana<br>Suite 2100<br>Houston, TX 77002-2746 |
| Wayne D. Collins<br>440 Louisiana, Suite 1200<br>Houston, TX 77002-1063 | Yesenia Ayala, as Next Friend of I.C. and A.<br>The Alfred Firm<br>2211 Norfolk Street, Ste. 803<br>Houston, TX 77098-4030 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>300 E 8th Street<br>Mail Stop 5026AUS<br>Austin, TX 78701 | Surface Preparation<br>5973 South Loop East<br>Houston, TX 77033 | Texas Comptroller of Public Accounts<br>Lyndon B. Johnson State Office Building<br>111 East 17th Street<br>Austin, TX 78774 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Abraham Watkins Plaintiffs | (u)Aegis Security Insurance Company | (u)AmGuard Insurance Company |
| (u)Amur Hydrometallurgical Plant, L.L.C. | (u)Hartford Fire Insurance Company a/s/o CSAT | (u)JB Valve, LLC |

| | | |
|---|---|---|
| (u)National Lloyds Insurance Co | (u)Nautilus Insurance Company a/s/o Texas Env | (u)PT Huayue Nickel Cobalt |
| (u)Property & Casualty Insurance Company of H | (u)Ronald Bankston, Liquidating Trustee | (u)Sentinel Insurance Company, Ltd. a/s/o Art |
| (u)TR Capital Management LLC US | (u)The Official Committee of January 24 Claim | (u)The Travelers Indemnity Company |
| (u)United States of America | (u)Wellington Claim Service, Inc. | (d)4512 Steffani Property, LLC<br>27440 Waller Spring Creek Rd<br>Hockley, TX 77447-9403 |
| (u)Allstate Fire and Casualty Insurance Compa | (u)Allstate Indemnity Company | (u)Allstate Texas Lloyds |
| (u)Allstate Vehicle and Property Insurance Co | (d)Industrial Scientific Corporation<br>c/o Sally E. Edison<br>Spilman Thomas & Battle, PLLC<br>301 Grant Street, Suite 3440<br>Pittsburgh, PA 15219-6401 | (d)Lamons Gasket Company<br>7300 Airport Boulevard<br>Houston, TX 77061-3932 |
| (u)Liberty Insurance Corporation | (u)Liberty Lloyds of Texas Insurance Company | (u)Lighthouse Property Insurance Corporation |
| (u)Progressive County Mutual Insurance Compan | (u)Safeco Insurance Company of Indiana | (u)State Farm Lloyds |
| (u)State Farm Mutual Automobile Insurance Com | (u)Janet Casiato-Northrup | (u)John M. Watson |
| (u)Kennie C. Harvey | (u)Michael Jackson | (u)Tuyet Nga Thi Banh |

(u)Yesenia Ayala

End of Label Matrix
Mailable recipients 493
Bypassed recipients  37
Total                530